# EXHIBIT B-1

# Graham Buckton

## BPharm, AKC, C.Dir, PhD, DSc, CChem, FRSC,  FAPS, FAAPS, FRPharmS

### 1) Personal Details

**Name:**  Graham Buckton          **Date of Birth:** 30.4.60          **Status:** Married, 2 children

**Nationality:**  British          **Born:** Brighton, Sussex.

### 2) Fellowship/Membership of Professional Bodies/Associations:

The Royal Pharmaceutical Society of Great Britain **made a Fellow in April 1997**;
The Royal Society of Chemistry **made a Fellow in 1997**;
American Association of Pharmaceutical Scientists **made a Fellow in 1997;**
Academy of Pharmaceutical Sciences **made a Fellow in 2009.**
Member of MENSA. (lapsed)

Associations/Clubs – The Athenaeum. The Worshipful Society of Apothecaries.  MCC. North Hants Golf Club.

### 3) Awards/Honours

2012 Freedom of the City of London.

2003 Science Chairman for the British Pharmaceutical Conference.

2000 First recipient of the Academy of Pharmaceutical Sciences Medal, for services to UK Pharmaceutical Sciences (relating to the establishment of the APS by negotiating a merger between the previously competing activities of "UKAPS" and the "Pharmaceutical Sciences Group").

1998 Stig Sunner Award, presented by the USA Calorimetry Conference "in recognition of research and contributions to thermodynamics and thermochemistry" to a scientist under the age of 40.

1998 Foss Near Infra red European Users Group award for best new work in near-IR spectroscopy

1993 British Pharmaceutical Conference Science Medal

1

1992 Pfizer Award for "excellence in published research", granted for "imaginative use
of thermodynamic principles in the understanding and design of drug delivery systems".
The Pfizer Awards are not open to application, and are given on the basis of review of published
literature by senior Pfizer scientists, and senior academic advisers

## 4) Education

**Institute of Directors 2012 Diploma in Company Direction**

**Institute of Directors 2012 Certificate in Company Direction.**

**University of London 1997   Doctor of Science** for research work in pharmaceutical materials
science.

**King's College (KQC), University of London, Manresa Road.**
September 1982 - August 1985   *Ph.D.* Title: Assessment of the wettability of powders
1985-1987 *Associate of King's College* (AKC) Examined course in Philosophy (part time)

**Chelsea College, University of London, Manresa Road.**
September 1978 - June 1981.  *B.Pharm.* (Hons.)

**Varndean Sixth Form College, Brighton, Sussex.**
September 1976 - July 1978;  AO level - Human Biology; 3 A levels - Mathematics, Chemistry
and Physics.

**Brighton Secondary Technical School.**
September 1971 - July 1976, June 1975 3 O levels;   June 1976 8 O levels

## 5)  Present Employment

**Managing Director of Buckton Consulting**

**Emeritus Professor of Pharmaceutics, UCL School of Pharmacy, University of London
and**

5.1) Buckton Consulting (a part of Brighton City Property Ltd)

Consultancy service covering:
1) pharmaceutical physical form, formulation development, GMP manufacturing and
   regulatory considerations.
2) Company strategic review and management
3) Due diligence
4) Expert witness

I have acted as a consultant to industrial companies in UK, mainland Europe, middle east and USA.  This is a diverse role involving advice on materials science, formulation (inhalation and oral products), regulatory, and as an expert witness in patent litigation.

## 6) Previous employment

Pharmaterials Ltd

I founded Pharmaterials Ltd in 2000 to transfer advanced materials characterisation techniques into a commercial contract service.   I developed the company to cover preformulation, especially salt and polymorph selection, formulation development (oral and inhalation) and GMP clinical trial manufacture in a large purpose built facility in Reading UK.  The % of my time linked to this activity expanded (to 70%) to keep pace with the needs of the success of a growing enterprise.

Pharmaterials operates on a fee for service basis and has grown through profits on income.

Pharmaterials won the Queen's Award for Enterprise in 2008 for international trade.

At the time of my departure  36 staff were employed.

In keeping with the success of the business,  the majority stake in Pharmaterials was sold to PII in January 2008.  The remaining stake was sold in September 2012 at which stage I exited from my role as Chief Executive of the company, where I acted to directly oversee the strategic and business planning, financial management, business development, staffing and resource provision.

## School of Pharmacy, University of London, 29-39 Brunswick Square, London WC1N 1AX 1988 - 2015

January 2001 – April 2007  Head of Department of Pharmaceutics.

Management and Leadership

 Of the School

As Head of Department much of my time was spent discussing the management of the School, including preparations for previous and future research assessment exercise, teaching quality audit, day-to-day management and strategic directions.

Internal committees:
      Member of School Council. Member of the following committees of Council: Finance, Nominations, Governance, Fellowship  and Honorary Degrees, Audit Committee.

<u>Other School Committee work</u>: Academic Board, Policy and Resources Executive, Policy and Resources, Research Strategy Task Force,  Academic Standards, Undergraduate Studies Management Group, Pharmacy Advisory, Library and Information Services, Joint Committee of Academic Board and Students, Higher Degrees, Taught Postgraduate Studies.

### *Of the Department of Pharmaceutics*

Pharmaceutics had 13 fte academic staff, and some 70 research staff/PhDs, also 5 technicians, and support services (workshop and wash-up).  In my time as Head all bar 1 member of academic staff was either appointed or promoted.

I managed the staff development and infrastructure for the departmental activities, to maximise the productivity, whilst working within strict financial limits.

I appointed senior industrialists to positions of visiting professor to develop strategy for direction and funding.

Teaching:

Instigator of MSc in Drug Delivery (developed concept and course, then transferred to staff to manage)

Provide direction for all teaching in Pharmaceutics through regular reviews with staff, informed by staff views and course review reports.  Allocate staff to lead the Pharmaceutics teaching in each semester, manage projects and dissertations, and the examination processes.

I was part of the small design team that initiated the review of the BPharm, to produce a matrix management teaching structure (of course coordinators and heads of departments) to allow better subject integration.  I was part of the group that assigned subjects to semesters and planned the curriculum, I was one of the first course coordinators.  This structure was expanded to form the basis of the existing MPharm.

<u>Examining</u>:

Chair of the MPharm exam board (2002- 2012)

Past-chair of the exam boards for MSc subjects.

Numerous PhD degrees (in recent years venues include: LSOP, Kings College London, Imperial College, Nottingham, Cardiff, Bradford, Brighton, Portsmouth, Manchester, Aston, Grenwich, Canterbury,  Uppsala (Sweden), Copenhagen, Oslo).

I have been / am MPharm examiner at Queens University of Belfast, Cardiff, Nottingham, Kings College, University of Colombo, Sri Lanka, and Robert Gordon University

Previously MSc examiner Kings College London and MSc Industrial Pharmacy, University of Brighton.


**Previous positions at the School of Pharmacy, University of London**

July 1998  <u>Professor of Pharmaceutics</u>;
May 1995 <u>Reader in Pharmaceutics</u>;
February 1991 <u>Senior Lecturer in Pharmaceutics</u>;
September 1988 <u>Lecturer in Pharmaceutics</u>;

**Lecturer in Pharmacy (Pharmaceutics)**
Chelsea Department of Pharmacy, King's College (KQC), University of London, Manresa  Road, London, SW3 6LX.
October 1984 - September 1988
**Advanced Drug Delivery Research unit, Ciba-Geigy  Pharmaceuticals, Horsham.**
July to December 1987 (Secondment)

**Charing Cross Hospital, Fulham Palace Road, London.**
August 1981 - July 1982.  Pre-registration pharmacist

**Community Pharmacy Locum work** (1982-1988)

**7) External activities**

*Currently*

Member of the Chemistry, Pharmacy and Standards Subcommittee of CHM (2005-)

Steering Committee of The Handbook of Pharmaceutical Excipients

Editorial Board of Recent Patents on Drug Delivery and Formulation. Advances in Pharmaceutics.

*Previously:*

British Pharmacopoeia Commissioner (2004-2010)

Member of the BP committee on pharmacy (2005-2012)

Member of a European Pharmacopoeia Working Party (2008-2010)

Member of Committee on Safety of Medicines until it was disbanded in 2005.

Chairman of Chemistry, Pharmacy and Standards sub-committee of CSM and member of this committee previously.

Editor of International Journal of Pharmaceutics (1999-2009)

Editorial board member of: Pharmaceutical Research, The AAPS Journal, AAPS PharmSci Tech

Member of the United States Pharmacopoeia Expert Group on Physical Methods (2010-2016)

Course organiser for RPSGB residential meeting on "Tabletting Technology" (Every year 1989 - 2004)

Member of the Committee of the Pharmaceutical Sciences Group of the Royal Pharmaceutical Society, now the Academy of Pharmaceutical Sciences (1994 - 2001)

Chairman of the RPSGB Pharmaceutical Sciences Group  (1995-7).

Member of the RPSGB Science Committee and also British Pharmaceutical Conference Committee (during period 1995-2003)

Chairman for 1997 AAPS/RPSGB Arden House Conference (Europe).  Faculty member for Arden House USA.

Member of IUPAC Commission on Thermodynamics task group – Calibration of calorimeters.

The first Chairman of the Academy of Pharmaceutical Sciences of Great Britain (1999-2000).

Chairman for the 2005 AAPS/APS/RPSGB Arden House Conference (Europe), Planning committee Arden House USA.  (First person to have chaired this prestigious meeting twice).

Course organizer / Planning Committee member for numerous international conferences across Europe.

## 8) Research

The central theme of my research was to investigate the behaviour of materials of pharmaceutical importance in terms of their molecular and interfacial properties and to relate such behaviour to processing and drug delivery.

This work was diverse in application, ranging from fundamental studies on surfaces, through the adaptation of physical properties of powders by crystallisation and physical manipulation (e.g. milling), to the preparation and characterisation of dosage forms (solid oral / inhalation).  A major part of my work centered on investigations of powder / water interactions. The implications of powder / water interactions are manifold, influencing many aspects, including product (solid and liquid dosage forms) preparation, usage (e.g. drug release), and stability (microbiological, chemical and physical).

**8.1) Grants obtained**

1987 Glaxo Group Research fully funded PhD student (Effect of processing and chemical structure on surface energetics)  ca £25,000.

1987 Ciba-Geigy Advanced Drug Delivery Research fully funded PhD student (Binding of opsonising proteins to drug conjugates) ca£23,000.

1987 Glaxo Group Research £2,500 to purchase equipment.

1987 Lilly Research Ltd.  Gift of computing equipment (value £6,000).

1988 Wellcome Foundation Ltd.  £10,000 for equipment.

1988 Wellcome Foundation Ltd.  £1,000 for work on surface energetics of polymorphs.

1988 Wellcome Foundation Ltd.  Fully funded PhD student (Crystal engineering and surface energetics) ca£23,000.

1988 SERC CASE - Lilly Research Centre Ltd. PhD student, The stability of inhalation  aerosols, plus ongoing gifts of equipment ca £28,000.

1988 Upjohn Ltd. Summer studentship  £1000.

1988 Wellcome Foundation Ltd. Summer studentship  £1000.

1988 Lilly Research Centre Ltd,  Two summer studentships £2000.

1988 Wellcome Foundation Ltd., Fully funded PhD student  £25,000

1988 SERC/ CASE award with Beecham  Pharmaceuticals, £25,000

1989 Wellcome Foundation Ltd. £1,876 towards equipment.

1989 Wellcome Trust Summer Studentship £622

1989 Lilly Research Summer Project (£750)

1990 British Council Travel Award to visit University of Athens (£2800).

1990  SERC/CASE award with MSD,  Computer modelling as a means of predicting powder properties. £30,000

1991 The Wellcome Trust, £29,639 to purchase a microcalorimeter.

1992 The Wellcome Foundation £33,000 for PhD studentship

1992 Thermometric Ltd. - £12,000 of calorimetric equipment.

1993  The Wellcome Foundation Ltd.  - £15,000 for employment of a research Technician.

1993  School of Pharmacy studentship for PhD studies, with collaborative funding obtained from MSD (£30,000).

1993 SERC/CASE award with MSD (£30,000.

1993 The Wellcome Trust, Characterisation of powder surface properties, with application  to inhaled drug delivery, £100,515

1994 Roche Products Ltd., Surface properties of powders in relation to tabletting. ca £40,000 over 3 years.

1994 EPSRC ROPA award (the first of such awards to be made), £47,940 for the purchase of a microcalorimeter.

1994 The Wellcome Foundation, £750 towards maintenance of the microcalorimeter.

1994 Pharmacia Farmitalia, £4,000 towards the cost of a project on bioadhesion.

1994 SERC/CASE award, SB Pharmaceuticals - molecular structure, crystal packing         and physico-chemical properties of drugs.(£40,000)

1994 Wellcome Foundation, gift of equipment and software for instrumentation of  a tabletting machine ca £10,000.

1995 Merck, West Point, USA, £43,000 over 3 years to study drug-surfactant interactions.

1995 Pfizer Central Research, £43,000 over 3 years to study powder mixing.

1995 SB Pharmaceuticals, industrial CASE allocation, to study spray granulation.

1996 Glaxo-Wellcome, £43,500 over 3 years to study microfluidisation technologies.

1996 Mendell ca £21,000 for studies on microcrystalline cellulose.
1997 Astra Charnwood £45,000 over 3 years to study surfactant systems
1997 SB/Roche/Pfizer £190,000 over 3 years to develop inverse phase gas chromatography
1997 EPSCR/MSD Case project ca £45,000 over 3 years to study drying processes.
1997 Mendell £25,000 for further studies on microcrystalline cellulose.
1997 Mendell £7,500 for calorimetry accessories.
1998 ICI, application of isothermal microcalorimetry £60,000
1998 Core Technologies, post-doctoral worker on hydrogel technology, ca £65,000
1998 Elan Pharmaceuticals, post-doctoral worker on surfactant systems, ca£65,000
1998 Pfizer Central Research, PhD on powder mixing, £50,000
1998 Industrial BBSRC/CASE award from SB pharmaceuticals, £50,000
1998 RPSGB Award to Sarah Hogan for PhD studentship, ca £45,000
1999 Novartis studies of dry powder inhaler formulation design £69,000
1999 EPSRC CASE with SB Pharmaceuticals- powder surface charactersiation   £48,000
2000 BBSRC committee student to study stabilisation of solid state macromolecules £60,000.
2001 EPSRC/GSK - £20,550 to fund study of Dynamic vapour sorption technique
2001 AstraZeneca - £50,000 to fund study on Modification of surfaces of  microparticles for inhalation
2001 GSK - £20,550 to fund investigations into predicting physical stability of amorphous compounds
2001 EPSRC - £192,271 to fund study of preparation and characterisation of amorphous pharmaceutical blends from libraries of polymers
2001 Schering Plough - £50,000 The effect of milling process on crystalline materials.
2002 Pfizer Central Reseacrh £150,000 to fund Centre for Paediatric Pharmacy (with Ian Wong)
2003 AstraZeneca – 45,000 First  studentship rolling scheme.
2002   £4000 bench fee for visiting scientist (Dr Ohta from Japan)
2003 Meiji Seika Daisha Ltd – £7,000 Bench fee for visiting Scientist
2004 Pfizer Central Research £60,000 for PhD student on inhalation formulation.
2005 EPSRC Academic Fellowship Scheme, £125,000 for Solid state DNA vaccine particles for inhaled drug delivery. (5 year fellowship jointly funded by School), with Prof Alpar.
2005 BBSRC £50,000 for establishment of distance learning MSc in Drug Delivery.
2005 Astra Zeneca ca £60,000 for PhD student on the stability of pressurized metered dose inhalers
2006 Pfizer Central Research ca £80,000 for PhD student on Process Analytical Technology
2006 Maplethorpe post doctoral grant – surface energy determination using AFM and IGC c £80,000.
2012 EPSRC DTC with Uni of Nottingham, Pfizer, AZ, GSK and other £1,950,000.
2014 EPSRC DTC with Nottingham £11,800,000

## 8.2) Publications

### 8.2.1) Single authored book

Interfacial phenomena in drug delivery and targeting.

G.Buckton, Harwood Academic Press, Amsterdam, (1995).  Part of the series in Targeting and Drug Delivery

### 8.2.2) Book

Pharmaceutical Thermal Analysis (2nd Edition)
J Ford, P.Timmins and G.Buckton.  (2001) Taylor and Francis.

### 8.2.3) Full Papers

1) Assessment of the wettability and surface-energy of a  pharmaceutical powder by liquid penetration.
G.Buckton and J.M.Newton, (1985), J. Pharm. Pharmacol., 37, (9): 605-609.

2)  The significance of contact angles measured on surfaces that  have undergone plastic deformation.
G.Buckton and J.M.Newton, (1986), in Gorrod,J.W., Gibson,G.G., and  Mitchard,M., (Eds.), Development of Drugs and Modern Medicine,  Ellis Horwood, Southampton, pp421-424.

3) Assessment of the wettability of powders by use of compressed  powder discs.
G.Buckton and J.M.Newton, (1986), Powder Technol., 46, (2-3): 201-208.

4) Liquid penetration as a method of assessing the wettability and  surface energy of pharmaceutical powders.
G.Buckton and J.M.Newton, (1986), J. Pharm.  Pharmacol., 38, (5): 329-334

5) A vacuum microbalance technique for studies on the wettability  of powders.
G.Buckton, A.E.Beezer and J.M.Newton, (1986), J. Pharm.  Pharmacol., 38, (10):  713-720.

6) The potential value of dielectric response measurements in the  assessment of the wettability of powders.
G.Buckton, L.A.Dissado, R.M.Hill and J.M.Newton, (1987), Int. J.  Pharm., 38, (1-3): 1-7.

7) A microcalorimetric study of powder surface energetics.
G.Buckton and A.E.Beezer, (1988), Int. J. Pharm., 41, (1-2): 139-145.

8) In vitro dissolution of some commercially available sustained  release theophylline preparations.
G.Buckton, D.Ganderton and R.Shah, (1988), Int. J. Pharm., 42, (1-3): 35-39.

9) Preservation of oral solid dosage forms.
T.C.Blair, G.Buckton and S.F.Bloomfield, (1988), in Bloomfield,  S.F., Leech,R., Baird,R. and Leak,R., (Eds.), Microbial Quality   Assurance of Pharmaceuticals, Cosmetics and Toiletries, Ellis  Horwood, Southampton, pp104-118.

10) Effect of comminution technique on the surface energy of a  powder.
G.Buckton, A.Choularton, A.E.Beezer and S.M.Chatham, (1988), Int.  J. Pharm. 47, (1-3): 121-128.

11) The assessment, and pharmaceutical importance, of the solid /  liquid and the solid / vapour interface: a review with respect to  powders. Invited review.
G. Buckton, (1988) Int. J. Pharm., 44, (1-3): 1-8.

9

12) Structure-activity relationships for solubility and wettability of a number of substituted barbituric acids.
G.Buckton and A.E.Beezer (1989) Thermochimica Acta., 138, (2): 319-326

13) In vitro dissolution testing of oral controlled release preparations in the presence of artificial foodstuffs. I) Exploration of alternative methodology: microcalorimetry.
L.J.Ashby, A.E.Beezer and G.Buckton, (1989), Int. J. Pharm., 51, (3): 245-251.

14) In vitro dissolution testing of oral controlled release preparations in the presence of artificial foodstuffs. II) Probing drug / food interactions using microcalorimetry.
G.Buckton, A.E.Beezer, S.M.Chatham and K.K.Patel, (1989), Int J Pharm., 56, (2): 151-157.

15) The use of surface-energy values to predict optimum binder selection for granulations.
L.Zajic and G.Buckton, (1990), Int. J. Pharm., 59, (2): 155-164.

16) Contact-angle, adsorption and wettability - a review with respect to powders. Invited review.
G.Buckton, (1990), Powder Technol., 61, (3): 237-249.

17) Modelling drug release from hydrophobic matrices by use of thermodynamic activation parameters.
M.Efentakis and G.Buckton,(1990), Int. J. Pharm., 60, (3): 229-234.

18) Particle growth in aqueous suspension: the influence of surface-energy and polarity.
S.A.Young and G.Buckton, (1990), Int. J. Pharm., 60, (3): 235-241.

19) Polyoxyethylene - polyoxypropylene block copolymers: a novel phase transition in aqueous solution of Pluronic F87.
N.Mitchard, A.E.Beezer, N.Rees, J.Mitchell, S.Leharne, B.Chowdhry and G.Buckton, (1990), J.Chem. Soc., Chem. Commun. (13): 900-901.

20) The use of thermodynamic activation parameters and compensation analysis to model drug release from hydrophobic matrices.
G.Buckton and M.Efentakis, (1990), Int. J. Pharm., 62, (2-3): 157-163.

21) The interaction of various types of microcrystalline cellulose and starch with water.
T.C.Blair, G.Buckton, A.E.Beezer and S.F.Bloomfield, (1990), Int. J. Pharm., 63, (3): 251-257.

22) The role of compensation analysis in the study of wettability, solubility, disintegration and dissolution.
G.Buckton, (1990), Int. J. Pharm., 66, (1-3): 175-182.

23) Problem based learning - a valuable approach to pharmaceutical education.
G.Buckton and I.P.Bates, (1991), Int. Pharm. J., 5: 7-13.

24) Modelling drug release from matrix formulations by use of thermodynamic activation parameters and extrathermodynamics.
G.Buckton, M.Efentakis and Z.Hussain, (1991), Eur. J. Pharm. Biopharm., 37, (3):154-158.

25) Solution thermodynamics of 4-hydroxybenzoates in water, 95 % ethanol / water, 1-octanol and hexane.

A.E.Beezer, G.Buckton, S.Forster, W-B.Park and G.J.Rimmer, (1991), Thermochimica Acta, 178: 59-65.

26) Spreading coefficients: the practical application of surface energy and polarity data. Invited review.
G.Buckton, (1991), Pharmakeftiki, 3: 145-149.

27) The influence of surfactants on drug release from a hydrophobic matrix.
M.Efentakis, H.Al-Hmoud, G.Buckton and Z.Rajan, (1991), Int. J. Pharm., 70, (1-2): 153-158.

28) On the mechanism of kill of microbial contaminants during tablet compression.
T.C.Blair, G.Buckton and S.F.Bloomfield, (1991), Int. J. Pharm., 72, (2): 111-115.

29) The effect of surface treatment on the values of contact angles measured on a compressed powder surface.
I.O.Odidi, J.M.Newton and G.Buckton, (1991), Int. J. Pharm., 72, (1): 43-49.

30) The importance of chain-length on the wettability and solubility of organic homologs.
S.Forster, G. Buckton and A.E.Beezer, (1991), Int. J. Pharm., 72, (1): 29-34.

31) Sustained release (SR) theophylline preparations: A review of biopharmaceutical influences on in vivo and in vitro drug absorption / release data. Invited review.
G. Buckton, (1991), J. Biopharm. Sci., 2 : 81-96.

32) Pharmaceutical microcalorimetry: a selective review.  Invited review.
G.Buckton, S.Russell and A.E.Beezer, (1991), Thermochim. Acta, 193: 195-214

33) The applications of  microcalorimetry to the field of physical pharmacy.
G.Buckton and A.E.Beezer, (1991), Int. J. Pharm., 72, (3): 181-191 (Invited review).

34) Surface analysis of pharmaceutical powders.  I) X-ray photoelectron spectroscopy (XPS) related to powder wettability.
G.Buckton, R.Bulpett and N. Verma, (1991), Int. J. Pharm., 72, (2):157-162.

35) The influence of surfactants on drug release from acrylic matrices.
G.Buckton, M.Efentakis, H.Al-Hmoud and Z.Rajan, (1991), Int. J. Pharm., 74, (2-3): 169-174.

36) Observations on the biopharmaceutical importance of chain-length in pharmaceutically related compounds.
G.Buckton, A.E.Beezer, S.P.Denyer and S.J.Russell, (1991), Int. J. Pharm., 73, (1): 1-7.

37) NMR evidence for novel phase transition in aqueous solutions of pluronic-F87 (poloxamer 237).
A.E.Beezer, J.C.Mitchell, N.H.Rees, J.K.Armstrong, B.Z.Chowdhry, S.Leharne and G.Buckton, (1991), J. Chem. Res. (9): 254-255.

38) Safety aspects of non-ionic surfactant vesicles: A toxicity study related to the physico-chemical characteristics of non-ionic surfactants.
H.E.J.Hofland, J.A.Bouwstra, J.C.Verhoef, G.Buckton, B.Z.Chowdhry, M.Ponec and H.E.Junginger, (1992), J. Pharm. Pharmacol.,44, (4): 287-294.

39) The use of high sensitivity differential scanning calorimetry to characterise dilute aqueous dispersions of surfactants.
G.Buckton, B.Z.Chowdhry, J.K.Armstrong, S.A.Leharne, J.A.Bouwstra and H.E.J.Hofland, (1992), Int. J. Pharm., 83, (1-3): 115-121.

40) The extent of errors associated with contact angles obtained using liquid penetration results.
G.E.Parsons, G.Buckton and S.M.Chatham, (1992), Int. J. Pharm., 82, (1-2): 45-150.

41) The estimation and application of surface energy data for powdered systems.
G.Buckton, (1992), Drug Dev. Ind. Pharm., 18, (11-12): 1149-1167, Invited Review.

42) Drug release from gel bases: A case for enthalpy-entropy compensation.
G.Buckton and S.Tamburic, (1992), J. Cont. Rel., 20, (1): 29-36.

43) The use of surface energy and polarity determinations to predict the physical stability of non-polar non-aqueous suspensions.
G.E.Parsons, G.Buckton and S.M.Chatham, (1992), Int. J. Pharm., 83, (1-3): 163-170.

44) The influence of four selected processing and formulation factors on the production of spheres by extrusion and spheronisation.
J.F.Pinto, G.Buckton and J.M.Newton, (1992), Int. J. Pharm., 83, (1-3): 187-196.

45) Temperature effects on the dissolution of promethazine hydrochloride from hydroxypropylmethylcellulose matrix tablets: the role of compensation analysis.
G.Buckton, (1992), Eur. J. Pharm. Biopharm., 38, (5): 172-173.

46) High sensitivity scanning microcalorimetry study of phase transitions in dilute solutions of polyoxyethylene-polyoxypropylene block copolymers.
A.E.Beezer, N.Mitchard, J.C.Mitchell, J.K.Armstrong, B.Z.Chowdhry, S.A.Leharne and G.Buckton, (1992), J. Chem. Res., (7): 236-238.

47) The relationship between particle size and solubility.
G.Buckton and A.E.Beezer, (1992), Int. J. Pharm., 82, (3):  R7-10.

48) The effect of surfactant charge on drug release from acrylic matrices.
M.Efentakis, G.Buckton and H. Al-Hmoud, (1992), STP Pharma Sciences, 4: 332-336.

49) Thermodynamic analysis of scanning calorimetric transitions observed for dilute aqueous solutions of ABA block copolymers.
N.Mitchard, A.E.Beezer, J.C.Mitchell, J.K.Armstrong, B.Z.Chowdhry, S.Leharne and G.Buckton, (1992), J. Phys. Chem., 96, (23): 9507-9512.

50) Assessment of the wettability of pharmaceutical powders.
G.Buckton, (1993), J. Adhesion Sci. Technol., 7, (3): 205-219. Invited Review.

51) Factors influencing the mechanism of release from sustained-release matrix pellets, produced by extrusion / spheronisation.
C.Tapia, G.Buckton and J.M.Newton, (1993), Int. J. Pharm., 92, (1-3): 211-218

52) Comparison of measured wetting behaviour of materials with identical surface energies, presented as particles and plates.

G.E.Parsons, G.Buckton and S.M.Chatham, (1993), J. Adhesion Sci. Technol., 7, (2): 95-104.

53) Isothermal stability of dilute aqueous solutions of block copolymers of polyoxyethylene-polyoxypropylene-polyoxyethylene.  A microcalorimetric study of pluronic F 87 (poloxamer 237) and pluronic F88 (poloxamer P238).
J.J.Irwin, A.E.Beezer, J.C.Mitchell, G.Buckton, B.Z.Chowdhry, D.Eagland and N.J.Crowther (1993), J. Phys. Chem., 97, (9): 2034-2036.

54) Swelling studies on mixtures of two hydrophilic excipients.
E.Papadimitriuo, G.Buckton, M.Efentakis and N.Choulis, (1993), STP Pharma Sciences, 3: 232-236.

55) Probing the mechanisms of swelling of hydroxypropylmethylcellulose matrices.
E.Papadimitriuo, G.Buckton and M.Efentakis, (1993), Int. J. Pharm., 98, (1-3): 57-62.

56) Consideration of adhesion to modified container walls, by use of surface energy and polarity data, and Lewis acid - Lewis base interactions.
G.Buckton and B.Chandaria, (1993) Int. J. Pharm., 94, (1-3): 223-229.

57) Assessment of the wettability of pharmaceutical powders.
G.Buckton, (1993), in Mittal,K.L. (Ed.), Contact Angle, Wettability and Adhesion, VSP, Netherlands, pp 437-451.

58) Pharmaceutical preformulation
G.Buckton, (1994), in W.Lund, (Ed.), The Pharmaceutical Codex: Principles and Practice of Pharmaceutics, 12th Edn., The Pharmaceutical Press, London, pp178-197.

59) An investigation into the structure and properties of Carbopol 934 gels using dielectric spectroscopy and oscillatory rheometry.
D.Q.M.Craig, A.Tamburic, G.Buckton and J.M.Newton, (1994), J. Cont. Rel., 30, (3): 213-223.

60) The use of isothermal microcalorimetry in the study of changes in crystallinity induced during the processing of powders.
L-E. Briggner, G.Buckton, K.Bystrom and P Darcy, (1994), Int. J. Pharm., 105, (2): 125-135.

61) The extent of errors associated with contact angles.  II. Factors affecting data obtained using a Wilhelmy plate technique for powders.
P.L.Sheridan, G.Buckton and D.E.Storey, (1994), Int. J. Pharm., 109, (2): 155-171.

62) The interaction of albumin and drugs with 2  hemofiltration membranes.
C.A.Oborne, G.Buckton and N.Barber, (1994), J. Clin. Pharm. Therapeutics., 19, (2): 119-126.

63) The use of high sensitivity differential scanning calorimetry to characterise dilute aqueous dispersions of surfactants. 2. Further studies on polyoxyethylene alkyl ethers.
G.Buckton, J.K.Armstrong, B.Z.Chowdhry, S.Leharne and A.E.Beezer, (1994), Int. J. Pharm., 110, (2): 179-187.

64) The controlled crystallization of a model powder: I) The effects of altering the stirring rate and the supersaturation profile, and the incorporation of a surfactant (Poloxamer 188).
A.J.Mackellar, G.Buckton, J.M.Newton, B.Z.Chowdhry and C.A.Orr., (1994) Int. J. Pharm., 112, (1): 65-78.

65) The controlled crystallisation of a model powder: II) Investigation into the mechanism of action of poloxamers in changing crystal properties.
A.J.Mackellar, G.Buckton, J.M.Newton and C.A.Orr., (1994), Int. J. Pharm., 112, (1): 79-85.

66) Wilhelmy plate contact angle data on powder compacts: Fractal geometry considerations of plate perimeter.
A.Chawla, G.Buckton, K.M.G.Taylor, J.M.Newton and M.C.R.Johnson, (1994),Eur. J. Pharm. Sci., 2, (3): 253-258.

67) Characterisation of powder surfaces: Understanding sources of variability in products.
G.Buckton, (1994), In Karsa,D.R. and Stephenson,R.A., (Eds.), Excipients and Delivery Systems for Pharmaceutical Formulations, Royal Society of Chemistry, pp59-74.

68) Application of isothermal microcalorimetry in the pharmaceutical sciences.
G.Buckton, (1995), (invited review) Thermochimica Acta, 248: 117-129.

69) The influence of a phase transition in poly(oxyethylene) / poly(oxypropylene) / poly(oxyethylene) surfactants on adsorption behaviour from dilute aqueous solution.
D.Carthew, G.Buckton, G.E.Parsons and S.Poole, (1995), Pharm. Sci., 1: 3-5.

70) Preservation of oral solid dosage forms.
T.C.Flatau, S.F.Bloomfield and G.Buckton (1996), in R.M.Baird and S.F.Bloomfield,   (Eds.), Microbial Quality   Assurance of Pharmaceuticals, Cosmetics and Toiletries, 2nd Edn., Ellis Horwood, Southampton, pp113-132.

71) The extent of errors associated with contact angles. III. The influence of surface roughness effects on angles measured using a Wilhelmy plate technique for powders.
G.Buckton, P.Darcy and D.McCarthy, (1995), Colloids and Surfaces A: Physicochemical and Engineering Aspects, 95, (1): 27-35.

72) The use of isothermal microcalorimetry in the study of changes in crystallinity of spray dried salbutamol sulphate.
G.Buckton, P.Darcy, D.Greenleaf and P.Holbrook., (1995), Int. J. Pharm., 116, (1): 113-118.

73) Surface characterisation: Understanding sources of variability in the production and use of pharmaceuticals (British Pharmaceutical Conference Science Award Medal manuscript).
 G.Buckton, (1995) J. Pharm. Pharmacol., 47, (4): 265-275.

74) Modelling mucoadhesion by use of the Lewis acid-Lewis base approach to surface energy determination.
M.Rillosi and G.Buckton, (1995) Int. J. Pharm., 117, (1): 75-84.

75) The use of isothermal microcalorimetry in the study of small degrees of amorphous content of powders.
G.Buckton, P.Darcy and A.J.Mackellar, (1995), Int. J. Pharm., 117, (2): 253-256.

76) Modelling mucoadhesion by use of the Lewis acid-Lewis base approach to surface energy determination. II.Studies on anionic, cationic and unionisable polymers.
M.Rillosi and G.Buckton, (1995), Pharm. Res., 12, (5):  669-675.

77) A relationship between surface free energy and polarity data and some physical properties of spheroids.
J.Pinto, G.Buckton and J.M.Newton, (1995), Int. J. Pharm., 118, (1): 95-101.

78) Development of a flow microcalorimetry method for the assessment of the surface properties of powders.
P.L.Sheridan, G.Buckton and D.E.Storey, (1995), Pharm. Res., 12., (7): 1025-1030.

79) The influence of additives on the recrystallisation of amorphous spray dried lactose.
G.Buckton and P.Darcy, (1995), Int. J. Pharm., 121., (1): 81-87.

80) Investigations of the relationship between surface energy terms and the thermodynamics of transfer of drugs into sodium dodecyl sulphate micelles.
S.Mall, G.Buckton, T.Gregori and D.A.Rawlins, (1995), J. Phys. Chem., 99, (20): 8356-8361.

81) The use of gravimetric studies to assess the degree of crystallinity of predominantly crystalline powders.
G.Buckton and P.Darcy, (1995), Int. J. Pharm., 123., (2): 265-271.

82) Microcalorimetric investigation of the interaction of a surfactant (oleic acid) onto crystalline and partially crystalline salbutamol sulphate in non-aqueous suspension.
P.M.Blackett and G.Buckton, J. Mater. Sci. Letters, (1995), 14, (17): 1182-1184.

83) A microcalorimetric study of surfactant aggregation and surfactant-drug interaction in a model inhalation aerosol system.
P.M.Blackett and G.Buckton, (1995), Int. J. Pharm., 125, (1): 33-139.

84) The use of molecular orbital indices to predict the surface properties of pharmaceutical powders.
P.L.Sheridan, G.Buckton and D.E.Storey, (1995), Int. J. Pharm., 125., (1): 141-149.

85) Non-ionic surfactant vesicles and colloidal targeting delivery systems: The role of surfactant conformation.
G. Buckton, In Karsa,D.R. and Stephenson,R.A., (Ed.) Chemical Aspects of Drug Delivery Systems, Royal Society of Chemistry, 1995, pp77-88.

86) A microcalorimetric investigation of the interaction of surfactants with crystalline and partially crystalline salbutamol sulphate in a model inhalation aerosol system.
P.M.Blackett and G.Buckton, (1995), Pharm. Res., 12, (11): 1689-1693.

87) The use of isothermal microcalorimetry in the study of small degrees of amorphous content of a hydrophobic powder.
H.Ahmed, G.Buckton and D.A.Rawlins, (1996), Int. J. Pharm., 130, (2): 195-201.

88) Dissolution behaviour of sulphonamides into sodium dodecyl sulphate micelles: a thermodynamic approach.
S.Mall, G.Buckton and D.A.Rawlins, (1996), J. Pharm. Sci., 85, (1): 75-78.

89) Slower dissolution rates of a drug (sulfamerazine) in aqueous sodium dodecyl sulphate solutions than in water.
S.Mall, G.Buckton and D.A.Rawlins, (1996) Int. J. Pharm., 131, (1): 41-46.

90)  Water mobility in amorphous lactose below and close to the glass transition temperature
G.Buckton and P.Darcy, (1996), Int. J. Pharm., 136, (1-2): 141-146..

91) A comparison of two contact angle methods and inverse gas chromatography to assess the surface energies of caffeine and theophylline
J.W.Dove, G.Buckton and C.Doherty, (1996), Int. J. Pharm., 138, (2): 199-206.

92) The effect of temperature on the surface nature of an adsorbed layer of poly(oxyethylene)-poly(oxypropylene)-poly(oxyethylene) block copolymers.
D.L.Carthew, G.Buckton, G.E.Parsons and S.Poole,  (1996) Pharm. Res., 13, (11): 1730-1733.

93) Dynamic surface tension studies of hydroxypropylmethylcellulose film coating solutions.
G.Buckton and E. Ocha Machiste, (1996) Int. J. Pharm., 145, (1-2): 197-202.

94) The interaction between hydroxypropylmethylcellulose and sodium dodecyl sulphate
G.Buckton, A.Kee and M. Efentakis, (1996), Pharm. Sci., 2: 561-562.

95) Characterisation of small changes in the physical properties of powders of significance for dry powder inhaler formulations.
G.Buckton, (1997) Adv. Drug Del. Rev., 26, (1):17-27.

96)  The  influence  of  a  phase  transition  in  poly(oxyethylene) / poly(oxypropylene) / poly(oxyethylene) block copolymer surfactants on the properties of material adsorbed from dilute aqueous solution.
D.L.Carthew, G.Buckton, G.E.Parsons and S.Poole, (1997), J. Adhesion, 63, (1-3): 89-98.

97) Differences between dynamic and equilibrium surface tension of poly(oxyethylene)-poly(oxypropylene)-poly(oxyethylene) block copolymer surfactants (Poloxamers P407, P237 and P338) in aqueous solution.
G.Buckton and E. Ocha Machiste,  (1997) , J. Pharm. Sci., 86, (2):  163-166.

98) The use of thermal techniques to assess the impact of feed concentration on the amorphous content and polymorphic forms present in spray dried lactose.
O.C.Chidavaenzi, G.Buckton, F.Koosha and R.Pathak, (1997) Int. J. Pharm., 159, (1): 67-74.

99) Predicting interaction of powders in binary mixes from their surface energy components.
N.M.Ah Fat, G.Buckton, R.Burrows and M.Ticehurst, (1997) Int. J. Pharm., 156, (1): 89-95.

100) The influence of heating/drying on the crystallisation of  amorphous lactose after structural collapse
P.Darcy and G.Buckton, (1997) Int. J. Pharm., 158, (2): 157-164.

101)  The  formation  of  an  inclusion  complex  of  methocarbamol  with  hydroxypropyl-□□cyclodextrin: the effect on chemical stability, solubility and dissolution rate.
E.Antoniadou-Vyza,  G.Buckton,  S.G.Michaleas,  Y.L.Loukas  and  M.Efentakis,  (1997)  Int.  J. Pharm., 158,  (2): 233-240.

102) Crystallisation of partially amorphous griseofulvin in water vapour: determination of thermodynamic and kinetic parameters using isothermal heat conduction microcalorimetry.
H.Ahmed, G.Buckton and D.A.Rawlins, (1998), Int. J. Pharm., 167, (1-2): 139-146.

103) Quantitative assessments of powder crystallinity: Estimates of heat and mass transfer to interpret isothermal microcalorimetry data.
Patricia Darcy and Graham Buckton,(1998), Thermochimica Acta, 316, (1): 29-36

104)  Modelling mucoadhesion by use of surface energy terms obtained by the Lewis acid-Lewis base approach.  III. An interaction between teflon and carbopol.
G.Buckton and M.Cappuccinello, (1998) Pharm. Res.. 15, (3): 502-503.

105) Crystallisation of bulk samples of partially amorphous spray-dried lactose.
P.Darcy and G.Buckton (1998), Pharm. Dev. Technol., 3, (4): 503-507.

106) Conversions between different amorphous states and crystal polymorphs of significance for inhalation systems.
G.Buckton in R.N. Dalby, P.R.Byron and S.J. Farr (Eds.) Resp. Drug Del. VI  (1998), Interpharm Press, 145-152.

107) The use of near infra-red spectroscopy to detect changes in the form of amorphous and crystalline lactose.
G.Buckton, E.Yonemochi, J.Hammond and A.Moffat, (1998) Int. J. Pharm., 168, (2): 231-242.

108) Assessment of  disorder in crystalline powders - a review of analytical techniques and their application.
G.Buckton and P.Darcy, (1999) Int. J. Pharm., 179, (2): 141-158.

109) Differences in crystallization behaviour between quenched and ground amorphous ursodeoxycholic acid.
E. Yonemochi, Y.Inoue, G.Buckton, A.Moffat, T.Oguchi and K.Yamamoto. (1999) Pharm. Res., 16, (6): 835-840.

110) Water sorption and near IR spectroscopy to study the difference between microcrystalline cellulose and silicified microcrystalline cellulose, before and after wet granulation.
G.Buckton, E.Yonemochi, W.L.Yoon and A.C.Moffat. (1999) Int. J. Pharm., 181, (1):  41-48.

111) A high sensitivity differential scanning calorimetry study of the interaction between poloxamers and dimyristoylphosphatidylocholine and dipalmitoylphosphatidylcholine liposomes.
J.D.Castile, K.M.G.Taylor and G.Buckton, (1999) Int. J. Pharm., 182, (1): 101-110.

112) Isothermal microcalorimetry and inverse phase gas chromatography to study small changes in powder surface properties
G.Buckton, J.W. Dove and P.Davis, (1999), Int. J. Pharm., 193, (1): 13-19.

113) Isothermal microcalorimetry water sorption experiments: Calibration issues
G.Buckton. (2000) Thermochimica Acta. 347, (1-2): 63-71,

114) An exploration of inter-relationships between contact angle, inverse phase gas chromatography and triboelectric charging data.
N.M.Ahfat, G.Buckton, R.Burrows and M.D.Ticehurst. (2000)  European Journal of Pharm. Sci., 9,  (3): 271-276.

115) Near IR spectroscopy to quantify the silica content and difference between silicified microcrystalline cellulose and physical mixtures of microcrystalline cellulose and silica. G.Buckton and E.Yonemochi. (2000) Eur. J. Pharm. Sci., 10, (1):  77-80.

116) The novel combination of dynamic vapour sorption gravimetric analysis and near infra-red spectroscopy as a hyphonated technique.
R.A.Lane and G.Buckton, (2000) Int. J. Pharm., 207, (1-2): 49-56.

117) The quantification of small degrees of disorder in lactose using solution calorimetry.
S.E.Hogan and G.Buckton, (2000) Int. J. Pharm., 207, (1-2): 57-64

118) The application of near infrared spectroscopy and dynamic vapour sorption to quantify low amorphous contents of crystalline lactose. S.E.Hogan and G.Buckton (2001) Pharm Res., 18, (1): 112-116.

119) The effect of co-spray drying with polyethylene glycol 4000 on the crystallinity and physical form of lactose
O.C .Chidavaenzi,  G. Buckton and   F. Koosha , (2001), Int. J. Pharm., 216, (1-2): 43-49.

120) Potential Applications of Microcalorimetry for the Study of Physical Processes in Pharmaceuticals
S. Gaisford and G. Buckton (2001) Thermochimica Acta, 380, (2): 185-198.

121) The use of inverse phase gas chromatography to measure the surface energy of crystalline, amorphous and recently milled lactose.
H.E. Newell, G. Buckton, D.A. Butler, F. Thielmann  and DR Williams, (2001) Pharm Res., 18, (5): 662-666.

122) The influence of incubation temperature and surfactant concentration on the interaction between dimyristoylphosphatidylcholine liposomes and poloxamer surfactants.
J.D. Castile, K.M.G. Talor and G. Buckton, (2001) Int, J. Pharm., 221, (1-2): 197-209.

123) The use of inverse phase gas chromatography to study the change of surface energy of amorphous lactose as a function of relative humidity and the processes of collapse and crystallisation.
H.E. Newell, G. Buckton, D.A .Butler, F. Thielmann, D.R. Williams, (2001), Int. J. Pharm., 217, (1-2): 45-56.

124) Water sorption/desorption-Near IR and calorimetric study of crystalline and amorphous raffinose
S.E. Hogan and G. Buckton, (2001), Int. J. Pharm., 227, (1-2): 57-69.

125) Characterizing physical forms of powders: Impact and advances.
G..Buckton (2001), Pharm. Tec. Eur.,13: 44-55.

126) The imidazole catalysed hydrolysis of triacetin: an inter- and intra-laboratory development of a test reaction for isothermal heat conduction microcalorimeters used for determination of both thermodynamic and kinetic parameters.
A.E. Beezer, A.K. Hills, M.A.A..O'Neill, A.C. Morris, K.T.E..Kierstan, R.M. Deal, L.J. Waters, J. Hadgraft, J.C. Mitchell, J.A. Connors, J.E. Orchard, R.J .Willson, T.C. Hofelich, J. Beaudin, G.

Wolf, F..Baitalow, S. Gaisford, R.A. Lane, G. Buckton, M.A. Phipps, R.A. Winneke, E.A. Schmidt, L.D. Hansen, D. O'Sullivan, M.K. Parmar, (2001) Thermochimica Acta, 380, (2): 3-17.

127) A study of the crystallisation of amorphous salbutamol sulphate using water vapour sorption and near infrared spectroscopy.
A. Columbano, G. Buckton and P. Wikeley (2002) Int. J. Pharm., 237, (1-2): 171-178.

128) The effect of erosion and swelling on the dissolution of theopylline from low and high viscosity sodium alginate matrices
M. Efentakis and G. Buckton (2002) Pharm. Dev. Technol. 7, (1): 69-77

129) The effect of alkylpolyglycoside surfactants on the crystallisation of spray dried salbutamol sulphate: a gravimetric-near infrared spectrometry study
A. Columbano, G. Buckton and P. Wikeley  (2002) AAPS Pharm Sci. 4 , (3): article 16.

130) Solid state properties, G.Buckton, in Pharmaceutics the Science of Dosage Form Design 2nd Edition, (2002) M.E.Aulton (Ed), Churchill Livingstone, London.  p141-151.

131) The effect of spray drying feed temperature and subsequent storage conditions on  the physical form of lactose.
O. C. Chidavaenzi, G. Buckton  and F. Koosha (2002) AAPS Pharm. Sci. Tech., 3 (4): 37.

132) Characterisation of surface modified salbutamol sulphate-alkylpolyglycoside microparticles prepared by spray-drying.
A. Columbano, G. Buckton  and P. Wikeley (2003) Int. J. Pharm., 253, (1-2): 61-70.

133) Inverse gas chromatography: Considerations about appropriate use for amorphous and crystalline powders
O. Planinsek and G. Buckton (2003) J Pharm Sci, 92, (6): 1286-1294

134) Quantification of amorphous content in mixed systems: amorphous trehalose with lactose
D. Al-Hadithi G. Buckton and S. Brocchini, (2004) Thermochimica Acta., 417, (2): 193-199

135) The use of high speed differential scanning calorimetry (Hyper DSCTM) to study the thermal properties of carbamazepine polymorphs.
C. McGregor, M.H. Saunders, G. Buckton and R.D. Saklatvala, (2004) Thermochimica Acta., 417, (2): 231-237

136) Determination of the changes in surface energetics of cefditoren pivoxil as a consequence of processing induced disorder and equilibrium to different relative humidities.
M. Ohta and G. Buckton, (2004) Int. J. Pharm., 269, (1): 81-88.

137) The use of inverse gas chromatography to assess the acid-base contributions to surface energies of cefditoren pivoxil and methacrylate copolymers and possible links to instability.
M. Ohta and G. Buckton  (2004)  Int J Pharm,272: 121-128.

138) The potential of high speed DSC (Hyper-DSC) for the detection and quantification of small amounts of amorphous content in predominantly crystalline samples.
M.H.. Saunders, K. Podluii, S. Shergill, C. Blatchford, G. Buckton and P. Royall. (2004)  Int J Pharm, 274, (1-2): 35-40.

139) The use of dynamic vapour sorption and near infra-red spectroscopy (DVS-NIR) to study the crystal transitions of theophylline and the report of a new solid-state transition, K.L. Vora,  G. Buckton and D. Clapham (2004), Eur. J. Pharm. Sci., 22, (2-3): 97-105.

140)  Inverse gas chromatography: Investigating whether the technique preferentially probes high energy sites for mixtures of crystalline and amorphous lactose H.E. Newell and G. Buckton.  (2004) Pharm. Res. , 21, (8): 1440-1444.

141) The use of inverse phase gas chromatography to study the glass transition temperature of a powder surface. G. Buckton, A. Amberkane and K. Pincott, (2004) Pharm. Res., 21, (9): 1554-1557

142) Approaches to determine the enthalpy of crystallisation, and amorphous content, from isothermal microcalorimetry data. S.E. Dilworth, G. Buckton, S. Gaisford  and R. Ramos.  (2004) Int. J. Pharm., 284, (1-2): 83-94

143) The crystallisation of a model hydrophobic drug (terfenadine) following exposure to humidity and organic vapours. R.M. Samra and G. Buckton. (2004) Int. J. Pharm., 284, (1-2): 53-60

144) Bilayer to micelle transition of DMPC and alcohol ethoxylate surfactants studied by isoperibol calorimetry. L.Barriocanal, K.M.G. Taylor and G. Buckton (2005) J Pharm. Sci. 94 (8): 1747-1755

145) A study of the differences between two amorphous spray-dried samples of cefditoren pivoxil which exhibited different physical stabilities M. Ohta and G. Buckton. (2005) Int. J. Pharm., 289,  (1-2): 31-38.

146) A study of liposome formation using solution (isoperibol) calorimeter L. Barriocanal, K.M.G..Taylor and G. Buckton (2004) Int. J. Pharm., 287, (1-2): 113-121.

147) Stability assessment of pharmaceuticals by isothermal microcalorimetry: two component systems. C.V. Skarai, S. Gaisford, M.A.A. O'Neill, G. Buckton and A.E. Beezer (2005) Int. J. Pharm., 292, (1-2): 127-135.

148) Calorimetric study of bovine serum albumin dilution and adsorption onto polystyrene particles. M.J. Pollitt, G. Buckton, S. Brocchini, H.O. Alpar, Int. J. Pharm., (2005) 298 (2): 333-338

149) The use of microcalorimetry in stress testing. G. Buckton and S. Gaisford in S.W. Baertschi (Ed) Pharmaceutical Stress Testing, Taylor and Francis,  New York, 2005. pp327-354.

150) A comparison of high speed differential scanning calorimetry (Hyper-DSC) and modulated differential scanning calorimetry to detect the glass transition of polyvinyl pyrolidone: the effect of water content and detection sensitivity in powder mixtures (a model formulation) R.D. Saklatvala, M.H. Saunders, S. Fitzpatrick and G. Buckton  (2005) J Drug Del. Sci Technol. 15 , (4): 257-260

151) Formation and characterization of porous indomethacin-PVP coprecipitates prepared using solvent-free supercritical fluid processing.
K. Gong, R. Viboonkiat, J..A. Darr, I.U. Rehman and G. Buckton,  (2005) J. Pharm. Sci. 94 , (12): 2583-2590

152)  A comparison of chemical reference materials for solution calorimeters
R. Ramos, S. Gaisford, G. Buckton, P.G. Royall, B.T.S. Yff, M.A.A. O'Neill, (2005) Int. J. Pharm 299: 1-2) 73-83

153) Calorimetric determination of amorphous content in lactose:  a note on the preparation of calibration curves
R. Ramos, S. Gaisford and G. Buckton, (2005) Int. J. Pharm. 300 , (1-2): 13-21

154) The hygroscopicity of moisture barrier film coatings
E. Mwesigwa, G. Buckton, A.W. Basit, (2005) Drug Dev Ind Pharm. 13 , (10): 959-968

155) The use of precursor polymers to prepare new excipients
J. Fletcher, A. Godwin, E. Pedone, B. Jahangeer, G. Buckton and S. Brocchini
(2005) J. Drug Del. Sci. Tech. 15 , (4): 295-299

156) Hyper DSC studies of amorphous polyvinylpyrrolidone in a model wet granulation system
G. Buckton, A.A. Adeniyi, M. Saunders and A. Ambarkhane. (2006) Int. J. Pharm. 312, (1-2): 61-65

157) Investigation to find a suitable reference material for use as an inverse gas chromatography system suitability test
J. Stapley, G. Buckton and D. Merrifield.  (2006) Int. J. Pharm.  318,(1-2): 22-27

158) Solution calorimetry to monitor swelling and dissolution of polymers and polymer blends.
S. Conti, S. Gaisford, G. Buckton and U. Conte. (2006) Thermochica Acta, 450, (1-2): 56-60

159) Isothermal methods to investigate the structural relaxation of amorphous materials
R. Ramos, S. Gaisford and G. Buckton.  (2006)  J. Pharm. Pharmacol., 58, (1): A22-A22

160) Adjusting and understanding the properties and crystallisation behaviour of amorphous trehalose as a function of spray drying feed concentration
A. Moran and G. Buckton.  (2007) Int. J. Pharm. 343: 12-17

161) The use of isothermal titration calorimetry to assess the solubility enhancement of simvastatin by a range of surfactants
R. Patel, G. Buckton and S. Gaisford.  (2007) Thermochimica Acta,  456, (2): 106-113

162) The importance of surface energetics of powders for drug delivery and the establishment of inverse gas chromatography. G. Buckton and H. Gill.   (2007) Advanced Drug Delivery Reviews. 59, (14): 474-1479.

163) The role of solution calorimetry in investigating controlled-release processes from polymeric drug delivery systems.
S. Conti, S. Gaisford, G. Buckton, L. Maggi and U. Conte.  (2008) Eur. J. Pharm. Biopharm.; 68, (3): 795-801

164) Determination of outer layer and bulk dehydration kinetics of trehalose dihydrate using atomic force microscopy, gravimetric vapour sorption and near infrared spectroscopy. M.D. Jones, A.E. Beezer and G. Buckton. J Pharm Sci. (2008). 97, (10): 4404-4415.

165) Moisture sorption and permeability characteristics of polymer films: Implications for their use as barrier coatings for solid dosage forms containing hydrolyzable drug substances. E. Mwesigwa, A.W. Basit and G. Buckton. J Pharm Sci. (2008), 97 , (10): 4433-4445.

166) Determination of the structural relaxation at the surface of amorphous solid dispersion using inverse gas chromatography. S. Hasegawa, K.E. Peng and G. Buckton. J Pharm Sci. (2009). 98 (6): 2133-9

167) Studies of the crystallisation of amorphous trehalose using simultaneous gravimetric vapor sorption/near IR (GVS/NIR) and "modulated" GVS/NIR A. Moran and G. Buckton. AAPS Pharm. Sci. Tech. (2009); 10 ,(1): 297-302.

168) Characterisation and aerosolisation of mannitol particles produced via confined liquid impinging jet.. Tang, H.K. Chan, H. Chiou, K. Ogawa, M.D. Jones, H. Adi, G. Buckton, R.K. Prud'homme, andJ.A. Raper. Int. J. Pharm. (2009) 367, (1-2): 51-7.

169) Anomalous properties of spray dried solid dispersions. H. Al-Obaidi, S. Brocchini and G Buckton . J. Pharm. Sci. (2009). 98 (12): 4724-37.

170) Evaluation of griseofulvin binary and ternary solid dispersions with HPMCAS H. Al-Obaidi and G. Buckton AAPS PharmSciTech. (2009) 10 (4): 1172-7

171) The relationship between drug concentration, mixing time, blending order and ternary dry powder inhalation performance. M.D. Jones, J.G. Santo, B. Yakub, M. Dennison, H. Master and G. Buckton. Int. J. Pharm. (2010). 31;39 (1-2): 137-47.

172) Intermolecular bonding forces – where materials and process come together. G. Buckton in Pharmaceutical Powder Compaction Technology, M. Celik (Ed), Informa, New York. pp 1-9. (2011) 1-8.

173) Characterisation and stability of ternary solid dispersions with PVP and PHPMA. H. Al-Obaidi and G. Buckton (2011) Int. J. Pharm., 419, 20-17.

174) A carbamazepine-indomethacin (1:1) cocrystal produced by milling. M. Majumder, G. Buckton, C. Rawlinson-Malone, A.C. Williams, M.J. Spillman, N. Shankland and K. Shankland. (2011) Cryst. Eng. Comm. 13, 6327-6328.

175) Investigation of preparation methods on surface/bulk structural relaxation and glass fragility of amorphous solid dispersions P. Ke, H. Al-Obaidi, G.Buckton. (2012). Int J Pharm, 422, 170-178..

176) Do amorphous troglitazones prepared from two diastereomer-pairs have the same molecular mobility and crystallization rate at the surface? N. Furuyama, S.Hasegawa, S. Yada, T.Hamaura, N. Wakiyama, E.Yonemochi, K.Terada and G.Buckton. (2012) Chem. Pharm. Bull, 59, 1452-1457.

22

177) Application of hydrogen-bond propensity calculations to an indomethacin-nicotinamide (1:1) co-crystal.
M Majunder, G. Buckton, C.F. Rawlinson-Malome, A.C.Williams, M.J.Spillman, E. Pidcock and K.Shankland.  (2013) Cryst Eng Comm, 15, 4041-4044.


178) Theophylline cocrystals prepared by spray drying: physicochemical properties and aerosolization performance.  Alhalaweh, A., Kaialy, W., Buckton, G., Gill, H., Nokhodchi, A., Velega, S.P., AAPS PharmSciTech, (2013) 14, 265-276.

179) Measuring antibody coatings on gold nanoparticles by optical spectroscopy.
M Pollitt, S.Brocchini, G Buckton RSC Advances, (2015), 5, 24521-7

180) Nanoparticle agglomerates of indomethacin: the role of poloxamers and matrix formers  on aerosolisation efficiency.
M Malamatari, S. Somavarapu, M Bloxham, G Buckton, Int. J. Pharm. accepted.

181) Using DVS-NIR to assess the water sorption behaviour and stability of a griseofulvin/PVP K 30 solid dispersion.  Li.W, Buckton, G., Int. J. Pharm, 495 (2015) 999-1004.


182) A new era of pulmonary delivery of nano-antimicrobial therapeutics to treat chronic pulmonary infections. Merchant,Z., Buckton,G., Taylor,K.M.G., Stapleton,P., Saleem,I.Y., Zariwala,M.G. and Somavarapu, S. accepted.


183) Solidification of nanosuspensions for the production of solid oral dosage forms and inhalable dry powders.  M. Malamatari, S. Sompavarapu, K Taylor and G Buckton.  Expert Opinion on Drug Delivery. Accepted


184) Atypical effects of incorporated surfactants on stability and dissolution properties of amorphous polymeric dispersions.  Al-Obaidi, H., Lawrence, M.J. and Buckton,G., J Pharm. Pharmacol. 68 (2016) 1373-1383


185) Comparison of the cohesion-adhesion balance approach to colloidal probe atomic force microscopy and the measurement of Hansen partial solubility parameters by inverse gas chromatography for the prediction of dry powder inhaler performance.  Jones, MD., and Buckton, G.,  Int. J. Pharm. 509 (2016) 419-430

186) Preparation of respirable nanoparticle agglomerates of the low melting and ductile drug ibuprofen: impact of formulation parameters. M. Malamatari, S. Sompavarapu, K. Kachrimanis, G.Buckton and K. Taylor Powder Technology, 308(2017)123-134.

## 9) Abstracts and Book Reviews

1) Assessment of the wettability of pharmaceutical powders using  compressed discs.
G.Buckton and J.M.Newton, (1985), J. Pharm.Pharmacol., 37, 27P.

2)  An alternative approach to the study of the wettability of a  pharmaceutical powder.
G.Buckton, A.E.Beezer and J.M.Newton, (1986), Proc. 4th. Int.  Conf. Pharm. Tech., Paris.

3) Problems of assessing the effect of a polymer surface coating   on the wetting of paracetamol.
T.C.Blair, G.Buckton and S.F.Bloomfield, (1986), J. Pharm.  Pharmacol., 38, 98P.

4) Water availability of Enterobacter cloacae contaminating  tablets stored at high relative humidities.
T.C.Blair, G.Buckton and S.F.Bloomfield, (1987), J. Pharm.  Pharmacol., 39, 125P.

5) Use of thermodynamic functions to describe the mechanisms of   drug release from a sustained release dosage form.
G.Buckton and M.R.Francis, (1987), J. Pharm. Pharmacol., 39, 132P.

6) Effect of particle size on the surface energetics of  pharmaceutical powders.
G.Buckton and A.E.Beezer, (1987), J. Pharm. Pharmacol., 39, 126P.

7) Drug Formulation, I. Racz.
Book review, (1990), Int. Pharm. J., 4, 108.

8) Pharmaceutical Thermal Analysis, J.L.Ford and P.Timmins.
Book review, (1990), Pharm. J., 244, 808.

9) Use of thermal methods for the characterisation of pharmaceuticals (report).
Pharm. J., 245 (1990) 183-184.

10) The effect of long term storage on the bleeding number and microscopical appearance of processed white soft paraffin.
J.H.King, G.Buckton and S.Poole, (1990), J. Pharm. Pharmacol. Suppl. 131P

11) Calorimetric studies of polymer solutions: studies of polymer phase transitions and binding to particles.
A.E.Beezer, N.Mitchard, B.Z.Chowdhry, S.Leharne and G.Buckton, (1990), Acta Pharmaceutica Nordica, 2, 295.

12) Physiological Pharmaceutics, C.Wilson and N.Washington.
Book review, (1990), Int. J. Pharm.

1)  Understanding experimental design and interpretation in pharmaceutics,
N.A.Armstrong and K.C.James., Book review, (1991), Int. J. Pharm., 73, 267.

14) The use of compensation analysis to study drug release mechanisms.
G. Buckton, M.Efentakis, H. Al-Hmoud, Intern. Symp. Control. Rel. Bioact.        Mater.,        18 (1991) 652-653.

15) QSAR studies of dissolution of barbituric acids
J.C.Dearden, S.J.A.Bradburne and G.Buckton, J. Pharm. Pharmacol., 1991, Suppl. 70P.

16) A relationship between surface free energy and polarity data, and some physical properties of spheroids.
J.F.Pinto, G.Buckton and J.M.Newton, Proc. APV Symposium, (1992), Eur. J. Pharm. Biopharm., 38, 21S.

17) The assessment of the wettability of pharmaceutical powders
G.Buckton, Invited contribution, American Chem. Soc., Symposium on Contact Angle, Adhesion and Wettability, San Francisco, April, 1992.

18) Analysis of bioadhesive carbopol gels using dielectric spectroscopy and oscillatory rheology
D.Q.M.Craig, S.Tamburic, G.Buckton and J.M.Newton, Proc. Int. Symp. Control. Rel. Bioact. Mater. 1992

19) The application of percolation theory to swelling studies on mixtures of two hydrophilic excipients.
E.Papadimitriuo, G.Buckton, M.Efentakis and N.Choulis, 12th Pharmaceutical Technology Conference, Elsinore, Denmark, 1993.

20) Probing the mechanisms of swelling of hydroxypropylmethylcellulose matrices.
E.Papadimitriuo, G.Buckton, M.Efentakis and N.Choulis, 12th Pharmaceutical Technology Conference, Elsinore, Denmark, 1993.

21) Diffusion and Relaxation mechanisms for drug release from different hydrophilic formulations.
E.Papadimitriou, M.Efentakis, N.Choulis and G.Buckton, 12th Pharmaceutical Technology Conference, Elsinore, Denmark, 1993.

22) Applications of isothermal microcalorimetry in the field of physical pharmacy.
G.Buckton, European Society of Thermal Analysis, Calorimetry, Thermodynamics and Chemical Reactivity, Symposium on Pharmacy and Thermal Analysis, Freiberg, Germany, March 1993.

23) Calorimetric studies of powder wettability
G.Buckton, European Society of Thermal Analysis, Calorimetry, Thermodynamics and Chemical Reactivity, Symposium on Pharmacy and Thermal Analysis, Freiberg, Germany, March 1993.

24) Comparison of two methods for the assessment of the wettability of pharmaceutical powders.
P.L.Sheridan, G.Buckton and D.E.Storey,    (1993), J. Pharm. Pharmacol., 45, 1097.

25

25) The relationship between wettability and molecular orbital indices.
P.L.Sheridan, G.Buckton and D.E.Storey, (1993), J. Pharm. Pharmacol, 45, 1149.

26) Surface energy determinations of powders for use in dry powder aerosol formulations.
A.Chawla, G.Buckton, K.M.G.Taylor, J.M.Newton and M.C.R.Johnson, British Pharmaceutical Conference, (1993), J. Pharm. Pharmacol., 45, 1148.

27) Investigations of the relationship between surface energy terms and the thermodynamics of transfer into sodium dodecyl sulphate micelles.
G.Buckton, S.Mall, T.Gregori and D.A.Rawlins. (1994) Proceedings of the 13th Pharmaceutical Technology Conference, Strasbourg, France, vol 2, pp289-298.

28) The use of microcalorimetry as a rapid method of assessing bacterial kill by ciprofloxacin.
I.Morrisey and G. Buckton. (1994)   Proceedings of the 13th Pharmaceutical Technology Conference, Strasbourg, France, vol 3, pp119-127.

29) The use of high sensitivity differential scanning calorimetry to characterise dilute aqueous dispersions of surfactants: Further studies on polyoxyethylene alkyl ethers.
G.Buckton, J.A.Armstrong, B.Z.Chowdhry, S.Leharne and A.E.Beezer, (1994), Proceedings of the 13th Pharmaceutical Technology Conference, Strasbourg, France, vol 3, pp 125-158.

30) Prediction of the surface properties of pharmaceutical powders from molecular structure.
P.L.Sheridan, G.Buckton, D.E.Storey, (1994),
Proceedings of the 13th Pharmaceutical Technology Conference, Strasbourg,    France, vol 2, pp 299-323.

31) Delivering pharmaceutical care
G.Buckton, Pharm. J., (1994), 252, 662.

32) Temperature dependence on the adsorption of poloxamer F108 to a model hydrophobic drug.
D.Carthew, G.Buckton, G.E.Parsons and S.Poole (1994) J. Pharm. Pharmacol., 46 (Suppl. 2), 1039.

33) Microcalorimetric study of crystallinity of spray dried salbutamol sulphate.
D.Greenleaf, G.Buckton, P.Darcy and P.Holbrook, AAPS Annual meeting, (1994), Pharm. Res., PT6085, S-152.

34) The effect of temperature on the adsorption of poloxamer P388 to the surface of three hydrophobic solids.
D.Carthew, G.Buckton, G.E.Parsons and S.Poole (1995) 14th Pharmaceutical Technology Conference, Barcelona, Vol. 3 pp50-62.

35) The use of isothermal microcalorimetry in studies on the influence of microcrystalline cellulose or magnesium stearate on the recrystallisation of amorphous spray dried lactose.
G.Buckton and P.Darcy (1995) 14th Pharmaceutical Technology Conference, Barcelona, Vol 3, pp63-75.

36) The use of isothermal microcalorimetry for studies of surfactant aggregation and surfactant - drug interaction in a non-polar fluid (a model inhalation aerosol system).

P. Blackett and G.Buckton (1995) 14th Pharmaceutical Technology Conference, Barcelona, Vol 3, pp122-133.

37) The use of gravimetric studies to assess the degree of crystallinity of predominantly crystalline powders.
G. Buckton and P.Darcy. 1st World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Budapest, May 1995, pp203-204.

38) Adsorption behaviour of a surfactant (oleic acid) onto salbutamol base and salbutamol sulphate in non-aqueous suspension.
P.Blackett and G.Buckton. 1st World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Budapest, May 1995 pp 603-604.

39) Dissolution behaviour of sulphonamides into sodium dodecyl sulphate micelles - a thermodynamic approach.
S.Mall, G.Buckton and D.A.Rawlins.  1st World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Budapest, May 1995 pp 32-33.

40) The use of isothermal microcalorimetry in the study of the amorphous content of a hydrophobic powder.
H.Ahmed, G.Buckton and D.A.Rawlins. 1st World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Budapest, May 1995, pp74-75.

41) Dissolution behaviour of sulphonamides into sodium dodecyl sulphate solutions
S.Mall, G.Buckton, D.A.Rawlins, British Pharmaceutical Conference, Warwick, (1995), J. Pharm. Pharmacol., 47, 1067.

42) The relationship between surface energy and tensile strength
P.L.Sheridan, G.Buckton and D.E.Storey, British Pharmaceutical Conference, Warwick, (1995), J. Pharm. Pharmacol., 47, 1067.

43) Dissolution behaviour of sulphonamides into sodium dodecyl sulphate micelles - a thermodynamic approach.
S.Mall, G.Buckton and D.A.Rawlins.  Symposium of Surfactants, Micelles and Microemulsions, University of Florida, August 1995.

44) Probing small amounts of amorphous content in crystals of a hydrophobic drug.
H.Ahmed, G. Buckton and D.A.Rawlins, AAPS 10th Annual Meeting, Miami Beach, November 1995 (PDD 7009) Pharm. Res., 12, S-195.

45) An overview of the uses of high sensitivity differential scanning calorimetry to characterise di-/triblock copolymers and polyoxyethylene alkyl ethers.
S.A.Leharne, B.Chowdhry, G.Buckton, A.E.Beezer and J.C.Mitchell.  2nd Symp. On Pharmacy and Thermal Analysis, University of Geneva, October 1995, A5.

46) Dissolution behaviour of sulponamides into sodium dodecyl sulphate micelles.
S.Mall, G.Buckton and D.A.Rawlins, AAPS 10th Annual Meeting, Miami Beach, November 1995 (PDD 7096). Pharm. Res., 12, S-216.

47) Surfactant Adsorption onto amorphous and crystalline salbutamol sulphate in model inhalation aerosols.

27

P.M.Blackett and G.Buckton. AAPS 10th Annual Meeting, Miami Beach, November 1995 (PDD 7382).  Pharm. Res., 12, S-288.

48) New insight into the behaviour of materials
G.Buckton, Asia Pharma. Mfrg. Show 1996 (An Express Pharma Pulse Special Edition) p 4.

49) The formation of an inclusion complex between methacarbamol and HP-beta-cyclodextrin: Structure determination, molecular modelling, solubility and dissolution rate studies.
E.Antoniadou-Vyza, M.Efentakis, G.Buckton and Y.Loukas. 15th Pharm. Tec. Conf., March 1996, Oxford, Vol 1. 466-475.

50) Water mobility in amorphous lactose below and close to the glass transition temperature.
P.Darcy and G.Buckton., 15th Pharm. Tec. Conf.  Oxford, March 1996, Vol 3. 128-133.

51) Comparison of wetting behaviour of theophylline and coffeine using various contact angle measurement methods and inverse gas chromatography.
J. Dove, G.Buckton and C.Doherty.  15th Pharm. Tec. Conf. Oxford, March 1996. Vol 3, 50-62.

52) Characterisation of adsorbed poloxamer surfactants
D.L.Carthew, G.Buckton, G.E.Parsons and S.Poole, Pharm. Res., (1996), 13 (Suppl.), PDD 7100, S-237.

53) The dynamic surface tension of HPMC film coating solutions
E.Ocha Machista and G.Buckton, Pharm. Res., (1996), 13 (Suppl.), PDD 7172, S-275.

54) Validation of humidity controlled experiments.
J.W.Dove, G.Buckton, J.Booth and C.Doherty.  Pharm. Res., (1996), 13, (Suppl) PDD 7481, S-369..

55) Calorimetric and gravimetric water sorption profiles of silicified microcrystalline cellulose (SMCC).
G.Buckton, P.Darcy and B.E.Sherwood. Pharm. Res., (1996) ,13,(Suppl) PT 6166, S-198.

56) Predicting interaction of powders in binary mixes from their surface energy components.
M.Ah Fat, G.Buckton, R.Burrows and M.Ticehurst, Pharm. Res., (1996), 13 ,(Suppl.), PDD7463, S-348.

57) A comparison between inverse gas chromatography and a novel Wilhelmy plate contact angle method in determining the surface properties of powders.
J.W.Dove, G.Buckton and C.Doherty, Pharm. Res., (1996),13 ,(Suppl.), PDD 7548, S-353.

58) An investigation into the interaction between poloxamers and liposomes.
J.Castille, K.Taylor and G.Buckton. Pharm. Res., (1996), 13, (Suppl.), PT6035, S-165.

59) An innovative technique for the measurement of contact angles of alpha-lactose monohydrate.
N.M.W.Ahfat, G.Buckton, R.Burrows, M.Ticehurst.  J. Pharm. Pharmacol., (1997),49 Suppl, 68.

60) The effect of relative humidity on milled and spray dried nedocramil sodium.
E.Y.Ampratwum, K.M.G.Taylor, G.Buckton, K.Chippendale and D.Y.T.Wong, J. Pharm. Pharmacol., (1997), 49 (Suppl), 80.

28

61) The influence of heating on water loss (drying) of collapsed amorphous lactose. P.Darcy and G.Buckton, J. Pharm. Pharmacol., (1997), 49 (Suppl.), 70.

62) Measurement of alterations in surface energy characteristics due to different drying processes.
J.W.Dove, G.Buckton and C.Doherty, (1997), 49 (Suppl.), 69.

63) Investigations into new salt forms of cemetidine. P.Patel, G. Buckton, D. Elder and D. Eggleston. AAPS Boston 1997.

64) Surfactant drug interactions. R. Patel, G. Buckton, D.A. Rawlins and D.E. Storey.  AAPS, Boston 1997.

65) Crystallization of ground and quenched ursodeoxycholic acid.  E.Yonemochi, G. Buckton, T.Oguchi and K.Yamamoto.  AAPS Boston 1997.

66) The effects of surfactant purity on the solubility and dissolution of a water insoluble drug. R. Patel, G. Buckton, D.A. Rawlins, and D.E. Storey.  AAPS Boston, 1997.

67) Moisture uptake and recrystallisation studies for bulk samples of partially amorphous lactose.  P. Darcy and G.Buckton. AAPS Boston, 1997.

68) Crystallisation of amorphous lactose at different temperatures and humidities. P. Darcy and G. Buckton. AAPS Boston 1997.

69) Thermodynamic characterisation of water sorption in microcrystalline cellulose and silicified microcrystalline cellulose (SMCC) before and after wet granulation.  G.Buckton and P.Darcy, Pharm. Res.,14,  S-199, 1997.

70) The use of NIR spectroscopy to study the difference between Emcocel and Prosolv SMCC before and after wet granulation.  17th Pharm. Tech. Conf. , Dublin, March 1998, Vol. 3, pp17-27.

71) Performance of moisture barrier film coatings.
M.Whiteman, M.P.Jordan and G.Buckton.  APGI/APV 2nd Wld. Meet. Pharm. Biopharm. Pharm.Tec., Paris, 25-28May 1998, 367-8

72) Near IR detection of change in form of amorphous and crystalline lactose.
E.Yonemochi, G.Buckton, J.Hammond and A.Moffat. APGI/APV 2nd Wld. Meet. Pharm. Biopharm. Pharm.Tec., Paris, 25-28May 1998, 13-14.

73) Physical characterisation of drugs and excipients.
G.Buckton.  J. Pharm. Parmacol., 50 (Suppl.), 60

74) The influence of poloxamer surfactants on the thermal pre-transition of DMPC and DPPC liposomes.
J.D.Castile, K.M.G.Taylor and G.Buckton. J. Pharm. Parmacol., 50 (Suppl.), 147.

75) The impact of feed temperature on the polymorphic content of spray dried lactose.
O.C.Chidavaenzi, G.Buckton and F.Koosha. J. Pharm. Parmacol., 50 (Suppl.), 184.

76) The physicochemical basis for enhanced drug absorption: calorimetric studies of drug-surfactant interactions.
R.Patel, G.Buckton, D.A.Rawlins and D.E.Storey. J. Pharm. Parmacol., 50 (Suppl.), 189.

77) Characterisation of microcrystalline cellulose and silicified microcrystalline cellulose.
G.Buckton, E. Yonemochi, W.Yoon and A. Moffat, Pharm. Sci., Suppl. 1998, 1 S-30.

78) Electrostatic charging of microcrystalline cellulose and silicified microcrystalline cellulose.
G.Buckton, A.Ghelani and R.Lane, Pharm. Sci., Suppl. 1998, 1 S-311.

79) Hygroscopicity of moisture  barrier film coatings.
G.Buckton, P.Darcy and M.Whiteman.  Pharm. Sci. Suppl., 1998, 1 S-445.

80) NIR spectroscopy of microcrystalline cellulose and colloidal silica as physical mixtures and as PROSOLV SMCC.
G.Buckton and E.Yonemochi.  Pharm. Sci. Suppl., 1998, 1 S-311.

81) Physicochemical characterisation of spray dried lactose prepared at different feed temperatures.
O.Chidavaenzi, G.Buckton and F.Koosha. Pharm. Sci. Suppl., 1998, 1 S-314

82) The impact of spray drying lactose in the presence of PEG 4000.
O.Chidavaenzi, G.Buckton and F.Koosha. Pharm. Sci. Suppl., 1998, 1 S-314

83) Interaction of poloxamer surfactants with hydrophobic surfaces.
S.Ali, G.Buckton and S.Mills.  Pharm. Sci. Suppl., 1998, 1 S-169.

84) Characterising amorphous and crystalline trehalose and raffinose: Near IR Studies.
E.Yonemochi, G.Buckton and A.Moffat., Pharm. Sci. Suppl., 1998, 1 S-404.

85) Physicochemical characterisation of Passcal formulations and excipients, Malcolmson, R.H., Buckton, G., Darcy, P., Cox, R.L., Renwick, C.E., and Embleton, J.K.  Proc. Rep Drug Del, VI, 1998.  p365-367

86) Adsorption of alkylpolyglycoside surfactants onto beclomethasone dipropionate.
A.Columbano, G.Buckton, M.Grosvenor and P.Wikeley, (1999) J. Pharm. Pharmacol., 51, 62

87) Modification of microparticle surfaces by use of alkylpolyglycoside surfactants.
A.Columbano, G.Buckton, M.Grosvenor and P.Wikeley (1999) J. Pharm. Pharmacol., 51, 1999, 337

88) Inverse gas chromatography on microparticles after adsorption of alkylpolyglycoside surfactants.
A.Columbano, G.Buckton and P.Wikeley, (1999)  PharmSci Suppl., 1, 502 (abstract 3510)

89) Modification of the surface energy of spray dried salbutamol sulphate in the presence of alkylpolyglycoside surfactants.
A.Columbano, G.Buckton and P.Wikeley, (1999) PharmSci Suppl., 1, 503 (abstract 3511)

90) The novel combination of near infrared and dynamic vapour sorption gravimetric analysis to detect crystallisation in amorphous lactose.
R.A. Lane and G. Buckton, (1999)  J.Pharm. Pharmacol., 51, 46.

91) The development of isothermal titration microcalorimetry to probe interactions in a complex surfactant/polymer system.  G.Buckton. Proc.  54th Annual Calorimetry Conference, Tallahassee, Florida, August 1999.

92) Surface Properties  of a-lactose monohydrate under Humidified Conditions.
H.E Newell, G. Buckton, D.A Butler and D.R. Williams (1999) American Association of Pharmaceutical Scientists Annual Meeting,  New Orleans. Abstract 2348

93) The application of dynamic vapour sorption and near-infrared spectroscopy in combination to quantify small amounts of amorphous lactose S. E. Hogan and G. Buckton, J. Pharm. Pharmacol. 2000, 52 (Supplement): 163.

94) Characterisation of maltodextrins using isothermal microcalorimetry
A. Shah, G. Buckton and S. Booth, J. Pharm. Pharmacol. 2000, 52 (Supplement)183

95) Characterisation of maltodextrins using isothermal microcalorimetry
A. Shah, G. Buckton and S. Booth
AAPS PharmSci Supplement, 2, 2000,ISSN 1522-0893

96) A comparison of Dynamic Vapour Sorption/Near Infrared Spectroscopy and Solution Calorimetry to quantify low amorphous lactose contents
S.Hogan and G. Buckton
www.aapspharmaceutica.com/scientificjournals/pharmsci/am_abstracts/2000/1982.html

97) The use of Solution Calorimetry in assessing partially amorphous dry powder inhalation carriers, D. Al-hadithi, G. Buckton and S. Brocchini.  (Oral Presentation), *6th International Conference on Pharmacy and Applied Physical Chemistry (PhandTA 6)*, Ascona, Switzerland, 2002.

98) Partially amorphous carriers in dry powder inhalation, D. Al-hadithi, G. Buckton, S. Brocchini, N. Lowther and D. Singh.  *Respiratory Drug Delivery VIII*, Tuscon, Arizona, 2002.

99) The *in vitro* evaluation of modified lactose as a novel dry powder inhalation carrier, D. Al-hadithi, G. Buckton, S. Brocchini, N. Lowther and D. Singh.  *Abstracts from Drug Delivery to the Lungs XI. Journal of Aerosol Medicine*, 14 (1) 128, 2001.

100) Measurement of molecular mobility of molecules in amorphous state using enthalpy relaxation data measured by StepScan DSC, A.V. Ambarkhane, B. Stockton and G Buckton. BPC, Harrogate 2003.

101) Estimation of critical relative pressure of water (%cRH) for amorphous indomethacin using Isothermal microcalorimetry. A.V. Ambarkhane, B. Stockton and G. Buckton.  BPC, Harrogate 2003.

102) The use of inverse phase gas chromatography to study the glass transition temperature of a powder surface.  A.V. Ambarkhane, K. Pincott and G. Buckton.

BPC, Manchester 2004.

103) Calorimetric study of protein adsorption onto polystyrene latex
M.J. Pollitt, G. Buckton, H.O. Alpar, S. Brocchini
Presented at the 5th European Workshop on Particulate Systems, London, July 2004.

104) Estimation of glass transition of amorphous lactose by inverse gas chromatography.  A.V. Ambarkhane, K. Pincitt and G Buckton.
AAPS, Baltimore 2004.

105) In vitro deposition from a dry powder inhaler and its correlation with surface energy of amorphous fine particle surfaces
A.C. Oliveira, G. Buckton, E. Collins (need to check rest of names).  (2006) J. Pharm. Pharmacol., 58, (1): A24-A24

106) A calorimetric investigation of hydrogel swelling and drug release
L. He, S. Gaisford, S. Conti (need to check rest of names).  (2006) J. Pharm. Pharmacol., 58, (1):  A21-A22

107) In-situ process monitoring using calorimetry: Assessment of powder and tablet swelling
S. Gaisford, S. Conti and G Buckton.  (2006)  J. Pharm. Pharmacol., 58, (1): A5-A5

108) The characterization and dissolution properties of griseofulvin solid dispersions with HPMCAS
H. Al-Obaidi and G. Buckton.  (2006)  J. Pharm. Pharmacol. , 58, (1): A18-A19

109) Bridging polymeric excipients to stabilise amorphous dispersions
J. Fletcher, N. Wilson, G. Buckton, S. Brochini
Sent to Controlled Release Society Meeting

110) Spray dried alkaline phosphatase: variation of particle morphology
A. Khalid, G. Buckton, S. Brocchini
Sent to Controlled Release Society Meeting

111) Influence of the spray-drying concentration on the relaxation of an amorphous solid dispersion
H. Al-Obaidi, S. Brocchini, G. Buckton
BPC, 2007

112) Variation of dissolution rate of spray-dried solid dispersions from different solvents
H. Al-Obaidi, S. Brocchini, G. Buckton
BPC, 2007

113) Comparison of particle-particle interactions measured by atomic force microscopy and calculated from Hansen solubility parameters measured by inverse gas chromatography: preliminary report. In proceedings of Drug Delivery to the Lungs 18, Edinburgh, UK, pp. 180-83.
M.D. Jones and G. Buckton
The Aerosol Society, 2007

114) Solution calorimetry: A valuable technique to investigate properties of co-crystals.

M. Majumder, C. Rawlinson, A.C.Williams and G.Buckton.  BACG meeting, London July 2011.

115) Producing homogeneous co-crystals in solid state: Can solution calorimetry provide kinetic information?
M.Majumder, C.F.Rawlinson, A.C Williams and G.Buckton UKPharmSci, August 2011.

116) Surface properties and aerosolization behavior of anhydrous and cocrystal forms of theophylline.
A.Alhalaweh, G.Buckton and S.P.Velaga.  AAPS Annual Meeting, Washington DC, October 2011.

117) Mannitol as a co-milling agent for the preparation of theophylline inhalable particles.
M Malamatari, S Somavarapu, M Bloxhamn G. Buckton. Pharmaceutical Technology conference, Croatia. 2015.

118) Understanding nanoscale order in amorphous pharmaceuticals.
K.B.Borisenko, W., Li, G.Buckton, A,Stewart, A.I.Kirkland. ECM29 Croatia, 2015.

119) Conversion of nanosuspensions of dry powders by spray drying: a platform for the preparation of inhalation particles.
M.Malamatari, M.Bloxham, S.Somavarapu and G.Buckton, J Aerosol Med and Pulmonary Del. 28, A11, (2015).

## 10) Patents

Al-Hadithi, Buckton, Brocchini:  Derivatised Particulate Inhalation Carriers:  WO 03/094884

Al-Hadithi, Buckton, Brocchini: Particulate Inhalation Carriers: WO 02/45682

Fletcher, Buckton and Brocchini, Solid dispersions for oral drug release (filed January 2005)

(all lapsed)

Columbano, Buckton, Wickeley. Glycosides to stabilize inhalations granted patent

Patents granted from work at Pharmaterials Ltd for IntraCellular Therapeutics (but the text of which I have not been involved with and did not write) – US 61/838,105 :"Free base crystals" (2013) and WO 2014/205354.  European Patent application 20165092.6 "Process for Preparing salts of a known PDE1 Inhibitor"

## 11) Research Supervision

<u>PhD Research students supervised</u>

T.C.Blair.  Some factors influencing the survival of microbial contaminants in solid oral dosage forms.   SERC award: 1986-1989.

N.Mitchard. The interactions of proteins and synthetic polymers with model hydrophobic drug carrier systems.  Funded by ADDR Ciba-Geigy: 1987-1990.

S.C.Forster. Changes in physical properties of an homologous series of solids. Funded by Glaxo Group Research: 1987- writing up.

S.Russell.  Title withheld.  Funded by The Wellcome Foundation: 1988-1991.

G.Parsons. The use of surface energies to model the stability of non-aqueous suspensions.  SERC / CASE (Lilly Research Centre Ltd.): 1988-1991.

A.MacKellar. Controlled crystallisation.   SERC / CASE (Beecham Pharmaceuticals): 1988-1991.

J.H.King. The effects of processing on the structure of ointments and creams.  Funded by The Wellcome Foundation: 1988-1991 (did not submit).

P.L.Sheridan.  The use of computer modelling to predict the surface energies, and behaviour of powders.  SERC / CASE (MSD): 1990-1993.

J.F.A.Pinto.  Development of novel controlled release products from pellets. Personal funding: 1990-1993.

S.Mall.  Surfactant interactions in solid dosage forms.  SERC / CASE (MSD) 1992-1995

D.Carthew. Stabilisation of microfine suspensions.  Wellcome Foundation Ltd.,    1992-1995.

H.Ahmed. The influence of processing on material properties. SERC/CASE (MSD), 1993-1996.

P.Darcy.  Studies on the amorphous form of lactose.  1994-1998 (part time)

P.Patel.  Crystal structure determination and physico-chemical characterisation of salt forms of drugs. SERC/CASE (SB) 1994-1997.

J.Dove. Molecular modelling, crystal structure determination and physico-chemical characterisation of a range of related drugs.  Roche Products. 1994-1997.

M.Ah-Fat.  Modelling of powder mixing (1995-1998)

R.Patel.  Drug - surfactant interactions (1995-1998)

O.Chidavaenzi.  Understanding spray granulation (1995-1998)

S.Ali, Suspension stabilisation, Glaxo-Wellcome (1996-1999)

A.Shah, The influence of processing on powder crystallinity, MSD CASE (1997-2000)

A.Colombano, Physico-chemical characterisation of novel surfactants, Astra, (1998-2001)

S.Hogan, Stabilising protein formulation, RPSGB, (1998-2001)

L.Barriocanal, Surfactant-macromolecule interactions, School Millennium Studentship, (1999-2002).

M.Daifi, Spray drying processing, SB CASE award, (1998-2001)

C.Galligan, The influence of surface energy on mixing.  Pfizer, (1998-2001)

J.Guaquiere, Novel particles for inhaled delivery of proteins, (1998-2001)

R. M. Samra, Characterisation of Terfenedine and a model of hydrophobic amorphous Form of a drug and preparation and characterization of some of its derivatives, (part-time 1998-2003)

R.Viboonkiat, Stabilising amorphous solid dosage forms (1999-2002)

D. Al-Hadithi, Development of novel inhaled particles, Novartis (1999-2002)

A.  Moran, Solid state stability of macromolecular drugs, BBSRC, (2000-2003)

E. Beusang, Modification of the surfaces of microparticles for inhalation drug delivery, AsraZeneca (2001-2004)

L. Schueller, Dry powder inhalation: investigation of physical and chemical modifications of carrier on drug deposition, Novartis, (2001-2004)

E. Mwesisgwa, The Hygroscopicity of Moisture-Barrier Film Coatings, Commonwealth Scholarship (2001-2004)

K. Vora, Use of Dynamic Vapour Sorption Technique to Probe Surface Energies and Wettability of Powders, EPSRC CASE/GSK ((2001-2004)

J. Stapely, The application of inverse gas chromatography (part–time 2003 – 2007) GSK funded.

J. Fletcher,  Studies of dispersion of drugs in polymers (EPSRC 2001-2004)

A.  Khalid,  Studies of spray dried particles for stabilising proteins (EPSRC 2002-2005)

A.Ambarkhane, Investigating into predicting the long term physical stability of amorphous compounds, GSK/SOP (2002-2005)

M. Pollitt, (with Dr Brocchini and Prof Alpar)  Nasal delivery of proteins SOP, (2003-2006)

R. Ramos, The effect of milling process on crystalline drugs  ,  Schering Plough, (2003-2006)

C.V. Scaria, (with Dr Gaisford), Use of isothermal microcalorimetry for stability studies. SOP, (2003-2006)

V. Gohil, Micronised/Milled Materials and Wet Granulation, AstraZeneca, (2003-2006)

Z. Ding, Titration calorimetry to study surfactant interactions with drugs  (2003-2006)

L. He, Drug loading and release from hydrogels (2003-2006)

A.  Matos De Oliveira, Spray dried powders for dry powder inhalers, Pfizer (2004-2007)

H Al-Obaidi, Griseofulvin in Solid Dispersions, (2004-2007)

Peng Ke, self funding (2005-2008) Stability of amorphous dispersions.

K. Barck, Astra Zenecca, studies on pMDI inhalation systems (2005-2008)

WangJing Li  self funded (2010-2013).  Stability of amorphous dispersions.

M Malamataris (2013-2016) EPSRC DTC grant.  Engineering particles from nanoparticle association.

Z Marchant (2014-2017) SoP Funded.  Nanoparticle delivery.


Visiting scientists

The following have worked in my laboratories:-

Dr L Zajic, University of Belgrade, Yugoslavia.; Dr M Efentakis, University of Athens, Greece; Dr L Oner, University of Hacettepe, Turkey; Dr M Angberg, University of Uppsala, Sweden; Mr C Tapia, University of Santiago, Chile; Dr S Tamburic, University of Belgrade, Yugoslavia; Dr E Papadimitriou, University of Athens, Greece; Ms T Gregori, University of Pavia, Italy; L Rousseau, University of Grenoble, France; V Ludet, University of Grenoble, France; Dr M Montagno Cappuccinello, Pharmacia Farmitalia, Italy; Dr M Rillosi, University of Pavia, Italy; Professor Ch'ng Hung Seng, Penang, Malaysia; Dr  E O Machiste, University of Pavia, Italy; Dr E Yonemochi, Chiba University, Japan; Dr O Planinsek, University of Ljubljana, Slovenia; Dr M Ohta, Meiji Seika Kaisha Ltd, Japan; Dr M Ono, Daiichi Pharmaceutical Co. Ltd., Japan; Dr M Makoto Seiki Pharmaceuticals Japan,  Dr Susumu Hasegawa, Sankyo Co. Ltd., Japan.

**12) Invited and external lectures SINCE 2001**

1)  Plenary lecture at Krka award ceremony, Slovenia, January 2001

2) Research seminar Vectura Ltd, March 2001

3) Lecture at Swedish APS 4th International Symposium on Solid Dosage Forms, May 2001

4) Plenary lecture EUFEPS meeting on solid dosage forms, May 2001

5) Presentation at 29th Interpharm Research Conference, May 2001

6) RPSGB meeting - Physical stability testing lecture, May 2001

7) Seminar Petra University Jordan, May 2001

8) Management Forum speaker - Dry powder inhalers, powder properties,
 June 2001

9) Plenary lecture 1st World Conference on Inverse Phase Gas
  Chromatography, September 2001

10) Plenary speaker EUFEPS 10th Anniversary conference, September, 2001

11) Invited lecture at Technology Showcase, BPC, September 2001

12) Invited speaker, Drug delivery symposium, Edinburgh (Quintiles),
 September 2001

13) Management Forum - Physical form of excipients with regard
    registration, September 2001

14) Invited presentation at AAPS - Denver USA, October 2001

15) Invited seminar Bristol MS - New Jersey USA, October 2001

16) Six lectures to RPSGB Tabletting Course, November2001

17) RPSGB stability testing, April 2002

18) Seminar Strathclyde University, May 2002

19) Seminar Mahidol University, Bangkok, August 2002

20) Management Forum – Excipients -regulatory issues, September 2002
21) BPC – Presentation on Inverse Phase Gas Chromatography, September 2002.

22) Presentation at AAPS "Excipioeconomics" October 2002.

23) Schering Plough – New Jersey, Seminar – October 2002

24) RPSGB meeting on Tabletting Technology.  Series of lectures.  Cambridge,  November
2002.

25) IPEC Europe Seminar –  Plenary lecture Analytical Characterisation of
Excipients, January 2003.

26) APS – Inhaled Delivery Symposium, session chair and discussion group leader.

27) Materials Department, QMW University of London, seminar - Physical properties of materials of importance for drug delivery, February 2003.

28) RPSGB - Stability Testing, Cambridge, April 2003.

29) Invited presentation to the London, Oxford and Cambridge joint show case of leading new biotech companies, for Pharmaterials Ltd.

30) Swedish APS – Presentation on Characterisation and quantification of amorphous content in excipients, September, 2003.

31) BPC – Science Conference Chairman, September 2003.

32) Management Forum Excipients Conference – Presentation on Physical Testing of Excipients to Ensure Functionality, London, September 2003.

33) Kings College London – Seminar on Physicochemical Characterisation of Importance for Drug Delivery. October 2003.

34) British Crystallographic Association Industrial Group, Invited lecture on Amorphous Materials, November 2003.

35) RPSGB – Course Director for meeting on Tabletting Technology. Cambridge, November 2003.

36) Management Forum – Speaker on Physical impurities and their effect – London, February 2004.

37) RPSGB – Stability Testing, Cambridge, February 2004.

38) International Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology – Co-Chair and speaker Pharmaceutical materials to underpin Drug Delivery, Nuremberg, March 2004.

39) Interpharm Research Conference – IGC to determine the surface Tg of particles. Chester. May 2004

40) Seminar at Bespak on Pharmaceutical Materials Science. July 2004

41) In-house training course on physical form – Sanofi-Aventis, September 2004

42) Hyper DSC and Inverse Gas Chromatography – British Pharmaceutical Conference Manchester, September 2004

43) Thermal methods to characterise the solid state – EDQM Quality on the Move: Dynamics of the European Pharmacopoeia. Budapest, October 2004.

44) Workshop on the amorphous state (IQWPC) – Frankfurt, October 2004

45) Symposium to mark the retirement of Henning Kristenson, Copenhagen, October 2004.

46) Web cast organised by Perkin Elmer-  Applications of Hyper DSC November 2004

47) Seminar – Materials Properties to underpin Drug Delivery, Astra Zeneca, Wilmington USA November 2004.

48) RPSGB Tabletting Technology, series of lectures, November 2004

49) Training conference on Poorly Soluble Drugs – series of lectures, London November 2004

50) Physical characterisation of materials and the significance for drug delivery - Plenary lecture to Korean Pharmaceutical Conference November 2004

51) Pharmaceutical materials science. Chuncheon University, Korea November 2004

52) Physical form and its significance for drug delivery.  Active Biotech, Lund Sweden, December 2004

53) Surface properties of powders, determination and application (2 lectures) AAPS Arden House, Harriman NY, January 2005.

54) Amorphous materials – where are we now and where will we go?  APSGB Amorphous Materials, London February 2005.

55) Physical impurities.  Management Forum, Barcelona, March 2005

56) Hyper DSC, Seminar to global Pfizer sites through video conference, March 2005

57) Solid dispersions and the amorphous state.  Arden House Conference, London, March 2005

57) Inverse gas chromatography.  Arden House Conference, London March 2005

58) Inverse gas chromatography. Novartis Pharma, Basle, April 2005

59) Respiratory Drug Delivery Europe, Amorphous content control – Feasible test methods and specifications for inhaled drug products. Paris, May 2005 (Plenary)

60) Amorphous content control – a review of test methods GSK Ware in house seminar. July 2005.

61) Pharmaterials four years on.  BPC Technology Showcase, Manchester, September 2005.

62) Physical characterization for product development.  Dr Reddy's, Hyderabad, India, August 2005.

63) Amorphous Materials – detection, quantification removal and stabilization.  IRR Optimising Polymorph Selectionand Crystallisation Processes.  London 22-25[th] November (also meeting Chairman for the entire event). London, 22-25 November 2005

64) RPSGB Tabletting Technology – series of lectures.  November 2005

65) Importance of Physical Form for Product Development and Life Cycle Management – Japan, December 2005

66) London Technology Network – London, January 2006

67) Stability Testing – Characterising Materials With Respect to Physical Stability – Cambridge, February 2006.

68) Management Forum – The Impact of Small Physico-Chemical 'Impurities' on Product Performance – Barcelona, March 2006.

69) Pharma IQ Polymorphism & Crystallisation 2006 – Amorphous Behaviour Workshop, London, March 2006.

70) TAC – Thermal Methods for Process Induced Disorder - London, April 2006.

71) IWPPCAS-1 – Presented talk and chaired session – Stamford, May 2006.

72) Amorphous Meeting –  Ran and delivered programme for 2 day training course, London, 7 June 2006

73) European Continuing Education College – Formulation and Development for Poorly Water Soluble Drugs – London, June 2006.

73) Impurities Meeting IPC – Effectively Overcoming the Consequences of Polymorphism in the Production of Your APIs – London, June 2006.

74) Webcast on the use of Hyper DSC 12 October

75) Poorly Soluble Drugs – Ran and delivered a two day course.  London 18/19 October 2006

76) AAPS Short Course.  "Compatability starts at the interface" at AAPS Annual Conference Venue 29 October 2006

77) Amorphous materials course.  Ran and delivered a 2 day course.  Copenhagen 16 / 17 November 2006.

78) RPSGB Tabletting Technology.  Delivered a series of lectures.  27 November 2006

79) JPAG "Functionality testing of excipients and APIs" London 7 December 2006

80) 7th Int. Symp. On Drug Delivery.  CRS Inidian Chapter, Mumbai, 13 February 2007.  Plenary lecture.

81) Poorly soluble drugs course, European Continuing Education College, London 19 March 2007 (3 hour lectures)

82) JPAG meeting "Characterisation of Amorphous Materials"  London, 22 March 2007

83) APS Inhalation "Problem solving and decision making in inhaled drug delivery"  27th March 2007 Bath.

84) Astra Zeneca symposium on poorly soluble drug substances.  Loughborough 29 March 2007.  "Advances in amorphous formulations".

85) Management Forum "The impact of small physico-chemical impurities on product performance".  Nice, 27 April 2007.

86) NATAS , Michigan, 26/27 August 2007

Presented 2 short courses, one plenary lecture and co-hosted session on Pharmacy:

"Isothermal, solution and titration calorimetry
to study pharmaceutical systems" Short course

"Hyper DSC and its potential" Short course

"Characterising the amorphous state" Plenary Lecture

87) Management Forum "The impact of small physico-chemical impurities on product performance".  Nice, 5 October 2007

88) Pharmaceutical Training Services – Amorphous Conference.  London,11/12 October 2007

89) Society for Pharmaceutical Medicine "Changes in drug delivery over 20 years".  London, 25 October 2007

90) RPSGB, Tabletting Technology – presented the following courses:

 "A review of the reasons for granulation and tabletting, the classes of excipients and principles of operation of tabletting machines"

"Material Properties of Importance for Tabletting (I) and (II)"

"A Brief Introduction to Modified Release"

Cambridge, 19 November 2007

91)  Seminar at Boehringer Ingleheim, January 2008

92)  3rd SAB Meeting, Mumbai, 22-25 Feb 2008, 'Physical Form and its Significance for Drug Delivery',

93)  FMC Florida, 27-29 Feb

94)  APS Amorphous Conference, Bath, 18/19 March 2008, 'The Future of Amorphous Materials'

95)  Impurities Conference, - 'The Impact of Small Physico-Chemical "Impurities" on Product Performance', Nice, 10/11 April 2008

96)  Colourcon,'Poorly Soluble Drug Formulation', 30 April 2008

97)  AAIPS, Washington, 8 May 2008

98) Interpharm,  'New Trends in the Pharmaceutical & Regulatory Sciences' , 3-6 May 2008

99)  Cambridge Seminar, 3 June 2008

100) Pharma Event – ASSA International Workshop - 'Particle Characterisation' – July 2008

101) Informa Life Sciences meeting - Crystal Form Selection and Crystallisation of API - 'Choosing an amorphous phase over a crystalline phase',  Brussels, 14 October 2008

102) Colorcon Formulation School, Germany, 6 November 2008

103)  ECEC Course – Formulation and Development of Poorly Water-Soluble Drugs - 'Solid dose strategies for poorly water soluble drugs', London, 11 November 2008

104) Colorcon Formulation School, Budapest, 12 November 2008

105) RPSGB, Tabletting Technology –   series of lectures.  24 November 2008

106) Drug Delivery to the Lungs – 'Academic/Industry/Spin out Interactions – Drivers for Inhalation Innovation', Edinburgh, 11 December 2008

107) 4TH Scientific Advisory Board Meeting – seminar given on 'Amorphous Pharmaceuticals', Mumbai, 23 February 2009.

108) Controlled Release Society (CRS) Indian Chapter – lecture given on 'Amorphous Pharmaceuticals', Mumbai, 25 February 2009.

109) Interpharm (Chairman of meeting) The challenges facing pharmaceutical science in the UK.  Careys Manor 13-15 May 2009.

110) Management Forum Impurties meeting, Series of lectures, Nice, 25-26 June 2009.

111) Workshop on Inhalation, Informa Life Sciences, London 21 Sept 2009.

112) Compiling a physic-chemical profile (for inhalation products) Informa, London, 22 Sept 2009.
113) Short course in poorly soluble drug formulation, Teva, Israel, 25-26 November 2009.


114) Solid dispersions: Ideal if the formulation and process are right.  APS Amorphous 2010. Nottingham 14th April 2010.

115)  Interpharm 2010 (Chairman of Meeting), talk "Ordered Chaos".  Careys Manor, Hampshire, May 2010.

116) Characterisation of amorphous dispersions.  Informa Meeting Slovenia, 18th May 2010.

117) Finding the optimum polymorph strategy.  Bio2Business, Copenhagen, 17th June 2010.

118) Amorphous pharmaceuticals.  Visiongain.  London.  24th January 2011.

119) Series of 3 lectures on physical form, testing methodology and excipient compatibility.  Impurities.  Management Forum, London 10th June 2011.

120) Early formulations: selecting a strategy to achieve fast to man.  Bio2Business London, 20th Sept 2011.

121) A strategy for formulation of poorly soluble APIs.  AAPS Annual Meeting., Washington DC.  25th Oct 2011.

122) RPSGB Tableting Technology – series of 5 lectures, November 2011 London

123) RPSGB Tableting Technology – series of 5 lectures, November 2012 London

124) Poorly soluble drug delivery – Society for Medicines Research, London, October 2012.

125) Thermal studies of physical form – Thermal Methods Conference, Hertfordshire, November 2012.

126) Update on physical form.  Allergan, California, June 21013.

127) RPSGB Tableting Technology – series of 5 lectures, November 2013 London

128) Interpharm conference – Overview presentation – May 2014, Midlands, UK

129) Update on poorly soluble drug delivery.  Allergan, California, June 2014

130) RPSGB Tableting Technology – series of 5 lectures, November 2014 London

131) RPSGB Tableting Technology – series of 5 lectures, November 2015 London

132) RPSGB Tableting Technology – series of 5 lectures, November 2016, London

133) RPSGB Tableting Technology – series of 5 lectures, November 2017, London


**13) Expert witness**

I list below the cases which have progressed to trial or public hearing in which I have assisted as an expert witness. I have underlined the company for which I was retained.

1) Deposition USA – GSK v Teva. Rosiglitazone maleate salt form. [2007]

2) Dublin, court testimony. GSK v Norton Healthcare (Teva). Seretide inhalation formulation patent. [2009] IEHC 277 – Dublin.

3) UK  court testimony.  Schering Plough v Norbrook. Sustained release veterinary product [2005] EWHC 2532 (Ch) – London

4) Deposition USA – December 2009.  <u>Duramed</u> v Paddock.  Sustained release tablet formulation.

5) Sweden 2010 – written declaration.  Cepahalon v <u>Orifarm</u>.  Modafinil formulation (particle size).Odense, Denmark, December 2010. Infringement hearing.  Cephalon v <u>Orifarm</u>.  Modafinil formulation patent.  UK report – preliminary injunction. 2011. Cephalon v Orifarm / Orchid / Mylan (Generics UK).  Modafinil formulation patent.  Danish Appeal Court testimony - September 2011,  Cephalon v <u>Orifarm</u>.  Modafinil formulation patent.

UK court testimony – May 2011. Cephalon v <u>Mylan</u>(Generics UK) / Orchid. Modafinil formulation patent.

6) UK court testimony – February 2011.  Schering (Bayer) v <u>Gedeon Richter</u>.  Oral contraceptive (drospirenone and ethinyl estradiol) tablet formulation.

7) US court testimony – June 2011 Valeant v <u>Watson</u>.  Bupropian HBr salt patent (deposition in December 2010)

8 ) Deposition USA – October 2011, Warner Chilcott v <u>Mylan.</u>  Doryx formulation. Court testimony February 2012, Warner Chilcott v Mylan.  Dorxy formulation (stabilizing coat patent).  Newark, New Jersey.

9) Deposition May 2013, <u>Par</u> v Novartis, Rivastigmine transdermal patch.  New York. And also Deposition in same case in August 2013 and April 2014.  Trial testimony in the same case May 2014 in Wilmington Dellaware.

10) Deposition Oct 2013, <u>Mylan</u> (Lupin) v Janssen, Darunavir tablets. Chicago. USA.

11) Deposition August 2014, <u>Watson</u> (Actavis) v Sepracor (Sunovion), Levalbuterol tartrate MDI. Washington DC.  Trial in same case November 2014 Willmington Dellaware.

12) UK Court testimony.  <u>Teva</u> v Boehringer Ingelheim.  Tiotropium bromide inhalation capsules. July 2015.  Norway court testimony on the same case March 2016.  February 2017 testimony in Dublin for Irish version of the same case. Testimony in Oslo appeal court November 2017. Stockholm court testimony March 2018.

13) Deposition July 2015.  <u>Apotex  (consolidated with Sandoz, Alembic, Zydus, Intas and Hetero)</u> v Otsuka Aripiprazole low hygroscopicity forms.  Follow up deposition Washington DC, Sept 2015, same case.  Testimony at the Markman hearing in Camden New Jersey, October 2015. Further deposition September 2016.

14) Deposition July 2015 Rufinamide polymorphs.  <u>Roxane, Mylan, Lupin</u> v Novartis. Deposition.

15) Deposition October 2015 <u>Perrigo</u> v AstraZeneca, Esomeprazole trihydrate claim construction.

16) Trial testimony, February 2016, Bayer v <u>Cobalt.</u>  Drospirenone / ethinyl estradiol tablet. Toronto, Canada.

17) UK Court testimony, June 2016, Actavis / Teva / Mylan / Actelion v ICOS / Lilly.  Tadalafil particle size formulation patent.   Same case in Norway and Dublin.

18) Deposition July 2016, Mylan v Noven, Methylphenadate transdermal patch claim construction.

19) Deposition July 2017, Mylan / Par v Indivior / Monosol.  Buprenorphine oral film.  IPR action.  San Diego, California.  Depositions August 2017 on non-infringement and invalidity for court case, Washington DC.

20) Deposition January 2018, Bionpharma v Silvergate.  Enalapril powder.  San Diego, California.

21) Deposition June 2018, Apotex v Lilly. Pemetrexed formulation claim construction.  Chicago.  Deposition June 2019 in the same case.

22) Deposition October 2018, Aurobindo, DRL, Lupin, Sun, Accord, Amneal, Invagen, Torrent, Zydus  v Sumitomo.  Invalidity of tablet formulation of lurasidone with pregelatinized starch.

23) UK Trial November 2018, GSK v Vectura.  Dry powder inhaler with a ternary blend.

24) Deposition June 2019, Aurobindo, Sigmapharm, Unichem and Zydus v BMS/Pfizer.  Invalidity of claim to an apixaban salt.  Trial in same case Wilmington De, October 2019

25) Deposition November 2020, Amneal v Silvergate.  Validity/Infringement of enalapril maleate oral solution.  (Virtual) Trial in same case, Wilmington De, February 2021.

26) Deposition March 2021, Apotex and Accord v Astellas.  Non-infringement/validity regadenoson monohydrate form.

27) UK Trial May 2021, Teva v Bayer.  Sorafenib tosylate salt form.

# EXHIBIT B-2

## **List of Materials Considered by Dr. Graham Buckton**

ANNENAL00000054
ANNENAL00000277
ANNENAL00000351
ANNENAL00000557
ANNENAL00001788
ANNENAL00004655
ANNENAL00004801
ANNENAL00005315
ANNENAL00005329
ANNENAL00005338
ANNENAL00005348
ANNENAL00005388
ANNENAL00005428
ANNENAL00005432
ANNENAL00005464
ANNENAL00005470
ANNENAL00008854

Defendant, Annora Pharm Private Limited's Initial Invalidity Contentions Regarding U.S. Patent Nos. 10,772,868 & 10,799,476, dated August 11, 2021

U.S. Patent No. 10,772,868
U.S. Patent No. 10,799,476

# EXHIBIT B-3

Volume 24, No. 2, April 1994

# THE AUSTRALIAN JOURNAL OF
# Hospital Pharmacy

THE OHIO STATE UNIVERSITY LIBRARIES
Received on: 05-18-94
PHA
RA975.5P5A96
C.1

Standard for the Preparation of Pharmaceuticals in Australian Hospitals
Stability of an Enalapril Solution Prepared from Tablets
Idarubicin in Adult Acute Myeloid Leukaemia
Drug Treatment in Alzheimer's Disease

ISSN 0310-6810. Registered by Australia Post – Publication No. VBP 0256.

ANNENAL00005329

# THE AUSTRALIAN JOURNAL OF
# Hospital Pharmacy

Official Journal of the Society of Hospital Pharmacists of Australia                    Volume 24, No. 2, April 1994

# Contents

**Editorial**

**Standardised Documentation of Clinical Services — the Next Step?**                   149
John S. Low

**Articles**

**The Stability of an Enalapril Maleate Oral Solution Prepared from Tablets**          151
David W. Boulton, David J. Woods, J. Paul Fawcett, Ian G. Tucker
**Idarubicin: a New Effective Drug for Treatment of Adult Acute Myeloid Leukaemia**    159
Raymond M. Lowenthal

**Short Communications**

**Visual Compatibility of Total Parenteral Nutrition Solution (Synthamin 17 Premix®)** 167
**with Selected Drugs During Simulated Y-Site Injection**
Peter J. Gilbar, Cathy F. Groves

**Letters to the Editor**

**NCCTG Standard for the Preparation of Pharmaceuticals**                              174
**in Australian Hospital Pharmacy Departments**   Geoffrey N. Vaughan
**Experience with Clinical Indicators 6.2 and 6.3**   Jennifer L. Benzie             174
**Highly Specialised Drugs Program — Time to Reflect?**   Graham T. Swan             175
**Handbook of Clinical Drug Data 7th edition**   James E. Knoben, Philip O. Anderson  176

**National Coordinating Committee on Therapeutic Goods Standard**

**Standard for the Preparation of Pharmaceuticals in Australian Hospital**             182
**Pharmacy Departments**   National Coordinating Committee on Therapeutic Goods

**Geriatric Therapeutics**

**Drug Treatment in Alzheimer's Disease**                                              190
Malcolm J. Hopwood, Philip L. P. Morris

**Book Reviews**

**Drug Interactions & Updates Quarterly**   Virginia A. Ford                          196
**Extemporaneous Ophthalmic Preparations**   Geoffrey E. Davies                       197

**Concepts in Clinical Pharmacy**

**Nicotine Replacement Therapy for Smoking Cessation – a Review**                      200
**Part 2 – Clinical Aspects**   Steven G. Gourlay

**Conference Abstracts**

**The Australasian Pharmaceutical Sciences Association (APSA) Scientific Meeting**     206

ANNENAL00005330

# INSTRUCTIONS TO AUTHORS

If a paper is accepted it may also be appropriate to include mention of other financial relationships that raise a conflict of interest, but initially these should be outlined in the covering letter.

**Covering Letter**
Manuscripts must be accompanied by a covering letter. This must include:
**1.** information on prior or duplicate publication or submission elsewhere of any part of the work;
**2.** a statement of financial or other relationships that might lead to a conflict of interest; and
**3.** a statement that the manuscript has been read and approved by all authors.

The manuscript must be accompanied by copies of any permission to reproduce published material, to use illustrations of identifiable persons, or to name persons for their contributions.

**Manuscripts**
Authors should submit an original and one copy of the complete manuscript including text pages, legends, tables, references and prints of figures. Manuscripts must be typed or printed double-spaced throughout on A4 (210 x 297 mm) white bond paper on one side only. Margins of at least 2.5 cm should be used and each of the following sections should begin on a new page: title page, abstract, text, acknowledgments, references, individual tables and legends. Pages should be numbered consecutively beginning with the title page. Authors should retain a copy of all material submitted.

**Title Page**
The title page should carry:
**1.** the title of the article; it should be concise but informative;
**2.** the first name, middle initial(s) and last name of each author, with highest academic qualifications;
**3.** the name of the department(s) and institution(s) to which the work should be attributed;
**4.** disclaimers, if any; and
**5.** the name and address of the author responsible for correspondence about the manuscript.

**Abstract**
The second page should carry an abstract of 150 words or less for conventional abstracts, and 250 words or less for structured abstracts (required for reports of investigations or case reports). The abstract should state the purposes of the study or investigation and give details of the procedures, main findings and the principal conclusions.

**Text**
The text of observational and experimental articles is usually, but not necessarily, divided into sections with headings: Introduction, Method, Results and Discussion. Long articles may need subheadings within some sections to clarify their content. Neither headings nor subheadings should be underlined.

Where the nature of the article does not allow use of these suggested headings, authors should use appropriate section headings in order to improve article clarity.

**References**
A detailed guide to the correct citation of references is regularly published in the Journal (Aust J Hosp Pharm 1993; 23: 221), or may be obtained by writing to the Editor-in-Chief. Disregard of these guidelines may result in return of the manuscript.

**Tables**
Each table should be typed double-spaced on a separate sheet, numbered consecutively and each must be given a brief title. Each table should be cited in the text in consecutive order. Internal horizontal and vertical lines should not be used. Explain in explanatory footnotes all non-standard abbreviations used in each table. For footnotes use the following symbols, in this sequence: *, †, ‡, §, ¶, **, ††,…

**Illustrations**
Professionally drawn and photographed, glossy black and white figures are preferable. They should be of a size suitable for reproduction without enlargement or reduction. Freehand lettering is unacceptable. Letters, number and symbols should be clear and even throughout and should contrast with the background. Each figure should have a label pasted on the back indicating the number of the figure, the name of the author and the top of the figure. Figures must not be mounted on cardboard nor scratched or marked by the use of paperclips nor have writing on the back. Figures must not be folded or bent. Each figure should be cited in the text in consecutive order.

**Legends**
Legends for illustrations should be typed double-spaced starting on a separate page with arabic numerals corresponding to the illustrations.

**Drug Nomenclature**
Drugs should be referred to by accepted generic names only. BAN, INN and USAN are acceptable generic names. Trade names are only to be used to identify that a specific brand of drug was used.

**Units**
The International System of Units (SI) should be used.

**Abbreviations**
Only standard abbreviations should be used (see the 'Uniform requirements for manuscripts submitted to biomedical journals'). The following should be consulted for additional abbreviations: CBE Style Manual Committee. Council of biology editors style manual: a guide for authors, editors and publishers in the biological sciences. 5th ed. Arlington: Council of Biology Editors, 1983.

**Authors Proofs**
When possible, proof pages will be sent to authors for inspection and correction. No major additions or deletions will be accepted at this stage.

The Australian Journal of Hospital Pharmacy is published bimonthly at $75 p.a. Owned and published by, and copyrighted© to, the Society of Hospital Pharmacists of Australia, A.C.N. 004 553 806.

Authorisation to photocopy items for internal or personal use of specific clients is granted by the Society of Hospital Pharmacists of Australia for users registered with the Copyright Clearance Center (CCC) Transactional Reporting Service, provided that the base fee of $3.50 per copy per article is paid directly to CCC, 27 Congress St, Salem, MA 01970, USA. For those organisations that have been granted photocopy licence by CCC, a separate system of payment has been arranged. The fee code for users of the Transactional Reporting Service is: 0310-6810/94 $3.50 + 0.25.

The material contained in the Australian Journal of Hospital Pharmacy is in the nature of general comment only and neither purports, nor is intended to give advice on any particular matter. No subscriber or other reader should act on the basis of any matter contained in the Australian Journal of Hospital Pharmacy without considering and if necessary, taking appropriate professional advice upon their own particular circumstances. Neither the publisher nor the Editor accept any responsibility for any action taken in reliance upon the contents of this issue of the Australian Journal of Hospital Pharmacy.

Printed by Gunn and Taylor, 4A Aristoc Road, Glen Waverley, Victoria 3150. Designed by Millstream Partnership Inc. Pty Ltd.

ANNENAL00005331

This material may be protected by Copyright law (Title 17 U.S. Code)

# The Stability of an Enalapril Maleate Oral Solution Prepared from Tablets

David W. Boulton, David J. Woods, J. Paul Fawcett, Ian G. Tucker

**Abstract**

**Objective:** To assess the stability of an enalapril maleate oral solution prepared from tablets.

**Method:** The efficiency of extraction of enalapril from tablets using various aqueous solutions (with and without sonication) was studied using a high performance liquid chromatography (HPLC) assay of the filtrate and the residue. Solutions of enalapril maleate 0.1 mg/mL and 1 mg/mL in isotonic citrate buffer pH 5.0 (with and without hydroxybenzoate preservatives) were prepared from tablets by filtration. These solutions were stored in polyethylene bottles at 5°C, 25°C and 40°C for 90 days. During this period, the concentrations of enalapril, enalaprilat and the hydroxybenzoates were determined by HPLC.

**Results:** Extraction efficiency using citrate buffer pH 5.0 was 93.2% which was not improved using 0.35% citric acid (90.5%) or 20 mM phosphate buffer pH 2.0 (94.2%). Extraction efficiency was improved to 97.1% by sonication of the citrate buffer solution. During storage for 90 days, significant decomposition of enalapril to enalaprilat occurred in the formulations stored at 25°C and 40°C but decomposition was not significant at 5°C. The data at 25°C and 40°C were adequately described by a first order model with times for enalapril concentration to fall to 90% of initial concentration calculated to be 44 and 9 days respectively. Stability was not affected by the presence of hydroxybenzoate preservatives.

**Conclusions:** Enalapril maleate oral solutions of 0.1 mg/mL and 1 mg/mL, prepared from tablets by filtration of an extract of isotonic citrate buffer pH 5.0, are chemically stable for at least 30 days when stored at 5°C irrespective of the presence of hydroxybenzoate preservatives. The solution provides a convenient and flexible dosage form for use in situations where tablets cannot be given.

**Aust J Hosp Pharm 1994; 24: 151–6.**

## Introduction

Diuretics and digoxin have been used as the standard drug therapy for heart failure in infants with large left to right shunts. However, as many cases do not demonstrate a positive inotropic response to digoxin, the use of angiotensin converting enzyme (ACE) inhibitors provides an alternative strategy.[1] Although controlled clinical trials comparing diuretics and digoxin with diuretics and ACE inhibitors are lacking, the successful use of captopril[2,3] and enalapril[4-6] in infants with heart failure has been reported. Experience with captopril in infants and children has prompted the development of an oral solution which is commercially available in many countries. Enalapril, however, may have advantages because of a once daily regimen compared with three times daily for captopril.[7] An oral solution of enalapril would therefore be useful in this clinical setting and in other situations where a solid dosage form is unsuitable.

Enalapril is a pro-drug, having little pharmacological activity until it is hepatically metabolised by ester hydrolysis to the more active enalaprilat. An injection of enalaprilat is available but is unsuitable for oral administration due to poor absorption. Enalapril, the ethylester of enalaprilat, was developed as the maleate salt to improve oral bioavailability.[7] Degradation of enalapril is pH dependent, with optimum aqueous stability around pH 3.[8] The rate of decomposition to enalaprilat in solutions of pH 5 and above suggests oral formulations of enalapril would have limited shelf life.

There is no information on the stability of enalapril in oral liquids compounded from tablets. However, it has been stated that extemporaneous preparations of oral solutions of enalapril maleate should be avoided since the drug is not sufficiently stable in solution.[9] Solutions for oral administration are currently prepared from tablets immediately prior to administration or from dry powders previously prepared by diluting crushed tablets with lactose. Although powders are more likely to be chemically stable, they are time consuming to prepare and do not allow flexibility of dosage.

Solutions for oral use can be prepared from tablets providing the drug is soluble in the vehicle and can be extracted from tablet excipients. Filtration to remove insoluble excipients improves the

David W. Boulton, BPharm
School of Pharmacy, University of Otago
David J. Woods, BSc
Pharmacy Department, Dunedin Hospital, HealthCare Otago and School of Pharmacy, University of Otago
J. Paul Fawcett, PhD
School of Pharmacy, University of Otago
Ian G. Tucker, PhD
School of Pharmacy, University of Otago

Dunedin, New Zealand

**Address for correspondence:**
Dr J.P. Fawcett
School of Pharmacy
University of Otago
PO Box 913
Dunedin
New Zealand

ANNENAL00005332

appearance of the formulation and removes particulate matter which can obstruct nasogastric tubes. Clearly, when preparing a formulation by filtration, an efficient extraction of the drug by the vehicle is needed which requires the drug to have high solubility in the vehicle.[10] Enalapril maleate is soluble in methanol (200 mg/mL) but has limited solubility in water (25 mg/mL at room temperature).[8] Although its solubility in water increases above pH 5, chemical decomposition makes extraction with vehicles of higher pH impractical.

The aim of this study was to investigate the amount of enalapril which can be extracted from tablets using aqueous solutions and filtration, and to determine the chemical stability of such an enalapril solution when packaged for pharmaceutical use. Isotonic Citrate Buffer APF pH 5.0[11] was chosen as the vehicle for the formulation since it contains commonly available ingredients and provides a balance between the acidic pH required for stability of enalapril and tolerability when administered orally. A relatively simple method of preparation of the oral solution was employed so that it would be suitable for application in routine practice.

## Method

### Materials

Citric acid monohydrate, sodium chloride, methyl hydroxybenzoate, propyl hydroxybenzoate, propylene glycol and phosphoric acid (BDH Chemicals Ltd, Poole, England) and sodium citrate dihydrate (Ajax Chemicals Ltd, Sydney, Australia) were of analytical grade and used as received. Enalapril maleate powder was a generous gift from the Department of Scientific and Industrial Research, Wellington, New Zealand. Enalaprilat injection 5 mg/mL containing benzyl alcohol as a preservative was obtained from Merck Sharp and Dohme (NZ) Ltd, Auckland, New Zealand. Water for high performance liquid chromatography (HPLC) was distilled and passed through a reverse osmosis system (Milli-Q® Reagent Water System). Acetonitrile and methanol were HPLC grade (Mallinckrodt Specialty Chemicals Company, Paris, Kentucky, USA).

### Tablet Extraction Efficiency

Since enalapril maleate solutions were to be prepared from tablets by filtration, the efficiency of drug extraction using different aqueous solutions was investigated. Extraction with Isotonic Citrate Buffer APF pH 5.0 and the acidic component of the buffer (0.35% w/v citric acid solution) were compared to determine whether preparation of the oral solution in two stages i.e. extraction with the acidic component followed by dilution with the basic component might be more efficient. Extraction with 20 mM

phosphate buffer pH 2.0 was examined since this is the solution used to extract tablets for assay as described in the USP.[12] Any change in extraction efficiency produced by sonication for 30 minutes was also evaluated for each vehicle as this is recommended in the USP assay. Two solutions of nominal concentration 1 mg/mL enalapril maleate were prepared using 10 tablets (200 mg enalapril maleate) in 200 mL of each of the three vehicles as well as distilled water and methanol. One of each solution was sonicated for 30 minutes in an ultrasonic bath (Branson B-220, Shelton, Connecticut, USA). Solutions were filtered into volumetric flasks and filters rinsed with vehicle. The solutions were then made to volume with vehicle, before analysis in triplicate for enalapril content. To determine extraction efficiency, the quantity of drug remaining in the undissolved solid was extracted by washing the solid which remained on the filter paper with methanol and the filtrate collected in separate volumetric flasks. Samples were again analysed for enalapril content in triplicate.

### Formulation

Enalapril maleate tablets (Renitec® 20 mg, Merck Sharp and Dohme (NZ) Ltd, Auckland, New Zealand) were ground to a fine powder with a glass mortar and pestle, triturated with vehicle (Isotonic Citrate Buffer APF pH 5.0)[11] and filtered (Whatman No. 1) into a 200 mL volumetric flask. The mixing apparatus and filter were rinsed with a further quantity of vehicle which was added to the flask. Preservative (Compound Hydroxybenzoate Solution APF)[11] was added to one formulation. Solutions were diluted to volume with vehicle and 20 mL aliquots transferred into nine 25 mL amber, high density polyethylene bottles with polypropylene screw top lids (Multichem Laboratories Ltd, Auckland, New Zealand). The following formulations were investigated:

Enalapril Buffered Solution 0.1 mg/mL

| Enalapril maleate 20 mg tablet | 1 |
| Isotonic Citrate Buffer APF pH 5.0 | to 200 mL |

Enalapril Buffered Solution 1 mg/mL

| Enalapril maleate 20 mg tablets | 10 |
| Isotonic Citrate Buffer APF pH 5.0 | to 200 mL |

Enalapril Buffered Solution 1 mg/mL with Preservative

| Enalapril maleate 20 mg tablets | 10 |
| Compound Hydroxybenzoate Solution APF | 2 mL |
| Isotonic Citrate Buffer APF pH 5.0 | to 200 mL |

For comparison, an unbuffered and unpre-

Australian Journal of Hospital Pharmacy Volume 24, No. 2, 1994.

152

ANNENAL00005333

served enalapril maleate solution (1 mg/mL) was prepared from tablets using distilled water (Milli-Q).

Sampling and Storage

Three bottles of each formulation were stored protected from light at each of three temperatures: $5 \pm 3°C$, $25 \pm 2°C$ and $40 \pm 2°C$. After a visual inspection for microbial growth and vigorous shaking by hand, a 2 mL aliquot was withdrawn from each container on days 0, 1, 2, 3, 4, 8, 14, 21, 30, 60 and 90. Samples were placed in 2 mL Cryolok vials (Biotek, Auckland, New Zealand) and frozen at -70°C until analysed. Analysis of standard solutions (1 mg/mL in 20 mM phosphate buffer pH 3.0) frozen at -70°C over the study period showed no detectable decomposition. On the day of assay, samples containing a nominal enalapril maleate concentration of 1 mg/mL were diluted 1:10 in 20 mM phosphate buffer pH 3.0, whereas 0.1 mg/mL solutions were analysed without dilution. The pH of each formulation was determined at 20°C on days 0 and 90 with a pH meter (Solstat EMP-1500, New Zealand).

Assay

The HPLC system (Japan Spectroscopic Company Ltd (JASCO), Tokyo, Japan) consisted of a pump (Model 880-PU) connected to a refrigerated automatic sampler fitted with a 20 mL fixed loop injector (Model 851-AS), a variable-wavelength ultraviolet detector (Model 875-UV) set at 215 nm, and a computerised chromatography data analysis system (Delta Chromatography Data System V4.01, Digital Solutions Pty Ltd, Margate, Queensland, Australia). The stainless steel column (25 cm x 4.6 mm i.d. Aliphasil5C$_8$ ) from HPLC Technology, Macclesfield, Cheshire, UK was maintained at 80°C with a column heater (Model CH-30, Eppendorf, USA). The mobile phase was 35% acetonitrile and 65% 20 mM KH$_2$PO$_4$ aqueous buffer adjusted to pH 3.2 with phosphoric acid. Flow rate was set at 2.0 mL/min. with a column pressure of 120–130 kg/cm$^2$. The assay was stability indicating for the decomposition of enalapril to enalaprilat. The HPLC peaks due to methyl and propyl hydroxybenzoates were resolved and monitored for any change during the storage period. A chromatogram showing the separation of the compounds involved in this study is shown in Figure 1.

Three stock solutions of enalapril maleate powder (1 mg/mL) and of enalaprilat injection (0.1 mg/mL) in 20 mM phosphate buffer (pH 3.0) were independently prepared and used to determine calibration curves. Enalapril concentrations of 10, 20, 30, 60, 80, 100, 500, and 1000 µg/mL were used. Regression analysis (peak area versus enalapril concentration, n = 74) showed the standard curve was

linear with a slope of 14.0, and a y-intercept of -13.0 (r$^2$ = 0.990). Standard solutions of enalaprilat contained 5, 12.5, 25, 37.5, 50 and 90 µg/mL. The curve for enalaprilat was linear (n = 18) with a slope of 19.5, and a y-intercept of -13.0 (r$^2$= 0.999). The limit of detection of enalaprilat was 2.5 µg/mL (signal:noise = 3:1). The intraday variation determined by repeated analysis (n = 39) of a 60 µg/mL enalapril maleate solution was 2.9%. Interday variation determined from the slope of daily standard curve regression lines (n = 3) was 4.5%.



Figure 1. HPLC chromatogram of a solution of all compounds involved in the study: maleic acid (A), enalaprilat 90 µg/mL (B), benzyl alcohol (C), methyl hydroxybenzoate (D), enalapril 100 µg/mL (E), propyl hydroxybenzoate (F). Benzyl alcohol (contained in enalaprilat injection) was only present in preparing the enalaprilat calibration curve.

ANNENAL00005334

## Statistics

For each formulation, the mean concentrations of the three samples taken at each time point were determined. Mean concentration data were then analysed by linear regression analysis. Decomposition was significant if the slope of the regression line was less than zero (one-tailed t-test). The level of significance was set at a p-value of 0.05. When decomposition was significant, log transformation of concentrations was used where zero order fits were inadequate. Since shelf life is normally defined as the time taken for 10% decomposition to occur, the time for the concentration of enalapril to fall to 90% of initial concentration ($t_{90}$) was determined using a linear regression computer program (Pharmaceutical Statistical Regression, School of Pharmacy, University of Otago). The program uses an inverse prediction on the regression line of the chosen kinetic model to calculate $t_{90}$ with its 95% confidence limits (CL). Shelf life predictions are based upon the time at which the 95% lower confidence limit intersects the line for 10% decomposition.[13]

## Results

In extractions of tablets with methanol, the amount of enalapril recovered was 99.7% of the nominal content. Methanol was therefore used to determine enalapril content of residues after filtration of aqueous vehicles. This allowed the determination of extraction efficiency of aqueous vehicles.

Data on extraction efficiency from tablets are summarised in Table 1. Isotonic Citrate Buffer APF pH 5.0 or distilled water gave a relatively low extraction efficiency which was not enhanced by using the citric acid component of the buffer alone nor by the use of 20 mM phosphate buffer pH 2.0. The extraction efficiency of these aqueous vehicles was improved by an average of 4.0% by sonication for 30 minutes but was still less than 100% (mean of 96.9%). Despite the relatively low extraction efficiency of Isotonic Citrate Buffer APF pH 5.0 without sonication, the stability study was carried out on enalapril maleate oral solutions prepared in this vehicle without sonication as this provides the most suitable method for application in routine practice.

Buffered formulations of nominal concentration 1 mg/mL and 0.1 mg/mL, freshly prepared from enalapril maleate tablets without preservatives, contained enalapril concentrations of 0.94 ± 0.03 mg/mL (n = 9) and 0.093 ± 0.001 mg/mL (n = 9) respectively, while the 1 mg/mL formulation with preservatives contained 0.93 ± 0.02 mg/mL (n = 9). The solution of nominal concentration 1 mg/mL prepared using distilled water as vehicle contained a concentration of 0.91 ± 0.02 mg/mL (n = 9). The only HPLC peaks detected in these fresh solutions

were due to enalapril and maleic acid. During storage, enalaprilat was the only degradation product detected by HPLC. Decline in enalapril concentration was associated with an approximately equal rise in enalaprilat concentration consistent with it being the only breakdown product under the conditions investigated (Figure 2). Previous studies of enalapril decomposition at pH 5.0 and above have also shown enalaprilat to account for the bulk of enalapril loss.[8]

**Table 1. Extraction efficiency from tablets (% recovery of total enalapril content) using different vehicles with and without sonication. Data are means of three determinations based on a single extraction**

| Vehicle | Without sonication | With sonication |
|---|---|---|
| Isotonic Citrate Buffer APF pH 5.0 | 93.2 | 97.1 |
| 0.35% citric acid solution | 90.5 | 97.3 |
| 20 mM phosphate buffer pH 2.0 | 94.2 | 96.7 |
| Distilled water | 93.5 | 96.4 |



**Figure 2. Enalapril degradation to enalaprilat in distilled water on storage for 90 days at 40°C. Enalapril (■), enalaprilat (○), sum of enalapril and enalaprilat concentrations (△). Error bars are standard deviations from the mean of three replicates.**

No detectable decomposition of enalapril maleate was observed in any of the formulations stored at 5°C for 90 days. In solutions stored at higher temperatures, enalapril decomposition was adequately described by a first order model. Apparent first order rate constants (± standard error) are shown in Table 2. Hydroxybenzoate preservative concentrations remained constant on storage and their presence did not appear to affect the rate of enalapril degradation. There was no evidence of microbial contamination in any of the solutions over the study period. The solution of enalapril maleate in distilled water decomposed faster than in pH 5.0

ANNENAL00005335

Table 2. Apparent first order rate constants $k$ (± standard error) for the decomposition of enalapril maleate in solutions of nominal concentration 0.1 mg/mL and 1 mg/mL stored at 25°C and 40°C. Values are calculated by regression analysis of three replicates at each time.

| Temperature (°C) | $k.10^3$ (day$^{-1}$) | | | |
|---|---|---|---|---|
| | Enalapril maleate solution | | | |
| | Buffered* 0.1 mg/mL | Buffered* 1 mg/mL | Buffered* 1 mg/mL with preservative | Distilled water 1 mg/mL |
| 25 | 1.96 (± 0.33) | 2.42 (± 0.23) | 2.46 (± 0.20) | 3.39 (± 0.33) |
| 40 | 11.08 (± 0.38) | 11.52 (± 0.42) | 11.61 (± 0.20) | 16.47 (± 0.35) |

*pH 5.0

buffer but showed a reduction in decomposition rate over time associated with a pH decrease from 6.6 at day 0 to 4.1 at day 90. This decrease in pH is probably the result of the formation of enalaprilat which is a dicarboxylic acid. Neither pH change nor slowing of reaction rate was observed in buffered formulations. Table 3 shows t90 values with 95% CL for each formulation where degradation was significant.

## Discussion

The HPLC assay developed in this study allows the simultaneous determination of enalapril, enalaprilat, methyl hydroxybenzoate and propyl hydroxybenzoate (Figure 1). A high column temperature was employed to avoid the broad enalapril peak reported to be due to the existence of two rotational isomers.[8] A simple and rapid HPLC method for the determination of enalapril in tablets also containing hydrochlorothiazide has been reported which does not require a high column temperature.[14] However, the assay was not shown to be stability-indicating.

The extraction of enalapril maleate from tablets with Isotonic Citrate Buffer APF pH 5.0 or distilled water without sonication was only about 93% complete (Table 1). No significant improvement was obtained using either 0.35% citric acid or 20 mM phosphate buffer pH 2.0. Extraction efficiency was improved by sonication which should therefore be carried out if this facility is available. For analytical purposes, efficient extraction can be obtained using sonication in large volumes of phosphate buffer pH 2.0 as described in the USP.[12]

Decomposition of enalapril to enalaprilat in solutions stored at 25°C and 40°C was adequately described by a first order model. Decomposition in pH 5.0 buffer was significantly slower than in distilled water (Table 2), consistent with the maximum stability being at pH 3. Hydroxybenzoate preservatives did not affect the rate of decomposition of enalapril and appeared to be chemically stable in the formulations studied. The inclusion of preservatives such as parabens in formulations intended for use in neonates is controversial however, due to possible adverse effects.[15]

Buffered formulations of enalapril maleate stored at 25°C would have a limited shelf life, as the lower 95% CL for t90 based on initial concentrations was 37–49 days (Table 3). This suggests formulations prepared by extraction of tablets and filtration may be assigned a shelf life of 30 days at room temperature if efficient extraction from tablets can be assured. Due to the relatively low extraction efficiency, however, the enalapril concentration in solutions prepared from tablets with or without sonication stored at 25°C would probably fall below 90% of nominal concentration within 30 days.

In formulations stored at 5°C, decomposition of enalapril was not significant over 90 days. Thus enalapril maleate oral solution prepared in Isotonic Citrate Buffer APF pH 5.0 with or without sonication can be expected to maintain greater than 90% of original potency when stored in a refrigerator for up to 30 days. However, solutions without antimi-

Table 3. Time to 90% of initial concentration (t90) for decomposition of enalapril maleate in solutions of nominal concentration 0.1 mg/mL and 1 mg/mL stored at 25°C and 40°C. Values are calculated by regression analysis of first order plots based on three replicates at each time.

| Temperature (°C) | t90 in days (95% CL) | | | |
|---|---|---|---|---|
| | Enalapril maleate solution | | | |
| | Buffered* 0.1 mg/mL | Buffered* 1 mg/mL | Buffered* 1 mg/mL with preservative | Distilled water 1 mg/mL |
| 25 | 55 (49–61) | 44 (37–53) | 43 (39–47) | 32 (25–39) |
| 40 | 9.6 (7.2–11.9) | 9.1 (6.6–11.6) | 9.1 (8.0–10.3) | 6.5 (4.8–7.9) |

*pH 5.0

ANNENAL00005336

crobial preservative are generally given an expiry date of 7 days when refrigerated.

In a recent review of sixty children receiving enalapril maleate for heart failure, the mean maintenance dose was 0.25 mg/kg/day (range 0.04-0.94 mg/kg/day).[16] Thus the solutions studied here provide a convenient and flexible dosage form for use in infants. Titration to optimum therapeutic effect is often necessary with enalapril and solutions provide a more flexible means of dosage adjustment.

## Conclusion

Enalapril maleate oral solution can be prepared from tablets by filtration of an extract in Isotonic Citrate Buffer APF pH 5.0. Extraction efficiency of drug by the vehicle is low but can be improved by sonication. The solution is chemically stable for at least 30 days from the time of manufacture when stored in a refrigerator with or without hydroxybenzoate preservatives and provides a convenient and flexible dosage form.

® Registered trade name

### References

1. Kaplan S. New drug approaches to the treatment of heart failure in infants and children. Drugs 1990; 39: 388-93.
2. Scammell AM, Arnold R, Wilkinson JL. Captopril in the treatment of infant heart failure: a preliminary report. Int J Cardiol 1987; 16: 295-301.
3. Shaw NJ, Wilson N, Dickinson DF. Captopril in heart failure secondary to a left to right shunt. Arch Dis Child 1988; 63: 360-3.
4. Frenneaux M, Stewart RAH, Newman CMH, Hallidie-Smith KA. Enalapril for severe heart failure in infancy. Arch Dis Child 1989; 64: 219-23.
5. Lloyd TR, Mahoney LT, Knoedel PC, Marvin WJ Jr, Robillard JE, Lauer RM. Orally administered enalapril for infants with congestive heart failure: a dose finding study. J Pediatr 1989; 114: 650-4.
6. Sluysmans T, Styns-Cailteux M, Tremouroux-Wattiez M, de Lame PA, Lintermans J, Rubay J, et al. Intravenous enalaprilat and oral enalapril in congestive heart failure secondary to ventricular septal defect in infancy. Am J Cardiol 1992; 70: 959-62.
7. Todd PA, Heel RC. Enalapril: a review of its pharmacodynamic and pharmacokinetic properties, and therapeutic use in hypertension and congestive heart failure. Drugs 1986; 31: 198-248.
8. Ip DP, Bremner GS. Enalapril maleate. In: Florey K, editor. Analytical profile of drug substances. Vol. 16. New Brunswick: Academic Press, 1987: 207-43.
9. McEvoy GK, editor. AHFS Drug Information 92. Bethesda: American Society of Hospital Pharmacists, 1992: 866.
10. Ahmed GH, Stewart PJ, Tucker IG. Extraction of propranolol hydrochloride from crushed tablets. Aust J Hosp Pharm 1987; 17: 95-8.
11. Sansom LN, editor. Australian pharmaceutical formulary and handbook. 15th ed. Canberra: Pharmaceutical Society of Australia, 1992.
12. United States Pharmacopeial Convention, Inc. The United States Pharmacopeia, 22nd revision, and the national formulary, 17th ed., 1990. Rockville: USPC Inc., 1989: 495-6.
13. Carstensen JT. Drug stability; principles and practices. New York: Marcel Dekker Inc., 1990: 234-40.
14. Carlucci G, Di Giuseppe E, Mazzeo P. Simultaneous determination of enalapril maleate and hydrochlorothiazide in tablets by derivative UV spectrophotometry and high-performance liquid chromatography. Int J Pharm 1993; 93: 245-8.
15. Golightly LK, Smolinske SS, Bennett ML, Sutherland EW 3rd, Rumack BH. Pharmaceutical excipients: adverse effects associated with inactive ingredients in drug products (part 1). Med Toxicol 1988; 3: 128-65.
16. Leversha A, Wilson NJ, Clarkson PM, Calder AL, Ramage MC, Neutze JM. Enalapril in children: 5-year experience. N Z Med J 1993; 106: 314.

Submitted: September 1993
Accepted: March 1994

# 1993 MSD Medal in Pharmacy Practice Awarded to Neil Naismith



The 1993 MSD Medal in Pharmacy Practice was presented to Neil Naismith at the Annual General Meeting of the Pharmacy Practice Foundation on Wednesday 9 March 1994.

Neil's involvement in pharmacy practice spans thirty-six years and covers innovative developments in hospital pharmacy and membership of numerous committees on health care standards and ethics. He has served as President of the Pharmacy Board of Victoria and the Pharmaceutical Society of Australia. He has been widely published, a supporter of continuing education and instrumental in establishing and maintaining close liaisons with overseas pharmacy organisations.

Neil is currently Director of Pharmacy at The Royal Melbourne Hospital where he continues his work promoting pharmacy practice.

ANNENAL00005337

# Exhibit B-4:

## Entire Document REDACTED

# Exhibit B-5:

## Entire Document
## REDACTED

# Exhibit B-6:

## Entire Document
## REDACTED

# Exhibit B-7:

## Entire Document
## REDACTED

# Exhibit B-8:

## Entire Document
## REDACTED

# EXHIBIT B-9

**FDA** U.S. FOOD & DRUG
ADMINISTRATION

ANDA 214467

**ANDA TENTATIVE APPROVAL**

Grace Consulting Services Inc.
U.S. Agent for Annora Pharma Private Limited
121 New England Ave
Piscataway, NJ 08854
Attention: Soma Raju
        US Agent, Regulatory Affairs

Dear Sir:

This letter is in reference to your abbreviated new drug application (ANDA) received for review on March 3, 2020, submitted pursuant to section 505(j) of the Federal Food, Drug, and Cosmetic Act (FD&C Act) for Enalapril Maleate Oral Solution, 1 mg/mL.

Reference is also made to the complete response letter issued by this office on December 30, 2020, and to any amendments thereafter.

We have completed the review of this ANDA and have concluded that adequate information has been presented to demonstrate that the drug meets the requirements for approval under the FD&C Act. We have determined your Enalapril Maleate Oral Solution, 1 mg/mL, to be bioequivalent and therapeutically equivalent to the reference listed drug (RLD), Epaned Oral Solution, 1 mg/mL, of Azurity Pharmaceuticals, Inc. (Azurity).

However, we are unable to grant final approval to your ANDA at this time because of the patent issue noted below. Therefore, the ANDA is **tentatively approved**. This determination is based upon information available to the Agency at this time (e.g., information in your ANDA and the status of current good manufacturing practices (cGMPs) of the facilities used in the manufacturing and testing of the drug product). This determination is subject to change on the basis of new information that may come to our attention.  This letter does not address issues related to the 180-day exclusivity provisions under section 505(j)(5)(B)(iv) of the FD&C Act.

The RLD upon which you have based your ANDA, Azurity's Epaned Oral Solution, 1 mg/mL, is subject to periods of patent protection. The following patents and expiration dates are currently listed in the Agency's publication titled *Approved Drug Products with Therapeutic Equivalence Evaluations* (the "Orange Book"):

**U.S. Food & Drug Administration**
**Silver Spring, MD 20993**
www.fda.gov

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          ANNENAL00008854

ANDA 214467
Page 2

| U.S. Patent Number | Expiration Date |
|---|---|
| 9,669,008 (the '008 patent) | March 25, 2036 |
| 9,808,442 (the '442 patent) | March 25, 2036 |
| 10,039,745 (the '745 patent) | March 25, 2036 |
| 10,154,987 (the '987 patent) | March 25, 2036 |
| 10,772,868 (the '868 patent) | March 25, 2036 |
| 10,786,482 (the '482 patent) | March 25, 2036 |

Your ANDA contains paragraph IV certifications to each of the patents[1] under section 505(j)(2)(A)(vii)(IV) of the FD&C Act stating that the patents are invalid, unenforceable, or will not be infringed by your manufacture, use, or sale of Enalapril Maleate Oral Solution, 1 mg/mL, under this ANDA. You have notified the Agency that Annora Pharma Private Limited (Annora) complied with the requirements of section 505(j)(2)(B) of the FD&C Act. Litigation was initiated within the statutory 45-day period against Annora for infringement of the '008, '442, '745, and '987 patents in the United States District Court for the District of Delaware [Silvergate Pharmaceuticals, Inc. v. Annora Pharma Private Limited, Civil Action No. 20-00753].

Therefore, final approval cannot be granted until:

1. a. the expiration of the 30-month period provided for in section 505(j)(5)(B)(iii) of the FD&C Act,

   b. the date the court decides[2] that the '008, '442, '745, and '987 patents are invalid or not infringed (see sections 505(j)(5)(B)(iii)(I), (II), and (III) of the FD&C Act), or

   c. the '008, '442, '745, and '987 patents have expired, and

2. The Agency is assured there is no new information that would affect whether final approval should be granted.

Please note that if FDA requires a Risk Evaluation and Mitigation Strategy (REMS) for a listed drug, an ANDA citing that listed drug also will be required to have a REMS. See section 505-1(i) of the FD&C Act.

**U.S. Food & Drug Administration**
**Silver Spring, MD 20993**
www.fda.gov

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

ANDA 214467
Page 3

## RESUBMISSION

To request final approval, please submit an amendment titled "FINAL APPROVAL REQUESTED" with enough time to permit FDA review prior to the date you believe that your ANDA will be eligible for final approval. A request for final approval that contains no new data, information, or other changes to the ANDA generally requires a period of 3 months for Agency review. Accordingly, such a request for final approval should be submitted no later than 3 months prior to the date on which you seek approval. A request for final approval that contains substantive changes to this ANDA or changes in the status of the manufacturing and testing facilities' compliance with cGMPs will be classified and reviewed according to OGD policy in effect at the time of receipt. Applicants should review available agency guidance for industry related to amendments under the generic drug user fee program to determine the duration of Agency review needed to review the changes submitted. As part of this consideration, applicants should monitor any changes to the RLD that occur after tentative approval, including changes in labeling, patent or exclusivity information, or marketing status. The submission of multiple amendments prior to final approval may also result in a delay in the issuance of the final approval letter.

The amendment requesting final approval should provide the legal/regulatory basis for your request for final approval and should include a copy of a court decision, settlement or licensing agreement, or other information described in 21 CFR 314.107, as appropriate. It should also identify changes, if any, in the conditions under which the ANDA was tentatively approved, e.g., updated information such as final-printed labeling, chemistry, manufacturing, and controls data as appropriate. This amendment should be submitted even if none of these changes were made, and it should be designated clearly in your cover letter as a "FINAL APPROVAL REQUESTED"

In addition to the amendment requested above, the Agency may request, at any time prior to the date of final approval, that you submit an additional amendment containing information as specified by the Agency. Failure to submit either or, if requested, both types of amendments described above may result in a delay in the issuance of the final approval letter.

This drug product may not be marketed without final Agency approval under section 505(j) of the FD&C Act. The introduction or delivery for introduction into interstate commerce of this drug product before the final approval date is prohibited under section 301 of the FD&C Act. Also, until the Agency issues the final approval letter, this drug product will not be deemed approved for marketing under section 505(j) of the FD&C Act, and will not be listed in the Orange Book.

## ANNUAL FACILITY FEES

The Generic Drug User Fee Amendments of 2012 (GDUFA) (Public Law 112-144, Title III) established certain provisions[3] with respect to self-identification of facilities and payment of annual facility fees. Your ANDA identifies at least one facility that is subject

**U.S. Food & Drug Administration**
**Silver Spring, MD 20993**
www.fda.gov

ANDA 214467
Page 4

to the self-identification requirement and payment of an annual facility fee. Self-identification must occur by June 1ˢᵗ of each year for the next fiscal year. Facility fees must be paid each year by the date specified in the *Federal Register* notice announcing facility fee amounts.

All finished dosage forms or active pharmaceutical ingredients manufactured in a facility that has not met its obligations to self-identify or to pay fees when they are due will be deemed misbranded. This means that it will be a violation of federal law to ship these products in interstate commerce or to import them into the United States. Such violations can result in prosecution of those responsible, injunctions, or seizures of misbranded products. Products misbranded because of failure to self-identify or pay facility fees are subject to being denied entry into the United States.

In addition, we note that GDUFA requires that certain non-manufacturing sites and organizations listed in generic drug submissions comply with the self-identification requirement. The failure of any facility, site, or organization to comply with its obligation to self-identify and/or to pay fees when due may raise significant concerns about that site or organization and is a factor that may increase the likelihood of a site inspection prior to approval. FDA does not expect to give priority to completion of inspections that are required simply because facilities, sites, or organizations fail to comply with the law requiring self-identification or fee payment.

For further information on the status of this ANDA or upon submitting an amendment to the ANDA, please contact Lakeeta Carr, Regulatory Project Manager, at (240) 402 - 1391.

Sincerely yours,

*{See appended electronic signature page}*

For Edward M. Sherwood
Director
Office of Regulatory Operations
Office of Generic Drugs
Center for Drug Evaluation and Research

---

[1] The Agency notes that the '868 and '482 patents were submitted to the Agency after submission of your ANDA. Litigation, if any, with respect to these patents would not create a statutory stay of approval.

[2] This decision may be either a decision of the district court or the court of appeals, whichever court is the first to decide that the patent is invalid or not infringed.

[3] Some of these provisions were amended by the Generic Drug User Fee Amendments of 2017 (GDUFA II) (Public Law 115-52, Title III).

**U.S. Food & Drug Administration**
**Silver Spring, MD 20993**
www.fda.gov

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY                    ANNENAL00008857



Catherine
Poole

Digitally signed by Catherine Poole
Date: 4/29/2021 02:09:34PM
GUID: 5407887a000a1c0c26055eafb8e3258a

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY ANNENAL00008858

# Exhibit B-10:

Entire Document
REDACTED

# Exhibit B-11:

## Entire Document REDACTED

# EXHIBIT B-12



AMERICAN JOURNAL OF HEALTH-SYSTEM PHARMACY™

Otitis media: Focus on antimicrobial resistance
and new treatment options

Cost of managing anemia
with and without prophylactic
epoetin alfa therapy in breast cancer patients

Mail-in questionnaire
for monitoring nausea and vomiting
in oncology outpatients

Staff attitudes about the use of robots
in pharmacy

Protocol for initial evaluation
of occupational exposure to HIV
and initiation of antiretroviral prophylaxis

Discrepancies with automated drug storage
and distribution cabinets

Official journal of the
American Society of Health-System Pharmacists®

ANNENAL00005315

# AMERICAN JOURNAL OF HEALTH-SYSTEM PHARMACY™

Volume 55, Number 18

Coden: AJHSB
ISSN... 07962009

## September 15, 1998

**1847  Of Special Interest**
**In This Issue**
- for Clinical Pharmacy Specialists
- for Home Care Practitioners
- for Managed Care Pharmacists
- for Pharmacy Practice Managers
- for Pharmacy Students

**1850  News**
Congress viewed with a scientist's critical eye
*Cheri A. Thompson*

Group begins work on indicators of quality medication use

JCAHO extends time, options for root cause analysis of sentinel events

Standards to be set for pharmacy certificate programs

Oregon board of pharmacy gains physicians' support for collaborative practice

FDA compounding committee to meet in October

Simple reminder can boost pneumococcal vaccination rates, say researchers

Incorrect dosage calculations by pediatric residents common, study shows

**1870  ASHP Affiliates**

**1874  Management Consultation**
Administrative liability of pharmacy managers
*Karl G. Williams*

**1877  Frontline Pharmacist**
Teaching patients about blood glucose meters
*Paula G. Somberg (h)*

### Editorial

**1879  Celebrating ASHP's golden anniversary in best practices**
*Charles E. Myers*

### Clinical Review

**1881  Otitis media: Focus on antimicrobial resistance and new treatment options**
*Heather L. Hoppe and Gary E. Johnson*

### Reports

**1898  Cost of managing anemia with and without prophylactic epoetin alfa therapy in breast cancer patients receiving combination chemotherapy**
*Amy M. Meadowcroft, Colleen T. Gilbert, Diana Maravich-May, and Shelly L. Hayward*

**1903  Mail-in questionnaire for monitoring nausea and vomiting in oncology outpatients**
*Shmuel M. Mullin, Deborah M. Belcher, and Linda A. Tyler*

**1907  Staff attitudes about the use of robots in pharmacy before implementation of a robotic dispensing system**
*Stephanie Y. Crawford, Paul G. Grussing, Tony G. Clark, and James S. Bice*



**Editor**
Theodore ? [illegible]
Roger Williams, Managing Editor
[illegible]
Roy R. Gray, ?
Jane Cowling
Cheryl A. Thompson
Associate Editor
[illegible]
Final Editor
William A. Gouveia
Editorial Services Director
Cheryl Taketomo (Lead)
Copy Editing Manager
Stephen M. Tippin
Assistant Editor
Deborah Cardello-Smith
Editorial Manager
William A. Zellmer

**Advertising Production Manager**
Gretchen L. Safir
**Publications Production Coordinator**
[illegible]
Jonathan M. Nestler
ASHP Convention Manager
[illegible]
Production Associates
[illegible]
[illegible]
[illegible]
Technical Assistant
Wanda B. Lowenthal
Editorial Assistant
Karen L. Wren

**Editorial Office**
[illegible]
[illegible] 1991
[illegible]
[illegible]

ANNENAL00005316

Official journal of the American Society of Health-System Pharmacists℠

Henri R. Manasse, Jr.
Executive Vice President

Copyright © 1998
American Society of Health-System Pharmacists, Inc.
All rights reserved.

AJHP is a federally registered trademark.

http://www.ashp.org

The Journal dedicated to the advancement
of pharmaceutical care in all components
of health systems.

1815  Stability of alprazolam, chlorpromazine
phosphate, cisapride, enalapril maleate, and
hydralazine hydrochloride in
extemporaneously compounded
oral liquids
Loyd V. Allen, Jr., and Martin A. Erickson III

**Notes**

1821  Protocol for initial evaluation
of occupational exposure to HIV and
initiation of antiretroviral prophylaxis
Y. Thai Shimotsu, Kathleen Woods, and
Jem Thompson-Bowers

1824  Discrepancies with automated drug storage
and distribution cabinets
Tricia C. Sauter, Gregory S. Weidman, Laura A. Mott,
Jan E. Schlemmer, and Thomas P. Sharp

**ASHP Report**

1827  Recipients of 1998 ASHP Student
Leadership Awards

**Pharmacy Abroad**

1828  Standards of practice: The African experience
Geoffrey O. Ubaya

1832  **AJHP Continuing
Education**

1834  **Letters**
Mibefradil and an effective
formulary system
Lee C. Vermuelen,
Deborah R. Traynam
Differences in warfarin products
are not the issue
Alan Mapili, Steven R. Bensin,
Kyle Vance-Bryan

1836  **Career Opportunities**

1845  **Current Literature**
In search of literature on clinical
practice guidelines
for the provision
of pharmaceutical care
Con Ann Ling,
Jami Venable R. Cook,
Daniel T. Koomey, and
Ralph E. Small

1846  **Advertising Index**

Consulting editors
[editorial board roster — illegible]

Editorial board
[editorial board roster — illegible]

ANNENAL00005317

The American Journal of Health-System Pharmacy [illegible] of Health-System Pharmacists, [illegible] Wisconsin Avenue, Bethesda, MD [illegible]

The American Journal of Health-System Pharmacy [illegible] American Society of Health-System Pharmacists (ASHP) [illegible]

[illegible]

Payments to ASHP are not deductible as charitable contributions for federal income tax purposes. [illegible]

American Society of Health-System Pharmacists

House of Delegates

[illegible]

Officers and Board of Directors

[illegible]

[illegible]

# Instructions to Authors

The American Journal of Health-System Pharmacy welcomes manuscripts [illegible] that are pertinent to the practice of pharmacy in health systems. [illegible] subject to review by qualified [illegible] as well as by the editors, and will be accepted for publication only if they are believed to [illegible] important contribution [illegible] of papers submitted for publication must be accompanied by a completed copy of the [illegible] checklist. [illegible] the checklist [illegible] January 1 issue or on www.ashp.org. Authors of especially important original work may request "fast-track" review of their papers. Authors may suggest appropriate reviewers for their paper.

Accepted materials become the permanent and sole property of ASHP and may not be published elsewhere without written permission from both the author and ASHP.

The editors reserve the right to revise all manuscripts submitted, if necessary. [illegible]

[illegible] American Journal of Health-System Pharmacy.

[illegible] published in the January 1 [illegible] American Journal of Health-System Pharmacy [illegible]

[illegible] each article at the time of publication.

The views expressed by authors in [illegible] American Journal of Health-System Pharmacy do not necessarily reflect the policy of ASHP or the institution with which the author is affiliated, unless this is clearly specified. Policy statements and official positions of ASHP are clearly labeled as such.

Articles in the American Journal of Health-System Pharmacy are abstracted and indexed in [illegible]

[illegible] in accordance with the ASHP Statement of Advertising Policy. [illegible]

## Calling ASHP

[illegible]

This material may be protected by Copyright law (Title 17 U.S. Code)

# Stability of alprazolam, chloroquine phosphate, cisapride, enalapril maleate, and hydralazine hydrochloride in extemporaneously compounded oral liquids

LOYD V. ALLEN, JR., AND MARTIN A. ERICKSON III

**Abstract:** The stability of five drugs commonly prescribed for use in oral liquid dosage forms but not commercially available as such was studied.

Alprazolam 1 mg/mL, chloroquine phosphate 15 mg/mL, cisapride 1 mg/mL, enalapril maleate 1 mg/mL, and hydralazine hydrochloride 4 mg/mL were each prepared in a 1:1 mixture of Ora-Sweet and Ora-Plus (Paddock Laboratories), a 1:1 mixture of Ora-Sweet SF and Ora-Plus, and cherry syrup and placed in 120-mL amber clear polyethylene terephthalate bottles. Three bottles of each liquid were stored at 5 °C and three at 25 °C, all in the dark. Samples were taken initially and at various times up to 60 days for analysis by high-performance liquid chromatography and assessment of appearance and odor; pH was measured.

A mean of at least 91% of the initial drug concentration was retained for 60 days in the alprazolam, chloroquine phosphate, cisapride, and enalapril maleate liquids. The hydralazine hydrochloride liquids retained more than 90% of the initial concentration for only one day at 5 °C when prepared with Ora-Sweet–Ora-Plus and two days when prepared with Ora-Sweet SF–Ora-Plus and for less than a day in these preparations at 25 °C and in cherry syrup at 5 and 25 °C. No substantial changes in the appearance, odor, or pH of any liquid were observed.

Alprazolam 1 mg/mL, chloroquine phosphate 15 mg/mL, cisapride 1 mg/mL, and enalapril maleate 1 mg/mL were stable in three extemporaneously compounded oral liquids for 60 days at 5 and 25 °C; hydralazine hydrochloride 4 mg/mL was stable at 5 °C for one day in Ora-Sweet–Ora-Plus and for two days in Ora-Sweet SF–Ora-Plus.

**Index terms:** Alprazolam; Antimalarial agents; Anxiolytics, sedatives and hypnotics; Cherry syrup; Chloroquine phosphate; Cisapride; Compounding; Containers; Enalapril maleate; Gastrointestinal drugs; Hydralazine hydrochloride; Hypotensive agents; Incompatibilities; Liquids; Polyethylene terephthalate; Stability; Storage; Sweetening agents; Syrups; Temperature; Vehicles

**Am J Health-Syst Pharm.** 1998; 55:1915-20

This article is the sixth in a series on the stability of drugs in extemporaneously prepared oral liquids.[1-5]

## Methods

Alprazolam[a] 1 mg/mL, chloroquine phosphate[b] 15 mg/mL, cisapride[c] 1 mg/mL, enalapril maleate[d] 1 mg/mL, and hydralazine hydrochloride[e] 4 mg/mL were prepared in a 1:1 mixture of Ora-Sweet[f] and Ora-Plus,[g] a 1:1 mixture of Ora-Sweet SF[h] and Ora-Plus, and cherry syrup (cherry syrup concentrate[i] diluted 1:4 with simple syrup, according to label directions). Each liquid was stored in the dark for 60 days at 5 and 25 °C in 120-mL amber clear polyethylene terephthalate prescription ovals with low-density polyethylene foam cap linings.[j] The source of the drugs was commercially available tablets. Details of the compounding procedure are given in the appendix.

The experimental method was identical to that previously reported.[1] The samples were analyzed by using stability-indicating high-performance liquid chromatographic assays from the literature[5-8] or USP monographs[8,9] (Table 1 and Figures 1–5). The assay for cisapride was modified by using a $C_{18}$ column in place of a $C_8$ column and by using a solution of 0.05 M ammonium acetate in place of water and diethylamine in place of triethylamine for the mobile phase, as well as replacing a portion of the acetonitrile with methanol.

Stability was defined as the retention of not less than 90% of the original drug concentration.

## Results

Visual and olfactory observations did not reveal any substantial changes during the study period.

LOYD V. ALLEN, JR., PH.D., FACA, FAMUS, was Professor and Chair, Department of Medicinal Chemistry and Pharmaceutics, College of Pharmacy, University of Oklahoma Health Sciences Center, Oklahoma City. MARTIN A. ERICKSON III is Professional Affairs Manager, Paddock Laboratories, Inc., Minneapolis, MN.

Address reprint requests to Dr. Allen at the College of Pharmacy, University of Oklahoma Health Sciences Center, 1110 North Stonewall, Oklahoma City, OK 73117, or to lloyd-allen@ouhsc.edu.

Supported by a grant from Paddock Laboratories.

Copyright © 1998, American Society of Health-System Pharmacists, Inc. All rights reserved. 1079-2082/98/0902-1915$06.00.

**Reports** Alprazolam, chloroquine, cisapride, enalapril, and hydralazine

Table 1.
**High-Performance Chromatographic Conditions**

| Drug (Dilution) | Column | Mobile Phase | Flow Rate (mL/min) | Detection Setting (nm) | Retention Time (min) | Range of Standard Curve (μg/mL) | Coefficient of Variation (%) Intraday | Coefficient of Variation (%) Interday |
|---|---|---|---|---|---|---|---|---|
| Alprazolam[a] (1:50) | C$_{18}$[a] | Methanol–acetonitrile–0.04 M sodium acetate in water (pH 2.0) (45:9:47) | 0.4 | 230 | 9.4 | 1–25[b] | 1[?] | 2.3 |
| Chloroquine phosphate[c] (1:100) | C$_{18}$ | 0.02 M triethanesulfonic acid (pH 3.4) acetonitrile (66:34) | 1.5 | 340 | 9.4 | 50–150[?] | 0.9 | 1.9 |
| Cisapride[d] (1:50) (modified assay) | C$_{18}$ | 100 mmol/L acetate in water acetonitrile-methanol (1:1:1) adjusted to pH 4 with diethylamine | 1.0 | 276 | 7.3 | 1–25[e] | 1.1 | 1.6 |
| Enalapril maleate[f] (1:10) | C$_8$[f] | Water–acetonitrile buffer solution (1 L eq of monobasic potassium phosphate in 800 mL of water, with pH adjusted to 4.0, diluted to 1000 mL with water) (84:16:1) | 1.5 | 215 | 8.0[?] | 1 to 100[?] | 2.1 | 2.4 |
| Hydralazine hydrochloride[g] (1:50) | Cyano[g] | 1 mL of dodecyl sodium sulfate, 1.15 g of tetrabutyl ammonium bromide in x mL of water and 230 mL of acetonitrile, with pH adjusted to 3.0 with[?] N-sulfuric acid | 1.0 | 230 | 7.5 | 10–100[?] | 2.6 | 3.0 |

[a] Bakerbond C$_{18}$ column, 5 μm, 4.0 × 250 mm, J. T. Baker, Inc., Phillipsburg, NJ.
[b] Alprazolam reference standard, United States Pharmacopoeia, Rockville, MD [?].
[c] Chloroquine phosphate[?] powder, [?] Lilly, United States Pharmacopoeia, [?].
[d] Cisapride tablets[?] lot 5 [?], Janssen Research Foundation, Belgium, lot RVB7 92.
[e] Bakerbond C$_8$ column, 5 μm, 4.0 × 250 mm, J. T. Baker.
[f] Enalapril maleate reference standard, United States Pharmacopoeia, lot H.
[g] Bakerbond cyano column, 5 μm, 4.0 × 250 mm, J. T. Baker.
[?] Cyano[?] reference standard, United States Pharmacopoeia, MD[?].

Figure 1. Chromatograms of intact (A) and degraded (B, a composite) alprazolam.



A

0.0

B

D                                          20

Time (min)

Figure 2. Chromatograms of intact (A) and degraded (B, a composite) chloroquine phosphate.



A

9.4

B

0                                          20

Time (min)

ANNENAL00005320

**Figure 3.** Chromatograms of intact (A) and degraded (B, a composite) alprazolam.



**Figure 4.** Chromatograms of intact (A) and degraded (B, a composite) enalapril maleate.



**Figure 5.** Chromatograms of intact (A) and degraded (B, a composite) hydralazine hydrochloride.



For the oral liquids prepared with Ora-Sweet–Ora-Plus or Ora-Sweet SF–Ora-Plus, the initial apparent pH values were as follows: alprazolam, 4.5–4.7; chloroquine phosphate, 4.5; cisapride, 7.0; enalapril maleate, 4.1–4.8; and hydralazine hydrochloride, 4.3–4.4. For the oral liquids prepared with cherry syrup, the initial apparent pH values were as follows: alprazolam, 3.8; chloroquine phosphate, 3.6; cisapride, 7.1; enalapril maleate, 3.9; and hydralazine hydrochloride, 3.8. Throughout the study, the change in the apparent pH values of the oral liquids was <0.5 pH unit.

Except for the oral liquids containing hydralazine hydrochloride, a mean of at least 90% of the initial drug concentration remained in all liquids for up to 60 days (Table 2).

## Discussion

Alprazolam is a white to off-white crystalline powder that is insoluble in water and soluble in alcohol.[1] The stability of alprazolam in vehicles such as those used in this study may be partly attributed to the drug's poor aqueous solubility.

The results for the chloroquine phosphate 15-mg/mL oral liquids agree with those of Ohnson and Nahjur,[3] who reported on the stability of chloroquine phosphate in three formulations over 12 weeks. The vehicles used were either sucrose syrups or methylcellulose solutions (with pH adjusted to 4.5–4.9) containing preservatives, coloring, and other excipients. Another study found chloroquine phosphate to be stable for at least 30 days in a 25-mg/mL suspension at a pH of 4–6.[13] An additional study showed chloroquine phosphate 20 mg/mL in simple syrup to be physically stable after storage at 49 °C for 62 hours and after storage at –6 °C for 8 hours before being returned to room temperature.[14] The drug is a white, odorless, crystalline powder with a bitter taste and exists in two polymorphic forms. It is freely soluble in water.[13] so the chloroquine phosphate preparations used in this study were solutions of the drug.

Cisapride 1-mg/mL was shown by Nanata et al.[4] to be stable for at least 91 days in a vehicle of 1% methylcellulose and simple syrup when refrigerated and for 28 days when stored at room temperature. In a study by Horn and Anderson,[10] the drug was stable in a formulation consisting of cherry syrup and propylene glycol with the pH adjusted to >6.5. At room temperature for at least three weeks. To improve the drug's stability in a liquid, it is important to adjust the pH to neutral (if it is not already), as we did.

Enalapril maleate is a white to off-white, crystalline powder that is soluble in water to a concentration of 25 mg/mL and in alcohol to a concentration of 80 mg/mL.[1] It has pK_a values of 3 and 5.4 and is reported to have maximum stability at a pH of 3.[15] At a pH >5, the rate of decomposition increases. One study conducted at room temperature found that 0.5-mg/mL enalapril maleate solutions at pH 2 and 3 were stable for 262 and

ANNENAL00005321

Table 2.
**Stability of Alprazolam 1 mg/mL, Chloroquine Phosphate 15 mg/mL, Cisapride 1 mg/mL, Enalapril Maleate 1 mg/mL, and Hydralazine Hydrochloride 4 mg/mL in Sweetened Vehicles at 5 and 25 °C**

| Drug and Storage Time (Days) | % Initial Concentration Remaining[a] | | | | | |
|---|---|---|---|---|---|---|
| | 1:1 Mixture of Ora-Sweet and Ora-Plus | | 1:1 Mixture of Ora-Sweet SF and Ora-Plus | | Cherry Syrup | |
| | 5 °C | 25 °C | 5 °C | 25 °C | 5 °C | 25 °C |
| Alprazolam[b] | | | | | | |
| 1 | 99.3 ± 0.9 | 99.7 ± 0.7 | 99.6 ± 0.6 | 99.2 ± 0.4 | 99.8 ± 0.6 | 99.8 ± 0.6 |
| 3 | 99.5 ± 1.1 | 99.9 ± 0.7 | 99.5 ± 0.5 | 98.5 ± 0.9 | 98.8 ± 0.4 | 99.5 ± 0.9 |
| 7 | 99.3 ± 0.5 | 91.7 ± 0.3 | 99.7 ± 1.1 | 99.2 ± 1.1 | 99.1 ± 1.7 | 98.7 ± 0.6 |
| 10 | 99.7 ± 1.3 | 95.2 ± 1.1 | 99.2 ± 0.8 | 98.6 ± 1.1 | 99.2 ± 1.0 | 96.1 ± 0.9 |
| 14 | 99.0 ± 0.6 | 93.9 ± 1.3 | 98.9 ± 1.0 | 98.8 ± 0.7 | 97.0 ± 0.9 | 96.9 ± 1.1 |
| 28 | 97.8 ± 1.1 | 95.5 ± 0.3 | 98.8 ± 0.5 | 96.2 ± 0.8 | 96.6 ± 1.2 | 95.4 ± 0.9 |
| 35 | 98.1 ± 0.9 | 95.2 ± 0.8 | 97.4 ± 0.7 | 97.9 ± 0.6 | 95.8 ± 1.1 | 98.3 ± 0.6 |
| 60 | 96.6 ± 0.7 | 95.4 ± 0.8 | 97.7 ± 0.9 | 95.4 ± 1.1 | 93.3 ± 2.0 | 91.4 ± 0.5 |
| Chloroquine phosphate[c] | | | | | | |
| 1 | 99.6 ± 0.5 | 99.8 ± 1.1 | 99.5 ± 0.9 | 99.0 ± 1.3 | 100.0 ± 0.0 | 98.9 ± 1.2 |
| 2 | 99.5 ± 1.7 | 99.5 ± 0.5 | 98.5 ± 0.4 | 99.8 ± 0.6 | 100.2 ± 0.0 | 101.1 ± 1.0 |
| 7 | 98.6 ± 0.8 | 98.8 ± 1.2 | 99.6 ± 0.5 | 98.7 ± 1.2 | 99.9 ± 0.4 | 99.5 ± 0.9 |
| 10 | 99.8 ± 1.3 | 99.2 ± 0.3 | 99.4 ± 1.1 | 98.9 ± 0.9 | 98.8 ± 1.0 | 99.1 ± 1.0 |
| 14 | 99.1 ± 1.7 | 99.5 ± 0.8 | 98.9 ± 0.8 | 99.0 ± 0.6 | 99.4 ± 0.9 | 98.6 ± 0.7 |
| 28 | 97.9 ± 0.8 | 99.3 ± 1.1 | 99.7 ± 1.0 | 98.9 ± 1.1 | 98.7 ± 1.2 | 99.5 ± 0.9 |
| 35 | 98.4 ± 0.7 | 99.7 ± 1.5 | 99.1 ± 1.4 | 98.9 ± 1.2 | 99.0 ± 1.1 | 98.9 ± 0.5 |
| 60 | 98.1 ± 0.5 | 99.0 ± 0.6 | 98.5 ± 0.8 | 98.8 ± 0.9 | 99.4 ± 0.7 | 99.3 ± 0.6 |
| Cisapride[d] | | | | | | |
| 1 | 99.5 ± 0.7 | 99.8 ± 0.6 | 99.2 ± 1.1 | 99.2 ± 1.5 | 98.4 ± 1.0 | 99.5 ± 0.9 |
| 3 | 100.1 ± 1.4 | 100.7 ± 1.2 | 99.1 ± 1.0 | 98.8 ± 1.2 | 99.1 ± 1.1 | 98.7 ± 0.6 |
| 7 | 100.6 ± 0.8 | 99.5 ± 0.3 | 99.6 ± 1.4 | 97.1 ± 0.9 | 99.5 ± 0.2 | 99.9 ± 0.9 |
| 10 | 100.5 ± 0.9 | 98.5 ± 1.4 | 97.9 ± 0.5 | 96.3 ± 1.7 | 96.5 ± 0.4 | 97.6 ± 1.8 |
| 14 | 98.2 ± 0.4 | 97.4 ± 0.3 | 98.9 ± 0.9 | 96.4 ± 1.1 | 96.1 ± 0.9 | 98.1 ± 1.9 |
| 28 | 99.6 ± 1.2 | 96.8 ± 1.3 | 96.9 ± 0.6 | 94.9 ± 0.7 | 95.8 ± 0.7 | 91.7 ± 0.8 |
| 35 | 97.7 ± 1.1 | 95.3 ± 1.5 | 96.7 ± 0.9 | 94.5 ± 0.9 | 94.9 ± 0.8 | 98.0 ± 0.0 |
| 60 | 97.9 ± 0.8 | 95.8 ± 1.1 | 94.3 ± 1.7 | 97.9 ± 0.6 | 90.9 ± 0.8 | 91.0 ± 0.4 |
| Enalapril maleate[e] | | | | | | |
| 1 | 98.7 ± 1.5 | 99.5 ± 1.1 | 99.9 ± 1.5 | 99.1 ± 1.2 | 97.7 ± 1.0 | 99.7 ± 1.9 |
| 2 | 99.6 ± 1.4 | 100.1 ± 0.3 | 99.7 ± 1.3 | 98.6 ± 0.7 | 97.1 ± 0.7 | 99.7 ± 1.3 |
| 7 | 98.8 ± 0.9 | 100.8 ± 1.1 | 99.8 ± 0.6 | 99.7 ± 0.9 | 97.0 ± 0.6 | 99.6 ± 0.9 |
| 10 | 97.9 ± 1.0 | 99.3 ± 1.3 | 99.8 ± 1.4 | 95.9 ± 0.5 | 98.4 ± 1.0 | 99.1 ± 0.4 |
| 14 | 99.2 ± 0.8 | 99.9 ± 0.6 | 98.7 ± 0.7 | 98.1 ± 1.0 | 98.6 ± 0.9 | 98.5 ± 0.6 |
| 28 | 97.8 ± 0.1 | 98.0 ± 1.0 | 98.1 ± 0.9 | 97.5 ± 0.8 | 98.1 ± 1.2 | 97.8 ± 1.5 |
| 35 | 96.3 ± 2.2 | 96.5 ± 0.6 | 96.5 ± 1.0 | 97.1 ± 1.2 | 97.5 ± 0.9 | 96.4 ± 1.0 |
| 60 | 96.6 ± 0.8 | 94.4 ± 0.5 | 97.1 ± 1.2 | 96.9 ± 0.7 | 97.0 ± 1.1 | 98.0 ± 1.8 |
| Hydralazine hydrochloride[f] | | | | | | |
| 1 | 91.3 ± 3.3 | 78.4 ± 3.9 | 97.9 ± 1.5 | 87.2 ± 2.9 | 75.9 ± 2.4 | 26.1 ± 4.3 |
| 5 | 89.8 ± 1.9 | 67.1 ± 4.6 | 96.1 ± 1.0 | 76.1 ± 2.6 | 62.6 ± 3.4 | 10.1 ± 1.5 |
| 7 | 80.0 ± 1.8 | 37.3 ± 2.7 | 88.3 ± 3.8 | 50.9 ± 1.8 | 40.4 ± 2.5 | 4.5 ± 0.7 |
| 10 | 71.8 ± 0.8 | 30.4 ± 1.8 | 81.9 ± 0.9 | 44.3 ± 1.4 | 34.4 ± 1.3 | 3.9 ± 2.1 |
| 14 | 51.1 ± 1.3 | 28.1 ± 3.4 | 78.1 ± 2.5 | 39.3 ± 1.6 | 40.3 ± 1.5 | 3.5 ± 1.0 |
| 28 | 38.8 ± 1.3 | 28.9 ± 2.1 | 65.5 ± 2.9 | 32.3 ± 0.9 | 49.7 ± 1.0 | 3.4 ± 0.4 |
| 35 | 31.7 ± 2.2 | 20.5 ± 1.6 | 62.5 ± 1.8 | 32.1 ± 1.1 | 51.3 ± 1.7 | 2.1 ± 2.1 |
| 60 | 19.6 ± 1.5 | 17.3 ± 2.7 | 45.5 ± 1.7 | 25.2 ± 1.5 | 37.6 ± 2.0 | 1.8 ± 2.4 |

[a] Reported as mean ± S.D. of duplicate determinations for three samples.
[b] Mean ± S.D. (n = 3) initial drug concentrations in the Ora-Sweet–Ora-Plus samples were [illegible] mg/mL, Ora-Sweet SF–Ora-Plus [illegible] mg/mL, and cherry syrup, [illegible] mg/mL.
[c] Mean ± S.D. (n = 3) initial drug concentrations in the Ora-Sweet–Ora-Plus samples were 15.9 ± 0.2 mg/mL, Ora-Sweet SF–Ora-Plus 15.9 ± 0.3 mg/mL, and cherry syrup, 14.8 ± [illegible] mg/mL.
[d] Mean ± S.D. (n = 3) initial drug concentrations in the Ora-Sweet–Ora-Plus samples were 0.94 ± 0.04 mg/mL, Ora-Sweet SF–Ora-Plus [illegible] mg/mL, and cherry syrup, [illegible] mg/mL.
[e] Mean ± S.D. (n = 3) initial drug concentrations in the Ora-Sweet–Ora-Plus samples were [illegible] ± 0.03 mg/mL, Ora-Sweet SF–Ora-Plus [illegible] ± 0.02 mg/mL, and cherry syrup, 1.15 ± 0.03 mg/mL.
[f] Mean ± S.D. (n = 3) initial drug concentrations in the Ora-Sweet–Ora-Plus samples were 4.54 ± 0.08 mg/mL, Ora-Sweet SF–Ora-Plus, 4.1[illegible] mg/mL, and cherry syrup, [illegible] mg/mL.

114 days, respectively.[19] Another article reported the use of enalapril maleate tablets and an isotonic citrate buffer at pH 5 to prepare 0.1- and 1.0-mg/mL oral liquids.[20] The drug was stable at 5 °C for 90 days, but at 25 °C enalapril maleate 0.1 and 1.0 mg/mL was stable for only 30 and 43 days, respectively. These liquids were buffered to a pH that was 2 units less acidic than the pH at which the drug has maximum stability. The

preparations containing Ora-Plus or cherry syrup used in our study had a pH of 3.9 – 5, somewhat close to the pH for maximum stability.

Hydralazine hydrochloride is a white to off-white or yellow, crystalline powder that is soluble to a concentration of 40 mg/mL in water and 2 mg/mL in alcohol. It has a pKa of 7.3.[?] The pH of a 2% aqueous solution is 3.5–4.5.[?] Hydralazine hydrochloride 4 mg/mL was not stable for very long in the vehicles used in this study; at 5°C it was stable for only one day in Ora-Sweet–Ora-Plus and for two days in Ora-Sweet SF–Ora-Plus. The drug was not stable at even a day at 25 °C in these vehicles. Hydralazine hydrochloride should not be compounded in cherry syrup. Several studies have cautioned the stability of hydralazine hydrochloride in extemporaneously compounded preparations. Alexander et al.[?] described a formulation consisting of hydralazine hydrochloride 1.75 mg/mL in water with mannitol, edetate disodium, sodium saccharin, methylparaben, propylparaben, propylene glycol, and orange flavoring, and with acetic acid used to adjust the pH to 3.7. There was less than a 2% loss of drug a 5°C in two weeks; one shelf-life calculated from accelerated temperature data was about five days at 25 °C. The same authors found hydralazine hydrochloride to be incompatible with chloride sodium and sodium bisulfite in an aqueous mixture.

Gupta et al.[?] studied the stability of hydralazine hydrochloride 16 mg/mL in aqueous vehicles containing various sugars including glucose, fructose, sucrose, and maltose. These sugars were shown to have deleterious effects on the stability of the drug, with losses of 30–70% in 24 hours in samples stored in amber bottles at 24°C. When the drug was mixed in syrups containing hydrolyzed sucrose in simple syrup of strawberry syrup, 93–97% of the drug was lost in one day. The authors noted that anhydrous at 85% sucrose solutions were more suitable vehicles for hydralazine hydrochloride 10 mg/mL; at 24 °C, there were losses of only 10% in seven days. Sorbitol solutions provided a better environment, with drug losses of only 4% and 8% in 21 days at 24 °C. The drug was stable for the longest period in 0.25 M mannitol with no drug loss after 21 days at 24 °C.

The hydralazine hydrochloride oral liquids used in our study were prepared from the commercial tablets, which contain lactose. Lactose is a reducing sugar that can form no maxime, increasing the degradation rate of hydralazine.[?] It may be more appropriate to prepare only sufficient product for 24 hours at a time or to dispense the drug and the vehicle in such a manner that they can be mixed immediately before administration. One method would be to pulverize the commercial tablets and dilute single doses in individual capsules. The caregiver would be instructed to empty the contents of a single capsule into one teaspoonful of vehicle for administration. Although not ideal, this may help patient compliance. Microbial growth was not studied.

## Conclusion

Alprazolam 1 mg/mL, chlorpromazine phosphate 15 mg/mL, cisapride 1 mg/mL, and enalapril maleate 1 mg/mL were stable in three oral liquids compounded extemporaneously from sweetened vehicles and inlets for 60 days when stored without light at 5 and 25 °C. Hydralazine hydrochloride 4 mg/mL was stable for only one day in Ora-Sweet–Ora-Plus and for two days in Ora-Sweet SF–Ora-Plus.

a Roxane Laboratories, Inc., Columbus, OH.
b Paddock Laboratories, Minneapolis, MN.
c Spectrum Pharmaceuticals, Gardena, CA.
d Humco Laboratory Inc., Texarkana, TX.

Lisa V. Allen, Jr., Ph.D., FAPhA, is Professor of Pharmaceutics, and Joanna L. Erickson, B.S., is a research pharmacist, College of Pharmacy, University of Oklahoma Health Sciences Center, Oklahoma City, OK.

Address correspondence to: Lisa V. Allen, Jr., Ph.D., College of Pharmacy, University of Oklahoma Health Sciences Center, P.O. Box 26901, Oklahoma City, OK 73190.

## References

1. Allen LV Jr, Erickson MA III. Stability of acetazolamide, allopurinol, azathioprine, clonazepam, and flucytosine in extemporaneously compounded oral liquids. Am J Health-Syst Pharm 1996;53:1944-9.

2. Allen LV Jr, Erickson MA III. Stability of ketoconazole, metolazone, metronidazole, procainamide hydrochloride, and spironolactone in extemporaneously compounded oral liquids. Am J Health-Syst Pharm 1996;53:2073-8.

3. Allen LV Jr, Erickson MA III. Stability of baclofen, captopril, diltiazem hydrochloride, dipyridamole, and flecainide acetate in extemporaneously compounded oral liquids. Am J Health-Syst Pharm 1996;53:2179-84.

4. Allen LV Jr, Erickson MA III. Stability of labetalol hydrochloride, metoprolol tartrate, verapamil hydrochloride, and spironolactone in extemporaneously compounded oral liquids. Am J Health-Syst Pharm 1996;53:2304-9.

5. Allen LV Jr, Erickson MA III. Stability of ranitidine hydrochloride, pyridostigmine bromide, rifampin, and tetracycline hydrochloride in extemporaneously compounded oral liquids. Am J Health-Syst Pharm 1998;55:1804-9.

6. Chu T, Tam IT. Determination of alprazolam and its major metabolites in human plasma by high performance liquid chromatography and its application to pharmacokinetics. J Chromatogr Biomed Appl 1998;656:77-85.

7. Brown MD. Determination of chlorpromazine and its constituent metabolites in human plasma by liquid chromatography with ultraviolet detection. J Chromatogr 1984;229:248-51.

8. Mason MC, Moheric RS, Bipolo TF. Stability of cisapride in liquid dosage form in two temperatures. Ann J Pharmacother 1995;29:72-6.

9. The United States pharmacopeia. 23rd rev. Rockville, MD: United States Pharmacopeial Convention; 1995.

10. The United States pharmacopeia, 23rd rev., and The national formulary, 18th ed. Rockville, MD: United States Pharmacopeial Convention; 1995:[illegible].
11. McEvoy GK, ed. AHFS drug information 97. Bethesda, MD: American Society of Health-System Pharmacists; 1997:[illegible].
12. [illegible] conditions on the stability of a novel chloroquine phosphate syrup formulation. Pharm [illegible] 1988; [illegible].
13. [illegible] oral liquid dosage formulations. Toronto: Canadian Society of Hospital Pharmacists; 1988:13.
14. [illegible] Liquid dosage form of chloroquine. Drug Intell Clin Pharm. 1986; 20:[illegible].
15. McEvoy GK, ed. AHFS Drug information 97. Bethesda, MD: American Society of Health-System Pharmacists; 1997:[illegible].
16. [illegible] Stability of an extemporaneously compounded cisapride suspension. Clin Ther. [illegible]; 16:169-72.
17. McEvoy GK, ed. AHFS drug information 97. Bethesda, MD: American Society of Health-System Pharmacists; 1997:[illegible]-34.
18. Budavari S, ed. The Merck index, 12th ed. Whitehouse Station, NJ: Merck & Co.; 1996:[illegible].
19. [illegible] In: Florey K, ed. Analytical profiles of drug substances. Vol. 16. Washington, DC: American Pharmaceutical Association; 1987:207-43.
20. [illegible] The stability of enalapril maleate oral solutions prepared from tablets. Aust J Hosp Pharm. [illegible].
21. McEvoy GK, ed. AHFS drug information 97. Bethesda, MD: American Society of Health-System Pharmacists; 1997:1190-3.
22. Budavari S, ed. The Merck index. 12th ed. Whitehouse Station, NJ: Merck & Co.; 1996:815.
23. [illegible] Stability of hydralazine hydrochloride syrup compounded from tablets. Am J Hosp Pharm. [illegible].
24. Gupta VD, Stewart KR, [illegible]. Stability of hydralazine hydrochloride in aqueous vehicles. J Clin Hosp Pharm. 1986; 11:215-23.
25. [illegible] Stability of hydralazine hydrochloride in parenteral solutions. Can J Hosp Pharm. 1991; 44:237-41.

## Appendix—Procedures for compounding oral liquids studied[a]

### Alprazolam 1 mg/mL
1. Count out [illegible] 2-mg alprazolam tablets, and place the tablets in a mortar.
2. Comminute the tablets to a fine powder.
3. Add approximately 40 mL of the vehicle, and mix to a uniform paste.
4. Add the vehicle in geometric portions almost to volume, and mix thoroughly after each addition.
5. Transfer the contents of the mortar to a calibrated bottle.
6. Add enough vehicle to bring the final volume to 120 mL.
7. Label the bottle "Shake Well Before Using" and "Protect From Light."
8. Label the bottle with an expiration date of 60 days.

### Chloroquine phosphate 15 mg/mL
1. Count out three 500-mg chloroquine phosphate tablets, and place the tablets in a mortar.
2. Comminute the tablets to a fine powder.
3. Add approximately 15 mL of the vehicle, and mix to a uniform paste.
4. Add the vehicle in geometric portions almost to volume, and mix thoroughly after each addition.
5. Transfer the contents of the mortar to a calibrated bottle.
6. Add enough vehicle to bring the final volume to 100 mL.
7. Label the bottle "Shake Well Before Using" and "Protect From Light."
8. Label the bottle with an expiration date of 60 days.

### Cisapride 1 mg/mL
1. Count out 12 10-mg cisapride tablets, and place the tablets in a mortar.
2. Comminute the tablets to a fine powder.
3. Add approximately 20 mL of the vehicle, and mix to a uniform paste.
4. Add the vehicle in geometric portions almost to volume, and mix thoroughly after each addition.
5. Adjust the pH of the mixture to 7 with sodium bicarbonate.
6. Transfer the contents of the mortar to a calibrated bottle.
7. Add enough vehicle to bring the final volume to 120 mL.
8. Label the bottle "Shake Well Before Using" and "Protect From Light."
9. Label the bottle with an expiration date of 60 days.

### Enalapril maleate 1 mg/mL
1. Count out six 20-mg enalapril maleate tablets, and place the tablets in a mortar.
2. Comminute the tablets to a fine powder.
3. Add approximately 15 mL of the vehicle, and mix to a uniform paste.
4. Add the vehicle in geometric portions almost to volume, and mix thoroughly after each addition.
5. Transfer the contents of the mortar to a calibrated bottle.
6. Add enough vehicle to bring the final volume to 120 mL.
7. Label the bottle "Shake Well Before Using" and "Protect From Light."
8. Label the bottle with an expiration date of 60 days.

### Hydralazine hydrochloride 4 mg/mL
1. Count out [illegible] 100-mg hydralazine hydrochloride tablets, and place the tablets in a mortar.
2. Comminute the tablets to a fine powder.
3. Add approximately 15 mL of either a 1:1 mixture of Ora-Sweet and Ora-Plus or a 1:1 mixture of Ora-Sweet SF and Ora-Plus, and mix to a uniform paste.
4. Add the vehicle in geometric portions almost to volume, and mix thoroughly after each addition.
5. Transfer the contents of the mortar to a calibrated bottle.
6. Add enough vehicle to bring the final volume to 120 mL.
7. Label the bottle "Shake Well Before Using," "Protect From Light," and "Store in Refrigerator."
8. Label the bottle with an expiration date of one day if Ora-Sweet–Ora-Plus was used [illegible] days if Ora-Sweet SF–Ora-Plus was used.

[a]Except for the liquids containing hydralazine hydrochloride, there are three choices for the vehicle: a 1:1 mixture of Ora-Sweet and Ora-Plus, a 1:1 mixture of Ora-Sweet SF and Ora-Plus, and cherry syrup. The Ora-Sweet vehicles are products of Paddock Laboratories; the cherry syrup used in this study is a product of [illegible] Laboratory Inc.

# EXHIBIT B-13

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use EPANED safely and effectively. See full prescribing information for EPANED.**

**EPANED™ (enalapril) for Oral Solution**
**Initial U.S. Approval: 1985**

---

**WARNING: FETAL TOXICITY**

*See full prescribing information for complete boxed warning.*

- **When pregnancy is detected, discontinue EPANED as soon as possible. (5.1)**
- **Drugs that act directly on the renin-angiotensin system can cause injury and death to the developing fetus. (5.1)**

---

----------------------------INDICATIONS AND USAGE----------------------------
EPANED is an angiotensin-converting enzyme inhibitor indicated for:
- treatment of hypertension in adults and children older than one month, to lower blood pressure. Lowering blood pressure reduces the risk of fatal and nonfatal cardiovascular events, primarily strokes and myocardial infarctions. (1.1)

----------------------DOSAGE AND ADMINISTRATION----------------------
Hypertension
- Adult: recommended initial dose is 5 mg once daily. (2.1)
- Pediatrics: recommended starting dose is 0.08 mg/kg (up to 5 mg) once daily. (2.3)
The maximum dose is 40 mg/day (adults). (2.2)

--------------------DOSAGE FORMS AND STRENGTHS--------------------
EPANED Powder for Oral Solution contains 150 mg of enalapril maleate in a 150 mL bottle. Reconstitution with 150 mL of ORA-SWEET® SF provided results in a 1 mg/mL EPANED oral solution. (3)

-----------------------------CONTRAINDICATIONS-----------------------------
- Hypersensitivity related to previous treatment with an ACEI. (4)
- Hereditary or idiopathic angioedema. (4)
- Do not co-administer aliskiren in patients with diabetes. (4)

----------------------WARNINGS AND PRECAUTIONS-----------------------
- Angioedema and Anaphylactoid Reactions. (5.2)
- Impaired Renal Function: Assess renal function. (5.5)
- Hyperkalemia. (5.6)

-----------------------------ADVERSE REACTIONS-----------------------------
In patients with hypertension, adverse reactions were uncommon. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Silvergate Pharmaceuticals at 1-855-379-0383 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

----------------------------DRUG INTERACTIONS----------------------------
- In patients who are elderly, volume-depleted (as on diuretic therapy), or with compromised renal function, use with NSAIDs, including selective COX-2 inhibitors, may result in deterioration of renal function, including renal failure. Monitor renal function periodically. (7.1)
- Dual inhibition of the renin-angiotensin system: Increased risk of renal impairment, hypotension and hyperkalemia. (7.2)
- Avoid potassium sparing agents in patients with heart failure. (7.3)
- Monitor serum lithium levels frequently. (7.4)

----------------------USE IN SPECIFIC POPULATIONS----------------------
- EPANED is not recommended in neonates and in pediatric patients with glomerular filtration rate <30 mL/min/1.73m$^2$. (8.4)

**See 17 for PATIENT COUNSELING INFORMATION**

**Revised: 08/2013**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***
**WARNING: FETAL TOXICITY**
**1   INDICATIONS AND USAGE**
    1.1   Hypertension
**2   DOSAGE AND ADMINISTRATION**
    2.1   Dosing
    2.2   Preparation of EPANED (for 150 mL, 1mg/mL enalapril solution)
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
    5.1   Fetal Toxicity
    5.2   Angioedema and Anaphylactoid Reactions
    5.3   Hypotension
    5.4   Hepatic Failure
    5.5   Impaired Renal Function
    5.6   Hyperkalemia
**6   ADVERSE REACTIONS**
    6.1   Clinical Trials Experience
    6.2   Other Adverse Reactions from Clinical Studies or Postmarketing Experience
**7   DRUG INTERACTIONS**
    7.1   Non-Steroidal Anti-Inflammatory Agents (NSAIDs) Including Selective Cyclooxygenase-2 Inhibitors (COX-2 Inhibitors)
    7.2   Dual Blockade of the Renin-Angiotensin System (RAS)
    7.3   Agents Increasing Serum Potassium
    7.4   Lithium
    7.5   Gold
**8   USE IN SPECIFIC POPULATIONS**
    8.1   Pregnancy
    8.3   Nursing Mothers
    8.4   Pediatric Use
**10   OVERDOSAGE**
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
    12.1   Mechanism of Action
    12.2   Pharmacodynamics
    12.3   Pharmacokinetics
**13   NONCLINICAL TOXICOLOGY**
    13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
**16   HOW SUPPLIED/STORAGE AND HANDLING**
**17   PATIENT COUNSELING INFORMATION**
*Sections or subsections omitted from the full prescribing information are not listed

**FULL PRESCRIBING INFORMATION**

---

**WARNING: FETAL TOXICITY**

- **When pregnancy is detected, discontinue EPANED™ as soon as possible.**

- **Drugs that act directly on the renin-angiotensin system can cause injury and death to the developing fetus.** *[See Warnings and Precautions (5.1)]*

---

# 1     INDICATIONS AND USAGE

## 1.1   Hypertension

EPANED is indicated for the treatment of hypertension, to lower blood pressure in adults and children older than one month.

Lowering blood pressure reduces the risk of fatal and nonfatal cardiovascular events, primarily strokes and myocardial infarctions.  These benefits have been seen in controlled trials of antihypertensive drugs from a wide variety of pharmacologic classes including this drug.

Control of high blood pressure should be part of comprehensive cardiovascular risk management, including, as appropriate, lipid control, diabetes management, antithrombotic therapy, smoking cessation, exercise, and limited sodium intake.  Many patients will require more than one drug to achieve blood pressure goals.  For specific advice on goals and management, see published guidelines, such as those of the National High Blood Pressure Education Program's Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure (JNC).

Numerous antihypertensive drugs, from a variety of pharmacologic classes and with different mechanisms of action, have been shown in randomized controlled trials to reduce cardiovascular morbidity and mortality, and it can be concluded that it is blood pressure reduction, and not some other pharmacologic property of the drugs, that is largely responsible for those benefits.  The largest and most consistent cardiovascular outcome benefit has been a reduction in the risk of stroke, but reductions in myocardial infarction and cardiovascular mortality also have been seen regularly.

Elevated systolic or diastolic pressure causes increased cardiovascular risk, and the absolute risk increase per mmHg is greater at higher blood pressures, so that even modest reductions of severe hypertension can provide substantial benefit.  Relative risk reduction from blood pressure reduction is similar across populations with varying absolute risk, so the absolute benefit is greater in patients who are at higher risk independent of their hypertension (for example, patients with diabetes or hyperlipidemia), and such patients would be expected to benefit from more aggressive treatment to a lower blood pressure goal.

Some antihypertensive drugs have smaller blood pressure effects (as monotherapy) in black patients, and many antihypertensive drugs have additional approved indications and effects

ANNENAL00005349

(e.g., on angina, heart failure, or diabetic kidney disease).  These considerations may guide selection of therapy.

EPANED is effective alone or in combination with other antihypertensive agents, especially thiazide-type diuretics. The blood pressure lowering effects of EPANED and thiazides are approximately additive.

## 2    DOSAGE AND ADMINISTRATION

### 2.1   Dosing

**Adults**: The recommended initial dose in adults is 5 mg once a day.  Titrate upward to maximum of 40 mg daily as needed to help achieve blood pressure goals. The dose may be divided and administered twice daily if the antihypertensive effect diminishes at the end of the dosing interval.

*Use with diuretics:* If additional blood pressure reduction is needed, EPANED may be administered with a low dose of diuretic. The recommended initial dose in patients taking diuretics is 2.5 mg daily.

*Dosage Adjustment for Renal Impairment:* See table below. The dosage may be titrated upward as needed to a maximum of 40 mg daily.

| Renal Status | Creatinine-Clearance mL/min | Initial Dose mg/day |
|---|---|---|
| Normal or Mild Impairment of Renal Function | >30 mL/min | 5 mg |
| Moderate to Severe Impairment | ≤30 mL/min | 2.5 mg |
| Dialysis Patients* | – | 2.5 mg on dialysis days† |
| * = *[See Warnings and Precautions (5.2)].* † = Dosage on nondialysis days should be adjusted depending on the blood pressure response. | | |

**Children >1 month:** The usual recommended starting dose is 0.08 mg/kg (up to 5 mg) once daily. Dosage should be adjusted according to blood pressure response. Doses above 0.58 mg/kg (or in excess of 40 mg) have not been studied in pediatric patients *[see Clinical Pharmacology (12.3)]*.

EPANED is not recommended in neonates and in pediatric patients with glomerular filtration rate <30 mL/min/1.73 m$^2$, as no data are available.

### 2.2   Preparation of EPANED (for 150 mL, 1 mg/mL enalapril solution)

EPANED Powder for Oral Solution is a kit containing 1 bottle of enalapril powder and 1 bottle of Ora-Sweet SF diluent to be added to the enalapril powder prior to dispensing to the patient.

ANNENAL00005350

Firmly tap the EPANED Powder for Oral Solution bottle on a hard surface 5 times.  Add approximately one-half (75 mL) of the Ora-Sweet SF diluent to the 150 mL EPANED Powder for Oral Solution bottle. Replace the child-resistant cap. Shake well for 30 seconds. Reopen. Add the remainder of the Ora-Sweet SF diluent to the EPANED Powder for Oral Solution bottle, replace the child-resistant cap and shake well for an additional 30 seconds. Calculate 60 days from the date of reconstitution. Write this date as the discard date on the front of the label. Affix a "Do Not Use After" or a "Discard After" label with the calculated date added to the reconstituted EPANED bottle.

# 3      DOSAGE FORMS AND STRENGTHS

EPANED Powder for Oral Solution is a kit that contains 150 mg of enalapril maleate powder in a 150-mL bottle and Ora-Sweet SF diluent.  Reconstitution with 150 mL of the provided Ora-Sweet SF diluent results in a 1 mg/mL EPANED oral solution.

# 4      CONTRAINDICATIONS

EPANED is contraindicated in patients with:

- a history of angioedema or hypersensitivity related to previous treatment with an angiotensin converting enzyme (ACE) inhibitor *[see Warnings and Precautions 5.2]*

- hereditary or idiopathic angioedema *[see Warnings and Precautions 5.2]*

Do not co-administer aliskiren with EPANED in patients with diabetes *[see Drug Interactions (7.2)]*.

# 5      WARNINGS AND PRECAUTIONS

## 5.1    Fetal Toxicity

Pregnancy Category D

Use of drugs that act on the renin-angiotensin system during the second and third trimesters of pregnancy reduces fetal renal function and increases fetal and neonatal morbidity and death. Resulting oligohydramnios can be associated with fetal lung hypoplasia and skeletal deformations.  Potential neonatal adverse effects include skull hypoplasia, anuria, hypotension, renal failure, and death.  When pregnancy is detected, discontinue EPANED as soon as possible *[see Use in Specific Populations (8.1)]*.

## 5.2    Angioedema and Anaphylactoid Reactions

*Head and Neck Angioedema*
Angioedema of the face, extremities, lips, tongue, glottis and/or larynx, including some fatal reactions, have occurred in patients treated with angiotensin converting enzyme inhibitors, including EPANED, at any time during treatment.   Patients with involvement of the tongue, glottis or larynx are likely to experience airway obstruction, especially those with a history of airway surgery. EPANED should be promptly discontinued and appropriate therapy and

ANNENAL00005351

monitoring should be provided until complete and sustained resolution of signs and symptoms of angioedema has occurred.

Patients with a history of angioedema unrelated to ACE inhibitor therapy may be at increased risk of angioedema while receiving an ACE inhibitor *[see Contraindications (4)]*.  ACE inhibitors have been associated with a higher rate of angioedema in black than in non-black patients.

*Intestinal Angioedema*
Intestinal angioedema has occurred in patients treated with ACE inhibitors. These patients presented with abdominal pain (with or without nausea or vomiting); in some cases there was no prior history of facial angioedema and C-1 esterase levels were normal. In some cases, the angioedema was diagnosed by procedures including abdominal CT scan or ultrasound, or at surgery, and symptoms resolved after stopping the ACE inhibitor.

*Anaphylactoid Reactions during Desensitization*
Two patients undergoing desensitizing treatment with hymenoptera venom while receiving ACE inhibitors sustained life-threatening anaphylactoid reactions.

*Anaphylactoid Reactions during Dialysis*
Sudden and potentially life-threatening anaphylactoid reactions have occurred in some patients dialyzed with high-flux membranes and treated concomitantly with an ACE inhibitor.  In such patients, dialysis must be stopped immediately, and aggressive therapy for anaphylactoid reactions must be initiated.  Symptoms have not been relieved by antihistamines in these situations.  In these patients, consideration should be given to using a different type of dialysis membrane or a different class of antihypertensive agent.  Anaphylactoid reactions have also been reported in patients undergoing low-density lipoprotein apheresis with dextran sulfate absorption.

## 5.3   Hypotension

EPANED can cause symptomatic hypotension, sometimes complicated by oliguria, progressive azotemia, acute renal failure or death.  Patients at risk of excessive hypotension include those with the following conditions or characteristics:  heart failure with systolic blood pressure below 100 mmHg, ischemic heart disease, cerebrovascular disease, hyponatremia, high dose diuretic therapy, renal dialysis, or severe volume and/or salt depletion of any etiology.

In these patients, EPANED should be started under very close medical supervision and such patients should be followed closely for the first two weeks of treatment and whenever the dose of EPANED and/or diuretic is increased.

Symptomatic hypotension is also possible in patients with severe aortic stenosis or hypertrophic cardiomyopathy.

ANNENAL00005352

*Surgery/Anesthesia*

In patients undergoing major surgery or during anesthesia with agents that produce hypotension, EPANED may block angiotensin II formation secondary to compensatory renin release.  If hypotension occurs and is considered to be through this mechanism, it can be corrected by volume expansion.

### 5.4   Hepatic Failure

Rarely, ACE inhibitors have been associated with a syndrome that starts with cholestatic jaundice and progresses to fulminant hepatic necrosis, and (sometimes) death.  The mechanism of this syndrome is not understood.  Patients receiving ACE inhibitors who develop jaundice or marked elevations of hepatic enzymes should discontinue the ACE inhibitor and receive appropriate medical follow-up.

### 5.5   Impaired Renal Function

Monitor renal function in patients treated with EPANED.  Changes in renal function including acute renal failure can be caused by drugs that inhibit the renin-angiotensin system.  Patients whose renal function may depend in part on the activity of the renin-angiotensin system (e.g., patients with renal artery stenosis, chronic kidney disease, severe congestive heart failure, post-myocardial infarction or volume depletion) may be at particular risk of developing acute renal failure on EPANED.  Consider withholding or discontinuing therapy in patients who develop a clinically significant decrease in renal function on EPANED *[see Adverse Reactions (6.2), Drug Interactions (7.2, 7.3)]*.

### 5.6   Hyperkalemia

Serum potassium should be monitored in patients receiving EPANED. Drugs that inhibit the renin angiotensin system can cause hyperkalemia.  Risk factors for the development of hyperkalemia include renal insufficiency, diabetes mellitus, and the concomitant use of potassium-sparing diuretics, potassium supplements and/or potassium-containing salt substitutes *[see Drug Interactions (7.3)]*.

## 6   ADVERSE REACTIONS

The following adverse reactions are described elsewhere:

- Angioedema *[see Warnings and Precautions (5.2)]*

- Hypotension *[see Warnings and Precautions (5.3)]*

- Hepatic failure *[see Warnings and Precautions (5.4)]*

- Renal impairment *[see Warnings and Precautions (5.5)]*

### 6.1   Clinical Trials Experience

ANNENAL00005353

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

Enalapril has been evaluated for safety in more than 10,000 patients, including over 1,000 patients treated for one year or more.

In clinical trials, discontinuation of therapy for clinical adverse experiences was required in 3.3% of patients with hypertension and in 5.7% of patients with heart failure.

Adverse reactions (where rate on enalapril exceeds the rate on placebo by at least 0.2%) occurring in greater than 1% of patients with hypertension treated with enalapril in controlled clinical trials are shown below.  In patients treated with enalapril, the maximum duration of therapy was three years; in placebo treated patients, the maximum duration of therapy was 12 weeks.

| Adverse Reactions Occurring in Greater Than 1% of Patients With Hypertension | | |
|---|---|---|
| | Enalapril Maleate Tablets (n = 2314) Incidence (discontinuation) | Placebo (n = 230) Incidence |
| *Body As A Whole* | | |
| Fatigue | 3.0 (<0.1) | 2.6 |
| Orthostatic Effects | 1.2 (<0.1) | 0.0 |
| Asthenia | 1.1 (0.1) | 0.9 |
| *Respiratory* | | |
| Cough | 1.3 (0.1) | 0.9 |
| *Skin* | | |
| Rash | 1.4 (0.4) | 0.4 |

### 6.2   Other Adverse Reactions from Clinical Studies or Postmarketing Experience

The following adverse reactions have been reported in clinical studies or postmarketing experience with enalapril.  Because some of these reactions were reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Other serious clinical adverse experiences occurring since the drug was marketed or adverse experiences occurring in 0.5 to 1.0% of patients with hypertension or heart failure in clinical trials are listed below and, within each category, are in order of decreasing severity.

*Cardiovascular:* Cardiac arrest; myocardial infarction or cerebrovascular accident, possibly secondary to excessive hypotension in high risk patients *[see Warnings and Precautions (5.3)]*;

ANNENAL00005354

pulmonary embolism and infarction; pulmonary edema; rhythm disturbances, including atrial tachycardia and bradycardia; atrial fibrillation; palpitation; Raynaud's phenomenon.

*Digestive:* Ileus, pancreatitis, melena, anorexia, dyspepsia, constipation, glossitis, stomatitis, dry mouth.

*Hematologic:* Rare cases of neutropenia, thrombocytopenia, and bone marrow depression.

*Musculoskeletal:* Muscle cramps.

*Nervous/Psychiatric:* Depression, confusion, ataxia, somnolence, insomnia, nervousness, peripheral neuropathy (e.g., paresthesia, dysesthesia), dream abnormality.

*Respiratory:* Bronchospasm, rhinorrhea, sore throat and hoarseness, asthma, upper respiratory infection, pulmonary infiltrates, eosinophilic pneumonitis.

*Skin:* Exfoliative dermatitis, toxic epidermal necrolysis, Stevens-Johnson syndrome, pemphigus, herpes zoster, erythema multiforme, urticaria, pruritus, alopecia, flushing, diaphoresis, photosensitivity.

*Special Senses:* Blurred vision, taste alteration, anosmia, tinnitus, conjunctivitis, dry eyes, tearing.

*Urogenital:* Flank pain, gynecomastia, impotence.

*Miscellaneous:* A symptom complex has been reported which may include some or all of the following: a positive ANA, an elevated erythrocyte sedimentation rate, arthralgia/arthritis, myalgia/myositis, fever, serositis, vasculitis, leukocytosis, eosinophilia, photosensitivity, dermatologic manifestations.

# 7    DRUG INTERACTIONS

## 7.1    Non-Steroidal Anti-Inflammatory Agents (NSAIDs) Including Selective Cyclooxygenase-2 Inhibitors (COX-2 Inhibitors)

In patients who are elderly, volume-depleted (including those on diuretic therapy), or with compromised renal function, co-administration of NSAIDs, including selective COX-2 inhibitors, with ACE inhibitors, including enalapril, may result in deterioration of renal function, including possible acute renal failure.  These effects are usually reversible.  Monitor renal function periodically in patients receiving enalapril and NSAID therapy.

In a clinical pharmacology study, indomethacin or sulindac was administered to hypertensive patients receiving enalapril maleate.  In this study, there was no evidence of a blunting of the antihypertensive action of enalapril maleate.  However, reports suggest that NSAIDs may diminish the antihypertensive effect of ACE inhibitors.

## 7.2    Dual Blockade of the Renin-Angiotensin System (RAS)

ANNENAL00005355

Dual blockade of the RAS with angiotensin receptor blockers, ACE inhibitors, or aliskiren is associated with increased risks of hypotension, hyperkalemia, and changes in renal function (including acute renal failure) compared to monotherapy.  Closely monitor blood pressure, renal function and electrolytes in patients on EPANED and other agents that affect the RAS.

Do not co-administer aliskiren with EPANED in patients with diabetes.  Avoid use of aliskiren with EPANED in patients with renal impairment (GFR <60 mL/min).

### 7.3   Agents Increasing Serum Potassium

EPANED attenuates potassium loss caused by thiazide-type diuretics.  Potassium-sparing diuretics (e.g., spironolactone, triamterene, or amiloride), potassium supplements, or potassium-containing salt substitutes may lead to significant increases in serum potassium.

### 7.4   Lithium

Lithium toxicity has been reported in patients receiving enalapril and lithium concomitantly which was generally reversible.  It is recommended that serum lithium levels be monitored frequently if enalapril is administered concomitantly with lithium.

### 7.5   Gold

Nitritoid reactions (symptoms include facial flushing, nausea, vomiting, and hypotension) have been reported rarely in patients on therapy with injectable gold (sodium aurothiomalate) and concomitant ACE inhibitor therapy including enalapril.

## 8   USE IN SPECIFIC POPULATIONS

### 8.1   Pregnancy

**Fetal Toxicity**
**Pregnancy Category D** *[see Warnings and Precautions (5.1)].*

### 8.3   Nursing Mothers

Enalapril and enalaprilat have been detected in human breast milk.  Because of the potential for serious adverse reactions in nursing infants from enalapril, a decision should be made whether to discontinue nursing or to discontinue EPANED, taking into account the importance of the drug to the mother.

### 8.4   Pediatric Use

*Neonates with a history of in utero exposure to enalapril maleate:*

If oliguria or hypotension occurs, direct attention toward support of blood pressure and renal perfusion.  Exchange transfusions or dialysis may be required as a means of reversing hypotension and/or substituting for disordered renal function.  Enalapril, which crosses the placenta, has been removed from neonatal circulation by peritoneal dialysis with some clinical

ANNENAL00005356

benefit, and theoretically may be removed by exchange transfusion, although there is no experience with the latter procedure.

*Pediatric Patients 1 month to 16 years of age*

Enalapril lowers blood pressure in hypertensive pediatric patients age 1 month to 16 years. Use of enalapril in these age groups is supported by evidence from adequate and well-controlled studies of enalapril in pediatric and adult patients as well as by published literature in pediatric patients *[see Clinical Pharmacology (12.3) and Dosage and Administration (2.3)]*.

EPANED is not recommended in neonates and in pediatric patients with glomerular filtration rate <30 mL/min/1.73 m$^2$, as no data are available.

# 10    OVERDOSAGE

Limited data are available in regard to overdosage in humans.

Single oral doses of enalapril above 1,000 mg/kg and ≥1,775 mg/kg were associated with lethality in mice and rats, respectively.

The most likely manifestation of overdosage would be hypotension, for which the usual treatment would be intravenous infusion of normal saline solution.

Enalaprilat may be removed from general circulation by hemodialysis and has been removed from neonatal circulation by peritoneal dialysis.

# 11    DESCRIPTION

EPANED (Enalapril Maleate) Powder for Oral Solution is the maleate salt of enalapril, the ethyl ester of a long-acting angiotensin-converting enzyme inhibitor, enalaprilat. Enalapril maleate is chemically described as (S)-1-[N-[1-(ethoxycarbonyl)-3-phenylpropyl]-L-alanyl]-L-proline, (Z)-2-butenedioate salt (1:1). Its empirical formula is $C_{20}H_{28}N_2O_5 \cdot C_4H_4O_4$, and its structural formula is:



Enalapril maleate is a white to off-white, crystalline powder with a molecular weight of 492.52. It is sparingly soluble in water, soluble in ethanol, and freely soluble in methanol.

Enalapril is a pro-drug; following oral administration, it is bioactivated by hydrolysis of the ethyl ester to enalaprilat, which is the active angiotensin-converting enzyme inhibitor.

EPANED Powder for Oral Solution is a kit consisting of 1 bottle containing a dry powder blend of enalapril maleate, USP, mannitol, and colloidal silicon dioxide and 1 bottle of Ora-Sweet SF

ANNENAL00005357

diluent for reconstitution resulting in a 1 mg/mL EPANED oral solution.  The Ora-Sweet SF diluent contains:  purified water, glycerin, sorbitol, sodium saccharin, xanthan gum, and flavoring.  Buffered with citric acid and sodium citrate.  Preserved with methylparaben (0.03%), propylparaben (0.008%), and potassium sorbate (0.1%).

## 12      CLINICAL PHARMACOLOGY

### 12.1  Mechanism of Action

Enalapril, after hydrolysis to enaprilat, inhibits angiotensin-converting enzyme (ACE) in human subjects and animals.  ACE is a peptidyl dipeptidase that catalyzes the conversion of angiotensin I to the vasoconstrictor substance, angiotensin II.  Angiotensin II also stimulates aldosterone secretion by the adrenal cortex.  The beneficial effects of enalapril in hypertension and heart failure appear to result primarily from suppression of the renin-angiotensin-aldosterone system.  Inhibition of ACE results in decreased plasma angiotensin II, which leads to decreased vasopressor activity and to decreased aldosterone secretion.  Although the latter decrease is small, it results in small increases of serum potassium.  In hypertensive patients treated with enalapril maleate tablets alone for up to 48 weeks, mean increases in serum potassium of approximately 0.2 mEq/L were observed.  In patients treated with enalapril maleate tablets plus a thiazide diuretic, there was essentially no change in serum potassium *[see Warnings and Precautions (5.6)]*.  Removal of angiotensin II negative feedback on renin secretion leads to increased plasma renin activity.

ACE is identical to kininase, an enzyme that degrades bradykinin.  Whether increased levels of bradykinin, a potent vasodepressor peptide, play a role in the therapeutic effects of EPANED remains to be elucidated.

While the mechanism through which EPANED lowers blood pressure is believed to be primarily suppression of the renin-angiotensin-aldosterone system, enalapril is antihypertensive even in patients with low-renin hypertension.  Although enalapril maleate tablets was antihypertensive in all races studied, black hypertensive patients (usually a low-renin hypertensive population) had a smaller average response to enalapril monotherapy than non-black patients.

### 12.2  Pharmacodynamics

*Adults*

Administration of enalapril maleate tablets to patients with hypertension of severity ranging from mild to severe results in a reduction of both supine and standing blood pressure, usually with no orthostatic component.  Symptomatic postural hypotension is therefore infrequent, although it might be anticipated in volume-depleted patients *[see Warnings and Precautions (5.3)]*.

In most patients studied, after oral administration of a single dose of enalapril, onset of antihypertensive activity was seen at one hour with peak reduction of blood pressure achieved by four to six hours.

ANNENAL00005358

At recommended doses, antihypertensive effects have been maintained for at least 24 hours.  In some patients the effects may diminish toward the end of the dosing interval *[see Dosage and Administration (2.1)]*.

In some patients achievement of optimal blood pressure reduction may require several weeks of therapy.

The antihypertensive effects of enalapril have continued during long-term therapy.  Abrupt withdrawal of enalapril has not been associated with a rapid increase in blood pressure.

In hemodynamic studies in patients with essential hypertension, blood pressure reduction was accompanied by a reduction in peripheral arterial resistance with an increase in cardiac output and little or no change in heart rate.  Following administration of enalapril, there is an increase in renal blood flow; glomerular filtration rate is usually unchanged.  The effects appear to be similar in patients with renovascular hypertension.

When given together with thiazide-type diuretics, the blood pressure lowering effects of enalapril maleate are approximately additive.

In a clinical pharmacology study, indomethacin or sulindac was administered to hypertensive patients receiving enalapril maleate tablets.  In this study, there was no evidence of a blunting of the antihypertensive action of enalapril *[see Drug Interactions (7.1)]*.

*Pediatric Patients*

In a clinical study involving 110 hypertensive pediatric patients 6 to 16 years of age, patients who weighed <50 kg received either 0.625, 2.5, or 20 mg of enalapril daily and patients who weighed ≥50 kg received either 1.25, 5, or 40 mg of enalapril daily.  Enalapril administration once daily lowered trough blood pressure in a dose-dependent manner.  The dose-dependent antihypertensive efficacy of enalapril was consistent across all subgroups (age, Tanner stage, gender, race).  However, the lowest doses studied, 0.625 mg and 1.25 mg, corresponding to an average of 0.02 mg/kg once daily, did not appear to offer consistent antihypertensive efficacy.  In this study, enalapril maleate was generally well tolerated.

## 12.3  Pharmacokinetics

The pharmacokinetics of EPANED Oral Solution were shown to be similar to that of Vasotec® tablets under fasted conditions. A high-fat meal reduced the $C_{max}$ of enalapril and enalaprilat by 46% and 36%, respectively. The exposure, as measured by AUC, to enalaprilat was reduced by 23%. The time to peak concentrations ($C_{max}$) was delayed by 20 minutes for enalapril and 62 minutes for enalaprilat. The trough plasma concentrations of enalapril (from 6 to 12 hours) and enalaprilat (from 16 to 36 hours) are similar between fasted and fed administrations.

*Adults*

Following oral administration of enalapril maleate tablets, peak serum concentrations of enalapril occur within about one hour.  Based on urinary recovery, the extent of absorption of enalapril is approximately 60%.  Enalapril absorption is not influenced by the presence of food in the

ANNENAL00005359

gastrointestinal tract.  Following absorption, enalapril is hydrolyzed to enalaprilat, which is a more potent angiotensin-converting enzyme inhibitor than enalapril; enalaprilat is poorly absorbed when administered orally.  Peak serum concentrations of enalaprilat occur three to four hours after an oral dose of enalapril maleate.  Excretion of enalapril is primarily renal.

Approximately 94% of the dose is recovered in the urine and feces as enalaprilat or enalapril. The principal components in urine are enalaprilat, accounting for about 40% of the dose, and intact enalapril.  There is no evidence of metabolites of enalapril, other than enalaprilat.

The serum concentration profile of enalaprilat exhibits a prolonged terminal phase, apparently representing a small fraction of the administered dose that has been bound to ACE.  The amount bound does not increase with dose, indicating a saturable site of binding.  The effective half-life for accumulation of enalaprilat following multiple doses of enalapril maleate is 11 hours.

The disposition of enalapril and enalaprilat in patients with renal insufficiency is similar to that in patients with normal renal function until the glomerular filtration rate is 30 mL/min or less. With glomerular filtration rate ≤30 mL/min, peak and trough enalaprilat levels increase, time to peak concentration increases, and time to steady state may be delayed.  The effective half-life of enalaprilat following multiple doses of enalapril maleate is prolonged at this level of renal insufficiency *[see Dosage and Administration (2.2)]*.  Enalaprilat is dialyzable at the rate of 62 mL/min.

*Pediatric Patients*

A multiple dose pharmacokinetic study was conducted in 40 hypertensive male and female pediatric patients aged 2 months to ≤16 years following daily oral administration of 0.07 to 0.14 mg/kg enalapril maleate.  At steady state, the mean effective half-life for accumulation of enalaprilat was 14 hours and the mean urinary recovery of total enalapril and enalaprilat in 24 hours was 68% of the administered dose.  Conversion of enalapril to enalaprilat was in the range of 63-76%.  The overall results of this study indicate that the pharmacokinetics of enalapril in hypertensive children aged 2 months to ≤16 years are consistent across the studied age groups and consistent with pharmacokinetic historic data in healthy adults.

In the above pediatric study, enalapril maleate was given as tablets and for those children and infants who were unable to swallow tablets or who required a lower dose than is available in tablet form, enalapril was administered in a suspension formulation.

Studies in dogs indicate that enalapril crosses the blood-brain barrier poorly, if at all; enalaprilat does not enter the brain.  Multiple doses of enalapril maleate in rats do not result in accumulation in any tissues.  Milk of lactating rats contains radioactivity following administration of [14]C-enalapril maleate.  Radioactivity was found to cross the placenta following administration of labeled drug to pregnant hamsters.

# 13      NONCLINICAL TOXICOLOGY

## 13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility

ANNENAL00005360

There was no evidence of a tumorigenic effect when enalapril was administered for 106 weeks to male and female rats at doses up to 90 mg/kg/day or for 94 weeks to male and female mice at doses up to 90 and 180 mg/kg/day, respectively.  These doses are 26 times (in rats and female mice) and 13 times (in male mice) the maximum recommended human daily dose (MRHDD) when compared on a body surface area basis.

Neither enalapril maleate nor the active diacid was mutagenic in the Ames microbial mutagen test with or without metabolic activation.  Enalapril was also negative in the following genotoxicity studies: rec-assay, reverse mutation assay with *E. coli*, sister chromatid exchange with cultured mammalian cells, and the micronucleus test with mice, as well as in an in vivo cytogenic study using mouse bone marrow.

There were no adverse effects on reproductive performance of male and female rats treated with up to 90 mg/kg/day of enalapril (26 times the MRHDD when compared on a body surface area basis).

# 16      HOW SUPPLIED/STORAGE AND HANDLING

EPANED is supplied as a kit.

   NDC 52652-1001-1

- One bottle containing 150 mg of EPANED (enalapril) Powder for Oral Solution in an HDPE bottle with child-resistant cap to provide 1 mg/mL final concentration after reconstitution.
- One bottle containing 150 mL of Ora-Sweet SF provided as the diluent for reconstitution.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [see USP Controlled Room Temperature].

Do not freeze.

Keep container tightly closed.

Protect from moisture.

# 17      PATIENT COUNSELING INFORMATION

- **Pregnancy**

   Tell female patients of childbearing age about the consequences of exposure to EPANED during pregnancy.  Discuss treatment options with women planning to become pregnant.  Patients should be asked to report pregnancies to their physicians as soon as possible.

- **Angioedema**

   Angioedema, including laryngeal edema, may occur at any time during treatment with angiotensin-converting enzyme inhibitors, including enalapril.  Advise patients to report immediately any signs or symptoms suggesting angioedema (swelling of face, extremities,

ANNENAL00005361

eyes, lips, or tongue, or difficulty in swallowing or breathing) and to take no more drug until they have consulted with the prescribing physician.

- **Hypotension**

  Caution patients to report lightheadedness, especially during the first few days of therapy.  If actual syncope occurs, tell patients to discontinue the drug until they have consulted with the prescribing physician.

  Tell patients that excessive perspiration and dehydration may lead to an excessive fall in blood pressure because of reduction in fluid volume.  Other causes of volume depletion such as vomiting or diarrhea may also lead to a fall in blood pressure; advise patients to consult with their physician.

- **Hyperkalemia**

  Tell patients not to use salt substitutes containing potassium without consulting their physician.


EPANED is a trademark of Silvergate Pharmaceuticals.

Manufactured For:
Silvergate Pharmaceuticals, Inc.
6251 Greenwood Plaza Blvd., Suite 101
Greenwood Village, CO 80111

EN-1304

ANNENAL00005362

# EXHIBIT B-14

September/October 1991
Volume 7    Number 5

# the journal of Pharmacy Technology

- **Oral Compounding Guidelines**

- **Estimating Drug Shelf Life**

- **Saudi Arabia DPIC**

- **Pharmacy Technician Competency**

- **Antibiotic Prescribing Trial**

THE OHIO STATE UNIVERSITY LIBRARIES
Received on: 10-29-91
PHA
C.1

RS192
J68
v.7
c.5-1

ANNENAL00005338

September/October 1991
VOLUME 7     NUMBER 5

the journal of **Pharmacy Technology**

Harvey Whitney Books Company
Post Office Box 42696
Cincinnati, Ohio 45242 USA
513/793-3555; FAX 513/793-3600

Harvey A.K. Whitney, Jr., MSPharm
Publisher and Editor
Hedva A. Barenholtz, PharmD
Assistant Editor
Paul G. Jaworski, MD
Assistant Editor
Jan M. Keresztes, PharmD
Consulting Editor
Dorothyanne S. Lipps
Consulting Editor

Donna J. Thordsen
Editorial Director
Christine M. Cotting
Senior Editor, Production and Manuscripts
Sara L. Myers
Editor, Production and Manuscripts
Kelly L. Otterbein
Editor, Production and Manuscripts

Kim Whitney
Continuing Education Manager
Carol Reddish
Customer Services Manager
Kelly W. Turner
Customer Services Assistant
Donald A. Roof
Computer Services Manager
Janice A. Stewart
Administrative Assistant
Tina Whitney
Business Manager
Greg J. Johnson
Advertising Manager

**ADVERTISING** will be accepted subject to editorial approval. **Advertising Representative:** Young Associates, George Young, President, 201 Lower Notch Rd., 2nd Floor, Little Falls, NJ 07424; 201/256-2618 (telephone); 201/812-0224 (FAX).
**AUTHORS** are invited to submit manuscripts for publication. Unsolicited manuscripts, letters, or other submissions should be typed double-spaced and sent in triplicate. *jPT* adheres to the "Uniform Requirements for Manuscripts Submitted to Biomedical Journals." Copies of this document and *jPT* Author Guidelines may be obtained from the Editor. All manuscripts undergo editorial review and appropriate ones are selected for external review in order to maintain high publication standards. Articles that are marked at their conclusion with the symbol **W** were refereed.
**REPRINTS** of all articles are available for a nominal fee from *jPT*. The whole content of *jPT* is under copyright; permission to reproduce any part must be obtained in writing from the publisher.
Copyright 1991
by Harvey Whitney Books Company

**168   Guidelines for Compounding Oral Medications for Pediatric Patients**
Linda M. Dawson and Milap C. Nahata
*In this era of high-technology drug delivery there is still a real need for extemporaneous compounding*

**176   Estimating Drug Shelf Life at Various Storage Temperatures**
Mina Makooi-Morehead
*The relationship among storage temperature, activation energy, and drug shelf life is explored and quantified*

**179   King Khalid University Hospital Drug and Poison Information Center**
David M. Timm, Karen M. Swartz, and Kwame N. Amoh
*A descriptive report and comparison with the University of Minnesota Drug Information Center*

**184   Pharmacy Technician Competency**
H. Michael Thuo and Albert I. Wertheimer
*Part II: Study design, hypotheses, and results*

**195   Impact of a Clinical Pharmacist on Antibiotic Prescribing**
John P. Thornton, Debra A. Goff, Richard Segal, and Jerry T. Guy
*The role of pharmacists in improving the quality of care for patients with infection and reducing antibiotic expenditures*

**161** Editorial
**165** Journal Appointments
**165** New Publications
**167** Test Your Knowledge
**201** Pharmacy Focus

**203** From the Literature
**208** What's New
**212** PharmaCE Test Questions

*The journal of Pharmacy Technology* is abstracted, indexed, and/or listed in the following reference sources: *Biological Abstracts, Chemical Abstracts, Clin-Alert, Excerpta Medica* and its database EMBASE, *Inpharma, International Pharmaceutical Abstracts, International Pharmaceutical Technology & Product Manufacture Abstracts,* Iowa Drug Information Service, and other secondary publications and databases. Microfilm and microfiche editions are available from the University Microfilms International, 300 N. Zeeb Rd., Ann Arbor, MI 48106, or University Microfilms Limited, 30/32 Mortimer St., London W1N7RA, United Kingdom. *The journal of Pharmacy Technology* (ISSN 8755 1255; Coden JPTEEB) is published bimonthly. Price: $60.00 per year (institutions). Address: *jPT,* Harvey Whitney Books Company, Towers of Kenwood, Suite 415, 8044 Montgomery Rd., Cincinnati, OH 45236. Application to mail at second-class postage rates is pending at Cincinnati, OH. **Send address changes to:** *The journal of Pharmacy Technology,* P.O. Box 42696, Cincinnati, OH 45242 USA. Allow six weeks for change to be effective. Include old and new addresses and effective date. Missing issues will be replaced free for claims received within six months of mailing.

ANNENAL00005339

This material may be protected by Copyright law (Title 17 U.S. Code)

# Guidelines for Compounding Oral Medications for Pediatric Patients

*LINDA M. DAWSON AND MILAP C. NAHATA*

In our society, oral dosing is the most acceptable route for delivery of medications. Pharmaceutical companies spend millions of dollars each year to develop drugs that will be safe and effective when taken orally. These drugs typically go through extensive testing in healthy, young adults before reaching the marketplace.

Children, however, are not merely small adults. Oral formulations for adults are manufactured in dosage forms and concentrations that are not suitable for neonates, infants, and children. In general, children under the age of five have difficulty swallowing solid oral dosage forms and require medication in liquid forms. Children may be regarded as "therapeutic orphans" in that many medications that could benefit ill children are not available in suitable dosage forms.

Many existing drugs are unstable in an aqueous vehicle, hence an extended shelf life is not possible. Considering the amount of time that a product stays in the distribution system from the time of manufacture to the time of administration, a stability of less than two years is economically unreasonable. In the case of many an-

LINDA M. DAWSON, *at the time of this report, was a Pharmacy Junior, Ohio State University; she is now a PharmD Student, University of Florida, Gainesville, FL;* MILAP C. NAHATA, PharmD, *is a Professor of Pharmacy and Pediatrics, Colleges of Pharmacy and Medicine, Ohio State University, and Wexner Institute for Pediatric Research, Children's Hospital, Columbus, OH. Reprints: Milap C. Nahata, PharmD, College of Pharmacy, Ohio State University, 500 W. 12th Ave., Columbus, OH 43210.*

> Children may be regarded as "therapeutic orphans" in that many medications that could benefit ill children are not available in suitable dosage forms.

tibiotics, commercial manufacturers have formulated dry powder mixtures containing drug, flavorant, buffers, and other excipients, which are reconstituted by the pharmacist at the time of dispensation. Because pharmaceutical manufacturers consider the pediatric market small, it is not financially attractive for these companies to manufacture all products in a liquid formulation. As a result, the pharmacist must be able to prepare suitable products to fill this void.

The *United States Pharmacopeia (USP)* sets criteria for acceptable limits of stability. When the pharmacist extemporaneously compounds a drug product, he is responsible for meeting the following criteria with respect to conditions to be maintained throughout the drug product shelf life:

- chemical stability: Each active ingredient must retain its chemical integrity and labeled potency within specified limits.
- physical stability: The original physical properties, including appearance, palatability, uniformity, dissolution, and suspendability are retained.

ANNENAL00005340

- microbiological stability: Sterility or resistance to microbial growth is retained according to specified requirements. Any antimicrobial agents that are present retain effectiveness within specified limits.
- therapeutic stability: Therapeutic effect remains unchanged.
- toxicologic stability: No significant increase in toxicity occurs.

Each ingredient in a particular dosage form, whether therapeutically active or inactive, can affect stability. Factors such as pH, particle size, properties of the solvents employed, nature of the container, and presence of other excipients can influence stability.[1]

Many considerations are involved in compounding a product. The pharmacist must have a source of active ingredient. Some pharmaceutical manufacturers will supply unformulated active drugs that are also marketed in dosage forms with a Food and Drug Administration-approved new drug application. These can be used for extemporaneous compounding if prescribers submit a notice of claimed investigational exemption for new drug. However, this is not a readily available source.

A second source of medicinal ingredients is commercial injectable solutions. The advantage of these solutions is that the active drug is uniformly dispersed and chemically stable. Injectable preparations often have osmolalities several times lower than those of oral preparations. The administration of hyperosmolal solutions has been shown to cause a variety of adverse effects in newborns, including intestinal and intracranial hemorrhage.[2] Human and animal studies have demonstrated an association between necrotizing enterocolitis and oral administration of hypertonic solutions.[3] Although it may seem logical to dilute an injectable phenobarbital solution formulated with propylene glycol using this same vehicle, it is diluted with NaCl 0.9% injection to minimize the potential for hyperosmolality.[4]

The use of injectable solutions for oral administration presents the following problems: (1) some drugs and vehicles are mucosal irritants, vesicants, nauseants, or cauterants; (2) some preparations undergo extensive first-pass metabolism when given orally; (3) vehicles and drugs suitable for injection may be very unpalatable; (4) excipients included in formulation may have toxic effects when cumulative oral ingestion is considered; and (5) cosolvents used to make the drug soluble in the initial formulation may be diluted when mixed with syrups or water, thus allowing the drug to precipitate. In addition, the pharmacist must consider the costs involved in using syringes to draw solutions from vials and filter needles for products packaged in ampuls.

Oral capsules and tablets are the most common sources of drugs for compounding oral solutions and suspensions. Generally, capsules are opened and tablets are crushed in a mortar. There are many products that should not be crushed, including repeat-action tablets;

extended-release tablets; extended-release capsules (spansules); enteric-coated products; drugs that have local anesthetic effects and thereby diminish swallowing ability; drugs that decompose when exposed to light, air, or moisture; and tablets formulated for sublingual use.[5,6] The original stability of a drug product may be compromised when the product is crushed, and the *USP*'s five categories of stability must be reassessed.

Once a suitable source of drug has been found, it must be determined if the product will be prepared as a solution or a suspension, and which excipients will be added. These include vehicles (flavored, sweetened, or both), suspending and/or viscosity-increasing agents, preservatives, flavorings, and coloring agents.

---

> Once a suitable source of drug has been found, it must be determined whether the product will be prepared as a solution or a suspension, and which excipients will be added.

---

### Solutions

*Remington's Pharmaceutical Sciences* defines a solution as "a chemically and physically homogenous mixture of two or more substances."[7] Drugs may be dissolved in water, an aqueous pharmaceutical solution containing sugar (syrup), or a sweetened hydroalcoholic solution (elixir).

In formulating a pharmaceutical solution, the pharmacist must first determine the solubility of the active drug. Solubility in a given solvent shows the maximum concentration at which a solution may be prepared for the given solute and solvent. The concentration of the prepared solution depends on the solute or its salt form, the solubilizing agent, the pH of the solution, and any substitution in whole or in part of the solvent. Solubilities of medicinal agents may be found in the *USP* or other reference sources.

Once solubility is established, the appropriate vehicle must be chosen. For oral solutions, the pharmacist may choose water, syrup, or alcohol. Although ordinary drinking water may often be considered a vehicle, it generally is not acceptable as such because of the presence of varying amounts of inorganic salts, microorganisms, and undissolved organic matter. For this reason, purified water USP (i.e., water distilled by ion exchange or reverse osmosis) should be used to prepare aqueous dosage forms. Preserved water is the vehicle for oral solutions used at the Hospital for Sick Children in Toronto.[8] It contains sterile water and sodium benzoate 0.1% (Appendix I).

ANNENAL00005341

Syrup NF is a concentrated, aqueous preparation of a sugar or sugar substitute with or without added flavoring agents and medicinal substances.[9] Syrups provide a more pleasant means of administering a disagreeable-tasting oral solution to a child. Syrups contain no more than ten percent alcohol, making them safe for children and more agreeable to parents. Water-soluble drugs that are stable in solution can be added to syrups, provided there is no incompatibility between the solute and the components of the syrup.

Elixirs are clear, sweetened, hydroalcoholic solutions intended for oral use that are usually flavored to improve their palatability.[9] Because they contain a lower proportion of sugar, they are less sweet, less viscous, and less effective in masking the taste of medicinal substances. They maintain water- or alcohol-soluble drugs in solution better than syrups. Elixirs that contain 10–12 percent alcohol are self-preserving and do not require the addition of an antimicrobial agent. Alcohol concentration, however, is an important consideration in children. Central nervous system (CNS) effects such as decreased reaction time, muscular incoordination, and behavioral changes may occur when the concentration of ethanol in the blood approaches 100 mg/mL, but have been reported at ethanol concentrations less than 1 mg/mL.[10] Alcohol-containing medications also may alter drug absorption, enhance sedating effects, and impair degradation of certain drugs. Chronic ethanol administration may induce drug-metabolizing enzymes and be of clinical importance in altering the clearance of phenobarbital, phenytoin, meprobamate, and warfarin. Disulfiram-type reactions may occur after the simultaneous use of elixirs and antibacterial drugs such as moxalactam disodium, metronidazole, sulfonamides, and cefamandole.[10]

Based on these concerns, the American Academy of Pediatrics has recommended that blood concentration of alcohol not exceed 25 mg/100 mL following a single dose of alcohol-containing medication. On a practical basis, Table 1 can be used to predict the volume of

ethanol in a preparation that will produce a blood alcohol concentration of 25 mg/100 mL.

Appropriate intervals between medication doses also must be considered in order to prevent accumulation of ethanol. A medication that must be administered frequently should contain less alcohol per dose than a medication administered less frequently. Medications used outside the institutional setting should contain less total alcohol in the container than that which could be lethal if the container's entire contents were accidentally ingested. Safety closures are recommended for medications containing more than 5% ethanol. In 1984, the American Academy of Pediatrics Committee on Drugs recommended that, if possible, ethanol should not be included in medicinal products for children.[10]

## Suspensions

*Remington's Pharmaceutical Sciences* defines a pharmaceutical suspension as "a coarse dispersion containing finely divided insoluble material suspended in a liquid medium."[11] A well-formed suspension should meet certain criteria. Dispersed particles should be of such size that they do not settle rapidly in the container. If sedimentation does occur, the sediment must not form a hard cake, but rather, be capable of redispersion with minimal effort. In addition, the product should be easy to pour, pleasant to take, and resist microbial attack.[11]

Empirically, the behavior of particles in liquids is predictable: dense objects sink, light objects float. Large objects sink faster than smaller ones, and all objects sink more slowly in more viscous liquids than in less viscous ones.

Suspensions, by nature, will settle. The velocity of the sedimentation of a uniform collection of spherical particles is addressed by Stokes' Law. The equation is as follows:

$$v = \frac{(2r^2)(P)(g)}{9u} \qquad \text{Eq. 1}$$

where v equals velocity of sedimentation, r is the radius of the drug particle, P represents the difference in density between the dispersed phase and the liquid dispersion medium, u equals viscosity of the fluid, and g is a constant related to gravity.

In extemporaneous compounding, the pharmacist cannot control most of these variables. Gravity cannot be affected. The velocity of a particle is quadrupled as its radius is doubled. Even though solid dosage forms are triturated, very small particle size and uniformity cannot be achieved in the typical pharmacy. The difference in density between the dispersed phase and the continuous phase can rarely be decreased in practice. The major factor that the pharmacist can alter is the viscosity of the suspended liquid.

Viscosity can be increased by the addition of sucrose, sorbitol, glycerin, or other nontoxic soluble materials. Molecular hydrogen bonding occurs between water

### Table 1. Volumes of Elixir Preparation Producing Alcohol Concentrations up to 25 mg% in Patients of Varying Ages[10a]

| PERCENT ETHANOL IN PRODUCT | PATIENT AGE (WEIGHT) | | | | | |
|---|---|---|---|---|---|---|
| | 2 y (12 kg) | 4 y (16 kg) | 6 y (21 kg) | 8 y (27 kg) | 10 y (32 kg) | 12 y (38 kg) |
| 2.5 | 1824 | 2432 | 3192 | 4104 | 4864 | 5776 |
| 5.0 | 912 | 1216 | 1569 | 2052 | 2432 | 2888 |
| 7.5 | 608 | 811 | 1064 | 1368 | 1621 | 2888 |
| 10.0 | 456 | 608 | 798 | 1026 | 1216 | 1444 |
| 12.5 | 365 | 486 | 638 | 821 | 973 | 1155 |
| 15.0 | 304 | 405 | 532 | 684 | 811 | 963 |
| 20.0 | 228 | 304 | 399 | 513 | 608 | 722 |
| 25.0 | 182 | 243 | 319 | 410 | 486 | 578 |

[a]All volumes are expressed in mL.

ANNENAL00005342

and sugar hydroxyl groups, resulting in increased viscosity. Consequently, as the percent of sugar increased, viscosity also increased. An increase in viscosity of a formulation can decrease settling. Another advantage of increased viscosity is that only a portion of the dissolved or suspended drug makes contact with the taste buds. The remainder of the drug is carried past the taste buds and down the throat while contained in the suspension. This type of concealment is not possible for a solution of a drug dissolved in water. Substances used to increase viscosity also act as sweetening agents, thereby improving taste.

Flocculation and deflocculation must be considered if one wishes to increase the stability of a suspension. In a deflocculated system, particles are very small and exist as separate entities in the suspension; thus, sedimentation occurs very slowly. Once settled, however, the repulsive forces between the particles are overcome and a hard cake forms because of the weight of the particles in the upper layers of the sediment. In extemporaneous compounding it is not possible to achieve the uniform particles of minimal size necessary to form a deflocculated system. In a flocculated system the particles form loose aggregates. The particles will settle more rapidly as a floc, but the sediment is more readily dispersed upon shaking and a cake does not form.

To prepare an oral suspension of a drug, clays, such as diluted bentonite magma, may be employed as flocculating agents. Another approach is to add a suspending agent to the dispersion medium. Commonly used suspending agents include carboxymethylcellulose, methylcellulose, xanthan gum, Veegum, and acacia. When polymeric substances and hydrophilic colloids are used as suspending agents, it is important that these agents do not interfere with the therapeutic effects of the medicinal substances. Some of these materials may bind to the medicinal agents and decrease the bioavailability of the compounded drug.

Children have an insatiable desire to eat sweet foods. This urge is a basic biologic drive. Newborn babies prefer sugar-flavored water to plain water. For this reason, many pediatric medications are formulated with sweetening agents. Many of these agents also increase viscosity.[9]

Syrup NF uses sucrose to increase viscosity. It consists of 85 g of sucrose in enough purified water to make 100 mL of solution. This concentrated solution is quite resistant to microbial growth because of a relative lack of free water that is necessary to support microbial growth.[9]

Cherry syrup is another flavored vehicle widely used for increasing viscosity while masking the taste of drugs. It consists of cherry juice, sucrose, alcohol, and purified water.

Ora-Sweet is a commercially available formulation of sucrose, glycerin, sorbitol, and a flavoring agent. It is buffered with citric acid and sodium phosphate to a pH of 4.2, and preserved with methylparaben 0.02% and potassium sorbate 0.1%. It can be used as a flavored vehicle for aqueous solutions of drugs dissolved in small amounts of water, glycerin, or sorbitol. When used in conjunction with a suspending agent, it is also a suitable vehicle for suspensions.[12]

A mixture of methylcellulose 1% and simple syrup is used at the Hospital for Sick Children in Toronto where this vehicle is preferred for suspensions because of its high viscosity and relatively low sugar content.

Chocolate cherry syrup is a combination of simple syrup, artificial wild cherry flavor, and chocolate syrup (Appendix I). It serves to increase viscosity, sweeten, and mask the unpleasant taste of drugs.

As previously stated, stability is influenced by each ingredient added to a formulation. We will now discuss various types of excipients found in oral dosage forms.

---

It is advised that the use of solutions containing benzyl alcohol or other preservatives be avoided in infants.

---

### Sweetening Agents

Sucrose is the most commonly used sweetening agent. Sucrose is a disaccharide that is readily hydrolyzed in the intestine to the absorbable monosaccharides fructose and glucose. It provides 4 kcal of energy per gram and also increases viscosity.

Fructose is used to increase viscosity and provide sweetness. It supplies 4 kcal/g and is 1.7 times as sweet as sucrose on an equal-weight basis. It is converted to glycogen and metabolized more quickly than dextrose without insulin. Nevertheless, the administration of fructose causes an elevation in blood glucose concentration, and thus, it should not be substituted for sucrose in diabetic patients.[9] The use of fructose is contraindicated in patients with hypoglycemia or hereditary fructose intolerance.

Dextrose is 0.7 times as sweet as sucrose and supplies 4 kcal/g. It also increases viscosity and sweetness.

Glycerin is slightly higher in calories per gram (43 kcal/g) than sucrose, although it imparts less sweetness (0.7 times that of sucrose). It increases viscosity; is readily miscible with water, alcohol, and propylene glycol; and is used to enhance solubility. After oral administration of high concentrations, glycerin can cause nausea, vomiting, and diarrhea. In diabetic patients, confusion, euphoria, drowsiness, and metabolic disturbances have been reported.[13]

Sorbitol is an unabsorbable monosaccharide that is 0.6 times as sweet as sucrose. It increases viscosity and

ANNENAL00005343

has been used as a vehicle in a 70% concentration. In excessive amounts, sorbitol has been shown to cause flatulence, abdominal distension, and diarrhea. These adverse effects result from the osmotic attraction for large volumes of water by the undigested sugar within the small bowel. In adults, the laxative dose of sorbitol is between 20 and 50 g.[14]

Xylitol is considered to be as sweet as sucrose. Xylitol is fermented very slowly by oral bacteria and generally not catabolized into acid products. Sucrose, on the other hand, causes tooth enamel to decay secondary to its fermentation and subsequent lowering of oral pH. Xylitol's dissolution is endothermic and results in a distinct cooling effect in the mouth. When xylitol is taken in large doses, it can cause osmotic diarrhea.[15] It recently has been added to the *USP*.[16]

Aspartame is an artificial sweetener that does not significantly influence viscosity and flow when added to a formulation. It is 150–200 times as sweet as sucrose. Aspartame, a methyl ester of a dipeptide of aspartic acid and phenylalanine, is broken down in the intestine. It is unstable in solution and at elevated temperatures; at pH values below 3.9 and above 4.3, it is converted to an unsweetened derivative. It has been associated with granulomatous panniculitis. The phenylalanine component may potentially be harmful to a patient with phenylketonuria.[13]

Saccharin, an artificial substance, has 250–500 times the sweetening capacity of sucrose; however, it does not increase viscosity. It can impart a bitter aftertaste and is potentially carcinogenic in large quantities. When used as an excipient in medicines, the dosage consumed is so small that it is not considered a potential health hazard.[13] It can be used as a sucrose substitute in diabetic patients.[17]

### Suspending Agents

Bentonite magma is a 5% weight/weight suspension in water. Formulated from a dry powder, bentonite absorbs water readily to form sols or gels. It has a pH of 9.0–10.0 and can be used when the medicinal agent to be suspended is basic. Cationic antibacterial preservatives such as benzalkonium chloride are absorbed by the bentonite and, therefore, lose their effectiveness.

Magnesium aluminum silicate (Veegum) is nearly insoluble in water but swells to form a colloidal dispersion. The *USP* specifies that a 5% dispersion with water has a pH of 10. Cationic antibacterial preservatives are adsorbed to Veegum, resulting in microbiologic instability.

Acacia is the air-dried gummy exudate derived from the stems and branches of the tree, *Acacia senegal*. It is almost completely soluble in water and is used as a suspending agent. Adverse reactions such as urticaria and asthma have been reported following ingestion of acacia. Incompatibilities have been reported with alcohol, morphine, physostigmine, and other substances. Acacia

contains an oxidizing enzyme that may affect easily oxidized preparations, resulting in chemical instability.

Carboxymethylcellulose sodium is a yellowish-white hygroscopic powder that swells in water to form a suspension, which is practically insoluble in alcohol. Because it is not absorbed in the body, it is essentially devoid of systemic toxicity when administered orally. As a 1% suspension, carboxymethylcellulose sodium has a pH of 6.5–8.5.

Methylcellulose is practically insoluble in alcohol and hot water, but forms a colloidal suspension in cold water. Incompatibilities have been reported with chlorocresol, hydroxybenzoate, and phenol. Large amounts of electrolytes can cause precipitation of methylcellulose, resulting in physical incompatibility. Methylcellose also is used as a bulk laxative. As a 1% suspension in water, it has a pH of 5.5–8.0.

---

**In this age of high-technology drug delivery, there is still a need for extemporaneous compounding.**

---

Xanthan gum is a cream-colored powder soluble in hot and cold water. Suspensions made with crushed tablets of insoluble drugs and xanthan gum are relatively stable. Incompatibilities have been reported with tamoxifen citrate, verapamil, and amitriptyline hydrochloride. Allopurinol 50 mg/5 mL, diazepam 5 mg/5 mL), and spironolactone 5 mg/5 mL are stable for 12 weeks in a 0.5% suspension of xanthan gum.[18]

Ora-Plus is a commercially available product consisting of microcrystalline cellulose, carboxymethylcellulose sodium, xanthan gum, and carrageenan. Citric acid and sodium phosphate are added as buffers, and simethicone serves as an antifoaming agent. Ora-Plus is preserved with methylparaben 0.03% and potassium sorbate 0.1%. It is translucent, milky white, and has a pH of 4.2. The thixotropic property of Ora-Plus allows it to retain suspended particles in a highly viscous solution when allowed to stand, although it becomes less viscous upon shaking. It may be diluted up to 50 percent with water or alcohol, flavoring agents, or syrups.[19]

Diluent for Oral Use (flavored) is a commercially available suspending agent. It consists of polyethylene glycol 8000, sodium saccharine, sodium benzoate, FD&C Red No. 40, citric acid, malic acid, cherry flavor, alcohol 1%, and water. This diluent is a sugar-free suspending agent into which the powder from a crushed tablet or capsule can be added; it may be administered after shaking.

Methylcellulose 1% (Children's Hospital, Columbus, OH) utilizes alcohol 5% in addition to cold water and

ANNENAL00005344

methylcellulose (Appendix I). The formulation procedure is fast, and although the product is not clear, it is uniform in content. Both this formulation and methylcellulose 1% in syrup (Appendix I) are less viscous than Cologel and, therefore, are easier to use.

## Preservatives

Much attention has been focused on the addition of preservatives to formulations, especially those for children. Preservatives are found in many commercially prepared medications and injections that are administered to neonates. Benzyl alcohol has been linked to the "gasping syndrome" and subsequent death of 16 neonates and premature infants.[20] It is advised that the use of solutions containing benzyl alcohol or other preservatives be avoided in infants. However, the benefits versus the risks of using preservatives must be carefully considered. Mold growth in a suspension may go undetected because of the visual appearance of the suspension. Without the use of preservatives, formulations would need to be prepared dose by dose, immediately before patient administration—a very expensive process. The following preservatives are utilized in extemporaneously compounded preparations:

Methylparaben is a colorless crystal or white crystalline powder. It is used as a preservative in concentrations of 0.05–0.25%.[21]

Propylparaben is a colorless crystal or white crystalline powder used as a preservative in concentrations of 0.01–0.02%.[21]

Parabens is a commercial preparation of methylparaben and propylparaben. This combination is used because of its synergistic effect as a preservative.[13] It is considered safe for use in oral solutions, but is not suitable for injectable or ophthalmic preparations. Topical use may cause hypersensitivity reactions.

Propylene glycol is a clear, colorless, viscous liquid that is used as a solvent and preservative.[22] It is used to dissolve barbiturates, amphetamines, and vitamins. Cumulative daily doses of 2–4 mL have been shown to cause CNS toxicity.[23] It is recommended that the use of propylene glycol be avoided in infants. If its use is deemed necessary, it should be used in the smallest amount possible.

Benzoic acid is a colorless or white crystalline powder that has antibacterial and antifungal properties. It is used in concentrations of 0.05–0.1%. It is active only at pHs of 4 or below. The salt form, sodium benzoate, is used when a more water-soluble product is desired. Both sodium benzoate and benzoic acid can impart an astringent taste and are therefore used in low concentrations.

Benzyl alcohol is oxidized to benzoic acid. The acceptable daily intake of benzoic acid in adults is 5 mg/kg.[18] Toxicities in neonates related to benzyl alcohol may be the result of its conversion to benzoic acid, which can displace bilirubin from albumin binding

sites and result in kernicterus. Another proposed mechanism of benzyl alcohol toxicity in infants is related to the diminished metabolic capacity of neonate liver. As a result of a number of deaths among premature neonates whose intravenous catheters were flushed with bacteriostatic benzyl alcohol acid solutions,[20] the use of benzyl alcohol in neonates is not recommended.[24] The FDA also has advised that the use of benzyl alcohol in neonates be avoided.[25]

Sodium metabisulfite 0.1% is a strong reducing agent used as an antioxidant in pharmaceutical preparations. It possesses antimicrobial action that is greatest at acidic pHs. It is present as a preservative in many drug products. Because of a lack of suitable sulfite substitutes, the FDA has not banned sulfites despite sulfite-induced allergic-type reactions such as anaphylaxis.[26] Instead, a warning about possible reactions associated with this agent is recommended for all prescription drugs.

## Flavoring Agents

It goes without saying that a medicine will not work if it is not taken. For this reason, it is important to make medications more palatable using flavoring agents. Natural flavoring agents are produced by companies that cater largely to the food industry and consider the pharmaceutical industry a relatively small market. As a result, most pharmaceutical products are flavored with artificial agents.

Historically, the hallmark of a "strong medicine" was a bad taste or odor. Today, however, consumers expect products to taste good. Neonates and premature infants may have inadequately developed taste perception or receive liquid formulations through nasogastric tubes. Hence, flavoring agents are unnecessary for this population.

Children generally prefer sweet, fruity flavors. Cherry syrup is used as a vehicle when the acidic taste of some medications must be masked. Nurses and parents may be advised to mask unpalatable flavors by adding chocolate syrup, jam, or honey immediately prior to administration. If the child continues to refuse the medication, the pharmacist should flavor the medication according to the child's preference. Once again, when an ingredient is added, stability must be reassessed and the expiration date adjusted.[8]

In some instances the taste of the medication can be changed by using a less soluble salt form of the drug. This form can then be suspended and becomes relatively tasteless. One example is the use of the palmitate salt of imipramine to formulate a liquid with less topical oral anesthesia than the hydrochloride salt.[13]

## Compounding the Oral Liquid Dosage Forms

In most pharmacies, the actual preparation of a suspension is performed using a mortar and pestle. Film coating on drug tablets retard wetting, but they are wa-

ANNENAL00005345

ter-dispersible. Like sugar coating, most film coating will dissolve or disperse after a few minutes of maceration in a minimal volume of water. Many tablets will then disintegrate.

Uncoated tablets should be triturated in a wedge-wood mortar. The smaller and more uniform the size of a particle, the more likely it is to remain in suspension. Levigation is a critical step in the formation of a suspension. High shear is essential and this is best accomplished using a small volume of liquid (e.g., glycerin, propylene glycol, syrup, water, the vehicle of the finished product). It is critical to keep the volume of the wetting agent small enough so that a thick paste is formed. The vehicle can then be added gradually. To keep product loss at a minimum, a bottle may be precalibrated and marked to indicate final volume. The paste is transferred to the container and portions of the vehicle are used to wash the remaining drug from the mortar. The final amount of vehicle can be added to the calibrated container. After capping, vigorous shaking completes the mixing. The final viscosity of the suspension should be sufficient to suspend the drug uniformly for several minutes after the bottle is shaken prior to dose measurement and administration.

When compounding a potent drug with a low therapeutic index at a dose below 25 mg, a solution, not a suspension, should be formulated to ensure accurate, precise dosing. If the medically active ingredient is a salt, water is needed to dissolve the drug because syrup vehicles rarely contain enough free water to dissolve drugs.

Trituration of tablets to small particle size will aid in increasing the rate (but not extent) at which the drug will dissolve. Drugs crushed in a mortar then can be transferred to a conical or precalibrated bottle to complete compounding. By washing the mortar several times with the vehicle, all of the drug can be effectively transferred to the bottle or conical, where the final adjustment of volume is made.

## pH

Stability of the final product can be affected significantly by pH. Generally, if a drug is somewhat soluble in water, the pH of the product is adjusted to match the pH of maximum stability. In this way, degradation will be minimized for a drug in solution. It is not necessary to adjust the pH of a drug in suspension if the suspended drug is insoluble in water. The pH of a formulation may be lowered by the addition of a 25% solution of citric acid, or raised by adding sodium hydroxide 0.1 N. Calibrated pH paper or a compact pH meter facilitates pH adjustment.[8]

## Temperature and Storage

In general, refrigeration retards microbial growth. The solubility of many drugs is temperature-dependent, and wide temperature swings will increase the possibility of crystal formation and caking. Thus, a constant cool temperature aids in maintaining the physical stability of a product. Elevated temperatures usually favor chemical degradation; therefore, refrigeration improves chemical stability. Amber bottles should be used when drug products are known to be light-sensitive in order to enhance chemical stability.

## Summary

Three publications are available that describe extemporaneous drug formulations for infants and children.[4,8,23] These sources provide directions for the preparation, storage, and labeling of various dosage forms. It is important to note that much research is still needed to obtain specific data on the stability of many of the dosage forms listed in these publications.

In this age of high-technology drug delivery, there is still a need for extemporaneous compounding. This need for the preparation of oral liquid formulations can be extended to geriatric patients and those who have difficulty swallowing tablets and capsules. Compounding a dosage form specifically suited to the unique needs of an individual patient constitutes an essential pharmacy service. It is hardly conceivable that the need for extemporaneous formulations will ever be eliminated. Thus, pharmacists and supportive personnel should strive to perfect this art and science. w

## References

1. Stability considerations in dispensing practice. In: The United States Pharmacopeia. 22nd revision. Rockville, MD: United States Pharmacopeial Convention, 1990:1703-5.

2. Simmons MA, Adcock EW, Bard H, Barraglia FC. Hypernatremia and intracranial hemorrhage in neonates. N Engl J Med 1974;291:6-10.

3. Ernst J, William J, Glick M, Lemons J. Osmolality of substances in the intensive care nursery. Pediatrics 1983;72:347-52.

4. Nahata MC, Hipple TF. Pediatric drug formulations. Cincinnati: Harvey Whitney Books, 1990:1-85.

5. Mok WK, David KV. Dysphasia and crushing tablets. Can J Hosp Pharm 1981;34:52.

6. Mitchell JF. Oral dosage forms that should not be crushed. Hosp Pharm 1985;20:309-19.

7. Sokoloski TD. Solutions and phase equilibria. In: Gennaro AR, Chase GD, Der Marderosian AH, et al., eds. Remington's pharmaceutical sciences. 17th ed. Easton, PA: Mack Publishing, 1985:206-29.

8. McCrea J, Rappaport P, Stansfield S, Baker D, Dupuis LL, James G. Extemporaneous oral liquid dosage preparations. Toronto: Canadian Society of Hospital Pharmacists, 1988:1-24.

9. Ansel HC, Popovich NG. Oral solutions, syrups and elixirs. In: Pharmaceutical dosage forms and drug delivery systems. 5th ed. Philadelphia: Lea & Febiger, 1990:196-224.

10. American Academy of Pediatrics. Ethanol in liquid preparations intended for children. Pediatrics 1984;73:405-6.

11. Higuchi WI, Swarbrick J, Ho NFH, Simonelli AP, Margin A. Particle phenomena and coarse dispensions. In: Gennaro AR, Chase GD, Der Marderosian AH, et al., eds. Remington's Pharmaceutical Sciences. 17th ed. Easton, PA: Mack Publishing, 1985:301-29.

12. Product information. Ora-Sweet. Minneapolis: Paddock Laboratories.

13. Weiner M, Bernstein IL. Adverse reactions to drug formulation agents. In: Handbook of pharmaceutical excipients. Washington, DC: American Pharmaceutical Association, 1989:100-39.

14. Dills W. Sugar alcohols as bulk sweeteners. Ann Rev Nutr 1989; 1:161-86.

ANNENAL00005346

## Appendix I. Preparation of Various Vehicles Used in Pharmaceutical Solutions[a]

| VEHICLE | INGREDIENTS | PREPARATION |
|---|---|---|
| Preserved water | sodium benzoate 1 g, sterile water for injection qs 1000 mL | add the sodium benzoate to 900 mL water; stir until dissolved; add remaining water to final volume; stir well |
| Methylcellulose 1% | methylcellulose 1500 cps 10 g, sodium benzoate 2 g, sterile water for irrigation qs 1000 mL | dissolve the sodium benzoate in 200 mL boiling water; add the methylcellulose powder and stir well for 2–3 min (use a blender if available); carefully, but quickly, add 800 mL ice-cold water and stir or blend well for 10 min; transfer to 1-L bottle; place bottle on side and refrigerate overnight (minimum 4 h) until creamy white liquid converts to a thick gel |
| Methylcellulose 1% in syrup | methylcellulose 1% HSC 700 mL, simple syrup 300 mL | add methylcellulose to syrup and stir well using a rod or blender; transfer to 1-L bottle and mix by rolling gently; let stand at room temperature for a minimum of 4 h; shake well before using. |
| Chocolate cherry syrup | simple syrup 600 mL; artificial wild cherry flavor (Fritzsche) 1.2 mL; chocolate syrup (Nestle's) qs 1000 mL | add wild cherry flavor to the simple syrup; add chocolate syrup to final volume; mix well |
| Methylcellulose 1% (Children's Hospital, Columbus, OH) | methylcellulose 4000 cps 10 g; alcohol USP 50 mL; purified water USP (cold) qs 1000 mL | make a slurry of methylcellulose and alcohol; add to rapidly stirred cold water |

[a]All vehicles can be stored at room temperature for a period not to exceed six months.
HSC = Hospital for Sick Children.

15. Charney EB, Bodurtha JN. Intractable diarrhea associated with the use of sorbitol. *J Pediatr* 1981;*98*:157-8.

16. Xylitol. In: The United States Pharmacopeia. 22nd revision. Rockville, MD: United States Pharmacopeial Convention, 1990:2200.

17. Lien EJ, Kennon L. Molecular structure, properties, and states of matter. In: Gennaro AR, Chase GD, Der Marderosian AH, et al., eds. Remington's pharmaceutical sciences. 17th ed. Easton, PA: Mack Publishing, 1985;161-85.

18. In: Reynolds JEF, ed. Martindale, the extra pharmacopoeia. 29th ed. London: The Pharmaceutical Press, 1989:1355-64,1432-8.

19. Product information. Ora-Plus. Minneapolis: Paddock Laboratories.

20. Gershanik J, Boecler B, Ensley H, McCloskey S, George W. The gasping syndrome and benzyl alcohol poisoning. *N Engl J Med* 1982;*307*:1384-8.

21. Harvey SC. Antimicrobial drugs. In: Gennaro AR, Chase GD,

Der Marderosian AH, et al., eds. Remington's pharmaceutical sciences. 17th ed. Easton, PA: Mack Publishing, 1985:1158-233.

22. Swinyard EA, Lowenthal W. Pharmaceutical necessities. In: Gennaro AR, Chase GD, Der Marderosian AH, et al., eds. Remington's pharmaceutical sciences. 17th ed. Easton, PA: Mack Publishing, 1985:1278-320.

23. Handbook on extemporaneous formulations. Bethesda, MD: American Society of Hospital Pharmacists, 1987:1-54.

24. Toxicological evaluation of some food additives including anti-caking agents, antimicrobials, antioxidants, emulsifiers, and thickening agents. WHO Technical Report Series No. 539. Geneva: World Health Organization, 1974.

25. Benzyl alcohol may be toxic to newborns. *FDA Drug Bull* 1982; *12*:10-1.

26. Dalton-Bunnow MF. Review of sulfite sensitivity. *Am J Hosp Pharm* 1985;*42*:2220-6.

---

### Historical Quote

**Technician Productivity.** How much work in the pharmacy can be done by nonprofessional help?
It is difficult to state categorically how much work in the pharmacy can be done by nonprofessional help. Much will depend upon the individual, the supervisor, the management, and the type of pharmaceutical service provided. . . . One authority has stated that a properly trained nonprofessional worker can increase the productivity of a pharmacist by 50 percent. Bowles GC. Consulting with Bowles. *Am J Hosp Pharm* 1958;*15*:588.

ANNENAL00005347

# EXHIBIT B-15

# Analytical Profiles
## of
# Drug Substances

### Volume 16

*Edited by*
## Klaus Florey

The Squibb Institute for Medical Research
New Brunswick, New Jersey

*Contributing Editors*
Abdullah A. Al-Badr    Gerald S. Brenner

1987



ACADEMIC PRESS, INC.

*Harcourt Brace Jovanovich, Publishers*
Orlando   San Diego   New York   Austin
Boston   London   Sydney   Tokyo   Toronto

ANNENAL00005388



**Academic Press Rapid Manuscript Reproduction**

COPYRIGHT © 1987 BY ACADEMIC PRESS, INC.
ALL RIGHTS RESERVED.
NO PART OF THIS PUBLICATION MAY BE REPRODUCED OR
TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC
OR MECHANICAL, INCLUDING PHOTOCOPY, RECORDING, OR
ANY INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT
PERMISSION IN WRITING FROM THE PUBLISHER.

ACADEMIC PRESS, INC.
Orlando, Florida 32887

United Kingdom Edition published by
ACADEMIC PRESS INC. (LONDON) LTD.
24-28 Oval Road, London NW1 7DX

Library of Congress Cataloging in Publication Data
(Revised for volume 16)

Analytical profiles of drug substances.

Compiled under the auspices of the Pharmaceutical
Analysis and Control Section, Academy of Pharmaceutical
Sciences.
Includes bibliographical references and index.
1. Drugs—Analysis—Collected works. 2. Chemistry,
Pharmaceutical—Collected works. I. Klarey, Klaus
II. Brewer, Glenn A. III. Academy of Pharmaceutical
Sciences. Pharmaceutical Analysis Control Section.
[DNLM: 1. Drugs—Analysis—Yearbooks. QV740 AN1 A65]
RS189.A58 615'.1 70-187259
ISBN 0-12-260816-X (v.16, paper)

PRINTED IN THE UNITED STATES OF AMERICA

ANNENAL00005389

PHARMACY LIBRARY
SCHOOL OF PHARMACY
UNIV. OF WISCONSIN

OC 8 87

Pharmacy Library
University of Wisconsin - Madison
2130 Chamberlin Hall
425 N. Charter Street
Madison, WI 53706-1508

ANNENAL00005390

# ENALAPRIL MALEATE

Dominic P. Ip and Gerald S. Brenner

1. History and Therapeutic Properties

2. Description

   2.1 Nomenclature
       2.1.1 Chemical Name
       2.1.2 Generic Name
       2.1.3 Laboratory Codes
       2.1.4 Trade Names
       2.1.5 CAS Registry Number
   2.2 Formula and Molecular Weight
   2.3 Appearance, Color, Odor

3. Synthesis

4. Physical Properties

   4.1 Infrared Spectrum
   4.2 $^1H$ - Nuclear Magnetic Resonance Spectrum
   4.3 $^{13}C$ - Nuclear Magnetic Resonance Spectrum
   4.4 Ultraviolet Spectrum
   4.5 Mass Spectrum
   4.6 Optical Rotation
   4.7 Thermal Behavior
   4.8 Solubility
   4.9 Crystal Properties
   4.10 Dissociation Constants
   4.11 Partition Behavior
   4.12 Conformational Isomers

Copyright © 1987 by Academic Press, Inc.
All rights of reproduction in any form reserved

ANNENAL00005391

DOMINIC P. IP AND GERALD S. BRENNER

5. Methods of Analysis

    5.1 Elemental Analysis
    5.2 Colorimetric/Spectrophotometric
    5.3 Chromatographic
        5.3.1 Thin-Layer Chromatography
        5.3.2 High Performance Liquid Chromatography
    5.4 Identification Tests
    5.5 Titration

6. Stability and Degradation

    6.1 Solid State Stability
    6.2 Solution Stability

7. Pharmacokinetics and Metabolism

8. Determination in Biological Fluids

9. References

ANNENAL00005392

This material may be protected by Copyright law (Title 17 U.S. Code)

ENALAPRIL MALEATE                                                           319

### 1.  History and Therapeutic Properties

Enalapril is the ethyl ester of a long-acting angio-
tensin converting enzyme inhibitor, enalaprilat. Enala-
pril maleate, discovered and developed by the Merck
Sharp and Dohme Research Laboratories (1), is indicated
for the treatment of essential and renovascular hyper-
tension. Enalapril is a pro-drug; following oral admin-
istration, it is bioactivated by hydrolysis of the
ethyl ester to enalaprilat, which is the active angio-
tensin converting enzyme inhibitor.



Enalapril



Enalaprilat

Since the oral absorption of enalapril is superior to
that of enalaprilat, it is the compound that is used in
oral dosage forms. Enalaprilat, the deesterified par-
ent diacid of enalapril is the form of the drug that is
administered intravenously. Several review articles
give a detailed account of the history, design, chemis-
try and pharmacology of the drug. (2-6).

### 2.  Description

#### 2.1  Nomenclature

##### 2.1.1  Chemical Name

(E)-1-[N-[1-(ethoxycarbonyl)-3-
phenylpropyl]-L-alanyl]-L-proline, (2)-2-
butenedioate(1:1)salt.

ANNENAL00005393

2.1.2 Generic Name

Enalapril Maleate

2.1.3 Laboratory Codes

L-154,739-001D, MK-0421

2.1.4 Trade Names

Vasotec, Renitec, Innovace, Pres, Xanef

2.1.5 CAS Registry Number

76095-16-4

2.2 Formula and Molecular Weight

$C_{20}H_{28}N_2O_5 \cdot C_4H_4O_4$                    mol wt 492.57



2.3 Appearance, Color, Odor

Enalapril maleate is a white to off-white,
crystalline, odorless powder

3. Synthesis

Enalapril maleate has been prepared by the scheme out-
lined in Figure 1 (7).  Ethyl 2-oxo-4-phenylbutanoate
(1) is condensed with L-alanyl-L-proline (2) to give
Schiff base 3, as a mixture of syn and anti isomers.
Reduction of the imine bond in 3 results in formation
of the diastereomeric mixture 4 (SSS and RSS).  The
more biologically active diastereomer (SSS) is isolated

ANNENAL00005394

Figure 1   Synthesis of Enalapril Maleate

ANNENAL00005395

by fractional crystallization of the maleate salts to
yield enalapril maleate (5) of greater than 99% purity
in 32 - 34% overall yield. In addition to this synthe-
tic route, others have also been described in the litera-
ture (1, 8, 9).

4.   **Physical Properties**

4.1   Infrared Spectrum

The infrared spectrum is shown in Figure 2 (10).
The spectrum was obtained as a potassium bromide
pellet using a Perkin-Elmer Model 281B spectro-
photometer. Assignments for the characteristic
bands in the spectrum are listed in Table 1.

### Table 1

| Wavenumber, $cm^{-1}$ | Assignment |
|---|---|
| 3100-3010 | Aromatic C-H Stretch |
| 2970 and 2920 | Methyl and methylene C-H asymmetric stretch |
| 2800-2200 (broad, structured) | $NH_2^+$ Stretch |
| 1750 | Acid carbonyl stretch |
| 1727 | Ester carbonyl stretch |
| 1646 | Amide carbonyl stretch |
| 1370 | Monohydrogen maleate carbonyl stretch |
| 1500-1190 | Mainly methylene bending |
| 1375 | Methyl symmetric bending |
| 1365 | Methylene bending |
| 1107 | Ester C-O stretch |
| 750 | In-phase, out-of-plane hydrogen bending (5-adjacent aromatic hydrogens) |
| 695 | Phenyl out-of-plane ring bending |

4.2   $^1$H-Nuclear Magnetic Resonance Spectrum

The proton magnetic resonance spectrum is shown in
Figure 3 (11). The spectrum was obtained using a
Varian Associates Model SC300 spectrometer at a
concentration of 0.55% w/v in deuterium oxide
($D_2O$). Active protons exchange with $D_2O$ in

ANNENAL00005396



Figure 2.   Infrared Absorption Spectrum of Enalapril Maleate

ANNENAL00005397



Figure 3.   The Proton Magnetic Resonance Spectrum of Enalapril Maleate

ANNENAL00005398

ENALAPRIL MALEATE                                                                211

solution and appear in the HOD signal at
approximately 4.8-4.9 ppm.  Figure 9 shows an
expanded scale spectrum which more clearly illu-
strates the signals pattern.

For several protons in the molecule, slow rotation
about the proline amide C-N bond gives rise to
paired signals.  The phenomena has been attributed
to the existence of rotational conformers as in
the case of captopril in aqueous solution [12].  A
tabulation of the chemical shifts and assignments
for the numbered structure below is shown in Table
11.  The notations 'major' and 'minor' denote the
relative abundance of the two rotamers relative to
each other in the spectrum.



Table 11

Chemical Shift
| $^1H, \delta$ (ppm) | Multiplicity | Assignment |
|---|---|---|
| 1.30 | t | $CH_3CH_2O-$ |
| 1.54 | d | Alanyl $CH_3$ (minor) |
| 1.50 | d | Alanyl $CH_3$ (major) |
| 1.75 | m | Proline C-4 proton (minor) |
| 2.02 | m | Proline C-4 proton (major) |
| 2.08 | m | Proline C-3 protons (minor) |
| 2.13 | m | Proline C-3 protons (major) |
| 2.32 | m | C-3' protons |
| 2.80 | m | C-4' protons |
| 3.60 | t | Proline C-5 protons |
| 3.95 | t | C-2' proton (minor) |
| 3.97 | t | C-2' proton (major) |
| 4.27 | q | $CH_2CH_2-C-$ |
| 4.03 | q | α proton (minor) |

ANNENAL00005399



Figure 4.   The Proton Magnetic Resonance Expanded Spectrum of Enalapril Maleate.

ANNENAL00005400

ENALAPRIL MALEATE                                                      217

| Chemical Shift $^1H$, $\delta$ (ppm) | Multiplicity | Assignment |
|---|---|---|
| 4.33 | q | $C_\alpha$ proton (major) |
| 6.33 | s | |
| 7.37 | m | Aryl protons - m |
| 7.41 | m | Aryl protons - o & p |

## 4.3  $^{13}C$ Nuclear Magnetic Resonance Spectrum

The $^{13}C$ magnetic resonance spectrum shown in
Figure 5 was run using a Varian Associate Model XL-
200 spectrometer at a concentration of 8.4% w/v in
deuterated methanol (13).  The internal standard
was tetramethylsilane.  The pulse width was 6 µs,
acquisition time was 0.9 s.

The assignments for the numbered structure below
are shown in Table III.  As discussed above, the
two rotamers are designated 'major' and 'minor' in
order of their relative abundances.



Figure 5.   The Carbon-13 Magnetic Resonance Spectrum of Enalapril Maleate

ANNENAL00005402

ENALAPRIL MALEATE                                              709

Table III

| $^{13}C$ Chemical $\delta$ (ppm) | Assignment |
|---|---|
| 16.7 | $-OCH_2CH_3$ |
| 17.4 | Alanyl $CH_3$ (major) |
| 18.1 | Alanyl $CH_3$ (minor) |
| 24.9 | The signals at 24.9–35.2 ppm |
| 27.7 | arise from the four carbons – |
| 31.8 | C-3', C-4' and C-4, C-3 |
| 33.7 | proline including signals |
| 35.0 | corresponding to rotamers. An |
| 35.2 | exact assignment of the signals |
|  | in this region was not made. |
| 49.8 | Proline $C_5$ |
| 57.9 | The signals at 57.9–65.7 ppm |
| 58.4 | arise from the four carbons – |
| 61.7 | Proline C-2', Alanyl C-α, C-2' |
| 61.8 | and $-OCH_2CH_3$ including |
| 62.3 | signals attributable to |
| 63.4 | rotamers. An exact assignment |
| 65.6 | of the signals in this region |
| 65.7 | was not made. |
| 129.3 | Phenyl C-4" |
| 131.1 | Phenyl C-2", C-6", and phenyl |
| 131.4 | C-3", C-5" |
| 136.0 | Maleate –HC=CH– |
| 142.5 | Phenyl C-1" |
| 170.5 | The signals at 170.5–176.7 |
| 171.2 | arise from alanyl, proline, |
| 171.6 | ester and maleate carbonyl |
| 172.0 | carbons. However, defini- |
| 172.4 | tive assignments were not |
| 176.5 | made for the carbonyl |
| 176.7 | carbons. |

Carbon-13 NMR may also distinguish enalapril mal-
eate and its RSS diastereomer. Major differences
between $^{13}C$ spectra of the two compounds occur
between 31.8 and 34.0 ppm, between 54.7 and 60.8

ANNENAL00005403

ppm and between 168.6 and 170.7 ppm. However, this technique is not preferred for accurate measurement of small quantities of either compound in the other.

## 5.4 Ultraviolet Spectrum

Enalapril maleate is characterised by inflections or "shoulders" at about 251 and 261 nm and barely discernible maxima at about 257 nm ($A_1^{\%}$ $_{cm}$, about 15) and about 267 nm ($A_1^{\%}$ $_{cm}$, about 8.0). Figure 6 shows the ultraviolet absorption spectra of enalapril maleate in N/10 methanolic hydrochloric acid at concentrations of 0.991 mg/ml and 0.0991 mg/ml.

The low intensity and lack of well-defined maxima in the ultraviolet absorption spectrum of enalapril maleate, typical of an unconjugated phenyl moiety, does not make it useful for characterisation or quantitation of the compound.

## 5.5 Mass Spectrum

The direct probe electron impact (EI) mass spectrum of enalapril maleate as shown in Figure 7 was obtained on the VG MM7035 mass spectrometer employing 70 eV electron energy and a probe temperature at 160°C [14].

Under the condition of analysis the maleic acid moiety is pumped off before the peptide derivative is vaporised. Molecular ion information for enalapril base is also absent in the spectrum obtained by direct probe EI at 70 eV and 20 eV, respectively. Such information is only possible when a gross sample overload is employed. Under field desorption (FD)/MS however, good molecular ion and pseudomolecular ion (MH)$^+$ formation (376, 377) is observed (Figure 8).

The low resolution EI 70 eV spectrum (Figure 7) shows a base peak at m/e at 91 (benzylic ion), (M-H$_2$O)$^+$ at m/e 358 and other major fragment ions. Accurate mass measurement (high resolution, 70 eV, 160°C) of the diagnostic fragment ions at m/e 358, 313, 285, 257, 264, 234, 208,



Figure 6;   The Ultraviolet Absorption Spectrum of
            Enalapril Maleate in (a) N/10 Methanolic
            Hydrochloric Acid; Concentration:  0.991 mg/ml
            and (b) N/10 Methanolic Hydrochloric Acid;
            Concentration:  0.0991 mg/ml

ANNENAL00005405



Figure 7. The Low Resolution (EI) Mass Spectrum of
Enalapril Maleate

ANNENAL00005406



Figure 6.   The Field Desorption (FD) Mass Spectrum of Enalapril Maleate.

ANNENAL00005407

169, 168, 160, 126, 91 and 70 facilitated a pro-
posed fragmentation pattern as shown in Figure 9.

### 4.6 Optical Rotation

The optical rotation, $[\alpha]_D^{25}$, of enalapril
maleate (three asymmetric centers) in methanol is,
-42.3° (c=1%).

### 4.7 Thermal Behavior

Enalapril maleate exhibits a single melting endo-
therm by differential thermal analysis (DTA) under
a stream of nitrogen. The peak temperature of the
endotherm varies with heating rate, indicating
accompanying decomposition during melting of the
compound (~ 140°C at 2°C/min. and ~ 149°C at 20°C/
min.) A DTA curve for enalapril maleate obtained
on a DuPont 1090 equipped with a DTA head is given
in Figure 10.

By capillary melting point determination (USP
Class Ia method) enalapril maleate melts at ~ 143-
144°C (15).

### 4.8 Solubility

The following approximate solubility data (Table
IV) have been obtained at ambient temperature.

Table IV

| Solvent | Solubility (mg/ml) |
| --- | --- |
| Water | 25 |
| Methanol | 300 |
| Ethanol | 90 |
| Isopropanol | 3.4 |
| Acetone | 9.1 |
| Acetonitrile | 3.3 |
| Dimethylformamide | >400 |
| Chloroform | 0.6 |
| Diethyl ether | < 0.1 |
| Hexane | < 0.1 |
| Polyethylene glycol 300 | < 0.1 |

ANNENAL00005408



Figure 9.  A Proposed Fragmentation Pattern to Explain the Mass Spectrum of Fosinopril Maleate

ANNENAL00005409



Figure 10:   DTA Thermal Curve of fma april Maleate

ANNENAL00005410

The solubility of enalapril maleate increases with pH. A pH versus solubility profile constructed to compare theoretical points to actual data is shown in Figure 11 (16).

## A.9 Crystal Properties

Enalapril maleate is a white to off-white crystal-line compound. The compound is polymorphic. Two nonsolvated polymorphs have been detected and characterized by high resolution spectroscopic techniques (FTIR, Raman, solid state $^{13}C$ NMR) and solution calorimetry (17). However, these polymorphs, referred to as Form I and Form II are very similar in energy, differing only by 0.6 Kcal/mol. The X-ray powder diffraction spectra for Form I and Form II of enalapril maleate are shown in Figures 12 and 13, respectively. The spectra were obtained using a Philips Electronics X-ray diffractometer using CuKα irradiation.

## A.10 Dissociation Constants

Aqueous acidic/basic potentiometric titration yielded pKa values of 2.97 and 5.35 at 25°C for enalapril (18).

## A.11 Partition Behavior

At room temperature, enalapril maleate does not partition out of the the aqueous media listed below into mineral oil or n-octanol (19).

Solvent Pairs
n-Octanol/pH 7 buffer
mineral oil/pH 2.5 buffer
mineral oil/pH 4.5 buffer
mineral oil/pH 5.3 buffer

## A.12 Conformational Isomers

Proton NMR and carbon-13 NMR spectra of enalapril maleate are characterized by several paired sig-nals attributed to slow rotation about the proline amide bond, resulting in a slow equilibrium be-tween two rotational conformers (cis and trans). The two rotamers are distinguishable on the NMR

ANNENAL00005411



Figure 11. pH — Solubility Profile of Enalapril Maleate

ANNENAL00005412



Figure 12.   Powder X-Ray Diffraction Pattern of Enalapril Maleate, Form I

ANNENAL00005413



Figure 13.   Powder X-Ray Diffraction Pattern of Enalapril Maleate, Form II

ANNENAL00005414

time scale. In addition, HPLC has provided firm evidence for their existence by demonstrating the chromatographic behavior of enalapril maleate at various temperatures (20). Figure 14 shows chromatograms obtained by reverse-phase HPLC at column temperatures of 10°C and 80°C. At 10°C, in addition to the early eluting maleic acid peak (~ 1.2 minute), the enalapril base peak is resolved into two distinct rotamer peaks. At 80°C, the rotamer peaks have coalesced to yield a single symmetrical peak.

5. Methods of Analysis

5.1 Elemental Analysis

Analysis of Merck Sharp & Dohme reference lot, L-154,739-00192Z for carbon, hydrogen and nitrogen was reported as follows:

| Element | % Calculated | % Found |
|---|---|---|
| C | 56.50 | 56.57 |
| H | 6.96 | 6.75 |
| N | 9.68 | 5.82 |

5.2 Colorimetric/Spectrophotometric

Due to the lack of strong UV absorption maxima, more sensitive ways for the analysis of enalapril maleate are needed. One approach has been an auto-analyzer colorimetric assay procedure (21). In this approach enalapril maleate forms a yellow dye complex with bromothymol blue in acidic aqueous, pH 2/CHCl₃ mixture and is then assayed spectrophotometrically at 415 nm after extraction with chloroform. This method is suitable for content uniformity and dissolution assays of enalapril maleate capsules and tablets.

Analysis of enalapril in pharmaceutical dosage forms via flow injection analysis has recently been reported (22). Enalapril is determined by extraction as an ion-pair with bromothymol blue in an unsegmented flow system. The procedure is stability indicating; the degradation products of enalapril and excipients in the dosage forms do not interfere.

ANNENAL00005415

232                                    DOMINIC P. IP AND GERALD S. BRENNER



Figure 14.    RPLC Chromatograms of Enalapril Maleate
              at 10° and 80°C

ANNENAL00005416

5.3  Chromatographic

5.1.1  Thin-Layer Chromatography

Three solvent systems (23) for the thin-layer chromatography of enalapril maleate are given below.  The systems separate enalapril base from its salt forming acid (maleic acid) and its hydrolysis product (enalaprilat – see Section 6.1)

| Solvent System | RF (Approximate) |
|---|---|
| A (chloroform/methanol/ acetic acid 90:10:1) | 0.6 (enalapril base) 0.7 (maleic acid) 0 (enalaprilat) |
| B (n-Butanol/water/ acetic acid 1:1:1) | 0.7 (enalapril base and maleic acid) 0.15 (enalaprilat) |
| Solvent System | RF (Approximate) |
| C (n-Butanol/toluene/ water/acetone/acetic acid 1:1:1:1:1) | 0.55 (enalapril base) 0.45 (maleic acid and enalaprilat) |

These solvent systems use a silica gel adsorbent containing an ultraviolet-fluorescence quench indicator (Analtech GF or Whatman KIF or E Merck Silica Gel G60 type plates).  Detection of components is accomplished by visualization of dried plates under short wavelength (254 nm) ultraviolet light.  Iodine vapor yields a more intense spot for the enalapril base but does not visualize the maleic acid.

In the systems reported above, the low sensitivity of the method (detection limit 1 to 2%) renders it unsuitable for the

ANNENAL00005417

detection and quantification of low levels
of impurities in enalapril maleate bulk
substance.

5.3.2 High Performance Liquid Chromatography
(HPLC)

Several HPLC methods have been developed
which are suitable for: (a) quantification
of enalapril maleate and process impurities
in the bulk substance (24), (b) analysis of
enalapril maleate and degradates in tablets
(25), (c) content uniformity assays of
enalapril maleate in tablets (26) and (d)
dissolution of enalapril maleate in tablets
(27). Reverse-phase HPLC conditions are
employed. Detection is by UV at 210 or 215
nm. Flow rate is normally 1.8 or 2.0
ml/min. A mobile phase of aqueous phos-
phate buffer and organic modifier (acetoni-
trile or a mixture of acetonitrile and
methanol) and an oven temperature of 70°C
or 80° provide the selectivity and sensi-
tivity required for satisfactory chromato-
graphy.
The significance of specifying a high
column temperature has been discussed in
section 4.12. A summary of these HPLC sys-
tems is given in Table V.

5.4 Identification Tests

Identification of enalapril maleate can be carried
out by infrared absorption (section 4.1), HPLC
(section 5.3.2) and thin-layer chromatography
(section 5.3.1).

Supportive evidence for identification can be
obtained by differential thermal analysis (section
4.7) and complexation with bromothymol blue
(section 5.2).

5.5 Titration

Enalapril maleate can be determined by potentio-
metric titration with aqueous sodium hydroxide and
perchloric acid. With respect to the sodium

ANNENAL00005418

Table V

HPLC Systems for Enalapril Maleate

| Sample | Column | Mobile Phase | Temperature |
|---|---|---|---|
| Bulk Drug | Ultrasphere C8, 250 x 4.6 mm, 5 μ (Altex) | Isocratic<br>60% A, 40% B<br>A = 0.01M $KH_2PO_4$ (pH 4.0)<br>B = 80% of 50:50 $CH_3CN:CH_3OH$ + 20% A | 70°C |
|  |  | Gradient<br>70:30 A:B to 30:70 A:B in 40 min. (linear gradient) | 70°C |
| Tablets | Lichrosorb C8, 200 x 4.6 mm, 10μ (Hewlett Packard) | 60% A, 32% B<br>A = 0.001M $KH_2PO_4$ (pH 3.0)<br>B = $CH_3CN$ | 80°C |
| Tablets | Lichrosorb C8, 200 x 4.6 mm, 10μ (Hewlett Packard) | 70% A, 30% B<br>A = 0.02M $KH_2PO_4$ (pH 4.0)<br>B = $CH_3CN$ | 60°C |
| Tablets | Endcapped C8 50 x 4.6 mm, 5μ (IBM) | 80% A, 20% B<br>A = 0.02M $KH_2PO_4$ (pH 4.0)<br>B = $CH_3CN$ | 70°C |

ANNENAL00005419

hydroxide titration, 0.1N sodium hydroxide is the
titrant and a combination pH electrode is employed
as the electrode system. The perchloric acid ti-
tration employs 0.1N perchloric acid in glacial
acetic acid as the titrant and an anhydrous elec-
trode system, e.g. Metrohm EA 441/5 silver-
silver chloride electrode filled with 0.1N lithium
perchlorate in glacial acetic acid (or acetic anhy-
dride); versus a glass electrode is used.

K. Stability and Degradation

5.1 Solid State Stability

There are two major potential modes of degradation
for enalapril maleate:  (a) hydrolysis of the
ethyl ester to II, enalaprilat, the free acid and
(b) cyclisation to a diketopiperazine derivative
III.  The structure of these compounds are shown
in Figure 15.

Crystalline enalapril maleate is a very stable
solid.  The compound stored at room temperature
(amber glass) for four years shows no evidence of
degradation by HPLC analysis.  Less than 2% of
degradation can be induced by storage at 80°C for
3 weeks (in screw-cap vials) and < 1% of decomposi-
tion at 40°C and 75% RH (open vial) for 16 weeks.

Enalapril maleate tablets are stable when pro-
tected from elevated temperatures and high humid-
ity.  Degradation can be induced, however, if tab-
lets are stored at 40°C and 75% RH in open contain-
ers, resulting in enalapril maleate loss of about
10% or greater for three months.  The major degrad-
ation product is II.  The mass balance between
loss of enalapril maleate and formation of II and
III has been demonstrated.

5.2 Solution Stability

The stability of enalapril maleate in aqueous buf-
fer solutions has been studied as a function of pH
in the range of 2-7 (20).  Maximum solution stabil-
ity occurred around pH 3.  The rate of enalapril
loss and the mode of degradation are dependent
upon the solution pH.  At room temperature, the

ANNENAL00005420

Figure 15.  Chemical Structures of Enalapril and Related Compounds

ANNENAL00005421

(time required for 10% loss of starting material)
values are 262 days and 114 days for 0.5 mg/ml at
pH 2 and 5, respectively. For up to 20% loss at
pH 5, IIT was the major degradation product while
II represented only a minor fraction of the loss.
At pH 3, IIT was the major degradate but the frac-
tion of II was increased. At pH 5 and above, II
accounted for the bulk of enalapril loss with III
present only in trace quantities.

## 7. Pharmacokinetics and Metabolism

The pharmacokinetics and metabolism of enalapril
maleate following oral administration has been the
subject of a number of investigations and reviews (4,
29-32).

Following oral administration of enalapril maleate to
man (33), peak serum concentrations of enalapril and
enalaprilat occur within 0.5 to 1.5 and 3 to 4 hours
respectively. Based on urinary recovery of the total
drug (enalapril plus its active metabolite, enalapri-
lat) absorption is at least 61%. The primary route of
excretion of the drug is renal. Approximately 94% of
the dose is recovered in the urine and feces as enala-
prilat or enalapril.

Enalapril, when administered orally, is rapidly
absorbed and bioactivated extensively to enalaprilat.
Bioactivation appears to be largely post-absorptive and
there is no evidence for metabolism of enalapril beyond
bioactivation to enalaprilat in man. The in vitro con-
version of enalapril to enalaprilat in human accessy
tissues has been examined (34). Human cadaver liver
was the only tissue in which significant conversion was
demonstrated.

Enalapril absorption is not influenced by the presence
of food in the gastrointestinal tract (35). The drug
was administered to normal volunteers both in the fast-
ing state and with a normal meal. The area under the
serum concentration-time curves for enalaprilat and uri-
nary recoveries for enalaprilat and the total drug did
not differ significantly between the fed and fasted
conditions.

The pharmacokinetics of enalapril maleate was deter-
mined in normal volunteers after repeated single daily

ANNENAL00005422

those for eight days [36]. Serum profiles show little
accumulation of enalaprilat over the course of the
study. An average effective half-life for accumula-
tion of approximately 11 hours was calculated from
urine data. An average steady state recovery of enala-
prilat is achieved by the third or fourth dose. The
serum concentration profile of enalaprilat is character-
ized by a prolonged terminal phase, apparently repre-
senting a small fraction of the administered dose that
has been bound to angiotensin converting enzyme. The
amount bound does not increase with dose indicating a
saturable site of binding.

6.  Determination in Biological Fluids

A number of procedures have been developed for the
analysis of enalapril and enalaprilat in biological
fluids. Those of primary utility include radiometric,
enzyme inhibition and radioimmuno-methods.

The physiological disposition and metabolism of enala-
pril maleate in laboratory animals has been studied
with both radiolabeled drug and an enzyme-inhibition
assay [37]. Following administration of the radioac-
tive drug, urine, feces or plasma samples may be
counted by liquid scintillation techniques for their
radioactivity. Urinary radioactivity may be separated
into enalapril and enalaprilat by thin-layer chromato-
graphy.

Enalaprilat can also be determined by its in vitro
inhibition of angiotensin converting enzyme [37].
Plasma, urine and homogenates of feces are placed on
XAD-4 columns, washed and then eluted with methanol to
yield enalapril and enalaprilat. The enalaprilat
component of the mixture is determined by the enzyme
assay which uses as a substrate, the tripeptide carbo-
benzoxyglycinyl-phenylalanyl-histidyl-leucine and con-
verting enzyme isolated from porcine plasma. The pro-
duct, histidyl-leucine is then quantified by fluore-
scence after reaction with o-phthalaldehyde [38]. For
the determination of the total drug (enalapril plus
enalaprilat) samples are hydrolysed at high pH and then
reassayed for enalaprilat. Enalapril levels may then
be calculated as the difference between the total drug
and enalaprilat prior to hydrolysis. An enzyme inhibi-
tion assay for enalaprilat has also been developed

ANNENAL00005423

which uses radiolabeled substrate (39) thereby eliminating derivatization with o-phthalaldehyde and fluorescence detection of the enzyme products. The radiolabeled substrate employed is [$^3$H] hippuryl-L-glycyl-L-glycine. The product, [$^3$H] hippuric acid is extracted into a water-immiscible scintillation cocktail and then quantified by counting in a liquid scintillation spectrometer.

Enalaprilat has also been determined in serum and urine samples by radioimmunoassay procedures. (40, 41). In one such procedure (40) antibodies for the radioimmunoassay are raised in rabbits using an immunogen prepared by coupling the lysine analog of enalaprilat (lisinopril) to albumin with difluoro-dinitrobenzene. The radiolabeled component is obtained by iodination of the



## Lisinopril

amidine derived from the reaction of lisinopril and methyl p-hydroxybenzimidate. The total drug is measured as enalaprilat after sample hydrolysis by rat liver homogenate. Enalapril can then be calculated as the difference between enalaprilat before and after hydrolysis.

### Acknowledgements

The authors wish to thank Mrs. Betsy Hoyer for typing the manuscript and Ms. Florette Berg for performing the literature search.

ANNENAL00005424

9. References

1. A. A. Patchett, E. Harris, E. W. Tristram, M. J. Wyvratt, M. T. Wu, D. Taub, E. R. Peterson, T. J. Ikeler, J. tenBroeke, L. G. Payne, D. L. Ondeyka, E. D. Thorsett, W. J. Greenlee, N. S. Lohr, R. D. Hoffsommer, H. Otahue, W. V. Ruyle, J. W. Rothrock, S. D. Aster, A. L. Maycock, F. M. Robinson, R. Hirschmann, C. S. Sweet, E. H. Ulm, D. M. Gross, T. C. Vassil and C. A. Stone, Nature 288, 280 (1980).

2. A. A. Patchett in "Hypertension and the Angiotensin System: Therapeutic Approaches", A. E. Doyle and A. G. Bearn Eds., Raven Press, New York, N.Y., 1984.

3. A. A. Patchett, Br. J. Clin. Pharmacol. 18, 201S (1984).

4. P. H. Vlasses, G. E. Larijani, D. P. Conner and R. K. Ferguson, Clin. Pharm. 4, 27 (1985).

5. C. S. Sweet, Fed. Proc. 42, 167 (1983).

6. D. M. Gross, C. S. Sweet, E. H. Ulm, B. E. Backlund, A. A. Morris, D. Weitz, D. L. Bohn, H. C. Wenger, T. C. Vassil and C. A. Stone, J. Pharmac. Exp. Ther 216, 552 (1981).

7. M. J. Wyvratt, E. W. Tristram, T. J. Ikeler, N. S. Lohr, H. Joshua, J. P. Springer, B. H. Arison and A. A. Patchett, J. Org. Chem. 49, 2816 (1984).

8. A. A. Patchett, E. E. Harris, M. J. Wyvratt and E. W. Tristram (Merck and Co., Inc.) Eur. Pat. Appl. 12,401.

9. E. E. Harris, A. A. Patchett, E. W. Tristram, and M. J. Wyvratt (Merck and Co., Inc.) US 4,374,829.

10. Merck Sharp and Dohme Research Laboratories, unpublished data.

11. Merck Sharp and Dohme Research Laboratories, unpublished data.

12. D. L. Rabenstein and S. A. Isab, Anal. Chem., 54, 526 (1982).

ANNENAL00005425

13. Merck Sharp and Dohme Research Laboratories, unpublished data.

14. S. G. Ramjit, Merck Sharp and Dohme Research Laboratories, personal communication.

15. Merck Sharp and Dohme Research Laboratories, unpublished data.

16. D. G. Bergstrom, Merck Sharp and Dohme Research Laboratories, personal communication.

17. D. P. Ip, G. S. Brenner, J. M. Stevenson, S. Lindenbaum, A. W. Douglas, S. D. Klein and J. A. McCauley, Int. J. of Pharm., 28, 183 (1986).

18. J. A. McCauley, Merck Sharp and Dohme Research Laboratories, personal communication.

19. J. P. Draper, Merck Sharp and Dohme Research Laboratories, personal communication.

20. S. Roman, formerly of Merck Sharp and Dohme Research Laboratories, unpublished data.

21. J. M. Monteany, Merck Sharp and Dohme Research Laboratories, personal communication.

22. T. Kato, Anal Chim. Acta. 175, 339 (1985).

23. Merck Sharp and Dohme Research Laboratories, unpublished data.

24. Merck Sharp and Dohme Research Laboratories, unpublished data.

25. J. Demarco, Merck Sharp and Dohme Research Laboratories, personal communication.

26. S. Roman, formerly of Merck Sharp and Dohme Laboratories and C. Bell, Merck Sharp and Dohme Research Laboratories, personal communication.

27. D. J. Mazzo, formerly of Merck Sharp and Dohme Research Laboratories, unpublished data.

341

tv-00196-LPS   Document 90-1   Filed 01/11/22   Page 150 of 190 Pag

28. R. L. Ng, Merck Sharp and Dohme Research Laboratories, personal communication.

29. E. H. Ulm, Drug. Metab. Rev., 14 , 99 (1983).

30. P. A. Todd and R. C. Heel, Drugs 31, 198 (1986).

31. H. B. Perry, Med. Actual., 21, 31 (1985).

32. A. F. Lant, M. W. McNabb and P. B. Noormohamed, J. Hypertens., 2, 37 (1984).

33. E. H. Ulm, M. Hichens, H. J. Gomez, R. E. Till, E. Hand, T. C. Vassil, J. Biollaz, H. R. Brunner and J. L. Schmelling, Br. J. Clin. Pharmacol., 14, 357 (1982).

34. T. Larmour, B. Jackson, D. Cubela and C. I. Johnston, Br. J. Clin. Pharmacol., 19, 701 (1985).

35. D. W. Swanson, P. H. Vlasses, R. K. Ferguson, P. A. Bergquist, A. E. Till, J. D. Irvin and K. Harris, J. Pharm. Sci. 73, 1655 (1984).

36. A. E. Till, H. J. Gomez, M. Hichens, J. A. Bolognese, W. B. McFabb, B. A. Brooks, F. Noormohamed and A. F. Lant, Biopharm. Drug Dispos., 5, 273 (1984).

37. D. J. Tocco, F. A. deLuna, A. E. W. Duncan, T. C. Vassil and E. H. Ulm, Drug Metab. Dispos. 10, 15 (1982).

38. Y. Piquilloud, A. Reinharz and M. Roth, Biochem. Biophys. Acta, 206, 136 (1970).

39. Al E. Swanson, K. G. Stanber, W. G. Almnug and G. W. Weinstein, Anal. Biochem. 148, 401 (1985).

40. W. Hinmms, B. L. Hand and N. K. Milcamy, Ligand Q 4, 43 (1981).

41. P. J. Worland and B. Abrott, J. Pharm Sci. 75, 512 (1986).

The literature was reviewed to July, 1986.

ANNENAL00005427

# EXHIBIT B-16

JUNE 1, 1998

# AJHP®

*AMERICAN JOURNAL OF HEALTH-SYSTEM PHARMACY™*

**Inpatient counseling by hospital pharmacists**

**Feasibility and pharmacokinetics
of carbamazepine oral loading doses**

**Community pharmacist interventions
in a capitated pharmacy benefit contract**

**Wide-area network connecting a hospital
drug informatics center with a university**

**Effect of pharmacist interventions
on medication use and cost
in hospitalized patients with or
without HIV infection**

**ASHP Annual Report—1997**

**Treatment of sexual dysfunction induced
by selective serotonin-reuptake inhibitors**

**JCAHO revised sentinel-event policy**

PHARMACY LIBRARY

JUN 0 3 1998

2130 CHAMBERLIN HALL
425 N. CHARTER ST.-MADISON, WI 53706

*Official journal of the
American Society of Health-System Pharmacists®*

**Volume 55   Number 11**

ANNENAL00005432

This material may be protected by Copyright law (Title 17 U.S. Code)

Pharmacist interventions **Reports**

only 64 patients were matched and included in the analysis; approximately 200 patients were treated on the service over the two study months. Finally, only drug acquisition costs were analyzed. Patient outcomes and related health care costs were not included.

## Conclusion

HIV-positive patients required more pharmacist interventions, used more medications, and had higher medication costs than HIV-negative patients. The interventions for HIV-positive patients produced greater cost savings. Although the intervention rate for HIV-positive patients was more than twice that for negative patients, high-impact interventions occurred at similar rates in both groups.

## References

1. Hellinger FJ. The lifetime cost of treating a person with HIV. *JAMA.* 1993; 270:474-8.
2. Bjornson DC, Hiner WO, Potyk RP et al. Effect of pharmacists on health care outcomes in hospitalized patients. *Am J Hosp Pharm.* 1993; 50:1875-84.
3. Jameson J, VanNoord G, Vanderwound K. The impact of pharmacotherapy consultation on the cost and outcome of medical therapy. *J Fam Pract.* 1995; 41:469-72.
4. Montazeri M, Cook DJ. Impact of a clinical pharmacist in a multidisciplinary intensive care unit. *Crit Care Med.* 1994; 22:1044-8.
5. Weidle PJ, Bozek PS, Perdue BE et al. Clinical management of hospitalized patients on an AIDS service. Paper presented at 35th Interscience Conference on Antimicrobial Agents and Chemotherapy. San Francisco, CA; 1995 Sep 19.
6. Hepler CD, Strand LM. Opportunities and responsibilities in pharmaceutical care. *Am J Hosp Pharm.* 1990; 47:533-43.
7. American Society of Hospital Pharmacists. Preliminary report of the ASHP Quality Assurance Indicators Development Group. *Am J Hosp Pharm.* 1991; 48:1941-7.
8. Rietmeijer AA, Davidson AJ, Foster CT et al. Cost of care for patients with human immunodeficiency virus infection. Patterns of utilization and changes in a public health care system. *Arch Intern Med.* 1993; 153:219-25.

# Stability of enalapril maleate in three extemporaneously prepared oral liquids

Milap C. Nahata, Richard S. Morosco, and Thomas F. Hipple

**Abstract:** The stability of enalapril 1 mg/mL (as the maleate) in deionized water, citrate buffer solution, and a sweetened suspending agent at two temperatures was studied.

Twenty enalapril 10-mg tablets were crushed to a powder. Deionized water, citrate buffer solution, or sweetened vehicle was added to produce three 200-mL batches of each liquid; the expected final concentration of enalapril in each was 1 mg/mL. Each formulation was stored in 10 60-mL bottles, 5 of which were stored at 4 °C and 5 at 25 °C. Samples were collected on days 0, 7, 14, 28, 42, 56, 70, and 91 for visual inspection and analysis by high-performance liquid chromatography; pH was measured at each sampling time as well.

The mean concentration of enalapril in the three liquids at 4 °C was >94% of the initial concentration throughout the 91-day study period. At 25 °C, the mean concentration of enalapril was >90% for 56 days and >92% for 91 days in both citrate buffer solution and sweetened vehicle. The pH of the liquid prepared with deionized water and stored at 25 °C decreased by 2.0 pH units.

Enalapril 1 mg/mL (as the maleate) in three extemporaneously compounded oral liquids was stable for 91 days at 4 and 25 °C with the exception of enalapril in deionized water, which was stable for only 56 days at 25 °C.

**Index terms:** Buffers; Cardiac drugs; Citric acid; Compounding; Enalapril maleate; Incompatibilities; Stability; Storage; Suspending agents; Suspensions; Sweetening agents; Tablets; Temperature; Vehicles; Water
**Am J Health-Syst Pharm.** 1998; 55:1155-7

E nalapril maleate is frequently used in infants and young children for the treatment of hypertension and congestive heart failure. It is commercially available as 2.5-, 5-, 10-, and 20-mg tablets. The initial dosage is usually 0.1 mg/kg/day for infants and children.[1] No liquid dosage form is commercially available for pediatric patients. In addition, there are limited data on the stability of enalapril in extemporaneously prepared oral liquids.

Boulton et al.[2] found enalapril 0.1 and 1 mg/mL (as

Milap C. Nahata, Pharm.D., FASHP, is Kimberly Professor of Pharmacy and Pediatrics, The Ohio State University (OSU), Columbus, and Director, Pediatric Pharmacology Research Laboratory, Wexner Institute for Pediatric Research, Children's Hospital, Columbus. Richard S. Morosco is Research Associate, OSU and Children's Hospital. Thomas F. Hipple is Pharmacist, Children's Hospital.

Address reprint requests to Dr. Nahata at the College of Pharmacy, The Ohio State University, 500 West 12th Avenue, Columbus, OH 43210.

Supported in part by Merck Research Laboratory.

Copyright © 1998, American Society of Health-System Pharmacists, Inc. All rights reserved. 1079-2082/98/0601-1155$06.00.

ANNENAL00005433

**Reports** Enalapril maleate

the maleate) to be stable for at least 30 days at 5 °C in a solution of isotonic citrate buffer solution (pH 5). However, there are no known stability data for enalapril in readily available vehicles such as carboxymethylcellulose in syrup. Our study was designed to determine the stability of enalapril maleate in deionized water, citrate buffer solution, and a sweetened suspending agent at 4 and 25 °C.

**Methods**

Twenty enalapril maleate 10-mg tablets[a] were used to prepare three 200-mL batches of each liquid. In each case the tablets were crushed to powder by using a mortar and pestle, and the powder was mixed with deionized water[b]; citric acid buffer, pH 5[c]; or a 1:1 mixture of Ora-Sweet[d] and Ora-Plus[e] (appendix). None of the liquids was filtered to remove insoluble excipients. The nominal final concentration of enalapril in each liquid was 1 mg/mL.

Each of the enalapril formulations was stored in 10 60-mL plastic prescription bottles.[f] Five bottles of each formulation were stored at 4 °C in a refrigerator,[g] and the other five bottles were stored at 25 (±1) °C in a temperature-controlled water bath.[h] After thorough shaking, a 0.5-mL sample was collected from each bottle on days 0, 7, 14, 28, 42, 56, 70, and 91, visually examined, and analyzed in duplicate by a high-performance liquid chromatographic (HPLC) method.[2] The pH was measured at each sampling time as well.

The HPLC instrumentation consisted of a pump, an autosampler, and a variable-wavelength ultraviolet-light detector[i]; an integrator[j]; and a $C_8$ column.[k] A digital pH meter,[l] a wrist-action shaker,[m] and a Vortex mixer[n] were also used. The mobile phase consisted of 65% 20 mM potassium phosphate monobasic[o] and 35% acetonitrile.[p] Before use, the mobile phase was passed through a 0.45-μm nylon 66 filter[q] and then degassed with helium. The flow rate was 1 mL/min. The detector was set at 215 nm, and the injection volume was 10 μL. The column was maintained at 80 °C. The chemicals and reagents, including phosphoric acid,[r] buffer solution pH 7,[s] buffer solution pH 4,[t] and buffer solution pH 10,[u] were American Chemical Society or analytical grade. Under these conditions, enalapril eluted at 2.9 minutes.

A stock solution of enalapril reference standard[v] was prepared in water and diluted to yield concentrations of 1.5, 1.25, 1, 0.75, 0.5, and 0.1 mg/mL. One hundred microliters of each of these solutions was then mixed with 900 μL of mobile phase and analyzed, as were the samples.

In order to establish the stability-indicating nature of the method, enalapril in water was forcibly degraded by acid[w] and base[x] hydrolysis and oxidation[y] at 60 °C. The sample was processed as described earlier. The peaks for the degradation products appeared at 1.2, 4.6, and 7.8 minutes and did not interfere with the quanti-

tation of enalapril. Chromatograms of the oral liquids without enalapril were compared with chromatograms of enalapril standard; constituents of the oral liquids were found not to interfere with the measurement of enalapril. Linearity of the standard curve was determined by linear regression analysis of the enalapril concentrations (0.1–1.5 mg/mL) versus peak height of enalapril; the correlation coefficient was greater than 0.999. The accuracy of the method ranged from 99.2% to 101.6%, and the interday and intraday coefficients of variation were less than 4%.

Enalapril was considered stable if its concentration after storage was ≥90% of the initial concentration.

**Results**

At 4 °C, the mean concentration of enalapril in the three liquids was >94% of the initial concentration throughout the 91-day study period, but at 25 °C, the mean concentration was >90% for 56 days in deionized water and >92% for 91 days in both citrate buffer solution and the sweetened suspending agent (Table 1). The physical appearance of the liquids remained unchanged, and pH did not change by more than 0.1 pH unit except in the liquid prepared with deionized water and stored at 25 °C, in which case pH decreased by 2.0 pH units.

Table 1.
**Stability of Enalapril 1 mg/mL at 4 and 25 °C**

| | % Initial Concentration Remaining[a] | | |
|---|---|---|---|
| Day | Deionized Water | Citrate Buffer Solution pH 5.0 | 1:1 Mixture of Ora-Plus and Ora-Sweet[b] |
| *At 4 °C* | | | |
| 0 | 100.0 ± 1.0[c] | 100.0 ± 1.2[d] | 100.0 ± 3.6[e] |
| 7 | 98.6 ± 1.3 | 98.7 ± 1.6 | 99.4 ± 4.8 |
| 14 | 98.1 ± 1.4 | 99.1 ± 1.9 | 98.6 ± 5.3 |
| 28 | 97.6 ± 1.9 | 98.7 ± 2.0 | 98.4 ± 5.9 |
| 42 | 97.1 ± 1.9 | 98.5 ± 1.3 | 97.9 ± 4.2 |
| 56 | 96.5 ± 1.1 | 97.3 ± 1.2 | 96.9 ± 5.0 |
| 70 | 95.2 ± 1.3 | 96.3 ± 2.2 | 96.1 ± 5.3 |
| 91 | 94.8 ± 1.8 | 95.9 ± 1.3 | 95.8 ± 5.9 |
| *At 25 °C* | | | |
| 0 | 100.0 ± 1.0[f] | 100.0 ± 1.2[g] | 100.0 ± 3.3[h] |
| 7 | 98.3 ± 1.4 | 98.2 ± 1.8 | 99.7 ± 5.2 |
| 14 | 96.4 ± 2.1 | 97.0 ± 1.9 | 98.1 ± 5.9 |
| 28 | 94.1 ± 3.3 | 95.8 ± 2.5 | 96.2 ± 6.3 |
| 42 | 92.4 ± 2.4 | 95.3 ± 1.8 | 96.2 ± 4.4 |
| 56 | 90.1 ± 3.5 | 94.9 ± 2.6 | 95.7 ± 5.2 |
| 70 | 87.6 ± 4.1 | 93.9 ± 2.4 | 94.4 ± 5.7 |
| 91 | 84.1 ± 4.7 | 92.7 ± 2.7 | 93.8 ± 6.1 |

[a]Mean ± S.D. of duplicate determinations for five samples.
[b]Paddock Laboratories.
[c]The actual mean ± S.D. initial concentration was 0.99 ± 0.06 mg/mL, and the initial pH was 7.1.
[d]The actual mean ± S.D. initial concentration was 0.99 ± 0.01 mg/mL, and the initial pH was 5.1.
[e]The actual mean ± S.D. initial concentration was 1.01 ± 0.04 mg/mL, and the initial pH was 4.7.
[f]The actual mean ± S.D. initial concentration was 0.97 ± 0.02 mg/mL, and the initial pH was 7.1.
[g]The actual mean ± S.D. initial concentration was 0.98 ± 0.03 mg/mL, and the initial pH was 5.1.
[h]The actual mean ± S.D. initial concentration was 0.99 ± 0.01 mg/mL, and the initial pH was 4.7.

ANNENAL00005434

## Discussion

The formulation with deionized water would be the least expensive of the three formulations to prepare and its vehicle the most accessible. However, if a suspending agent with a sweetener is desired, enalapril can be prepared with equal volumes of commercially available Ora-Plus and Ora-Sweet.

Because of the lack of stability data, some doses of enalapril maleate have been dispensed as a powder prepared by diluting crushed tablets with lactose. This practice is cumbersome and labor-intensive, however. The knowledge that enalapril maleate is stable in widely available vehicles should simplify the preparation and delivery of weight-specific doses to infants and young children.

## Conclusion

Enalapril 1 mg/mL (as the maleate) in three extemporaneously compounded oral liquids was stable for 91 days at 4 and 25 °C with the exception of enalapril 1 mg/mL in deionized water, which was stable for only 56 days at 25 °C.

[a]Merck & Co. Inc., West Point, PA, lot B2698.
[b]Deionized water type I, Children's Hospital, Columbus, OH.
[c]Children's Hospital, lot C139601MMCH.
[d]Paddock Laboratories, Minneapolis, MN, lot 5K6734, containing purified water, sucrose, glycerin, sorbitol, flavoring, citric acid, sodium phosphate, methylparaben, and potassium sorbate, pH 4.2.
[e]Paddock Laboratories, lot 4E6462, containing purified water, microcrystalline cellulose, carboxymethylcellulose sodium, xanthan gum, flavoring, citric acid, sodium phosphate, simethicone, methylparaben, and potassium sorbate, pH 4.2.
[f]OI Owens-Illinois, Toledo, OH.
[g]White-Westinghouse, White Consolidated Inc., Columbus, OH.
[h]Lauda RM20, Brinkmann Instruments, Inc., Westbury, NY.
[i]HP 1050 series, Hewlett-Packard Co., Analytical Products Group, Palo Alto, CA.
[j]HP 3396A, Hewlett-Packard.
[k]Zorbax Reliance $C_8$ column, 5 μm, 4.0 × 160 mm, MAC-MOD Analytical, Chadds Ford, PA.
[l]Model 701A, Orion Research Inc., Boston, MA.
[m]Burrell Corp., Pittsburgh, PA.
[n]Vortex Genie 2, Fisher Scientific, Pittsburgh, PA.
[o]Sigma Chemical Co., St. Louis, MO, lot 16H1604.
[p]Burdick & Jackson, Division of Baxter, Muskegon, MI, lot BL893.
[q]Gelman Sciences, Ann Arbor, MI, lot 0082205.
[r]Mallinckrodt Inc., Science Products Division, St. Louis, MO, lot 2796 KESK.
[s]Fisher Scientific, lot 91090-24.
[t]Fisher Scientific, lot 910043-23.
[u]Fisher Scientific, lot 906524-24.
[v]United States Pharmacopeial Convention, Inc., Rockville, MD, lot H1.
[w]Hydrochloric acid, Mallinckrodt Specialty Chemical Co., Chesterfield, MO, lot AB12KBSV.
[x]Sodium hydroxide, Aldrich Chemical Co., Milwaukee, WI, lot 0011ODY.
[y]Hydrogen peroxide, Aldrich Chemical, lot 05427TX.

## References

1. Taketomo CK, Hodding JH, Kraus DM. Pediatric dosage handbook. 4th ed. Hudson, OH: Lexi-Comp; 1997–98:276-8.
2. Boulton DW, Woods DJ, Fawcett JP et al. The stability of an enalapril maleate oral solution prepared from tablets. *Aust J Hosp Pharm.* 1994; 24:151-6.

## Appendix—Procedure for compounding enalapril maleate oral liquid

1. Count out 20 10-mg enalapril tablets.
2. Crush the tablets in a mortar.
3. Add a small volume of the vehicle,[a] and triturate to make a smooth paste.
4. Add increasing volumes of the vehicle to make the enalapril liquid pourable.
5. Transfer the liquid to a graduated cylinder.
6. Add enough vehicle to bring the final volume to 200 mL.
7. Label the bottle "Shake Well Before Using" and "Protect From Light."
8. Label with an expiration date: 91 days if prepared with citrate buffer solution or sweetened suspending agent; 91 days if prepared with deionized water for storage in the refrigerator; 56 days if prepared with deionized water for storage at room temperature.

[a]Use deionized water, citrate buffer solution, or a commercial sweetened suspending agent. Prepare the isotonic citrate buffer solution (pH 5.0) by dissolving 0.353 g of Citric Acid Monohydrate Granular, USP, 1.01 g of Sodium Citrate Dihydrate Granular, USP, and 0.54 g of sodium chloride in 100 mL of distilled water. Prepare the sweetened suspending agent by mixing equal volumes of Ora-Plus and Ora-Sweet (Paddock Laboratories).

ANNENAL00005435

# EXHIBIT B-17

This material may be protected by Copyright law (Title 17 U.S. Code)

Acta Poloniae Pharmaceutica – Drug Research, Vol. 66 No. 3 pp. 321–326, 2009

ISSN 0001-6837
Polish Pharmaceutical Society

# STABILITY OF EXTEMPORANEOUS ENALAPRIL MALEATE SUSPENSIONS FOR PEDIATRIC USE PREPARED FROM COMMERCIALLY AVAILABLE TABLETS

KATARZYNA SOSNOWSKA*, KATARZYNA WINNICKA and ANNA CZAJKOWSKA-KOŚNIK

Department of Pharmaceutical Technology, Medical University of Białystok,
Mickiewicza 2c, 15-222 Białystok, Poland

**Abstract:** In this paper, the stability of enalapril maleate in oral formulations prepared from commercially available tablets was investigated. Extemporaneously compounded, 0.1 mg/mL and 1.0 mg/mL, oral suspensions of enalapril maleate in sugar-containing and sugar-free vehicles were stored in the absence of light at 4° and 25°C for 30 days. Enalapril maleate stability was quantified after 7, 14, 21, and 30 days using HPLC method. Viscosities and pH of prepared suspensions were measured on each study day and no appreciable changes from the initial pH and initial viscosities occurred in any of the samples both at 25° and 4°C. It was shown that all the formulations retain minimum 98% of the initial enalapril maleate concentration after 30 days of storage at 25° and 4°C and they may provide an option in situations where the marketed suspension is unavailable.

**Keywords:** stability, enalapril maleate, oral suspension, storage, pediatric dosage form, high-performance liquid chromatography

Enalapril maleate is a pro-drug without direct biological activity which is rapidly absorbed after oral administration and de-esterified *in vivo* to its active metabolite enalaprilat, a potent angiotensin-converting enzyme inhibitor (1, 2). Enalapril maleate is widely used in pediatric cardiology – in the treatment of essential and renovascular hypertension and in congestive heart failure. The daily dose of enalapril maleate in children is in the range of 0.2-1.0 mg/kg (3-6). Enalapril maleate is currently available as 5 mg, 10 mg and 20 mg tablets and there are no commercially available suspensions for oral administration that can be used to treat younger children who are unable to swallow capsules or tablets.

The most frequent manner of prescription of enalapril maleate for infants is grounding the commercially available dosage form (tablets, capsules) into a fine powder and then packing to the capsules. Recommendations for administration in young patients involve opening capsules and mixing the powder into the liquid foods. However, accuracy of measurement and ease of administration can be problematic. The powder has an unpleasant taste and mixing them into liquid food before administration does not mask the bitter taste.

In the absence of a ready-made product, a frequent approach by pharmacists is to prepare an oral liquid from tablets or capsules. Compounded oral suspensions should be proposed as the most appropriate formulation when the tablets or capsules are prescribed for small children. During preparing suspensions from tablets or capsules one should consider a lot of important problems including: solubility and stability of the active substance, pH and composition of the suspending medium, and antimicrobial protection. The main problems appearing during preparation the formulations include achieving dose uniformity and chemical and physical stability (7). It is important that the drug should be stable in the vehicle for the proposed duration of storage and administration of the product. The characteristics of the vehicles (pH, taste, viscosity, stability, presence of preservatives) determine its suitability and compatibility for use with the drug (8).

The purpose of this study was to prepare sugar-containing and sugar-free extemporaneous oral liquid dosage form of enalapril maleate from commercially available tablets and to determine the physical and chemical stability of these products for up to 30 days.

---

* Corresponding author: e-mail: sosnowskak@umwb.edu.pl; phone: +48 85 748 56 16

ANNENAL00005464

KATARZYNA SOSNOWSKA et al.

## EXPERIMENTAL

### Materials

Enalapril maleate tablets (Enarenal, 20 mg) were purchased from Polpharma S.A. (Starogard Gdański, Poland) and enalapril maleate standard was from Farmhispania (Barcelona, Spain). Methanol and hydrochloric acid were HPLC grade and purchased from Merck (Darmstadt, Germany). Citric acid was from Chempur (Piekary Śląskie, Poland) and methyl hydroxybenzoate was from Caelo Caesar & Loretz (Hilden, Germany). Hydroxyethylcellulose (Natrosol HR) was purchased from A.C.E.F. s.p.a. (Piacenza, Italy). Raspberry syrup was from Gemi (Karczew, Poland) and 85% orthophosphoric acid solution was from Fluka (Buchs, Switzerland). Water for HPLC was distilled and passed through a reverse osmosis system Milli-Q Reagent Water System (Billerica, MA, USA).

### Formulations preparation

Tablets were ground to fine powder and combined with a hydroxyethylcellulose 0.5% solution (formulation **A**) or 1:10 mixture of raspberry syrup and hydroxyethylcellulose 0.5% solution (formulation **B**). Raspberry syrup masked the unpleasant taste of enalapril maleate powder. The solubility of enalapril maleate in water is 25 mg/mL at room temperature (9). Enalapril maleate has $pK_a$ values of 3.0 and 5.4. The maximum stability of enalapril maleate is at a pH of ~ 3 (10), and therefore the pH value of prepared formulations was adjusted to 3.0 using cit-

ric acid (1 M). Initial enalapril maleate concentrations in suspension were: 0.1 mg/mL and 1.0 mg/mL. All suspensions contained methyl hydroxybenzoate 0.2% as a preservative. The product was filled in separated 200-mL orange glass bottles and stored at $4^o \pm 2^oC$ and at $23^o - 25^oC$, in the absence of light. Before removing samples, the containers were agitated to ensure uniform resuspension of insoluble materials.

### Instrumentation and chromatographic conditions

The HPLC system consisted of an Agilent Technologies 1200 series instruments equipped with a G1312A binary pump, a G1316A thermostat, a G1379B degasser and a G1315B diode array detector (Agilent, Waldbronn, Germany). Data collection and analysis were performed using Chemstation 6.0 software (Agilent, Waldbronn, Germany). The experimental method was modified according to that previously reported (11-13). Separation was achieved on a C18 Spherisorb column $4.6 \times 250$ mm ODS2, 5 µm (Waters, Dublin, Ireland). Mobile phase was methanol/water (5:95, v/v) (pH 2.5), the flow rate was 1.0 mL/min and UV detection was performed at a wavelength of 215 nm. pH of the mobile phase was adjusted to 2.5 by using 10% orthophosphoric acid solution. The column temperature was maintained at $25^oC$. For injection into the HPLC system 50 µL of sample was used. All reagents used for analysis were of HPLC grade.

Calibration standards of 1.0 mg/mL stock solution of enalapril maleate (standard powder) in hydrochloric acid (0.1 M) were prepared.

Table 1. Stability of enalapril maleate 0.1 mg/mL and 1.0 mg/mL in sugar-free (formulation **A**) and sugar-containing (formulation **B**) vehicles stored at $25^oC$ and $4^oC$.

| Formulation/ Temperature | Initial[a] concentration (mg/mL) | % Initial concentration remaining[a] | | | |
|---|---|---|---|---|---|
| | | Day 7 | Day 14 | Day 21 | Day 30 |
| **A** | | | | | |
| $25^oC$ | 0.1 ± 0.02 | 99.6 ± 0.3 | 99.2 ± 0.6 | 99.3 ± 0.4 | 98.2 ± 0.9 |
| $4^oC$ | 0.1 ± 0.02 | 99.4 ± 0.4 | 99.4 ± 0.4 | 99.3 ± 1.2 | 99.1 ± 1.0 |
| $25^oC$ | 1.0 ± 0.04 | 99.4 ± 0.8 | 101.2 ± 0.7 | 98.3 ± 1.0 | 98.4 ± 0.8 |
| $4^oC$ | 1.0 ± 0.04 | 98.9 ± 1.1 | 99.4 ± 0.3 | 98.5 ± 0.8 | 98.0 ± 0.9 |
| **B** | | | | | |
| $25^oC$ | 0.1 ± 0.01 | 99.5 ± 0.4 | 99.6 ± 0.4 | 99.3 ± 0.2 | 99.4 ± 0.4 |
| $4^oC$ | 0.1 ± 0.01 | 99.7 ± 0.9 | 99.3 ± 0.5 | 98.4 ± 0.5 | 98.3 ± 0.5 |
| $25^oC$ | 1.0 ± 0.03 | 99.2 ± 0.5 | 99.4 ± 0.6 | 99.1 ± 1.1 | 99.1 ± 0.6 |
| $4^oC$ | 1.0 ± 0.03 | 99.4 ± 0.4 | 99.4 ± 0.6 | 99.1 ± 0.7 | 98.2 ± 0.8 |

[a] The mean values ± S.D. from three independent experiments done in duplicate are presented

ANNENAL00005465



Figure 1. The representative chromatograms of enalapril maleate 0.1 mg/mL and 1.0 mg/mL in formulation **B**: standards (A), at time 0 (B) and stored for 30 days at 25°C (C). Enalapril maleate retention time = 4.120 min. Arrows indicate enalapril peaks.

Calibrations standard solutions at five levels were prepared by diluting the stock solution for the analytical range of 0.005-0.1 mg/mL. Volumes of 50 μL of this standards were injected to obtain calibration curve. Standard curve was produced by the software included in the HPLC system and it was linear with the $r^2$ values greater than 0.999.

**Stability examination (Enalapril maleate analysis)**

Enalapril maleate stability was quantified after 7, 14, 21, and 30 days. Ten mL samples of each formulations were centrifuged at 3800 rpm for 20 min to sediment insoluble excipients. Aliquots of supernatant were diluted 1:10 with hydrochloric acid (0.1

ANNENAL00005466

Table 2. pH of enalapril maleate 0.1 mg/mL and 1.0 mg/mL in sugar-free (formulation **A**) and sugar-containing (formulation **B**) vehicles stored at 25°C and 4°C.

| Formulation/ Temperature | Concentration (mg/mL) | pH[a] | |
|---|---|---|---|
| | | Day 0 | Day 30 |
| **A** | | | |
| 25°C | 0.1 | 3.00 ± 0.03 | 3.02 ± 0.05 |
| 4°C | 0.1 | 3.00 ± 0.04 | 2.98 ± 0.02 |
| 25°C | 1.0 | 3.05 ± 0.02 | 3.10 ± 0.02 |
| 4°C | 1.0 | 3.05 ± 0.02 | 3.10 ± 0.03 |
| **B** | | | |
| 25°C | 0.1 | 3.05 ± 0.01 | 3.09 ± 0.02 |
| 4°C | 0.1 | 3.05 ± 0.03 | 3.04 ± 0.04 |
| 25°C | 1.0 | 3.04 ± 0.03 | 3.10 ± 0.01 |
| 4°C | 1.0 | 3.04 ± 0.02 | 3.03 ± 0.03 |

[a] The mean values ± S.D. from three independent experiments done in duplicate are presented

Table 3. Viscosity [mPa·s] of enalapril maleate 0.1 mg/mL and 1.0 mg/mL in sugar-free (formulation **A**) and sugar-containing (formulation **B**) vehicles stored at 25°C and 4°C.

| Formulation/ Temperature | Concentration (mg/mL) | Viscosity (mPa·s)[a] | |
|---|---|---|---|
| | | Day 0 | Day 30 |
| **A** | | | |
| 25°C | 0.1 | 109 ± 2.0 | 106 ± 2.0 |
| 4°C | 0.1 | 109 ± 2.0 | 110 ± 3.0 |
| 25°C | 1.0 | 115 ± 3.0 | 113 ± 2.0 |
| 4°C | 1.0 | 115 ± 3.0 | 118 ± 3.0 |
| **B** | | | |
| 25°C | 0.1 | 103 ± 3.0 | 100 ± 2.0 |
| 4°C | 0.1 | 103 ± 3.0 | 103 ± 3.0 |
| 25°C | 1.0 | 110 ± 1.0 | 106 ± 3.0 |
| 4°C | 1.0 | 110 ± 1.0 | 114 ± 2.0 |

[a] The mean values ± S.D. from three independent experiments done in duplicate are presented

M), filtered through a 0,45 μm CA membrane filter (Witko, Łódź, Poland) and injected into the HPLC system. Replicate injections were made for all samples.

The stability of enalapril maleate in all formulations was determined by calculating the percentage of the initial concentration remaining at each time interval. Stability was defined as the retention of not less than 90% of the initial concentration (14).

**pH examination**

The apparent pH was determined initially (day 0) and on each study day. Examination was conducted with pH-meter CP-401 (Elmetron, Zabrze, Poland). pH of each sample was measured six times and then the results were averaged.

**Viscosity determination**

To determine if storage period at 4°C and 25°C had an effect on viscosity of enalapril maleate suspensions, they were subjected to shear stress in a rotational viscometer Viscotester 6 Plus (Thermo Haake, Karlsruhe, Germany). Viscosity, which is the inverse of fluidity, was measured in units of milliPascal × seconds (mPa·s).

Viscosity measurements of 15 mL aliquots of each suspension were taken initially (day 0) and on each study day. Samples were subjected to a constant shear rate 100 min⁻¹ for 60 s. Preliminary experiments had shown that viscosity became constant for preparations analyzed in this study 60 s into the run. Therefore, viscosities reported here are those recorded at 60 s. Viscosity of the suspensions

was measured six times and the results were averaged.

**Statistical analysis**

The results were analyzed by analysis of variance (ANOVA) and multiple comparison were done to check statistical significance. The data were expressed as the mean value for 3 independent assays in duplicate ± S.D. The statistical significance between means was verified by Sheffe's comparison test accepting $p < 0.05$ as significant.

## RESULTS AND DISCUSSION

A large number of drugs are prepared extemporaneously by pharmacists as oral liquid dosage forms. Pediatric oral formulations can be quite scientifically challenging to develop and the prerequisites for both measurable dosage form to administer based upon body-weight, and also taste-masking are two of the challenges unique for pediatric oral formulations. Extemporaneous compounding of this type usually involves preparing an oral liquid from a commercially available dosage form. It is important that the drug must be stable in the vehicle for the proposed duration of storage and administration of the product. Each vehicle possesses unique physicochemical characteristics that determine its suitability for use with various drugs. These characteristics include pH, viscosity, taste, appearance, presence of preservatives, and stability. There are several studies concerning the stability of enalapril maleate, which were conducted in USA (15, 16) and other countries (17). In these examinations, the stability of enalapril maleate in deionized water, citrate buffer solution and carboxymethylcellulose as a suspending agent was studied. In our work the stability of enalapril maleate in oral suspensions made from tablets of Polish producer was examined. All the suspensions contained methyl hydroxybenzoate 0.2% as a preservative, hydroxyethylcellulose as the suspending agent and citric acid as the pH adjusting agent.

The stability of enalapril maleate in concentration of 0.1 mg/mL and 1.0 mg/mL in oral suspensions was studied by modified HPLC method (11-13). The results obtained in this work confirmed that enalapril maleate was stable in suspensions stored both at 25°C and 4°C. All suspensions showed only $1\% - 2\%$ degradation after 30 days of storage, which fulfilled the USP criterion (14). Figure 1 exhibits representative chromatograms obtained from samples of formulation **B** stored for 30 days at 25°C. Refrigerated and stored at room temperature formulations **A** and formulations **B** retained more than

98% of their initial enalapril maleate concentrations. There were no evident changes in enalapril maleate stability evoked by sugar (Table 1). Enalapril maleate stability was also examined under stressed conditions (autoclaved three times at 121 ± 2°C) and no additional peaks of degradation products was observed.

It was shown that storage conditions did not influence the suspensions pH in significant way. No appreciable change from the initial pH (3.0) occurred in any of the samples both at 25°C and 4°C (Table 2). The pH examination of all formulations stored at 25° and 4°C showed only less than 0.1 pH unit change throughout the study. The data in Table 2 showed that enalapril maleate pH is stable after one month storage.

Viscosity was measured in order to determine if the temperature of storage had an effect on the viscosity. Refrigerated suspensions demonstrated higher viscosity than suspensions stored at 25°C but prolonged refrigeration did not increase the suspensions' viscosities in significant manner. It was likewise noted that addition of the raspberry syrup (formulation **B**) slightly lowered the viscosity of enalapril maleate suspensions in concentrate of 0.1 and 1.0 mg/mL stored either at 25°C or at 4°C (Table 3). Viscosity of the analyzed enalapril maleate suspensions was in the range of viscosities of the commercially available pediatric oral suspensions.

The tablet suspension in water would be expected to readily support microbial growth, especially at room temperature during in-use conditions, therefore 0.2% methyl hydroxybenzoate as compatible with the drugs preservative was added (17). No colonies or other evidence of bacterial or fungal growth were detected for any of the formulations tested. There was also no detectable change in color, odor, and taste in any sample. However, in the absence of microbiological data, the shelf-life given to extemporaneous products containing preservatives is usually 30 days – the time period in which the formulations were tested.

The obtained data suggest that these formulations may provide an option in situations where the marketed suspension is unavailable.

## CONCLUSION

Extemporaneously compounded enalapril maleate 0.1 mg/mL and 1.0 mg/mL oral suspensions, in sugar-containing and sugar-free vehicles, were stable for at least 30 days when stored at 4° and 25°C. The viscosities and pH of all tested formula-

ANNENAL00005468

326                                    KATARZYNA SOSNOWSKA et al.

tions did not significantly change over 30 days. All
the formulations retain minimum 98% of the initial
enalapril maleate concentration after 30 days of
storage at 4$^{\circ}$ and 25$^{\circ}$C and may provide flexible and
convenient dosage forms for pediatric patients.

**REFERENCES**

 1. MacFadyen R.J., Meredith P.A., Elliott H.L.:
    Clin. Pharmacokinet. 25, 274 (1993).
 2. Stanisz B.: J. Pharm. Biomed. Anal. 31, 375
    (2003).
 3. Robinson R.F., Nahata M.C., Batisky D.L.,
    Mahan J.D.: Pediatr. Drugs 7, 27 (2005).
 4. Edeki T., Johnston A., Kam Wa E.L., Turner P.:
    Int. J. Clin. Pharmacol. Ther. 32, 142 (1994).
 5. Espinel C.H., Williams J.L., Coughlin S.S.:
    Clin. Ther. 12, 181 (1990).
 6. Sato T., Takeshi M., Yamamoto A.: Circ. J. 56,
    35 (1992).
 7. Woods D.J.: Pediatr. Perinat. Drug Ther. 1, 25
    (1997).
 8. Allen Jr. L.V., Erickson III M.A.: Am. J. Health
    Syst. Pharm. 55, 1915 (1998).
 9. McEvoy G.K.: AHFS Drug information 97, p.
    1234, American Society of Health-System
    Pharmacists, Bethesda MD 1997.
10. Fbudavari S.: The Merck Index, 12th ed., p.
    3610, Merck & Co. Inc., Whitehouse Station NJ
    1996.
11. Sane R.T., Vaidya A.J., Ghadge J.K., Jani A.B.,
    Kotwal S.K.: Indian Drugs 29, 244 (1992).
12. Ranadive S.A., Chen A.X., Serajuddin A.T.:
    Pharm. Res. 9, 1480 (1992).
13. Rau H.L., Udupa N., Aroor A.R.: Indian Drugs
    29, 46 (1991).
14. United States Pharmacopoeia 27, National for-
    mulary 22, United States Pharmacopoeia
    Convention, Rockville 2004.
15. Ip D.P., Brenner G.S.: in Analytical profiles of
    drug substances, Florey K. Ed., p. 207,
    American Pharmaceutical Association,
    Washington DC 1987.
16. Nahata M.C., Morosco R.S., Hipple T.F.: Am.
    J. Health Syst. Pharm. 55, 1155 (1998).
17. Boulton D.W., Woods D.J., Fawcett J.P.,
    Tucker I.G.: Aust. J. Hosp. Pharm. 24, 151
    (1994).

*Received: 13. 10. 2008*

ANNENAL00005469

# EXHIBIT B-18



US008568747B1

(12) **United States Patent**
Rajewski et al.

(10) Patent No.: **US 8,568,747 B1**
(45) Date of Patent: **Oct. 29, 2013**

(54) **ENALAPRIL COMPOSITIONS**

(71) Applicants: **University of Kansas**, Lawrence, KS (US); **Silvergate Pharmaceuticals**, Dublin, OH (US)

(72) Inventors: **Lian G. Rajewski**, Lawrence, KS (US); **Roger A. Rajewski**, Lawrence, KS (US); **John L. Haslam**, Lawrence, KS (US); **Kathleen Heppert**, Lawrence, KS (US); **Michael C. Beckloff**, Leawood, KS (US); **Frank Seagrave**, Dublin, OH (US); **Robert Mauro**, Miller Place, NY (US); **Peter Colabuono**, Las Vegas, NV (US)

(73) Assignees: **Silvergate Pharmaceuticals, Inc.**, Dublin, OH (US); **University of Kansas**, Lawrence, KS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/670,355**

(22) Filed: **Nov. 6, 2012**

**Related U.S. Application Data**

(60) Provisional application No. 61/710,489, filed on Oct. 5, 2012.

(51) Int. Cl.
*A61K 31/41* (2006.01)

(52) U.S. Cl.
USPC ........................... **424/400**; 514/224; 514/381

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,374,829 A | 2/1983 | Harris et al. | |
| 4,472,380 A | 9/1984 | Harris et al. | |
| 4,510,083 A | 4/1985 | Blacklock et al. | |
| 4,743,450 A | 5/1988 | Harris et al. | |
| 4,830,853 A | 5/1989 | Murthy et al. | |
| 5,698,562 A | 12/1997 | Mendes et al. | |
| 6,028,222 A | 2/2000 | Dietlin et al. | |
| 6,413,988 B1 | 7/2002 | De Proost | |
| 6,977,257 B2 | 12/2005 | Parab et al. | |
| 7,101,888 B2 | 9/2006 | Reo et al. | |
| 7,605,148 B2 | 10/2009 | Batta et al. | |
| 8,153,824 B2 | 4/2012 | Sesha | |
| 2004/0258757 A1 | 12/2004 | Bosch et al. | |
| 2006/0094760 A1 | 5/2006 | Fawzy et al. | |
| 2007/0265344 A1 | 11/2007 | Strobel et al. | |
| 2008/0221156 A1 | 9/2008 | Spireas | |
| 2008/0234291 A1 | 9/2008 | Francois et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO-01/45667 | 6/2001 | |
| WO | WO-2011/031462 | 3/2011 | |
| WO | WO-2012/085249 | 6/2012 | |
| WO | WO2012/085249 | * 6/2012 | ............... A61K 9/20 |

OTHER PUBLICATIONS

Sosnowska et al. IDS dated Nov. 7, 2012.*
Ahlin et al., "Investigation of polymeric nanoparticles as carriers of enalaprilat for oral administration," Int'l. Journ. Pharmaceutics, 239, pp. 113-120 (2002).
Allen et al., "Stability of alprazolam, chloroquine phosphate, cisapride, enalapril maleate, and hydralazine hydrochloride in extemporaneously compounded oral liquids," Am J. Health-Syst Pharm, vol. 55, pp. 1915-1920, (1998).
Bhardwaj et al., "Study of forced degradation behavior of enalapril maleate by LC and LC-MS and development of a validated stability-indicating assay method," Journ. Pharmac. and Biomed. Analysis, 46, pp. 113-120 (2008).
Bourgault et al., "Reference-based pricing of prescription drugs: exploring the equivalence of angiotensin-converting-enzyme inhibitors," CMAJ, 161:255-60 (1999).
Cabot Corporation, "Influence of CAB-O-SIL® M-5P on the Angle of Repose and Flow Rates of Pharmaceutical Powders," 10 pages (2004).
Lima et al., "Stability and in vitro release profile of enalapril maleate from different commercially available tablets: Possible therapeutic implications," Journ. Pharmac, and Biomed. Analysis, 47, pp. 934-937 (2008).
Nahata et al., "Stability of enalapril maleate in three extemporaneously prepared oral liquids," Am. J. Health-Syst Pharm vol. 55, pp. 11:55-1157 (1998).
Nunn et al., "Formulation of medicines for children," British Journal of Clinical Pharmacology, 59:6, pp. 674-676 (2005).
Patel et al., "Extemporaneous Dosage Form for Oral Liquids," Pharmacophore, vol. 2, No. 2, pp. 86-103 (2011).
Rezende et al., "Stability and Compatibility Study on Enalapril Maleate Using Thermoanalytical Techniques," Journ Thermal. Analysis and Calorimetry, 93:3, pp. 881-886 (2008).
Rippley et al., "Pharmacokinetic Assessment of an Oral Enalapril Suspension for Use in Children," Biopharmaceutics & Drug Disposition 21:339-344 (2000).
Simončič et al., "Use of microcalorimetry in determination of stability of enalapril maleate and enalapril maleate table formulations," Int'l. Journ. Pharmaceutics, 342, pp. 145-151 (2007).
Sosnowska et al., "Stability of Extemporaneous Enalapril Maleate Suspensions for Pediatric Use Prepared from Commercially Available Tablets," Acta Poloniae Pharmaceutica, vol. 66, No. 3, pp. 321-326 (2009).
Stanisz, "Evaluation of stability of enalapril maleate in solid phase," Journ. Pharma, and Biomed. Analysis, 31, pp. 375-380 (2003).
Vasotec (Enalapril Maleate) Product Insert (2010).
Wang et al., "Eudragit E Accelerated the Diketoperazine Formation of Enalapril Maleate Determined by Thermal FTIR Microspectroscopic Technique," Pharmaceutical Research, vol. 21, No. 11, Nov. 2004.

(Continued)

*Primary Examiner* — Janet Epps-Smith
*Assistant Examiner* — Yanzhi Zhang
(74) *Attorney, Agent, or Firm* — Wilson, Sonsini, Goodrich & Rosati

(57) **ABSTRACT**
Provided herein are stable enalapril powder compositions for oral liquid formulation. Also provided herein are methods of using enalapril oral liquid formulations for the treatment of certain diseases including hypertension, heart failure and asymptomatic left ventricular dysfunction.

**6 Claims, 3 Drawing Sheets**

ANNENAL00005470

## US 8,568,747 B1

Page 2

(56)          **References Cited**

OTHER PUBLICATIONS

Wells et al., "The Pharmacokinetics of Enalapril in Children and Infants with Hypertension," J. Clin Pharmacol 41:1064-1074 (2001).
Blowey, "Update on the pharmacologic treatment of hypertension in pediatrics," Journal of Clinical Hypertension (Hoboken, NJ, United States) (2012), 14(6), 383-387. Database: CAPLUS, DOI:10.1111/j.1751-7176.2012.00659.x.
Calabro et al., "Hemodynamic effects of a single oral dose of cnalapril among children with asymptomatic chronic mitral regurgitation," American Heart Journal (1999), 138(5, Pt. 1), 955-961. Database: CAPLUS, DOI:10.1016/S0002-8703(99)70023-2.
Delucchi et al., "Enalapril and prednisone in childred with nephrotic-range proteinuria," Pediatric nephrology (Berlin, Germany) (2000), 14(12), 1088-91, Database: MEDLINE.
Hsu et al., Enalapril in Infants With Single Ventricle: Results of a Multicenter Randomized Trial; DOI:10.1161/CIRCULATIONAHA.109.927988Richard V.; et al from Circulation (2010), 122(4), 333-340. Database: CAPLUS.
Hsu et al., "Rationale and design of a trial of angiotensin-converting enzyme inhibition in infants with single ventricle," American Heart Journal (2009), 157(1), 37-45. Database: CAPLUS, DOI:10.1016/j.ahj.2008.08.030.
Mir et al., "Effect of carvedilol on QT duration in pediatric patients with congestive heart failure," Clinical Drug Investigation (2004), 24(1), 9-15. Database: CAPLUS, DOI:10.2165/00044011-200424010-00002.
Li et al., "Lessons learned from a pediatric clinical trial: The Pediatric Heart Network Angiotensin-Converting Enzyme Inhibition in Mitral Regurgitation Study," American Heart Journal (2011), 161(2), 233-240. Database: CAPLUS, DOI:10.1016/j.ahj.2010.10.030.
Lipshultz, "Exposure to anthracyclines during childhood causes cardiac injury," Seminars in Oncology (2006), 33(3, Suppl. 8), S8-S14., Database: CAPLUS, DOI:10.1053/j.seminonco1.2006.04.019.
Meyers et al., "Pharmacotherapy Review of Chronic Pediatric Hypertension," Clinical Therapeutics (2011), 33(10), 1331-1356. Database: CAPLUS, DOI:10.1016/j.clinthera.2011.09.003.
Miller et al., "Enalapril: a well-tolerated and efficacious agent for the pediatric hypertensive patient," Journal of cardiovascular pharmacology (1987), 10 Suppl 7S154-6, Database: MEDLINE.
Miller et al., "Enalapril: a well-tolerated and efficacious agent for the paediatric hypertensive patient," Journal of hypertension. Supplement : official journal of the International Society of Hypertension (1986), 4(5), S413-6, Database: MEDLINE.
Momma, "ACE inhibitors in pediatric patients with heart failure," Paediatric drugs (2006), 8(1), 55-69, Database: MEDLINE.
Nakamura et al., "The kinetic profiles of enalapril and enalaprilat and their possible developmental changes in pediatric patients with con-

gestive heart failure," Clinical pharmacology and therapeutics (1994), 56(2), 160-8. Database: MEDLINE.
Proesmans et al., Long-term therapy with enalapril in patients with nephrotic-range proteinuriam, Pediatric nephrology (Berlin, Germany) (1996), 10(5), 587-9, Database: MEDLINE.
Prosemans et al., "Enalapril in pediatric patients with Alport syndrome: 2 years' experience," European Journal of Pediatrics (2000), 159(6), 430-433. Database: CAPLUS, DOI:10.1007/s004310051301.
Proesmans et al., "Enalapril in children with Alport syndrome," Pediatric nephrology (Berlin, Germany) (2004), 19(3), 271-5, Database: MEDLINE.
Ramusovic et al., "Determination of enalapril and enalaprilat in small human serum quantities for pediatric trials by HPLC-tandem mass spectrometry," Biomedical Chromatography (2012),26(6), 697-702. Database: CAPLUS, DOI:10.1002/bmc.1716.
Silber et al., "Design and baseline characteristics for the ACE inhibitor after anthracycline (AAA) study of cardiac dysfunction in long-term pediatric cancer survivors," American Heart Journal (2001), 142(4), 577-585. Database: CAPLUS, DOI:10.1067/mhj.2001.118115.
Silber et al., "Enalapril to prevent cardiac function decline in long-term survivors of pediatric cancer exposed to anthracyclines," Journal of Clinical Oncology (2004), 22(5), 820-828. Database: CAPLUS, DOI:10.1200/JCO.2004.06.022.
Standing et al., "Paediatric formulations-Getting to the heart of the problem," International Journal of Pharmaceutics (2005), 300(1-2), 56-66. Database: CAPLUS.
Wells et al., "A double-blind, placebo-controlled, dose-response study of the effectiveness and safety of enalapril for children with hypertension," Journal of Clinical Pharmacology (2002), 42(8), 870-880. Database: CAPLUS, DOI:10.1177/009127002401102786.
Williams et al, "Factors affecting growth in infants with single ventricle physiology: a report from the Pediatric Heart Network Infant Single Ventricle Trial," The Journal of pediatrics (2011), 159(6), 1017-22.e2, Database: MEDLINE.
Sipahi et al., Effects of normal, pre-hypertensive, and hypertensive blood pressure levels on progression of coronary atherosclerosis, J. Am. Coll. Cardiol. 48, 833-838, 2006.
Product Information of Bicitra, "Sodium Citrate and Citric Acid Oral Solution USP" 2 pages.
Product Information of Ora-Sweet (1 page) retrieved from: http://www.stobec.com/documents/data/8196.pdf.
Definition of Hypertension (1 page) retrieved from: http://medical-dictionary.thefreedictionary.com/hypertension.
Drug Information on Enalapril (3 pages) retrieved from: http://www.accessdata.fda.gov/drugsatfda_docs/nda/2001/18-998s058_Vasotec.cfm.

* cited by examiner



FIGURE 1



FIGURE 2A



FIGURE 2B



FIGURE 2C

ANNENAL00005472





FIGURE 3

ANNENAL00005473





FIGURE 4

US 8,568,747 B1

**1**

## ENALAPRIL COMPOSITIONS

### CROSS REFERENCE

This application claims the benefit of U.S. Provisional Application Ser. No. 61/710,489, filed on Oct. 5, 2012, which is incorporated herein by reference in its entirety.

### BACKGROUND OF THE INVENTION

Hypertension, or high blood pressure, is a serious health issue in many countries. According to the National Heart Blood and Lung Institute, it is thought that about 1 in 3 adults in the United States alone have hypertension. Left unchecked, hypertension is considered a substantial risk factor for cardiovascular and other diseases including coronary heart disease, myocardial infarction, congestive heart failure, stroke and kidney failure. Hypertension is classified as primary (essential) hypertension or secondary hypertension. Primary hypertension has no known cause and may be related to a number of environmental, lifestyle and genetic factors such as stress, obesity, smoking, inactivity and sodium intake. Secondary hypertension can be caused by drug or surgical interventions, or by abnormalities in the renal, cardiovascular or endocrine system.

A number of antihypertensive drugs are available for treating hypertension. Various therapeutic classes of antihypertensive drugs include alpha-adrenergic blockers, beta-adrenergic blockers, calcium-channel blockers, hypotensives, mineralcorticoid antagonists, central alpha-agonists, diuretics and renin-angiotensin-aldosterone inhibitors which include angiotensin II receptor antagonists (ARB) and angiotensin-converting enzyme (ACE) inhibitors. Angiotensin-converting enzyme (ACE) inhibitors inhibit angiotensin-converting enzyme (ACE), a peptydyl dipeptidase that catalyzes angiotension Ito angiotension II, a potent vasoconstrictor involved in regulating blood pressure.

Enalapril is a prodrug belonging to the angiotensin-converting enzyme (ACE) inhibitor of medications. It is rapidly hydrolyzed in the liver to enalaprilat following oral administration. Enalaprilat acts as a potent inhibitor of ACE. The structural formulae of enalapril and enalaprilat is as follows:



Enalapril



Enalaprilat

Enalapril is currently administered in the form of oral tablets, (e.g., Vasotec®). In addition to the treatment of hypertension, enalapril tablets have been used for symptomatic congestive heart failure, and asymptomatic left ventricular dysfunction.

### SUMMARY OF THE INVENTION

Provided herein are enalapril powder compositions for an oral liquid formulation. In one aspect, the powder comprises (a) about 1 to about 30% (w/w) enalapril or a pharmaceutically acceptable salt thereof, and (b) about 60 to about 99% (w/w) mannitol. In some embodiments, when the powder is reconstituted into an oral liquid, the liquid is homogenous and stable for at least 12 weeks at ambient or refrigerated conditions. In other embodiments, the powder is stable for at least six months at ambient, accelerated or refrigerated conditions. In certain instances, ambient conditions are 25±5° C. and 55±10% relative humidity. In certain instances, refrigerated conditions are 5±3° C. In certain instances, accelerated conditions are about 40° C. or 60° C. and/or up to 80% relative humidity.

In another aspect, the powder comprises (a) about 1 to about 30% (w/w) enalapril or a pharmaceutically acceptable salt thereof, (b) 60 to about 99% (w/w) mannitol, and (c) about 0.5 to about 2% (w/w) colloidal silicon dioxide. In some embodiments, when the powder is reconstituted into an oral liquid, the liquid is homogenous and stable for at least 12 weeks at ambient or refrigerated conditions. In other embodiments, the powder is stable for at least six months at ambient, accelerated or refrigerated conditions.

In certain embodiments, the enalapril is enalapril maleate. In certain embodiments, the powder is reconstituted in water for the oral liquid. In certain embodiments, the powder is reconstituted in a syrup for the oral liquid. In certain embodiments, the powder further comprises a pharmaceutically acceptable excipient. In certain instances, the pharmaceutically acceptable excipient is a sweetener, flavoring agent or preservative. In certain instances, the pharmaceutically acceptable excipient is a sweetener. In certain instances, the sweetener is a solid. In certain instances, the powder further comprises a solid (e.g., powder) sweetener. In certain instances, the sweetener is a liquid. In certain instances, the powder is reconstituted in a liquid sweetener (e.g., syrup). In certain embodiments, the enalapril or pharmaceutically acceptable salt thereof is about 12 to about 15% (w/w). In certain embodiments, the mannitol is about 80 to 85% (w/w). In certain embodiments, the silicon dioxide is about 1% (w/w). In certain embodiments, the enalapril or pharmaceutically acceptable salt thereof is about 14% (w/w), the mannitol is about 85% (w/w) and the silicon dioxide is about 1% (w/w). In certain embodiments, the powder comprises about 150 mg enalapril, about 890 mg mannitol and 10 mg colloidal silicon dioxide.

In another aspect, the powder comprises (a) about 1 to about 30% (w/w) enalapril or a pharmaceutically acceptable salt thereof, (b) about 60 to about 99% (w/w) mannitol, and (c) about 0.5 to about 2% (w/w) colloidal silicon dioxide, wherein, when the powder is reconstituted into an oral liquid, the liquid maintains no more than 5% total impurities for at least 12 weeks at ambient or refrigerated conditions. In another aspect, the powder comprises (a) about 1 to about 30% (w/w) enalapril or a pharmaceutically acceptable salt thereof, (b) about 60 to about 99% (w/w) mannitol, and (c) about 0.5 to about 2% (w/w) colloidal silicon dioxide, wherein, the powder maintains no more than 5% total impurities for at least six months at ambient, accelerated or refrigerated conditions.

ANNENAL00005475

US 8,568,747 B1

**3**

In certain embodiments, the liquid maintains no more than 2.5% total impurities for at least 12 weeks. In certain embodiments, the liquid maintains no more than 2.5% enalaprilat for at least 12 weeks. In certain embodiments, the liquid maintains no more than 2.5 diketopiperazine for at least 12 weeks. In certain embodiments, the powder maintains no more than 2.5% total impurities for at least six months. In certain embodiments, the powder maintains no more than 1% enalaprilat for at least six months. In certain embodiments, the powder maintains no more than 1% diketopiperazine for at least six months.

Also provided herein are enalapril oral liquid formulations. In one aspect, the liquid formulation comprises (a) about 0.5 to about 5 mg/mL enalapril or a pharmaceutically acceptable salt thereof, (b) about 3 to about 10 mg/mL mannitol, and (c) a sweetener; wherein, the liquid is homogenous and stable for at least 12 weeks at ambient or refrigerated conditions.

In another aspect, the liquid formulation comprises (a) about 0.5 to about 5 mg/mL enalapril or a pharmaceutically acceptable salt thereof, (b) about 3 to about 10 mg/mL mannitol, (c) about 0.03 to about 0.13 mg/mL colloidal silicon dioxide, and (d) a sweetener; wherein, the liquid is homogenous and stable for at least 12 weeks at ambient or refrigerated conditions.

In certain embodiments, the enalapril is enalapril maleate. In certain embodiments, the liquid formulation comprises about 1 mg/mL enalapril. In certain embodiments, the liquid formulation comprises about 5 mg/mL mannitol. In certain embodiments, the liquid formulation comprises about 6 mg/mL mannitol. In certain embodiments, the liquid formulation comprises about 0.06 mg/mL colloidal silicon dioxide. In certain embodiments, liquid formulation comprises about 1 mg/mL enalapril, about 6 mg/mL mannitol and about 0.06 mg/mL colloidal silicon dioxide.

In certain embodiments, the sweetener is sorbitol. In certain embodiments, the liquid formulation comprises an additional pharmaceutically acceptable excipient. In certain instances, the pharmaceutically acceptable excipient is a flavoring agent or preservative. In certain embodiments, the liquid formulation comprises water as the liquid vehicle. In certain embodiments, the liquid formulation comprises a syrup as the liquid vehicle.

In another aspect, the liquid formulation comprises (a) about 1 mg/ml enalapril or a pharmaceutically acceptable salt thereof, (b) about 6 mg/ml mannitol, (c) about 0.07 mg/ml colloidal silicon dioxide, and (d) a sweetener, wherein the liquid formulation maintains an 80-125% $C_{max}$ of 58 ng/mL following oral administration at a 10 mg enalapril dosage for at least 12 weeks.

In some embodiments, when the liquid formulation is stored at up to 12 weeks at ambient or refrigerated conditions after reconstitution, the liquid formulation provides an 80-125% $C_{max}$ of 58 ng/mL enalapril following oral administration at a 10 mg enalapril dosage. In some embodiments, when the liquid formulation is stored at up to 12 weeks at ambient or refrigerated conditions, the liquid formulation provides an 80-125% $C_{max}$ of 41 ng/mL enalaprilat following oral administration at a 10 mg enalapril dosage.

In some embodiments, when the liquid formulation is stored at up to 12 weeks at ambient or refrigerated conditions after reconstitution, the liquid formulation provides an 80-125% $AUC_{inf}$ of 102.6 h*ng/mL enalapril following oral administration at a 10 mg enalapril dosage. In some embodiments, when the liquid formulation is stored at up to 12 weeks at ambient or refrigerated conditions, the liquid formulation provides an 80-125% $AUC_{inf}$ of 405.3 h*ng/mL enalaprilat following oral administration at a 10 mg enalapril dosage.

**4**

In some embodiments, when the liquid formulation is stored at up to 12 weeks at ambient or refrigerated conditions after reconstitution, the liquid formulation provides an 80-125% $T_{max}$ of 0.87 h for enalapril following oral administration at a 10 mg enalapril dosage. In some embodiments, when the liquid formulation is stored at up to 12 weeks at ambient or refrigerated conditions, the liquid formulation provides an 80-125% $T_{max}$ of 3.45 h for enalaprilat following oral administration at a 10 mg enalapril dosage.

Also provided herein are processes for preparing an enalapril oral liquid formulation. In one aspect, the process comprises the steps of (i) providing an uniform powder comprising about 10 to about 20% (w/w) enalapril or a pharmaceutically acceptable salt thereof, about 60 to about 90% (w/w) mannitol, and about 0.5 to about 1% (w/w) colloidal silicon dioxide in a bottle; (ii) adding an amount of sweetener in liquid syrup form; (iii) shaking the liquid formulation for at least 10 seconds; (iv) adding a second amount of sweetener in liquid syrup form; (v) shaking the liquid formulation for at least 10 seconds; and (vi) allowing the formulation in the bottle to stand for at least one hour to allow bubble dissipation.

Also provided herein are methods of treating hypertension or heart failure comprising administering to a patient in need thereof an oral liquid formulation reconstituted from an enalapril powder as described herein. In one embodiment, the patient is a child. In another embodiment, the patient is elderly.

INCORPORATION BY REFERENCE

All publications, patents, and patent applications mentioned in this specification are herein incorporated by reference to the same extent as if each individual publication, patent, or patent application was specifically and individually indicated to be incorporated by reference.

BRIEF DESCRIPTION OF THE DRAWINGS

The novel features of the invention are set forth with particularity in the appended claims. A better understanding of the features and advantages of the present invention will be obtained by reference to the following detailed description that sets forth illustrative embodiments, in which the principles of the invention are utilized, and the accompanying drawings of which:

FIG. **1**: Scaled-up enalapril powder composition A blended for 60 minutes showing formulation of balls and segregation.

FIG. **2**: Reconstitution of various enalapril powder compositions: enalapril and mannitol (2A), neat enalapril (2B), and enalapril, mannitol and colloidal silicon dioxide (2C).

FIG. **3**: Mean enalapril concentration-time profiles (linear, top; log, bottom) after administration of test formulation—fasted (Treatment A), reference product—fasted (Treatment B), and test formulation—fed (Treatment C).

FIG. **4**: Mean enalaprilat concentration-time profiles (linear, top; log, bottom) after administration of test formulation—fasted (Treatment A), reference product—fasted (Treatment B), and test formulation—fed (Treatment C).

DETAILED DESCRIPTION OF THE INVENTION

Provided herein are stable enalapril powder compositions for oral liquid administration. Also provided herein are stable enalapril oral liquid compositions. These enalapril compositions described herein are useful for the treatment of hypertension, heart failure as well as ventricular dysfunction. The

ANNENAL00005476

US 8,568,747 B1

5

compositions are advantageous over conventional solid dosage administration of enalapril ranging from ease of administration, better absorption, accessibility to additional patient populations such as to children and the elderly, and an increased patient compliance to medication.

It is generally known that certain segments of the population have difficulty ingesting and swallowing solid oral dosage forms such as tablets and capsules. As many as a quarter of the total population has this difficulty. Often, this leads to non-compliance with the recommended medical therapy with the solid dosage forms, thereby resulting in rending the therapy ineffective. Further, solid dosage forms are not recommended for children or elderly due to increased risk in choking.

For enalapril, the current solution to overcoming the use of the tablet form is for a compounding pharmacist to pulverize and crush the enalapril tablet(s) into a powder via mortar and pestle and reconstitute the powder in some liquid form. However forming a enalapril oral liquid in this fashion has significant drawbacks including large variability in the actual dosage, incomplete solubilizing of the enalapril tablet in the liquid, rapid instability, inconsistent formulation methods per compounding pharmacy, and a number other potential issues. The crushed tablet liquid formulation may also be potentially unsafe due to contamination with residual drugs and other substances from the mortar and pestle or other crushing agent.

The present embodiments provide a safe and effective oral administration of enalapril for the treatment of hypertension and other disorders. In particular, the embodiments provide stable enalapril oral liquid compositions as well as enalapril powder compositions for oral liquid administration.

As used herein, "enalapril" refers to enalapril base, its salt, or solvate or derivative or isomer or polymorph thereof. Suitable compounds include the free base, the organic and inorganic salts, isomers, isomer salts, solvates, polymorphs, complexes etc. U.S. Pat. Nos. 4,374,829; 4,472,380 and 4,510,083 disclose exemplary methods in the preparation of enalapril. In some embodiments, the enalapril used in the compositions described herein is an enalapril salt. In some instances, the enalapril salt is enalapril maleate. In other instances, the enalapril salt is in the form of enalapril sodium.

Other ACE inhibitors are contemplated in the formulations within and include but are not limited to quinapril, indolapril, ramipril, perindopril, lisinopril, benazepril, imidapril, zofenopril, trandolapril, fosinopril, captopril, and their salts, solvates, derivatives, polymorphs, complexes, thereof.

Enalapril Powder Compositions

In one aspect, enalapril powder compositions herein comprise enalapril and mannitol as a stabilizing agent. By itself, enalapril is temperature stable under dry or stable conditions. However, when mixed in a matrix such as in a tablet with additional excipients, enalapril is unstable and can degrade to an unwanted cyclized diketopiperazine (DKP).



Enalapril

6

-continued



Diketopiperazine

It is contemplated that lactose in enalapril solid tablet formulations aid in preventing degradation to diketopiperazine and/or other related substances. However, surprisingly, as shown in Example 1, powder blends of lactose with enalapril showed the greatest degradation whereas enalapril/mannitol powder was most stable under accelerated conditions. This was also observed for the prepared solutions from the powder blends (Example 2).

In some embodiments, enalapril is present in about 1% w/w to about 30% w/w of the powder composition. In some embodiments, enalapril is present in about 2% w/w to about 25% w/w, about 5% w/w to about 20% w/w, about 7% w/w to about 18% w/w, about 10% w/w to about 16% w/w, or about 12% w/w to about 15% w/w of the powder composition. In other embodiments, enalapril is present in about 1% w/w, about 2% w/w, about 3% w/w, about 4% w/w, about 5% w/w, about 6% w/w, about 7% w/w, about 8% w/w, about 9% w/w, about 10% w/w, about 11% w/w, about 12% w/w, about 13% w/w, about 14% w/w, about 15% w/w, about 16% w/w, about 17% w/w, about 18% w/w, about 19% w/w, about 20% w/w, about 21% w/w, about 22% w/w, about 23% w/w, about 24% w/w, about 25% w/w, about 26% w/w, about 27% w/w, about 28% w/w, about 29% w/w or about 30% w/w of the powder composition. In certain embodiments, enalapril is present in about 1% w/w of the powder composition. In certain other embodiments, enalapril is present in about 2% w/w of the powder composition. In certain other embodiments, enalapril is present in about 10% w/w of the powder composition. In certain other embodiments, enalapril is present in about 14% w/w of the powder composition. In certain other embodiments, enalapril is present in about 15% w/w of the powder composition. In certain other embodiments, enalapril is present in about 20% w/w of the powder composition.

In some embodiments, mannitol is present in about 60% w/w to about 99% w/w of the powder composition. In some embodiments, mannitol is present in about 65% w/w to about 95% w/w, about 70% w/w to about 90% w/w or about 75% w/w to about 85% w/w of the powder composition. In other embodiments, mannitol is present in about 99% w/w, about 98% w/w, about 97% w/w, about 96% w/w, about 95% w/w, about 94% w/w, about 93% w/w, about 92% w/w, about 91% w/w, about 90% w/w, about 89% w/w, about 88% w/w, about 87% w/w, about 86% w/w, about 85% w/w, about 84% w/w, about 83% w/w, about 82% w/w, about 81% w/w, about 80% w/w, about 79% w/w, about 78% w/w, about 77% w/w, about 76% w/w, about 75% w/w, about 74% w/w, about 73% w/w, about 72% w/w, about 71% w/w, about 70% w/w, about 69% w/w, about 68% w/w, about 67% w/w, about 66% w/w, about 65% w/w, about 64% w/w, about 63% w/w, about 62% w/w, about 61% w/w or about 60% w/w of the powder composition. In certain embodiments, mannitol is present in about 1% w/w of the powder composition. In certain other embodiments, mannitol is present in about 99% w/w of the powder

ANNENAL00005477

US 8,568,747 B1

7

composition. In certain other embodiments, mannitol is present in about 90% w/w of the powder composition. In certain other embodiments, mannitol is present in about 85% w/w of the powder composition. In certain other embodiments, mannitol is present in about 80% w/w of the powder composition. In certain other embodiments, mannitol is present in about 70% w/w of the powder composition. In certain other embodiments, mannitol is present in about 60% w/w of the powder composition.

In further embodiments, the enalapril powder compositions herein comprises additional excipients including, but not limited to, buffering agents, glidants, preservatives, sweeteners, flavoring agents, coloring agents and thickeners. Additional excipients such as bulking agents, tonicity agents and chelating agents are within the scope of the embodiments.

Buffering agents maintain the pH when enalapril powder compositions are reconstituted into a liquid form. Non-limiting examples of buffering agents include, but are not limited to, sodium bicarbonate, potassium bicarbonate, magnesium hydroxide, magnesium lactate, magnesium glucomate, aluminum hydroxide, aluminum hydroxide/sodium bicarbonate co precipitate, a mixture of an amino acid and a buffer, a mixture of aluminum glycinate and a buffer, a mixture of an acid salt of an amino acid and a buffer, and a mixture of an alkali salt of an amino acid and a buffer. Additional buffering agents include sodium citrate, sodium tartarate, sodium acetate, sodium carbonate, sodium polyphosphate, potassium polyphosphate, sodium pyrophosphate, potassium pyrophosphate, disodium hydrogenphosphate, dipotassium hydrogenphosphate, trisodium phosphate, tripotassium phosphate, sodium acetate, potassium metaphosphate, magnesium oxide, magnesium hydroxide, magnesium carbonate, magnesium silicate, calcium acetate, calcium glycerophosphate, calcium chloride, calcium hydroxide, calcium lactate, calcium carbonate, calcium bicarbonate, and other calcium salts. Some buffering agents may impart effervescent qualities when a powder is reconstituted in a solution. In some embodiments, the enalapril powder compositions described herein comprise a buffering agent.

Glidants are substances that improve flowability of a powder. Suitable glidants include, but are not limited to, calcium phosphate tribasic, calcium silicate, cellulose (powdered), colloidal silicon dioxide, magnesium silicate, magnesium trisilicate, silicon dioxide, starch, talc and the like. In some embodiments, the enalapril powder compositions described herein comprise a glidant. In certain instances, enalapril powder compositions described herein comprise colloidal silicon dioxide.

Preservatives include anti-microbials, anti-oxidants, and agents that enhance sterility. Exemplary preservatives include ascorbic acid, ascorbyl palmitate, BHA, BHT, citric acid, erythorbic acid, fumaric acid, malic acid, propyl gallate, sodium ascorbate, sodium bisulfate, sodium metabisulfite, sodium sulfite, parabens (methyl-, ethyl-, butyl-), benzoic acid, potassium sorbate, vanillin, and the like. In some embodiments, the enalapril powder compositions described herein comprise a preservative.

Sweeteners or sweetening agents include any compounds that provide a sweet taste. This includes natural and synthetic sugars, natural and artificial sweeteners, natural extracts and any material that initiates a sweet sensation in a subject. In some embodiments, the enalapril powder compositions described herein comprise a sweetener. Solid, powder sweeteners, in some embodiments, are blended with the enalapril powder compositions described herein. In other embodi-

8

ments, sweeteners in liquid form referred to as syrups are used to solvate or dissolve the enalapril powder compositions described herein.

Sugars illustratively include glucose, fructose, sucrose, xylitol, tagatose, sucralose, maltitol, isomaltulose, Isomalt™ (hydrogenated isomaltulose), lactitol, sorbitol, mannitol, erythritol, trehalose, maltodextrin, polydextrose, and the like. Other sweeteners illustratively include glycerin, inulin, erythritol, maltol, acesulfame and salts thereof, e.g., acesulfame potassium, alitame, aspartame, neotame, sodium cyclamate, saccharin and salts thereof, e.g., saccharin sodium or saccharin calcium, neohesperidin dihydrochalcone, stevioside, thaumatin, and the like. Sweeteners can be used in the form of crude or refined products such as hydrogenated starch hydrolysates, maltitol syrup, high fructose corn syrup, etc., and as branded products, e.g., Sweet Am™ liquid (Product Code 918.003—propylene glycol, ethyl alcohol, and proprietary artificial flavor combination, Flavors of North America) and Sweet Am™ powder (Product Code 918.005—maltodextrin, sorbitol, and fructose combination and Product Code 918.010—water, propylene glycol, sorbitol, fructose, and proprietary natural and artificial flavor combination, Flavors of North America), ProSweet™ (1-10% proprietary plant/vegetable extract and 90-99% dextrose combination, Virginia Dare), Maltisweet™ (maltitol solution, Ingredion) and Sorbo™ (sorbitol and sorbitol/xylitol solution, SPI Polyols), Invertose™ (high fructose corn syrup, Ingredion) and Ora-Sweet® sugar-free flavored syrup (Paddock Laboratories, Inc.). Sweeteners can be used singly or in combinations of two or more. Suitable concentrations of different sweeteners can be selected based on published information, manufacturers' data sheets and by routine testing. In certain instances, an above-described syrup is used to solvate or dissolve the enalapril powder compositions described herein. In further instances, Ora-Sweet® sugar-free flavored syrup is used to solvate or dissolve the enalapril powder compositions described herein.

In some embodiments, the sweetener imparts a sweet sensation equivalent to an about 50% to about 95% w/v sucrose in water. In some embodiments, the sweetener imparts a sweet sensation equivalent to an about 50% w/v, about 55% w/v, about 60% w/v, about 65% w/v, about 70% w/v, about 75% w/v, about 85% w/v (e.g., simple syrup NF), about 90% w/v, or about 95% w/v sucrose in water. In some embodiments, the sweetener imparts a sweet sensation equivalent to an about 60% to about 80% w/v sorbitol in water. In some embodiments, the sweetener imparts a sweet sensation equivalent to an about 60% w/v, about 65% w/v, about 70% w/v, about 75% w/v or about 80% w/v sorbitol in water. In some embodiments, the sweetener imparts a sweet sensation equivalent to an about 64% w/v sorbitol in water.

In another embodiment, the enalapril powder compositions comprise a flavoring agent or flavorant to enhance the taste or aroma of the composition in liquid form. Suitable natural or synthetic flavoring agents can be selected from standard reference books, for example Fenaroli's Handbook of Flavor Ingredients, 3rd edition (1995). Non-limiting examples of suitable natural flavors, some of which can readily be simulated with synthetic agents or combinations thereof, include almond, anise, apple, apricot, bergamot, blackberry, blackcurrant, blueberry, cacao, caramel, cherry, cinnamon, clove, coffee, coriander, cranberry, cumin, dill, eucalyptus, fennel, fig, ginger, grape, grapefruit, guava, hop, lemon, licorice, lime, malt, mandarin, molasses, nutmeg, orange, peach, pear, peppermint, pineapple, raspberry, rose, spearmint, strawberry, tangerine, tea, vanilla, wintergreen, etc. Also useful, particularly where the composition is

ANNENAL00005478

US 8,568,747 B1

9
10

intended primarily for pediatric use, is tutti-frutti or bubble-gum flavor, a compounded flavoring agent based on fruit flavors. Presently preferred flavoring agents include anise, cinnamon, cacao, orange, peppermint, cherry (in particular wild cherry), grape, bubblegum and vanilla. In some embodiments, the enalapril powder compositions described herein comprise a wild cherry flavoring agent. Flavoring agents can be used singly or in combinations of two or more.

In further embodiments, the enalapril powder compositions comprise a coloring agent for identity and/or aesthetic purposes of the resultant liquid form. Suitable coloring agents illustratively include FD&C Red No. 3, FD&C Red No. 20, FD&C Red No. 40, FD&C Yellow No. 6, FD&C Blue No. 2, D&C Green No. 5, D&C Orange No. 5, caramel, ferric oxide and mixtures thereof.

Thickeners impart viscosity or weight to the resultant liquid forms from the enalapril compositions described herein. Exemplary thickeners include dextrin, cellulose derivatives (ethylcellulose, hydroxyethyl cellulose, methylcellulose, hypromellose, and the like) starches, pectin, polyethylene glycol, polyethylene oxide, trehalose and certain gums (xanthan gum, locust bean gum, etc.). In certain embodiments, the enalapril powder compositions comprise a thickener.

Additional excipients are contemplated in the enalapril powder composition embodiments. These additional excipients are selected based on function and compatibility with the enalapril powder compositions described herein and may be found, for example in *Remington: The Science and Practice of Pharmacy*, Nineteeth Ed (Easton, Pa.: Mack Publishing Company, 1995); Hoover, John E., *Remington's Pharmaceutical Sciences*, (Easton, Pa.: Mack Publishing Co 1975); Liberman, H. A. and Lachman, L., Eds., *Pharmaceutical Dosage Forms* (New York, N.Y.: Marcel Decker 1980); and *Pharmaceutical Dosage Forms and Drug Delivery Systems*, Seventh Ed (Lippincott Williams & Wilkins 1999), herein incorporated by reference in their entirety.

In certain embodiments, an additional excipient is present in about 1% w/w to about 30% w/w of the enalapril powder composition. In certain embodiments, an additional excipient is present in about 2% w/w to about 25% w/w, about 5% w/w to about 20% w/w, about 7% w/w to about 15% w/w or about 10% w/w to about 12% w/w of the enalapril powder composition. In other embodiments, an additional excipient is present in about 1% w/w, about 2% w/w, about 3% w/w, about 4% w/w, about 5% w/w, about 6% w/w, about 7% w/w, about 8% w/w, about 9% w/w, about 10% w/w, about 11% w/w, about 12% w/w, about 13% w/w, about 14% w/w, about 15% w/w, about 16% w/w, about 17% w/w, about 18% w/w, about 19% w/w, about 20% w/w, about 21% w/w, about 22% w/w, about 23% w/w, about 24% w/w, about 25% w/w, about 26% w/w, about 27% w/w, about 28% w/w, about 29% w/w or about 30% w/w of the enalapril powder composition.

Preparation of Enalapril Powder Compositions

Preparation of enalapril powder compositions described herein includes any known pharmaceutical method. In one embodiment, the enalapril powder compositions described herein are prepared by a granulation method. In an exemplary granulation method, enalapril is dissolved in water or a solution (e.g., sodium bicarbonate) which is subsequently sprayed onto mannitol. The wetted material is then dried via heat (e.g., 40°-60° C. oven) or air-dried. The dried granulation is then passed through a 40-mesh screen, for example.

In another embodiment, the enalapril powder compositions described herein are prepared by a direct blend method. In one example, enalapril is blended with mannitol along with any other excipients in a dry mixer or blender. In certain instances, the powders are passed through a mesh screen prior

to and/or after mixing. The dry blend is facilitated by conventional large-scale mixing equipment such as rotating-shell mixers (e.g., drum-type, cubical shaped, double-cone and twin-shell blender), fixed-shell (ribbon) mixers, sigma-blade and planetary paddle mixers, vertical impeller mixers and motionless mixers. The mixing is performed to blend uniformity of the enalapril powder compositions described herein. In embodiments with additional excipients, mixing methods can include all components together or incorporate certain components together first with other components subsequently added.

In an additional embodiment, the enalapril powder compositions described herein additionally comprise colloidal silicon dioxide in scale-up preparation. Although colloidal silicon dioxide has been reported to decrease stability of enalapril, (Rezende et al., Stability and Compatibility Study on Enalapril Maleate using Thermoanalytical Techniques, *J. Thermal Anal*. & *Calorimetry,* 2008 (93) 881-886), the addition of colloidal silicon dioxide surprisingly aided in the uniformity of the blend and the bottle content as well as in preparation of the liquid form (see Example 4).

In some embodiments, colloidal silicon dioxide is present in about 0.1% w/w to about 2% w/w of the powder composition. In some embodiments, colloidal silicon dioxide is present in about 0.1% w/w to about 2% w/w, about 0.2% w/w to about 1.7% w/w, about 0.3% w/w to about 1.5%, about 0.4% w/w to about 1.2% or about 0.5 w/w to about 1.0% w/w of the powder composition. In other embodiments, colloidal silicon dioxide is present in about 0.1% w/w, about 0.2% w/w, about 0.3% w/w, about 0.4% w/w, about 0.5% w/w, about 0.6% w/w, about 0.7% w/w, about 0.8% w/w, about 0.9% w/w, about 1.0% w/w, about 1.1% w/w, about 1.2% w/w, about 1.3% w/w, about 1.4% w/w, about 1.5% w/w, about 1.6% w/w, about 1.7% w/w, about 1.8% w/w, about 1.9% w/w or about 2.0% w/w of the powder composition. In certain embodiments, colloidal silicon dioxide is present in about 0.1% w/w of the powder composition. In certain other embodiments, colloidal silicon dioxide is present in about 0.5% w/w of the powder composition. In certain other embodiments, colloidal silicon dioxide is present in about 1.0% w/w of the powder composition. In certain other embodiments, colloidal silicon dioxide is present in about 1.2% w/w of the powder composition. In certain other embodiments, colloidal silicon dioxide is present in about 1.5% w/w of the powder composition. In certain other embodiments, colloidal silicon dioxide is present in about 1.7% w/w of the powder composition. In certain other embodiments, colloidal silicon dioxide is present in about 2.0% w/w of the powder composition.

Stability of Enalapril Powder Compositions

The enalapril powder compositions described herein are stable in various storage conditions including refrigerated, ambient and accelerated conditions. Stable as used herein refer to enalapril powder compositions having about 95% enalapril and about 5% or less total impurities or substances at the end of a given storage period. Stability is assessed by HPLC or any other known testing method. In some embodiments, the stable enalapril powder compositions have about 5%, about 4%, about 3%, about 2.5%, about 2%, about 1.5%, about 1%, or about 0.5% total impurities or substances. In other embodiments, the stable enalapril powder compositions have about 5% total impurities or substances. In yet other embodiments, the stable enalapril powder compositions have about 4% total impurities or substances. In yet other embodiments, the stable enalapril powder compositions have about 3% total impurities or substances. In yet other embodiments, the stable enalapril powder compositions have about 2% total

US 8,568,747 B1

**11**

impurities or substances. In yet other embodiments, the stable enalapril powder compositions have about 1% total impurities or substances. In further embodiments, the stable enalapril powder compositions have about 95%, about 96%, about 97%, about 98% or about 99% enalapril at the end of a given storage period.

At refrigerated and ambient conditions, the enalapril powder compositions described herein are stable for at least 1 month, at least 2 months, at least 3 months, at least 6 months, at least 9 months, at least 12 months, at least 15 months, at least 18 months, at least 24 months, at least 30 months and at least 36 months. At accelerated conditions, the enalapril powder compositions described herein are stable for at least 1 month, at least 2 months, at least 3 months, at least 4 months, at least 5 months, at least 6 months, at least 7 months, at least 8 months, at least 9 months, at least 10 months, at least 11 months or at least 12 months. Accelerated conditions include temperature and/or relative humidity (RH) that are above ambient levels (e.g. 25±5° C.; 55±10% RH). In some instances, an accelerated condition is at about 30° C., about 35° C., about 40° C., about 45° C., about 50° C., about 55° C. or about 60° C. In other instances, an accelerated condition is above 65% RH, about 70% RH, about 75% RH or about 80% RH. In further instances, an accelerated condition is about 40° C. or 60° C. at ambient humidity. In yet further instances, an accelerated condition is about 40° C. at 75±5% RH humidity. Ambient conditions include temperature and/or relative humidity (RH) that are at ambient levels (e.g. 25±5° C.; 55±10% RH). In some instances, an ambient condition is at about 20° C., about 21° C., about 22° C., about 23° C., about 24° C., about 25° C., about 26° C., about 27° C., about 28° C., about 29° C., or about 30° C. In other instances, an ambient condition is about 45% RH, about 50% RH, about 55% RH, about 60% RH or about 65% RH. Refrigerated conditions include temperature and/or relative humidity (RH) in typical refrigeration units (e.g., 5±3° C.). In some instances, a refrigerated condition is at about 2° C., about 3° C., about 4° C., about 5° C., about 6° C., about 7° C. or about 8° C. In other instances, a refrigerated condition is about 4° C.

Enalapril Oral Liquid Compositions

In another aspect, enalapril powder compositions described herein are useful for the preparation or reconstitution of an enalapril oral liquid. Oral liquids include, but are not limited to, solutions (both aqueous and nonaqueous), suspensions, emulsions, syrups, slurries, juices, elixirs, dispersions, and the like. It is envisioned that solution/suspensions are also included where certain components of the enalapril powder compositions described herein are in a solution while other components are in a suspension. By way of illustrative example only, when an enalapril powder composition comprising enalapril, mannitol and an excipient such as colloidal silicon dioxide or a powdered cellulose is dissolved in water or other aqueous solvent, the enalapril and mannitol are in solution whereas the colloidal silicon dioxide or powdered cellulose would form a suspension in the aqueous environment. In some embodiments, the enalapril oral liquid compositions are solutions. In other embodiments, the enalapril oral liquid compositions are suspensions. In yet other embodiments, the enalapril oral liquid compositions are solution/suspensions.

Liquid vehicles suitable for the enalapril powder compositions described herein are selected for a particular oral liquid composition (solution, suspension, etc.) as well as other qualities such as clarity, toxicity, viscosity, compatibility with excipients, chemical inertness, palatability, odor, color and economy. Exemplary liquid vehicles include water, ethyl alcohol, glycerin, propylene glycol, syrup (sugar or other

**12**

sweetener based, e.g., Ora-Sweet® SF sugar-free flavored syrup), juices (apple, grape, orange, cranberry, cherry, tomato and the like), other beverages (tea, coffee, soft drinks, milk and the like), oils (olive, soybean, corn, mineral, castor and the like), and combinations or mixtures thereof. Certain liquid vehicles, e.g., oil and water, can be combined together to form emulsions. In some embodiments, water is used for a vehicle for an enalapril oral liquid. In other embodiments, a syrup is used for as a vehicle for an enalapril oral liquid. In yet other embodiments, a juice is used for as a vehicle for an enalapril oral liquid.

The enalapril liquids prepared from the powder compositions described herein, in some embodiments, are homogenous. Homogenous liquids as used herein refer to those liquids that are uniform in appearance, identity, consistency and drug concentration per volume. Non-homogenous liquids include such liquids that have varied coloring, viscosity and/or aggregation of solid particulates, as well as non-uniform drug concentration in a given unit volume. Homogeneity in liquids is assessed by qualitative identification or appearance tests and/or quantitative HPLC testing or the like. Such exemplary tests include visual inspection of the resultant liquid for air bubbles and/or undissolved solids which may cause variable dosing. Analytical HPLC testing can also determine drug concentration uniformity by examining aliquots of certain volume sections (e.g., 5 or 10 mL from the top, middle and bottom of a 150 mL bottle). The mixing methods and excipients described herein are selected to impart a homogenous quality to a resultant enalapril liquid.

Mixing methods encompass any type of mixing that results in a homogenous enalapril liquid composition. In some embodiments, a quantity of an enalapril powder composition is added to a liquid vehicle and then mixed by a stirring, shaking, swirling, agitation element or a combination thereof. In certain instances, a fraction of an enalapril powder composition (i.e., one-half, one-third, one-fourth, etc.) is added to a liquid vehicle, mixed by stirring, shaking, swirling, agitation or a combination thereof, and the subsequent powder fraction(s) is added and mixed. In other embodiments, a liquid vehicle is added to an enalapril powder composition in a container, for example, a bottle, vial, bag, beaker, syringe, or the like. The container is then mixed by stirring, shaking, swirling, agitation, inversion or a combination thereof. In certain instances, a fractional volume of the liquid vehicle (i.e., one-half, one-third, one-fourth volume, etc.) is added to an enalapril powder composition in a container, mixed by stirring, shaking, swirling, agitation, inversion or a combination thereof; and the subsequent liquid fraction(s) is added and mixed. In certain instances, a one-half fractional volume of the liquid vehicle is added to an enalapril powder composition in a container and mixing by shaking; the other one-half fractional volume of the liquid vehicle is then subsequently added and mixed. In any of the above embodiments, mixing (i.e., stirring, shaking, swirling, agitation, inversion or a combination thereof) occurs for a certain time intervals such as about 10 seconds, about 20 seconds, about 30 seconds, about 45 seconds, about 60 seconds, about 90 seconds, about 120 seconds, about 2.5 minutes, about 3 minutes, about 3.5 minutes, about 4 minutes, or about 5 minutes. In embodiments, where there are two or more mixing steps, the time intervals for each mixing can be the same (e.g., 2×10 seconds) or different (e.g., 10 seconds for first mixing and 20 seconds for second mixing). In any of the above embodiments, an enalapril liquid composition is allowed to stand for a period of time such as about 10 minutes, about 20 minutes, about 30 min-

US 8,568,747 B1

**13**

utes, about 45 minutes, about 1 hour, about 1.5 hours or about 2 hours, to allow any air bubbles resultant from any of the mixing methods to dissipate.

Stability of Enalapril Oral Liquid Compositions

The enalapril oral liquid compositions described herein are stable in various storage conditions including refrigerated and ambient conditions. Stable as used herein refer to enalapril oral liquid compositions having at least about 90% enalapril and 5% or less total impurities or substances at the end of a given storage period. Stability is assessed by HPLC or any other known testing method. In some embodiments, the stable enalapril oral liquid compositions have about 5%, about 4%, about 3%, about 2.5%, about 2%, about 1.5%, about 1%, or about 0.5% total impurities or substances. In other embodiments, the stable enalapril oral liquid compositions have about 5% total impurities or substances. In yet other embodiments, the stable enalapril oral liquid compositions have about 4% total impurities or substances. In yet other embodiments, the stable enalapril oral liquid compositions have about 3% total impurities or substances. In yet other embodiments, the stable enalapril oral liquid compositions have about 2% total impurities or substances. In yet other embodiments, the stable enalapril oral liquid compositions have about 1% total impurities or substances. In further embodiments, the stable enalapril oral liquid compositions have at least about 90%, at least about 91%, at least about 92%, at least about 93%, or at least about 94% enalapril at the end of a given storage period.

At refrigerated and ambient conditions, in some embodiments, the enalapril oral liquid compositions described herein are stable for at least 1 week, 2 weeks, 4 weeks, 6 weeks, 8 weeks, 10 weeks, 12 weeks, 16 weeks, 20 weeks, at least 24 weeks, at least 30 weeks, or at least 36 weeks. In other embodiments, the enalapril oral liquid compositions described herein are stable at refrigerated and ambient conditions for at least 12 weeks. Ambient conditions include temperature and/or relative humidity (RH) that are at ambient levels (e.g. 25±5° C.; 55±10% RH). In some instances, an ambient condition is at about 20° C., about 21° C., about 22° C., about 23° C., about 24° C., about 25° C., about 26° C., about 27° C., about 28° C., about 29° C., or about 30° C. In other instances, an ambient condition is about 45% RH, about 50% RH, about 55% RH, about 60% RH or about 65% RH. Refrigerated conditions include temperature and/or relative humidity (RH) in typical refrigeration units (e.g., 5±3° C.). In some instances, a refrigerated condition is at about 2° C., about 3° C., about 4° C., about 5° C., about 6° C., about 7° C. or about 8° C. In other instances, a refrigerated condition is at about 4° C.

In further embodiments, the stable enalapril oral liquid compositions described herein that are stored at ambient or refrigerated conditions for a give storage period after reconstitution provide similar, consistent or equivalent pharmacokinetic parameters as an enalapril oral liquid composition that is formulated prior to administration to a subject (i.e., freshly made). In other words, the enalapril oral liquid compositions described herein have stability after a storage period to provide similar, consistent or equivalent pharmacokinetic parameters as a freshly made enalapril oral liquid composition. For example, a 12 week stable enalapril oral liquid composition provides similar, consistent or equivalent pharmacokinetic parameters as an enalapril oral liquid composition made five minutes prior administration. Pharmacokinetic parameters include $C_{max}$, $T_{max}$, $AUC_{last}$ $AUC_{inf}$ $T_{1/2}$, $C_{last}$ for enalapril and/or enalaprilat and exemplary values are obtained and described in Example 7. In some instances, the stable enalapril oral liquid compositions described herein

**14**

provide within 80% to 125%, 80% to 120%, 85% to 125%, 90% to 110% pharmacokinetic parameters of a freshly made enalapril oral liquid composition when the stable composition is stored at least 1 week, 2 weeks, 4 weeks, 6 weeks, 8 weeks, 10 weeks, 12 weeks, 16 weeks, 20 weeks, at least 24 weeks, at least 30 weeks, or at least 36 weeks after reconstitution. In other instances, the stable enalapril oral liquid compositions described herein provide within 80% to 125%, 80% to 120%, 85% to 125%, 90% to 110% pharmacokinetic parameters of a freshly made enalapril oral liquid composition when the stable composition is stored for 12 weeks after reconstitution.

Kits and Articles of Manufacture

For the enalapril powder and liquid compositions described herein, kits and articles of manufacture are also described. Such kits can comprise a carrier, package, or container that is compartmentalized to receive one or more containers such as vials, tubes, and the like, each of the container(s) comprising one of the separate elements to be used in a method described herein including an enalapril powder or liquid composition. Suitable containers include, for example, bottles, vials, syringes, and test tubes. The containers can be formed from a variety of materials such as glass or plastic.

A kit will typically may comprise one or more additional containers, each with one or more of various materials (such as reagents, optionally in concentrated form, and/or devices) desirable from a commercial and user standpoint for an enalapril powder or liquid composition described herein. Non-limiting examples of such materials include, but not limited to, buffers, diluents, filters, needles, syringes; carrier, package, container, vial and/or tube labels listing contents and/or instructions for use, and package inserts with instructions for use associated with an enalapril powder or liquid composition. A set of instructions will also typically be included.

A label can be on or associated with the container. A label can be on a container when letters, numbers or other characters forming the label are attached, molded or etched into the container itself; a label can be associated with a container when it is present within a receptacle or carrier that also holds the container, e.g., as a package insert. A label can be used to indicate that the contents are to be used for a specific therapeutic application. The label can also indicate directions for use of the contents, such as in the methods described herein.

Methods

Provided herein, in one aspect, are methods of treatment comprising administration of the enalapril oral liquid compositions described herein to a subject. In some embodiments, the enalapril oral liquid compositions described herein treat hypertension in a subject. Hypertension as used herein includes both primary (essential) hypertension or secondary hypertension. In certain instances, hypertension is classified in cases when blood pressure values are greater than or equal to 140/90 (systolic/diastolic) mm Hg in a subject. In certain instances, the enalapril oral liquid compositions described herein treat a subject having a blood pressure values are greater than or equal to 140/90 mm Hg. In certain instances, the enalapril oral liquid compositions described herein treat primary (essential) hypertension in a subject. In other instances, the enalapril oral liquid compositions described herein treat secondary hypertension in a subject.

In other embodiments, the enalapril oral liquid compositions described herein treat prehypertension in a subject. Prehypertension as used herein refers to cases where a subject's blood pressure is elevated above normal but not to the level considered to be hypertension. In some instances, prehypertension is classified in cases when blood pressure values are

ANNENAL00005481

US 8,568,747 B1

15

120-139/80-89 mm Hg. In certain instances, the enalapril oral liquid compositions described herein treat a subject having a blood pressure values of 120-139/80-89 mm Hg.

In yet other embodiments, the enalapril oral liquid compositions described herein are prophylactically administered to subjects suspected of having, predisposed to, or at risk of developing hypertension. In some embodiments, the administration of enalapril oral liquid compositions described herein allow for early intervention prior to onset of hypertension. In certain embodiments, upon detection of a biomarker, environmental, genetic factor, or other marker, the enalapril oral liquid compositions described herein are prophylactically administered to subjects.

In further embodiments, the enalapril oral liquid compositions described herein treat heart failure (e.g., symptomatic congestive), asymptomatic left ventricular dysfunction, myocardial infarction, diabetic nephropathy and chronic renal failure. In certain instances, the enalapril oral liquid compositions described herein treat symptomatic congestive heart failure. In other instances, the enalapril oral liquid compositions described herein treat asymptomatic left ventricular dysfunction. In further instances, the enalapril oral liquid compositions described herein treat myocardial infarction. In yet further instances, the enalapril oral liquid compositions described herein treat diabetic nephropathy. In yet further instances, the enalapril oral liquid compositions described herein treat chronic renal failure.

Dosing

In one aspect, the enalapril oral liquid compositions are used for the treatment of diseases and conditions described herein. In addition, a method for treating any of the diseases or conditions described herein in a subject in need of such treatment, involves administration of enalapril oral liquid compositions in therapeutically effective amounts to said subject.

Dosages of enalapril oral liquid compositions described can be determined by any suitable method. Maximum tolerated doses (MTD) and maximum response doses (MRD) for enalapril and/or enalaprilat can be determined via established animal and human experimental protocols as well as in the examples described herein. For example, toxicity and therapeutic efficacy of enalapril and/or enalaprilat can be determined by standard pharmaceutical procedures in cell cultures or experimental animals, including, but not limited to, for determining the $LD_{50}$ (the dose lethal to 50% of the population) and the $ED_{50}$ (the dose therapeutically effective in 50% of the population). The dose ratio between the toxic and therapeutic effects is the therapeutic index and it can be expressed as the ratio between $LD_{50}$ and $ED_{50}$. Enalapril dosages exhibiting high therapeutic indices are of interest. The data obtained from cell culture assays and animal studies can be used in formulating a range of dosage for use in human. The dosage of such compounds lies preferably within a range of circulating concentrations that include the $ED_{50}$ with minimal toxicity. The dosage may vary within this range depending upon the dosage form employed and the route of administration utilized. Additional relative dosages, represented as a percent of maximal response or of maximum tolerated dose, are readily obtained via the protocols.

In some embodiments, the amount of a given enalapril oral liquid composition that corresponds to such an amount varies depending upon factors such as the particular enalapril salt or form, disease condition and its severity, the identity (e.g., age, weight, sex) of the subject or host in need of treatment, but can nevertheless be determined according to the particular circumstances surrounding the case, including, e.g., the specific

16

agent being administered, the liquid composition type, the condition being treated, and the subject or host being treated.

In some embodiments, the enalapril oral liquid compositions described herein are provided in a dose per day from about 0.01 mg to 100 mg, from about 0.1 mg to about 80 mg, from about 1 to about 60, from about 2 mg to about 40 mg of enalapril. In certain embodiments, the enalapril oral liquid compositions described herein are provided in a daily dose of about 0.01 mg, about 0.05 mg, about 0.1 mg, about 0.2 mg, about 0.4 mg, about 0.6 mg, about 0.8 mg, about 1 mg, about 1.5 mg, about 2 mg, about 2.5 mg, about 3 mg, about 4 mg, about 5 mg, about 6 mg, about 7 mg, about 8 mg, about 9 mg, about 10 mg, about 11 mg, about 12 mg, about 15 mg, about 20 mg, about 25 mg, about 30 mg, about 35 mg, about 40 mg, about 45 mg, about 50 mg, about 55 mg, about 60 mg, about 65 mg, about 70 mg, about 76, about 80 mg, about 85 mg, about 90 mg or about 100 mg, or any range derivable therein. In certain instances, the enalapril oral liquid compositions described herein are provided in a dose per day of about 1 mg. In certain instances, the enalapril oral liquid compositions described herein are provided in a dose per day of about 2 mg. In certain instances, the enalapril oral liquid compositions described herein are provided in a dose per day of about 3 mg. In certain instances, the enalapril oral liquid compositions described herein are provided in a dose per day of about 4 mg. In certain instances, the enalapril oral liquid compositions described herein are provided in a dose per day of about 5 mg. In certain instances, the enalapril oral liquid compositions described herein are provided in a dose per day of about 6 mg. In certain instances, the enalapril oral liquid compositions described herein are provided in a dose per day of about 7 mg. In certain instances, the enalapril oral liquid compositions described herein are provided in a dose per day of about 8 mg. In certain instances, the enalapril oral liquid compositions described herein are provided in a dose per day of about 9 mg. In certain instances, the enalapril oral liquid compositions described herein are provided in a dose per day of about 10 mg. In certain instances, the enalapril oral liquid compositions described herein are provided in a dose per day of about 11 mg. In certain instances, the enalapril oral liquid compositions described herein are provided in a dose per day of about 12 mg. The dose per day described herein can be given once per day or multiple times per day in the form of sub-doses given b.i.d., t.i.d., q.i.d., or the like where the number of sub-doses equal the dose per day.

In further embodiments, the daily dosages appropriate for the enalapril oral liquid compositions described herein are from about 0.01 to about 1.0 mg/kg per body weight. In one embodiment, the daily dosages appropriate for the enalapril oral liquid compositions are from about 0.02 to about 0.8 mg/kg enalapril per body weight. In another embodiment, the daily dosage appropriate for the enalapril oral liquid compositions are from about 0.05 to about 0.6 mg/kg per body weight. In another embodiment, the daily dosage appropriate for the enalapril oral liquid compositions is about 0.05 mg/kg, about 0.06 mg/kg, about 0.07 mg/kg, about 0.08 mg/kg, about 0.10 mg/kg, about 0.15 mg/kg, about 0.20 mg/kg, about 0.25 mg/kg, about 0.30 mg/kg, about 0.40 mg/kg, about 0.50 mg/kg, or about 0.60 mg/kg. In a further embodiment, the daily dosage appropriate for the enalapril oral liquid compositions is about 0.08 mg/kg.

In other embodiments, the enalapril oral liquid compositions are provided at the maximum tolerated dose (MTD) for enalapril and/or enalaprilat. In other embodiments, the amount of the enalapril oral liquid compositions administered is from about 10% to about 90% of the maximum tolerated dose (MTD), from about 25% to about 75% of the MTD, or

ANNENAL00005482

US 8,568,747 B1

17

about 50% of the MTD. In particular embodiments, the amount of the enalapril oral liquid compositions administered is from about 5%, 10%, 15%, 20%, 25%, 30%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, 70%, 75%, 80%, 85%, 90%, 95%, 99%, or higher, or any range derivable therein, of the MTD for enalapril and/or enalaprilat.

In further embodiments, the enalapril oral liquid compositions are provided in a dosage that is similar, comparable or equivalent to a dosage of a known enalapril tablet formulation. In other embodiments, the enalapril oral liquid compositions are provided in a dosage that provides a similar, comparable or equivalent pharmacokinetic parameters (e.g., AUC, $C_{max}$, $T_{max}$, $C_{min}$, $T_{1/2}$) as a dosage of a known enalapril tablet formulation. Similar, comparable or equivalent pharmacokinetic parameters, in some instances, refer to within 80% to 125%, 80% to 120%, 85% to 125%, 90% to 110%, or increments therein, of the given values. It should be recognized that the ranges can, but need not be symmetrical, e.g., 85% to 105%.

Administration

Administration of a enalapril oral liquid composition is at a dosage described herein or at other dose levels and compositions determined and contemplated by a medical practitioner. In certain embodiments, the enalapril oral liquid compositions described herein are administered for prophylactic and/or therapeutic treatments. In certain therapeutic applications, the enalapril oral liquid compositions are administered to a patient already suffering from a disease, e.g., hypertension, in an amount sufficient to cure the disease or at least partially arrest or ameliorate the symptoms, e.g., lower blood pressure. Amounts effective for this use depend on the age of the patient, severity of the disease, previous therapy, the patient's health status, weight, and response to the enalapril compositions, and the judgment of the treating physician. Therapeutically effective amounts are optionally determined by methods including, but not limited to, a dose escalation clinical trial.

In prophylactic applications, the enalapril oral liquid compositions described herein are administered to a patient susceptible to or otherwise at risk of a particular disease, e.g., hypertension. Such an amount is defined to be a "prophylactically effective amount or dose." In this use, the precise amounts also depend on the patient's age, state of health, weight, and the like. When used in a patient, effective amounts for this use will depend on the risk or susceptibility of developing the particular disease, previous therapy, the patient's health status and response to the enalapril compositions, and the judgment of the treating physician.

In certain embodiments wherein the patient's condition does not improve, upon the doctor's discretion the administration of an enalapril oral liquid composition described herein are administered chronically, that is, for an extended period of time, including throughout the duration of the patient's life in order to ameliorate or otherwise control or limit the symptoms of the patient's disease. In other embodiments, administration of an enalapril oral liquid composition continues until complete or partial response of a disease.

In certain embodiments wherein a patient's status does improve, the dose of an enalapril oral liquid composition being administered may be temporarily reduced or temporarily suspended for a certain length of time (i.e., a "drug holiday"). In specific embodiments, the length of the drug holiday is between 2 days and 1 year, including by way of example only, 2 days, 3 days, 4 days, 5 days, 6 days, 7 days, 10 days, 12 days, 15 days, 20 days, 28 days, 35 days, 50 days, 70 days, 100 days, 120 days, 150 days, 180 days, 200 days, 250 days, 280 days, 300 days, 320 days, 350 days, and 365

18

days. The dose reduction during a drug holiday is, by way of example only, by 10%–100%, including by way of example only 10%, 15%, 20%, 25%, 30%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, 70%, 75%, 80%, 85%, 90%, 95%, and 100%.

In some embodiments, enalapril oral liquid compositions described herein are administered chronically. For example, in some embodiments, an enalapril oral liquid composition is administered as a continuous dose, i.e., administered daily to a subject. In some other embodiments, enalapril oral liquid compositions described herein are administered intermittently (e.g. drug holiday that includes a period of time in which the composition is not administered or is administered in a reduced amount).

In some embodiments an enalapril oral liquid composition is administered to a subject who is in a fasted state. A fasted state refers to a subject who has gone without food or fasted for a certain period of time. General fasting periods include at least 4 hours, at least 6 hours, at least 8 hours, at least 10 hours, at least 12 hours, at least 14 hours and at least 16 hours without food. In some embodiments, an enalapril oral liquid composition is administered orally to a subject who is in a fasted state for at least 8 hours. In other embodiments, an enalapril oral liquid composition is administered to a subject who is in a fasted state for at least 10 hours. In yet other embodiments, an enalapril oral liquid composition is administered to a subject who is in a fasted state for at least 12 hours. In other embodiments, an enalapril oral liquid composition is administered to a subject who has fasted overnight.

In other embodiments an enalapril oral liquid composition is administered to a subject who is in a fed state. A fed state refers to a subject who has taken food or has had a meal. In certain embodiments, an enalapril oral liquid composition is administered to a subject in a fed state 5 minutes post-meal, 10 minutes post-meal, 15 minutes post-meal, 20 minutes post-meal, 30 minutes post-meal, 40 minutes post-meal, 50 minutes post-meal, 1 hour post-meal, or 2 hours post-meal. In certain instances, an enalapril oral liquid composition is administered to a subject in a fed state 30 minutes post-meal. In other instances, an enalapril oral liquid composition is administered to a subject in a fed state 1 hour post-meal. In yet further embodiments, an enalapril oral liquid composition is administered to a subject with food.

In further embodiments described herein, an enalapril oral liquid composition is administered at a certain time of day for the entire administration period. For example, an enalapril oral liquid composition can be administered at a certain time in the morning, in the evening, or prior to bed. In certain instances, an enalapril oral liquid composition is administered in the morning. In other embodiments, an enalapril oral liquid composition can be administered at different times of the day for the entire administration period. For example, an enalapril oral liquid composition can be administered on 8:00 am in the morning for the first day, 12 pm noon for the next day or administration, 4 pm in the afternoon for the third day or administration, and so on.

Further Combinations

The treatment of certain diseases or conditions (e.g., hypertension, heart failure, myocardial infarction and the like) in a subject with an enalapril oral liquid composition described herein encompass additional therapies and treatment regimens with other agents in some embodiments. Such additional therapies and treatment regimens can include another therapy, e.g., additional anti-hypertensives, for treatment of the particular disease or condition in some embodiments. Alternatively, in other embodiments, additional therapies and treatment regimens include other agents used to treat adjunct

ANNENAL00005483

19

20

conditions associated with the disease or condition or a side effect from the enalapril oral liquid composition in the therapy.

Additional agents for use in combination with an enalapril oral liquid composition described herein include, but are not limited to, diuretics (loop, thiazide, potassium-sparing, and the like), beta blockers (metoprolol, propanolol, pronethalol, and the like), alpha blockers (phentolamine, phenoxybenzamine, tamsulosin, prazosin, and the like), mixed alpha and beta blockers (bucindolol, carvedilol, labetalol), calcium channel blockers (dihydropyridines such as nifedipine, amlodipine, etc., dilitazem, verapamil and the like), angiotensin II receptor antagonists (saralasin, lsartan, eprosartin, irbesartan, valsartan, and the like), other ACE inhibitors (captopril, quinapril, ramipril, lisinopril, zofenopril, and the like), aldosterone antagonists (eplerenone, spironolactone and the like), vasodilators (hydralazine and the like) and alpha-2 agonists (clonidine, moxonidine, guanabenz and the like).

Certain Definitions

Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of ordinary skill in the art. Although any methods and materials similar or equivalent to those described herein can be used in the practice or testing of embodiments described herein, certain preferred methods, devices, and materials are now described.

As used herein and in the appended claims, the singular forms "a", "an", and "the" include plural reference unless the context clearly dictates otherwise. Thus, for example, reference to "an excipient" is a reference to one or more excipients and equivalents thereof known to those skilled in the art, and so forth.

The term "about" is used to indicate that a value includes the standard level of error for the device or method being employed to determine the value. The use of the term "or" in the claims is used to mean "and/or" unless explicitly indicated to refer to alternatives only or the alternatives are mutually exclusive, although the disclosure supports a definition that refers to only alternatives and to "and/or." The terms "comprise," "have" and "include" are open-ended linking verbs. Any forms or tenses of one or more of these verbs, such as "comprises," "comprising," "has," "having," "includes" and "including," are also open-ended. For example, any method that "comprises," "has" or "includes" one or more steps is not limited to possessing only those one or more steps and also covers other unlisted steps.

"Optional" or "optionally" may be taken to mean that the subsequently described structure, event or circumstance may or may not occur, and that the description includes instances where the events occurs and instances where it does not.

As used herein, the term "therapeutic" means an agent utilized to treat, combat, ameliorate, prevent or improve an unwanted condition or disease of a patient. In some embodiments, a therapeutic agent such as enalapril is directed to the treatment and/or the amelioration of, reversal of, or stabilization of the symptoms of hypertension described herein.

"Administering" when used in conjunction with a therapeutic means to administer a therapeutic systemically or locally, as directly into or onto a target tissue, or to administer a therapeutic to a patient whereby the therapeutic positively impacts the tissue to which it is targeted. Thus, as used herein, the term "administering", when used in conjunction with an enalapril composition, can include, but is not limited to, providing an enalapril composition into or onto the target tissue; providing an enalapril composition systemically to a patient by, e.g., oral administration whereby the therapeutic reaches the target tissue or cells. "Administering" a composition may

be accomplished by injection, topical administration, and oral administration or by other methods alone or in combination with other known techniques.

The term "animal" as used herein includes, but is not limited to, humans and non-human vertebrates such as wild, domestic and farm animals. As used herein, the terms "patient," "subject" and "individual" are intended to include living organisms in which certain conditions as described herein can occur. Examples include humans, monkeys, cows, sheep, goats, dogs, cats, mice, rats, and transgenic species thereof. In a preferred embodiment, the patient is a primate. In certain embodiments, the primate or subject is a human. In certain instances, the human is an adult. In certain instances, the human is child. In further instances, the human is under the age of 12 years. In certain instances, the human is elderly. In other instances, the human is 60 years of age or older. Other examples of subjects include experimental animals such as mice, rats, dogs, cats, goats, sheep, pigs, and cows. The experimental animal can be an animal model for a disorder, e.g., a transgenic mouse with hypertensive pathology. A patient can be a human suffering from hypertension, or its variants or etiological forms.

By "pharmaceutically acceptable", it is meant the carrier, diluent or excipient must be compatible with the other ingredients of the formulation and not deleterious to the recipient thereof.

The term "pharmaceutical composition" shall mean a composition comprising at least one active ingredient, whereby the composition is amenable to investigation for a specified, efficacious outcome in a mammal (for example, without limitation, a human). Those of ordinary skill in the art will understand and appreciate the techniques appropriate for determining whether an active ingredient has a desired efficacious outcome based upon the needs of the artisan.

A "therapeutically effective amount" or "effective amount" as used herein refers to the amount of active compound or pharmaceutical agent that elicits a biological or medicinal response in a tissue, system, animal, individual or human that is being sought by a researcher, veterinarian, medical doctor or other clinician, which includes one or more of the following: (1) preventing the disease; for example, preventing a disease, condition or disorder in an individual that may be predisposed to the disease, condition or disorder but does not yet experience or display the pathology or symptomatology of the disease, (2) inhibiting the disease; for example, inhibiting a disease, condition or disorder in an individual that is experiencing or displaying the pathology or symptomatology of the disease, condition or disorder (i.e., arresting further development of the pathology and/or symptomatology), and (3) ameliorating the disease; for example, ameliorating a disease, condition or disorder in an individual that is experiencing or displaying the pathology or symptomatology of the disease, condition or disorder (i.e., reversing the pathology and/or symptomatology). As such, a non-limiting example of a "therapeutically effective amount" or "effective amount" of a composition of the present disclosure may be used to inhibit, block, or reverse the activation, migration, or proliferation of cells or to effectively treat hypertension or ameliorate the symptoms of hypertension.

The terms "treat," "treated," "treatment," or "treating" as used herein refers to both therapeutic treatment in some embodiments and prophylactic or preventative measures in other embodiments, wherein the object is to prevent or slow (lessen) an undesired physiological condition, disorder or disease, or to obtain beneficial or desired clinical results. For the purposes described herein, beneficial or desired clinical results include, but are not limited to, alleviation of symp-

ANNENAL00005484

US 8,568,747 B1

**21**

toms; diminishment of the extent of the condition, disorder or disease; stabilization (i.e., not worsening) of the state of the condition, disorder or disease; delay in onset or slowing of the progression of the condition, disorder or disease; amelioration of the condition, disorder or disease state; and remission (whether partial or total), whether detectable or undetectable, or enhancement or improvement of the condition, disorder or disease. Treatment includes eliciting a clinically significant response without excessive levels of side effects. Treatment also includes prolonging survival as compared to expected survival if not receiving treatment. A prophylactic benefit of treatment includes prevention of a condition, retarding the progress of a condition, stabilization of a condition, or decreasing the likelihood of occurrence of a condition. As used herein, "treat," "treated," "treatment," or "treating" includes prophylaxis in some embodiments.

EXAMPLES

Example 1

Stability of Enalapril Formulated Powder

Enalapril Powder Formulation:

The stability of enalapril with lactose, sucrose or mannitol was assessed in various storage conditions. 2% w/w enalapril powder was formulated via granulation according to the following table.

| Component | Amount in 150 mL Bottle (mg) | Weight (% w/w solids) | Batch (g) |
|---|---|---|---|
| Enalapril Maleate | 150 | 2.0 | 6.000 |
| Stability Agent (Lactose, Sucrose or Mannitol) | 7350 | 98.0 | 294.0 |
| Sodium Bicarbonate | — | | 3.074 |
| Water | — | | 25.00 |
| Total Solids | 7500 | 100.0 | 300.0 |

Enalapril Maleate was slowly dissolved in a 12% sodium bicarbonate solution. The stability agent (lactose, sucrose or mannitol) was mixed in a mixer at slow speed and the enalapril solution was slowly sprayed onto the stability agent over a period of about 20 minutes. The wetted material was spread onto a dish and placed in a 60° C. oven for at least 4 h. The dried granulation was passed through a 40-mesh screen.

Stability Studies:

The effect of the three stability agents, lactose, mannitol and sucrose on the stability of the granulated powder was evaluated. 7.5 g of powder was placed in 8 oz amber, graduated PET bottles and stored under refrigerated, 25° C./60% Relative Humidity (RH), 40° C./ambient and 60° C./ambient conditions. At various time points the powder in the bottle was analyzed for enalapril by HPLC/UV analysis. The following tables depict the stability of enalapril+stability agent powder in bottle in the various storage conditions.

**22**

| 2% w/w Enalapril/Lactose Powder in Bottle Formulation | | | | |
|---|---|---|---|---|
| Time (Weeks) | Refrigerated | 25° C./ 60% RH | 40° C./ ambient | 60° C./ ambient |
| 0 | 101.54 | 101.54 | 101.54 | 101.54 |
| 1 | 100.27 | 100.59 | 98.61 | 94.74 |
| 2 | 100.37 | 100.60 | 98.82 | 94.51 |
| 3 | 101.10 | 99.58 | 98.45 | 93.44 |
| 4 | 99.03 | 98.53 | 96.94 | 92.66 |
| 8 | 100.23 | 99.63 | 98.89 | 90.56 |
| 12 | 102.20 | 99.53 | 100.02 | 89.76 |
| 26 | 101.28 | 95.83 | 97.89 | 75.57 |
| 52 | 101.50 | 91.90 | 93.70 | N/A |

| 2% w/w Enalapril/Mannitol Powder in Bottle Formulation | | | | |
|---|---|---|---|---|
| Time (Weeks) | Refrigerated | 25° C./ 60% RH | 40° C./ ambient | 60° C./ ambient |
| 0 | 100.16 | 100.16 | 100.16 | 100.16 |
| 1 | 99.61 | 99.57 | 93.42 | 96.96 |
| 2 | 98.56 | 98.41 | 94.41 | 101.14 |
| 3 | 99.21 | 98.51 | 99.42 | 101.24 |
| 4 | 99.20 | 98.59 | 101.26 | 99.97 |
| 8 | 101.26 | 98.88 | 102.17 | 100.80 |
| 12 | 103.33 | 99.67 | 103.31 | 95.15 |
| 26 | 102.19 | 96.89 | 102.68 | 94.66 |
| 52 | 102.50 | 94.30 | 99.70 | N/A |

| 2% w/w Enalapril/Sucrose Powder in Bottle Formulation | | | | |
|---|---|---|---|---|
| Time (Weeks) | Refrigerated | 25° C./ 60% RH | 40° C./ ambient | 60° C./ ambient |
| 0 | 98.68 | 98.68 | 98.68 | 98.68 |
| 2 | 97.67 | 100.60 | 98.87 | 99.92 |
| 4 | 97.40 | 100.50 | 98.97 | 99.06 |
| 8 | 98.40 | 99.56 | 98.83 | 97.74 |
| 12 | 97.17 | 98.47 | 97.13 | 94.97 |
| 26 | 97.90 | 96.40 | 99.00 | 93.50 |
| 52 | N/A | N/A | N/A | N/A |

Based on the powder in bottle stability at accelerated conditions (25° C./60% RH, 40° C./ambient, 60° C./ambient), it was determined that the enalapril/mannitol formulation was the most stable.

Example 2

Stability of Prepared Enalapril Solution

Enalapril Solution Formulation:

1.0 mg/mL enalapril solutions were prepared from the lactose and mannitol granulations (Example 1) made with the addition of OraSweet SF® flavored syrup and placed under refrigerated, 25° C./60% RH and 40° C./ambient conditions. A enalapril/sucrose solution was prepared at 2 mg/mL concentration to evaluate the effect of the higher concentration on solution stability. The following tables depict the stability of enalapril+stability agent solution in the various storage conditions.

US 8,568,747 B1

23

| 1 mg/mL Enalapril/Lactose Prepared Solution | | | |
|---|---|---|---|
| Time (Weeks) | Refrigerated | 25° C./60% RH | 40° C./ambient |
| 0 | 101.66 | 101.66 | 101.66 |
| 1 | 100.63 | 100.33 | 97.18 |
| 2 | 101.35 | 99.77 | 93.69 |
| 3 | 101.25 | 98.68 | 90.03 |
| 4 | 100.65 | 97.25 | 86.21 |
| 8 | 101.27 | 94.19 | 73.69 |
| 12 | 102.15 | 92.99 | 65.91 |

| 1 mg/mL Enalapril/Mannitol Prepared Solution | | | |
|---|---|---|---|
| Time (Weeks) | Refrigerated | 25° C./60% RH | 40° C./ambient |
| 0 | 95.86 | 95.86 | 95.86 |
| 1 | 94.56 | 94.08 | 91.28 |
| 2 | 94.98 | 93.90 | 87.48 |
| 3 | 95.06 | 92.59 | 83.86 |
| 4 | 94.42 | 91.28 | 80.45 |
| 8 | 95.10 | 88.39 | 68.52 |
| 12 | 95.74 | 86.99 | 60.43 |

| 2 mg/mL Enalapril/Sucrose Prepared Solution | | | |
|---|---|---|---|
| Time (Weeks) | Refrigerated | 25° C./60% RH | 40° C./ambient |
| 0 | 99.16 | 99.16 | 99.16 |
| 2 | 101.1 | 98.71 | 89.05 |
| 4 | 101.3 | 95.48 | 79.86 |
| 8 | 99.79 | 90.35 | 62.94 |
| 12 | 99.40 | 86.18 | 40.24 |

In the prepared solutions, the enalapril+mannitol solution was most stable at 40° C./ambient conditions.

Example 3

Direct Blend Enalapril Powder Compositions

Enalapril Powder Composition A:

An enalapril powder composition as set forth in the following table is prepared.

| Component | Amount in 150 mL Bottle (mg) | Weight (% w/w solids) |
|---|---|---|
| Enalapril Maleate | 150 | 14.29 |
| Mannitol | 900 | 85.71 |
| Total Solids | 1050 | 100.0 |

The composition is prepared by adding the components together. The powder is then screened and direct blended until blend uniformity.

Enalapril Powder Composition B:

An enalapril powder composition as set forth in the following table is prepared.

24

| Component | Amount in 150 mL Bottle (mg) | Weight (% w/w solids) |
|---|---|---|
| Enalapril Maleate | 150 | 14.29 |
| Mannitol | 890 | 84.76 |
| Colloidal Silicon Dioxide | 10 | 0.95 |
| Total Solids | 1050 | 100.0 |

The composition is prepared by adding the components together. The powder is then screened and direct blended until blend uniformity.

Enalapril Powder Composition C:

An enalapril powder composition as set forth in the following table is prepared.

| Component | Amount in 150 mL Bottle (mg) | Weight (% w/w solids) |
|---|---|---|
| Enalapril Maleate | 150 | 14.29 |
| Mannitol | 590 | 56.19 |
| Colloidal Silicon Dioxide | 10 | 0.95 |
| Sorbitol | 300 | 28.57 |
| Total Solids | 1050 | 100.0 |

The composition is prepared by adding the components together. The powder is then screened and direct blended until blend uniformity.

Enalapril Powder Composition D:

An enalapril powder composition as set forth in the following table is prepared.

| Component | Amount in 150 mL Bottle (mg) | Weight (% w/w solids) |
|---|---|---|
| Enalapril Maleate | 150 | 12.5 |
| Mannitol | 590 | 49.17 |
| Colloidal Silicon Dioxide | 10 | 0.83 |
| Sorbitol | 300 | 25.0 |
| Wild Cherry Flavor | 150 | 12.5 |
| Total Solids | 1200 | 100.0 |

Enalapril Powder Composition E:

An enalapril powder composition as set forth in the following table is prepared.

| Component | Amount in 150 mL Bottle (mg) | Weight (% w/w solids) |
|---|---|---|
| Enalapril Maleate | 150 | 7.5 |
| Mannitol | 590 | 29.5 |
| Colloidal Silicon Dioxide | 10 | 0.5 |
| Sorbitol | 300 | 15 |
| Sodium Bicarbonate | 800 | 40 |
| Lemon Flavor | 150 | 7.5 |
| Total Solids | 2000 | 100.0 |

ANNENAL00005486

US 8,568,747 B1

25

Example 4

Enalapril Composition Scale-Up Optimization Studies

Scale-Up Studies Investigated Blend and Bottle Content Uniformity

Blend and Bottle Content Uniformity of Enalapril Powder Composition A:

Enalapril Powder Composition A (150 mg enalapril, 900 mg mannitol/bottle) was scaled-up and the resultant formulation tested for blend and content uniformity. For blend uniformity, 10 1 g samples were taken from the blender (top front right, middle front right, bottom front, top front left, middle front left, top back right, middle back right, bottom back, top back left, and middle back left) by a suitable powder sampler at the below times.

| Blend Uniformity - Enalapril Powder Composition A | | |
|---|---|---|
| Blending Time (min) | Avg drug assay (%) | % RSD |
| 10 | 96.0 | 2.80 |
| 15 | 96.6 | 2.13 |
| 20 | 99.5 | 3.69 |

Bottle content uniformity values were assessed via a hopper study after filling and capping the Enalapril Powder Composition blend into 150 mL bottles:

| Bottle Content Uniformity - Enalapril Powder Composition A | | | |
|---|---|---|---|
| Time Point | Avg drug assay (%) | % RSD | Acc. Value (Limit ≤15) |
| Beginning | 89.9 | 2.12 | 13.2 |
| Middle | 104.7 | 2.66 | 9.9 |
| End | 99.8 | 3.14 | 7.5 |

The content uniformity study revealed that some segregation of the powder composition could have occurred postblending.

Blend Time Variation for Enalapril Powder Composition A:

Blend time was assessed for possibility of contributing to segregation of the powder composition. Blend time was shortened to 5 minutes and blend uniformity and bottle content uniformity was assessed as above:

| Blend Uniformity - Enalapril Powder Composition A | | |
|---|---|---|
| Blending Time (min) | Avg drug assay (%) | % RSD |
| 5 | 96.7 | 1.25 |

| Bottle Content Uniformity - Enalapril Powder Composition A | | |
|---|---|---|
| Study | Avg drug assay (%) | % RSD |
| Content Uniformity | 95.9 | 6.14 |
| By Weight | 97.7 | 6.69 |

The high % RSD was observed in the bottle content uniformity studies indicating variance in the filling and capping of the drug powder composition.

26

Blend time was changed back to 10 minutes in an attempt to optimize blend and fill, however, it was not successful.

Lengthening the blend time to 20, 30, 40 and 60 minutes revealed the following observations:

| Blend Uniformity - Enalapril Powder Composition A | | |
|---|---|---|
| Blending Time (min) | Visual Observation | Avg drug assay (%) |
| 20 | Homogenous | 89.9, 102.8, 96.1 |
| 30 | Small round balls segregating in blend | 90.4, 90.1, 100.9 |
| 40 | Small round balls segregating in blend and gradually increasing in proportion | 105.4 |
| 60 | Much greater and clear segregation of round balls in the blend | 139.8; fines: 55.8 |

FIG. **1** shows a visual depiction of the enalapril powder composition A blended for 60 minutes. Thus, a lower blend time (e.g., about 10-20 minutes) is contemplated to be more optimal to prevent 'balling up' and segregation of the powder blend.

The scaled-up enalapril and mannitol powder compositions (Enalapril Powder Composition A and the like) were examined in reconstitution studies where 150 mL Ora-Sweet® SF sugar-free flavored syrup was to the powder compositions. Scaled-up enalapril and mannitol powder compositions such as Enalapril Powder Composition A did not dissolve in the syrup, but instead resulted in powder clumping and specking on the surface of the liquid, termed 'clouding'. Various enalapril and mannitol formulations were examined at different concentrations, which resulted in similar 'clouding'. FIG. **2A** shows the clouding phenomenon from an exemplary enalapril and mannitol powder formulation.

Reconstitution of Neat Enalapril Powder in Bottle:

Due to the 'clouding' in the reconstitution as well as the uniformity issues in the scale-up studies of Enalapril Powder Composition A, neat enalapril, i.e., drug alone, without any excipients, was examined for scale-up bottle filling and subsequent reconstitution. It was observed that during reconstitution with 150 mL Ora-Sweet® SF sugar-free flavored syrup, the neat enalapril did not dissolve but floated on the surface of the liquid, even after 2 hours standing after reconstitution (FIG. **2B**).

Colloidal Silicon Dioxide Addition to form Enalapril Powder Composition B:

Although colloidal silicon dioxide has been reported to decrease stability of enalapril (Rezende et al., Stability and Compatibility Study on Enalapril Maleate using Thermoanalytical Techniques, *J. Thermal Anal. & Calorimetry,* 2008 (93) 881-886), the addition of colloidal silicon dioxide to an enalapril powder composition during scale-up resulted in improved and acceptable blend uniformity and bottle content uniformity levels. Enalapril Powder Composition B (150 mg enalapril, 890 mg mannitol, 10 mg colloidal silicon dioxide/bottle) was scaled-up and the resultant formulation tested for blend and content uniformity as described above. The blend and content uniformity assays showed that the addition of colloidal silicon dioxide imparted uniformity in the powder composition:

ANNENAL00005487

US 8,568,747 B1

27                                                     28

| Blend Uniformity - Enalapril Powder Composition B | | |
|---|---|---|
| Blending Time (min) | Avg drug assay (%) | % RSD |
| 10 | 99.8 | 1.34 |
| 10 | 99.7 | 1.08 |

| Bottle Content Uniformity - Enalapril Powder Composition B | | |
|---|---|---|
| Study | Avg drug assay (%) | % RSD |
| Content Uniformity | 102.6 | 1.98 |
| Content Uniformity | 98.5 | 2.77 |

In reconstitution studies, surprisingly, the addition of colloidal silicon dioxide resulted in a solution that, upon visual inspection, was truly dissolved and homogenous (FIG. **2**C).

A lower amount of colloidal silicon dioxide was also studied (150 mg enalapril, 895 mg mannitol, 5 mg colloidal silicon dioxide/bottle). However the enalapril powder composition had lower flowability than that of enalapril powder composition B.

The stability of the enalapril powder and liquid composition with respect to the addition of colloidal silicon dioxide was analyzed in Example 6.

Example 5

Additional Reconstitution Methods and Studies

The overall mixing efficiency and solution/suspension drug concentration homogeneity was evaluated over a series of mixing methods and times.

Mixing Method A:

75 mL of Ora-Sweet® SF sugar-free flavored syrup was added to a 150 mL bottle of Enalapril Powder Composition B and the bottle was shaken vigorously. A second 75 mL of Ora-Sweet® SF syrup was subsequently added and the bottle was shaken vigorously.

Observations:

The resultant liquid contained entrapped air bubbles. It was determined that the bubbles would interfere with dosing as a variable volume of the liquid could be administered in dosing syringes for administration.

Mixing Method B:

75 mL of Ora-Sweet® SF sugar-free flavored syrup was added to a 150 mL bottle of Enalapril Powder Composition B and the bottle was gently swirled. A second 75 mL of Ora-Sweet® SF syrup was subsequently added and the bottle was gently swirled. The bottle was then inverted slowly for about 5 times.

Observations:

The gently swirling and subsequent inversions minimized the bubble formation. However, in a clinical trial similar to Example 7, it was observed that the subjects had received a lower dose (about 1.30 mg) of enalapril rather than standard 10 mg dosage. Based on this observation, it was determined that the mixing method did not introduce enough energy in the process and resulted in improper wetting and mixing of the powder.

Mixing Method C:

150 mL bottle of Enalapril Powder Composition B was first tapped on a hard surface to disperse any powder caking. 75 mL of Ora-Sweet® SF sugar-free flavored syrup was added to the 150 mL bottle and the bottle was shaken for specified time intervals (10, 20, 30, 45 and 60 seconds). A second 75 mL of Ora-Sweet® SF syrup was subsequently added and the bottle

was shaken for the specified time interval. Bubbles were allowed to dissipate (for at least one hour). Two samples were taken immediately after the second shaking. One sample was filtered through a 0.45 micron filter. A third sample was taken 1 h after the second shaking and after any bubbles dissipated from the liquid. The three samples were assayed by HPLC. The mixing and homogeneity results are as follows:

| Mixing Method C: Enalapril by HPLC as % of 1 mg/mL | | | |
|---|---|---|---|
| Time (seconds) | Sample 1 (unfiltered) | Sample 2 (filtered) | Sample 3 (1 h) |
| 2 x 10 | 101.3 | 101.2 | 101.2 |
| 2 x 20 | 100.9 | 100.8 | 100.8 |
| 2 x 30 | 101.5 | 101.3 | 101.1 |
| 2 x 45 | 101.6 | 101.7 | 101.7 |
| 2 x 60 | 100.9 | 100.9 | 101.1 |

Observations:

There was no perceived difference observed between filtered and unfiltered samples indicating that the reconstituted enalapril liquid is not a suspension. The addition of 75 mL of Ora-Sweet® SF syrup followed by shaking for 10 seconds and the addition of another 75 mL of Ora-Sweet® SF syrup followed by shaking for 10 seconds resulted in a homogenous solution. All longer shaking times produced equivalent results.

Example 6

Additional Stability Studies

Powder Stability:

Enalapril Powder Composition B and its reconstituted oral liquid form were further investigated in stability studies. 1050 mg enalapril Powder Composition B in 150 mL white plastic bottles were examined for stability in 25±2° C./60±5% RH at up to 9 months and 40±2° C./75±5% RH (accelerated) conditions at up to 6 months. At each given time point, enalapril and related substances were assayed via HPLC. The below tables depict stability of the powder at the various conditions.

| Enalapril Powder Composition B - 25° C./60% RH | | | |
|---|---|---|---|
| Time (Months) | Enalapril (%) | Enalaprilat (%) | DKP (%) |
| 0 | 97.8 | 0.05 | 0.02 |
| 1 | 98.6 | 0.05 | 0.03 |
| 2 | 97.6 | 0.12 | 0.05 |
| 3 | 98.6 | 0.06 | 0.07 |
| 6 | 96.8 | 0.09 | 0.11 |
| 9 | 98.6 | 0.12 | 0.15 |

| Enalapril Powder Composition B - 40° C./75% RH | | | |
|---|---|---|---|
| Time (Months) | Enalapril (%) | Enalaprilat (%) | DKP (%) |
| 0 | 97.8 | 0.05 | 0.2 |
| 1 | 97.9 | 0.12 | 0.23 |
| 2 | 96.8 | 0.15 | 0.32 |
| 3 | 97.2 | 0.16 | 0.42 |
| 6 | 96.2 | 0.18 | 0.63 |

US 8,568,747 B1

**29**

Enalapril Powder Composition B remained stable through 6 months under accelerated stability conditions and 9 months under ambient (25±2° C./60±5% RH) conditions at up to 9 months conditions with slight increase in the levels of enalaprilat and DPK. However, none of the total related impurities exceeded 5%. Stability at ambient conditions was also examined for two additional lots of Enalapril Powder Composition B. Similar results were observed for the levels of enalaprilat and DPK.

Reconstituted Liquid Stability:

Enalapril Powder Composition B was reconstituted in 150 mL bottles according to Mixing Method C (2×30 s of shaking) and stored at ambient conditions. Aliquots were taken during selected time points during the study period. The below tables depict stability of the reconstituted liquid at the various conditions.

| Enalapril Reconstituted Liquid - Ambient | | | |
|---|---|---|---|
| Time (Weeks) | Enalapril (%) | Enalaprilat (%) | DKP (%) |
| 0 | 97.4 | 0.43 | 0.04 |
| 2 | 96.8 | 0.73 | 0.08 |
| 4 | 96.9 | 0.87 | 0.08 |
| 8 | 95.4 | 1.35 | 0.12 |
| 12 | 93.7 | 2.22 | 0.17 |

After being reconstituted, the enalapril liquid was stable in ambient conditions with essentially unchanged values of its attributes, including microbial limits, preservative effectiveness and preservative assay up to the end of the study period (12 weeks).

Example 7

Clinical Trial: Bioavailability Study of 10 mg Enalapril Maleate Oral Liquid Vs Vasotec® 10 mg Tablets Under Fasted Conditions and 10 mg Enalapril Maleate Oral Liquid in Fed Conditions in Healthy Adults

The objectives of this single-dose, open-label, randomized, three-period, three-treatment, three-way crossover study were:

To assess the bioavailability of a test formulation of 10 mg oral liquid reconstituted from Enalapril Powder Composition B versus Vasotec® 10 mg enalapril tablets under fasted conditions in healthy adults

To assess the food effect on a test formulation of 10 mg oral liquid reconstituted from Enalapril Powder Composition B in healthy adults

Study Design:

Healthy adult subjects were to receive each of the following three treatments in a randomized fashion during three study periods:

Treatment A, Test Formulation: Enalapril maleate oral liquid reconstituted from Enalapril Powder Composition B via Mixing Method C (2×30 s of shaking), 10 mg/10 mL, administered under fasted conditions

Treatment B, Reference Product: Vasotec®, one 10 mg tablet, administered under fasted conditions

Treatment C, Test Formulation: Enalapril maleate oral liquid reconstituted from Enalapril Powder Composition B via Mixing Method C (2×30 s of shaking), 10 mg/10 mL, administered under fed conditions

**30**

Screening assessments were performed by the investigator or designee within 28 days prior to study start. Treatments A and B were to be administered after an overnight fast of at least 10 hours; Treatment C was to be administered following an overnight fast of at least 10 hours and an FDA standard high-calorie, high-fat breakfast meal beginning 30 minutes prior to administration of the study drug. Each dose was to be orally administered with 240 mL (8 fl. oz.) of room temperature tap water; after dosing, no food was allowed until 4 hours postdose. Each drug administration was separated by a washout period of ≥7 days.

During each study period, meals were the same and scheduled at approximately the same times relative to dose. In addition, during each period, blood samples were obtained prior to and following each dose at selected times through 72 hours postdose. Plasma pharmacokinetic (PK) samples were analyzed for enalapril and enalaprilat using a validated analytical method; appropriate PK parameters were calculated for each formulation using un-compartmental methods. Blood was also drawn and urine collected for clinical laboratory testing at screening and at the end of the study.

Each subject was to receive a total of three single doses, one dose at each of three study periods; the duration of the study for each subject would be approximately 45 days.

Subject Criteria:

Subjects must have been a male or non-pregnant, non-breastfeeding female; 18 to 55 years of age; with body mass index (BMI) between 18 and 30 kg/m2 and weight a minimum of 50 kg (110 lbs). Subjects were not to have a history or presence of clinically significant cardiovascular, pulmonary, hepatic, renal, hematologic, gastrointestinal, endocrine, immunologic, dermatologic, neurologic, oncologic, or psychiatric disease, or any other condition that, in the opinion of the investigator, would jeopardize the safety of the subject or the validity of the study results; and were not to have a history of chronic cough, hyperkalemia, renal insufficiency, renal artery stenosis, or angioedema related to previous treatment with an angiotensin-converting enzyme inhibitor.

Results

Various pharmacokinetic parameters are summarized below for enalapril and enalaprilat.

| Mean PK Parameters Single 10 mg Doses | | | | | |
|---|---|---|---|---|---|
| $C_{max}$ (ng/mL) | $T_{max}$ (h) | $AUC_{last}$ (h * ng/mL) | $AUC_{inf}$ (h * ng/mL) | $T_{1/2}$ (h) | $C_{last}$ (ng/mL) |
| Treatment A - Enalapril | | | | | |
| 58.0 | 0.87 | 102.6 | 103.7 | 1.70 | 0.460 |
| Treatment B - Enalapril | | | | | |
| 61.8 | 0.92 | 106.5 | 107.5 | 1.45 | 0.467 |
| Treatment C - Enalapril | | | | | |
| 31.3 | 1.21 | 88.47 | 88.70 | 1.34 | 0.507 |
| Treatment A - Enalaprilat | | | | | |
| 41.0 | 3.45 | 405.3 | 443.3 | 30.49 | 0.841 |
| Treatment B - Enalaprilat | | | | | |
| 44.5 | 3.51 | 417.1 | 455.9 | 30.78 | 0.860 |
| Treatment C - Enalaprilat | | | | | |
| 26.4 | 4.49 | 315.7 | 360.1 | 33.94 | 0.889 |

Concentration-time data are summarized graphically for enalapril in FIG. **3** (linear, top; log, bottom) and enalaprilat in FIG. **4** (linear, top; log, bottom).

ANNENAL00005489

US 8,568,747 B1

**31**

Test Formulation Versus Reference Product (Fasted):

Based on the geometric mean ratios of enalapril and enalaprilat AUCs (Test/Reference for $AUC_{last}$ and $AUC_{inf}$), the bioavailability of the test formulation relative to the reference product was approximately 96% to 97%. The geometric mean ratios of enalapril and enalaprilat $C_{max}$ were 92.45% and 90.94%, respectively. The 90% confidence intervals about the geometric mean ratios (Test/Reference) of enalapril and enalaprilat $C_{max}$ and AUCs were within the accepted 80% to 125% range, indicating no significant difference.

Test Formulation (Fasted) Versus Test Product (Fed):

Based on the geometric mean ratios of enalapril AUCs (Fed/Fasted for $AUC_{last}$ and $AUC_{inf}$), a high-fat meal decreases the bioavailability of enalapril from the test formulation by approximately 14% to 15%; $C_{max}$ is decreased by approximately 46%. For enalaprilat, food decreases $C_{max}$ by approximately 36% and AUCs by approximately 20% to 23%.

Clinical Trial with Mixing Method B:

The above trial was conducted with Enalapril maleate oral liquid reconstituted from Enalapril Powder Composition B via Mixing Method A (shake vigorously). The study was discontinued prior to dosing after it was observed that the mixing method created entrapped air bubbles in the liquid and could result in uneven dosing via dosing syringes.

Clinical Trial with Mixing Method B:

The above trial was conducted with Enalapril maleate oral liquid reconstituted from Enalapril Powder Composition B via Mixing Method B (gentle swirling and inversion). A number of subjects on the test product only were observed to have very low enalapril and enalaprilat levels in both fasted and fed test treatments. Based on this observation, the reconstituted enalapril maleate test formulation was assayed and it was determined that the test dose administered was not a 10 mg dose as specified in the study protocol, but was a mean dose of about 1.30 mg. Upon further investigation, it was determined that the low concentration of enalapril in the dose occurred due to the mixing method.

**32**

While preferred embodiments of the present invention have been shown and described herein, it will be obvious to those skilled in the art that such embodiments are provided by way of example only. Numerous variations, changes, and substitutions will now occur to those skilled in the art without departing from the invention. It should be understood that various alternatives to the embodiments of the invention described herein may be employed in practicing the invention. It is intended that the following claims define the scope of the invention and that methods and structures within the scope of these claims and their equivalents be covered thereby.

What is claimed is:

1. A pharmaceutical powder that is reconstituted into an oral liquid formulation, the powder consisting of:
   (a) about 14% (w/w) enalapril or a pharmaceutically acceptable salt thereof,
   (b) about 85% (w/w) mannitol, and
   (c) about 1% (w/w) colloidal silicon dioxide,
   wherein, when the powder is reconstituted into an oral liquid, the liquid is homogenous and stable for at least 12 weeks at about 25±5° C. and 55±10% relative humidity.

2. The pharmaceutical powder of claim 1, wherein the enalapril or pharmaceutically acceptable salt thereof is enalapril maleate.

3. The pharmaceutical powder of claim 1, wherein the powder is reconstituted in water for the oral liquid.

4. The pharmaceutical powder of claim 1, wherein the powder is reconstituted in syrup for the oral liquid.

5. The pharmaceutical powder of claim 1, wherein the powder is stable for at least six months at ambient, accelerated or refrigerated conditions.

6. The pharmaceutical powder of claim 1, wherein the powder is 150 mg enalapril, 890 mg mannitol and 10 mg colloidal silicon dioxide.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 8,568,747 B1                                 Page 1 of 1
APPLICATION NO.  : 13/670355
DATED             : October 29, 2013
INVENTOR(S)      : Lian G. Rajewski et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title Page:

Item 75, please correct inventor's name from "Frank Seagrave" to --Frank Segrave--.

Signed and Sealed this
Twenty-eighth Day of January, 2014

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

# EXHIBIT B-19

# THE
# MERCK INDEX

AN ENCYCLOPEDIA OF

CHEMICALS, DRUGS, AND BIOLOGICALS

TWELFTH EDITION

Susan Budavari, *Editor*

Maryadele J. O'Neil, *Senior Associate Editor*

Ann Smith, *Associate Editor*

Patricia E. Heckelman, *Assistant Editor*

Joanne F. Kinneary, *Assistant Editor*

*Published by*
*Merck Research Laboratories*
*Division of*

**MERCK & CO., INC.**

W h i t e h o u s e  S t a t i o n ,  N J

1996

ANNENAL00005428

## MERCK & CO., INC.

Whitehouse Station, N.J.

U.S.A.

1st Edition—1889
2nd Edition—1896
3rd Edition—1907
4th Edition—1930
5th Edition—1940
6th Edition—1952
7th Edition—1960
8th Edition—1968
9th Edition—1976
10th Edition—1983
11th Edition—1989

Library of Congress Catalog
Card Number 89-60001
ISBN Number 0911910-12-3

First Printing—March 1996
Second Printing—April 1997

Copyright © 1996 by MERCK & CO., INC.
All rights reserved. Copyright under the Universal Copyright Convention
and the International Copyright Convention.
Copyright reserved under the Pan-American Copyright Convention.

Printed in the U.S.A.

ANNENAL00005429

This material may be protected by Copyright law (Title 17 U.S. Code)

**3601** Emitefur

Dihydrochloride, $C_{29}H_{40}N_2O_4.2HCl$, *emetine hydrochloride, Hemometina*. Contains water of crystallization varying from 3 to 8 $H_2O$. Clusters of needles after drying at 105°, mp 235-255° (dec). $[\alpha]_D +11°$ (c = 1) to $[\alpha]_D +21°$ (c = 8), calculated for the anhydrous salt. One gram of the hydrated salt dissolves in about 7 ml water. pH of aq soln (1 g in 50 ml) 5.6. Sol in alcohol. Solid and solutions turn yellow on exposure to light or heat. $LD_{50}$ (calculated as base) in mice (mg/kg): 32 s.c.; 30 orally (Child).

Acetarsone salt, *Arsemétine*.

THERAP CAT: Antiamebic.

THERAP CAT (VET): Hydrochloride has been used as an antiamebic and in lung worm infection.

**3601. Emitefur.** *3-[[3-(Ethoxymethyl)-5-fluoro-3,6-dihydro-2,6-dioxo-1(2H)-pyrimidinyl]carbonyl]benzoic acid 6-(benzoyloxy)-3-cyano-2-pyridinyl ester;* 3-[3-(6-benzoyloxy)-3-cyano-2-pyridyloxycarbonyl)benzoyl]-1-(ethoxymethyl)-5-fluorouracil; BOF-A2. $C_{28}H_{19}FN_4O_8$; mol wt 558.48. C 60.22%, H 3.43%, F 3.40%, N 10.03%, O 22.92%. Bifunctional prodrug composed of a derivative of 5-fluorouracil (5-FU) and *3-cyano-2,6-dihydroxypyridine (CNDP)*, an inhibitor of 5-FU degradation by dihydrouracil dehydrogenase. Prepn: S. Fujii, **Ger. pat. 3,709,699**; *idem,* **U.S. pat. 4,983,609** (1988, 1991 both to Otsuka); M. Hirohashi *et al., Chem. Pharm. Bull.* **41,** 1498 (1993). Antitumor activity: S. Fujii *et al., Japan. J. Cancer Res.* **80,** 173 (1989). Mechanism of action: T. Okayasu *et al., ibid.* **85,** 101 (1994). Clinical evaluation in lung cancer: Y. Nakai *et al., Acta Oncol.* **33,** 523 (1994). Toxicity study: H. Kinoshita *et al., Yakuri to Chiryo* **22,** 81 (1994). *C.A.* **121,** 99197 (1994).

Crystals, mp 162-164°. $LD_{50}$ in mice, male rats, female rats (mg/kg): > 5000, 1850, 1934 orally (Kiroshita).

THERAP CAT: Antineoplastic.

**3602. Emodin.** *1,3,8-Trihydroxy-6-methyl-9,10-anthracenedione; 1,3,8-trihydroxy-6-methylanthraquinone;* 4,5,7-trihydroxy-2-methylanthraquinone; frangula emodin; rheum emodin; archin; frangulic acid. $C_{15}H_{10}O_5$; mol wt 270.24. C 66.67%, H 3.73%, O 29.60%. Occurs mostly as the rhamnoside (see Frangulin) in rhubarb root, in alder buckthorn *(Rhamnus frangula* L.), in *Cascara sagrada (Rhamnus purshiana* DC., *Rhamnaceae),* also in *Rumex* and in other *Polygonaceae.* Isoln from rhubarb root: Tutin, Clark, *J. Chem. Soc.* **99,** 946 (1911); Carelli, Giuliano, *Farmaco Ed. Prat.* **12,** 184 (1957); from bark of alder buckthorn: Bridel, Charaux, *Bull. Soc. Chim. Biol.* **15,** 648 (1933). Identity with archin: Chaudhry *et al., J. Sci. Ind. Res. (India)* **9B,** No. 6, 142 (1950), *C.A.* **44,** 9396h (1950). Synthesis from 3,5-dinitrophthalic anhydride and *m*-cresol: Elder, Widmer, *Helv. Chim. Acta* **6,** 966 (1923); from 2-methylanthraquinone: Ayyangar *et al., J. Sci. Ind. Res. (India)* **20B,** 493 (1961), *C.A.* **57,** 8514b (1962).

Orange needles from alc or by sublimation at 12 mm. mp 256-257°. Absorption max (ethanol): 222, 252, 265, 289, 437 nm (log ε 4.55, 4.26, 4.27, 4.34, 4.10). Practically insol in water; sol in alc, aq alkali hydroxide solns (cherry-red color), $Na_2CO_3$ and $NH_3$ solns. Soly at 25° (g/100 ml of satd soln): ether 0.140; chloroform 0.071; carbon tetrachloride 0.010; carbon bisulfide 0.009; benzene 0.041.

3-Methyl ether, $C_{16}H_{12}O_5$, *1,8-dihydroxy-3-methoxy-6-methylanthraquinone, Parietin*. Brick-red, monoclinic needles, mp 207°. Occurs naturally as *physcione* or *parietin*. Trimethyl ether, $C_{18}H_{16}O_5$, pale yellow needles, mp 225°. *Note:* See also Aloe-emodin.

THERAP CAT: Cathartic.

**3603. Emorfazone.** *4-Ethoxy-2-methyl-5-(4-morpholinyl)-3(2H)-pyridazinone;* M-73101; Nandron; Pentoyl. $C_{11}H_{17}N_3O_3$; mol wt 239.27. C 55.22%, H 7.16%, N 17.56%, O 20.06%. Prepn: K. Satoda *et al.,* **Japan. pat. 72 24,030** (1972 to Morishita), *C.A.* **77,** 164732f (1972); M. Takaya *et al., J. Med. Chem.* **22,** 53 (1979). Metabolism studies: T. Hayashi *et al., Chem. Pharm. Bull.* **26,** 3124 (1978); **27,** 317 (1979). General pharmacological study: M. Sato *et al., Nippon Yakurigaku Zasshi* **75,** 291 (1979). *C.A.* **91,** 117292 (1979). Mechanism of action studies: M. Sato, A. Yamaguchi, *Arzneimittel-Forsch.* **32,** 379 (1982). Antigenicity study: M. Sato *et al., Oyo Yakuri* **18,** 65 (1979). *C.A.* **92,** 104391 (1980). Toxicity studies: *eidem, ibid.* **16,** 1011 (1978), *C.A.* **90,** 197741 (1979); C. Onodera *et al., J. Toxicol. Sci.* **4,** 229 (1979); K. Shimpo *et al., ibid.* 255.

Cryst from methanol/isopropyl ether, mp 89-91°. $LD_{50}$ i.p. in mice: 700 mg/kg (Takaya).

THERAP CAT: Anti-inflammatory; analgesic.

**3604. Emylcamate.** *3-Methyl-3-pentanol carbamate;* 1-ethyl-1-methylpropyl carbamate; diethyl methyl carbinol urethan; 3-methyl-3-pentyl carbamate; methyl diethyl carbinol urethan; *tert*-hexanol carbamate; Kabi 925; JD-91; Nuncital; Restetal; Statran; Striatran. $C_7H_{15}NO_2$; mol wt 145.20. C 57.90%, H 10.41%, N 9.65%, O 22.04%. Prepn: Ger. pat. 245,491 (1912 to Chinifabr. Zimmer); Ger. pat. 254,472 (1912 to E. Merck); Melander, Hanshoff, U.S. pat. 2,972,564 (1961 to Kabi).

Needles from 30% ethanol, mp 56-58.5°. $bp_{1.0}$ 35°; $bp_{0.7}$ 24°. Slight odor of camphor. Soly in water: 4.0 mg/ml. Freely sol in alcohol, ether, benzene, glycol ethers.

THERAP CAT: Anxiolytic.

**3605. Enalapril.** *(S)-1-[N-[1-(Ethoxycarbonyl)-3-phenylpropyl]-L-alanyl]-L-proline;* 1-[N-[(S)-1-carboxy-3-phenylpropyl]-L-alanyl]-L-proline 1'-ethyl ester. $C_{20}H_{28}N_2O_5$; mol wt 376.45. C 63.81%, H 7.50%, N 7.44%, O 21.25%. Angiotensin-converting enzyme (ACE) inhibitor; de-esterified *in vivo* to its active diacid metabolite, enalaprilat, *q.v.* Prepn: A. A. Patchett *et al., Nature* **288,** 280 (1980); *eidem,* **Eur. pat. Appl. 12,401**; E. E. Harris *et al.,* **U.S. pat. 4,374,829** (1980, 1983 both to Merck & Co.). Pharmacology: D. M. Gross *et al., J. Pharmacol. Exp. Ther.* **216,** 552 (1981); C. S. Sweet *et al., ibid.* 558. Bioavailability and metabolism: E. H. Ulm, *Drug Metab. Rev.* **14,** 99 (1983). Comprehensive description: D. P. Ip, G. S. Brenner, *Anal. Profiles Drug Subs.* **16,** 207-243 (1987). Clinical trial in congestive heart failure: Consensus Trial Study Group, *N. Engl. J. Med.* **316,** 1429 (1987). Review of clinical experience in hypertension: H. J. Gomez *et al., J. Cardiovasc. Pharmacol.* **15,** Suppl. 3, S26-S29 (1990); of clinical pharmacokinetics: R. J. MacFadyen *et al., Clin. Pharmacokinet.* **25,** 274-282 (1993); of combination with hydrochlorothiazide: P. L. Malini, *Adv. Ther.* **10,** 253-262 (1993).

ANNENAL00005430

Enciprazine 3610

Maleate, $C_{20}H_{28}N_2O_5.C_4H_4O_4$, **MK-421, Amprace, Bitensil, Cardiovet, Enacard, Enaloc, Enapren, Glioten, Hipoartel, Innovace, Lotrial, Olivin, Pres, Renitec, Reniten, Renivace, Vasotec, Xanef.** White to off-white crystalline powder, mp 143-144.5°. Soly (g/ml): water 0.025; alcohol 0.08; methanol 0.20. $[\alpha]_D^{25}$ −42.2° (c = 1 in methanol). pH (1% water) 2.6. $pKa_1$ 3.0; $pKa_2$ (25°) 5.4.

Mixture of maleate with hydrochlorothiazide, **Acesistem, Co-Renitec, Innozide, Renacor, Vaseretic, Xynertec.**

THERAP CAT: Antihypertensive.

THERAP CAT (VET): In treatment of heart failure in dogs.

**3606. Enalaprilat.** *(S)-1-[N-(1-Carboxy-3-phenylpropyl)-L-alanyl]-L-proline dihydrate;* enalaprilic acid; MK-422; Vasotec IV. $C_{18}H_{24}N_2O_5$; mol wt 384.43. C 56.24%, H 7.34%, N 7.29%, O 29.13%. Nonsulfhydryl dipeptide angiotensin converting enzyme (ACE) inhibitor. Prepn: A. A. Patchett *et al., Nature* **288,** 280 (1980); *eidem,* **Eur. pat. Appl. 12,401;** E. E. Harris *et al.,* **U.S. pat. 4,374,829** (1980, 1983 both to Merck & Co.). Active metabolite of enalapril, *q.v.:* D. J. Tocco *et al., Drug Metab. Dispos.* **10,** 15 (1982). Pharmacology: D. M. Gross *et al., J. Pharmacol. Exp. Ther.* **216,** 552 (1981); M. A. Nelson *et al., Clin. Exp. Pharmacol. Physiol.* **Suppl. 7,** 87 (1982); T. A. Unger *et al., Biochem. Pharmacol.* **31,** 3063 (1982). Bioavailability: M. L. Cohen *et al., J. Pharmacol. Exp. Ther.* **226,** 192 (1983). Kinetics of enzyme inhibition: C. H. Reynolds, *Biochem. Pharmacol.* **33,** 1273 (1984). Pharmacokinetics: K. S. Pang *et al., Drug Metab. Dispos.* **12,** 309 (1984). Acute hemodynamic effects in essential hypertension: A. C. Simon *et al., Clin. Pharm. Ther.* **43,** 49 (1988). Clinical evaluation in severe and malignant hypertension: D. J. DiPette *et al., ibid.* **38,** 199 (1985).

Needles from $H_2O$, mp 148-151°. $[\alpha]_D$ −67.0° (0.1M HCl).

THERAP CAT: Antihypertensive.

**3607. Enallylpropymal.** *1-Methyl-5-(1-methylethyl)-5-(2-propenyl)-2,4,6(1H,3H,5H)-pyrimidinetrione; 5-allyl-5-isopropyl-1-methylbarbituric acid;* N-methyl-5-allyl-5-isopropylbarbituric acid. $C_{11}H_{16}N_2O_3$; mol wt 224.26. C 58.91%, H 7.19%, N 12.49%, O 21.40%. Prepn: Schnider, **U.S. pat. 2,072,829** (1937, 1936, both to Hoffmann-La Roche).

Crystals, mp 56-57°. $bp_{12}$ 176-178°. Soluble in organic solvents.

Sodium salt, $C_{11}H_{15}N_2NaO_3$, **Narconumal.** Sol in water.

*Caution:* May be habit forming. This is a controlled substance (depressant) listed in the U.S. Code of Federal Regulations, Title 21 Parts 329.1 and 1308.13 (1995).

THERAP CAT: Sedative, hypnotic.

**3608. Enanthotoxin.** *(E,E,E)-2,8,10-Heptadecatriene-4,6-diyne-1,14-diol;* oenanthotoxin. $C_{17}H_{22}O_2$; mol wt 258.36. C 79.03%, H 8.58%, O 12.39%. The poisonous principle of *Oenanthe crocata* L., *Umbelliferae,* the hemlock water dropwort, a toxic plant known since 1746 and believed to be the most poisonous plant in England. Isoln: Clarke *et al., J. Pharm. Pharmacol.* **1,** 377 (1949). Structure studies: Anet *et al., Chem. & Ind. (London)* **1952,** 757; *J. Chem. Soc.* **1953,** 309. Synthesis of DL-form: Bohlmann, Viehe, *Ber.* **88,** 1245 (1955). Fluorimetric determn: B. Del Castillo *et al., Ital. J. Biochem.* **29,** 233 (1980). Blocking of sodium current and intramembrane charge movement: J. M. Dubois, M. F. Schneider, *Nature* **289,** 685 (1981); *eidem, Toxicon* **20,** 49 (1982). Toxicity study: M. P. Martinez-Honduvilla *et al., Arch. Farmacol. Toxicol.* **7,** 197 (1981).

Large prisms (natural) or star-shaped crystals (synthetic). Unstable, dec by light and air to brown insol resin. mp 87° (natural), 68° (synthetic). $[\alpha]_D^{15}$ +30.5° (c = 2.0 in methanol). uv max: 213, 252, 267, 281, 296, 315.5, 337.5 (ε × $10^{-3}$ 17.5, 33, 29, 17.5, 30.5, 40, 29). Practically insol in water, pet ether, alkalies, dil mineral acids. Readily sol in chloroform, ethanol, methanol, ether, benzene. Average LD i.p. in mice: 0.83 mg/kg (Clarke). $LD_{50}$ i.p. in rats: 2.94 mg/kg (Martinez-Honduvilla).

*Caution:* Very toxic. May cause convulsions, death.

**3609. Encainide.** *(±)-4-Methoxy-N-[2-[2-(1-methyl-2-piperidinyl)ethyl]phenyl]benzamide;* (±)-2'-[2-(1-methyl-2-piperidyl)ethyl]-p-anisanilide; 4-methoxy-2'-[2-(1-methyl-2-piperidyl)ethyl]benzanilide. $C_{22}H_{28}N_2O_2$; mol wt 352.48. C 74.97%, H 8.01%, N 7.95%, O 9.08%. Anti-arrhythmic benzanilide derivative. Prepn: S. J. Dykstra, J. L. Minielli, **Ger. pat. 2,210,154** (1972 to Bristol-Myers), *C.A.* **78,** 4138j (1973); *eidem,* **U.S. pat. 3,931,195** (1976 to Mead Johnson); S. J. Dykstra *et al., J. Med. Chem.* **16,** 1015 (1973). Antiarrhythmic pharmacology in animals: J. E. Byrne *et al., J. Pharmacol. Exp. Ther.* **200,** 147 (1977). Clinical pharmacology and efficacy in chronic ventricular arrhythmia: D. M. Roden *et al., N. Engl. J. Med.* **302,** 877 (1980). Electrophysiology and effects on cardiac conduction: M. Sami *et al., Am. J. Cardiol.* **44,** 526 (1979). Hemodynamic effects: M. Sami *et al., ibid.* **52,** 507 (1983). Adverse effects: R. A. Winkle *et al., Am. Heart J.* **102,** 857 (1981). Comparison with other Class I anti-arrhythmic agents: A. Pottage, *Am. J. Cardiol.* **52,** 24C (1983). Series of articles on pharmacology, pharmacokinetics, metabolism, clinical safety and efficacy: *ibid.* **58**(5), 1C-116C (1986). Review: L. B. Mitchell, R. A. Winkle in *New Drugs Annual: Cardiovascular Drugs,* vol. 1, A. Scriabine, Ed. (Raven Press, New York, 1983) pp 93-107.

Hydrochloride, $C_{22}H_{28}N_2O_2.HCl$, **MJ-9067, Enkade, Enkaid.** Crystals, mp 131.5-132.5°. Freely sol in water; slightly sol in ethanol. Insol in heptane. $LD_{50}$ in mice, dogs (mg/kg): 86, 43 orally; 16, 17 i.v. (Mitchell, Winkle).

THERAP CAT: Antiarrhythmic (class IC).

**3610. Enciprazine.** *(±)-4-(2-Methoxyphenyl)-α-[(3,4,5-trimethoxyphenoxy)methyl]-1-piperazineethanol;* (±)-1-[3-(3,4,5-trimethoxyphenoxy)-2-hydroxypropyl]-4-(2-methoxyphenyl)piperazine. $C_{23}H_{32}N_2O_5$; mol wt 432.52. C 63.87%,

*Consult the Name Index before using this section.*

ANNENAL00005431