Original Filing Date: December 17, 2021
Redacted Filing Date: January 11, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) |
| *Plaintiff*, | ) C.A. No. 21-196 (LPS) |
| v. | ) |
| ANNORA PHARMA PRIVATE LIMITED, | ) **REDACTED - PUBLIC VERSION** |
| *Defendant*. | ) |

# DECLARATION OF AMIT M. PATEL

███████████████████████████████████████

I, Amit M. Patel, declare as follows:

1. I am currently the Chairman and Chief Executive Officer ("CEO") for Azurity Pharmaceuticals, Inc. ("Azurity"). Silvergate Pharmaceuticals, Inc. ("Silvergate") is wholly owned by Azurity. I refer to both collectively as "Azurity" in my declaration. My responsibilities include overseeing Azurity's development, operational, commercial, and corporate functions, and guiding product strategy for the company's portfolio (including Epaned®).

2. I have been the CEO of Azurity since January 2020. I have been a member of the Board of Directors of Azurity since 2018.

3. I have over twenty years of healthcare industry experience, including as Senior Vice President ("SVP") and President of Dosage Form Solutions at Capsugel, a company that provided products and services to pharmaceutical and nutritional companies, and as Executive Vice President and Head, North America, and SVP and Head, Global Corporate Development & Strategic Planning, at Dr. Reddy's Laboratories, Inc., a publicly-traded, global specialty-generic pharmaceutical company.

4. In my role as CEO for Azurity, ███████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████.

1

**HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY**

5. Azurity is a specialty pharmaceutical drug company focused on developing medication for underserved populations, namely pediatric and elderly patients. ▮

▮

▮

6. I provide the facts set forth in this declaration based on my personal knowledge and, if called as a witness, I would be able to testify to those facts.

## I.    EPANED® BACKGROUND

7. Azurity's Epaned® is an easy-to-swallow, enalapril liquid medication indicated for the treatment of hypertension, heart failure, and left ventricular dysfunction ("LVD") that is especially well-suited for pediatric and elderly patients.  Epaned® has been a brand and product many years in the making. ▮

▮, Epaned® represents Azurity's unique solution to the decades-old "pill burden" associated with oral administration of solid enalapril tablets as well as the patient safety concerns that arise from compounding such oral tablets into solution.  In fact, it was the *first* FDA-approved ready-to-use enalapril solution.

8. ▮

████████████████████████████████████████████

### A. Evolution and Education of Enalapril Market

9. Epaned® is the result of Azurity's ████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████ These potential concerns are especially relevant ████████████

████████████████████████████████████████████

████████████████████████

10. Prior to the U.S. Food and Drug Administration ("FDA") approval of Epaned® Kit, the only option for an oral liquid formulation of enalapril was via compounding of tablets. Compounding has multiple patient safety and drug efficacy risks associated with it, including inaccurate dose, poor stability and shelf life, and contamination across equipment. *E.g.*, https://www.fda.gov/drugs/human-drug-compounding/compounding-laws-and-policies (discussing how contaminated drugs compounded by a Massachusetts pharmacy led to more than 750 cases of infection and more than 60 deaths of patients in 20 states).

11. Azurity's first FDA-approved oral liquid enalapril product was Epaned®'s predecessor, Epaned® Kit, which was a powder for reconstitution product that was launched in 2013. In 2017, Azurity launched the current ready-to-use oral enalapril solution formulation of Epaned®. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████

12. ████████████████████████████████████████

████████████████████████████████████████████

3



## II.     PRIOR AT-RISK GENERIC LAUNCH

13. In August 2021, Bionpharma Inc. ("Bionpharma") received final approval and began selling a generic oral liquid enalapril maleate product. In October 2021, Azurity filed suit against Bionpharma's manufacturer, CoreRx, Inc. ("CoreRx"), based on CoreRx's manufacture and sale of the generic oral liquid maleate product to Bionpharma. In November 2021, Azurity and CoreRx settled their dispute.

14. CoreRx has since ceased manufacturing and selling the generic oral liquid enalapril maleate product to Bionpharma.

15.  Until Bionpharma is able to qualify a new supplier, Bionpharma cannot introduce additional generic product to the marketplace. In Paragraph 29 of Exhibit 4, Bionpharma publicly stated that "Bionpharma cannot secure an alternate supplier of Product before it exhausts the inventory of

4

*HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY*

Product it has on hand."

16.

### III. IMPACT OF ANNORA AT-RISK GENERIC LAUNCH

17.

18.

19.



20. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Indeed, if Annora launches its generic product, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

21. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

22. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

██████████████████████████████████████████

████████████████████████████████████████████████████████

████

23. ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████ Accordingly, should Annora be permitted to launch an at-risk generic of Epaned®, Azurity may be subject to significant and irreversible harm.

IV. **IMPACT OF AT-RISK GENERIC ENTRY** ████████
████████████████████████

24. Azurity also risks significant harm to ████████████████████
████████████ ██████████████████████ ████████████
████████████████████████████████████████████ ████████
████████████████████████████████████████████████ ████
████████████████████████

25. As an initial matter, enalapril (the active ingredient in Epaned®) is one of the most popular treatments that is most often prescribed for pediatric patients for cardiovascular indications. ████████████████████████████████████████
████████████████████████ ████████████████████████
████████████████████████████████████
████████████████████████████████████████████████
████████████████ ████████████████████████████████
████████████████████████████████

*HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY*



26.

27.

██████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

      28.    ██████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

**V.**    **IMPACT OF ANNORA AT-RISK GENERIC ENTRY** ████████████
████████████████

      29.    ████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████

      **A.**    ████████████████████████████████

      30.    ██████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████





34.

*HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY*

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

## VI. AVAILABILITY OF READY-TO-USE ENALAPRIL ORAL SOLUTION

35. I understand that in the event the district court grants Azurity's preliminary injunction motion, Annora will not be able to sell its generic version of Epaned®. ███████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████ ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ████████████████████

36. Epaned® is covered by both Medicaid and commercial insurance, ███████ ███████████████████████████████████████████████████████████████ ███████ ███████████████████████████████████████████████████████

***HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL EYES ONLY***

      I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

December 16, 2021  
Date

Amit M. Patel

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 17, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Ronald P. Golden III, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Defendant Annora Pharma Private Limited* | *VIA ELECTRONIC MAIL* |
| Todd S. Werner, Esquire<br>Saukshmya Trichi, Esquire<br>CARLSON, CASPERS, VANDENBURGH,<br>  & LINDQUIST, P.A.<br>225 South Sixth Street, Suite 4200<br>Minneapolis, MN  55402<br>*Attorneys for Defendant Annora Pharma Private Limited* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)