IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-196 (MSG) |
| | ) | |
| ANNORA PHARMA PRIVATE LIMITED, | ) | |
| and CAMBER PHARMACEUTICALS, INC. | ) | |
| | ) | |
| *Defendant*. | ) | |

# [PROPOSED] AMENDED SCHEULDING ORDER

AND NOW, this __ day of January, 2023, after consideration of Defendants' Motion to Amend Scheduling Order, it is hereby ORDERED that the remaining deadlines in this case are amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Document Production Deadline | October 17, 2022 | January 27, 2023 |
| Close of Fact Discovery | January 13, 2023 | March 24, 2023 |
| Opening Expert Reports | February 3, 2023 | April 14, 2023 |
| Rebuttal Expert Reports | February 24, 2023 | May 5, 2023 |
| Close of Expert Discovery | March 17, 2023 | May 26, 2023 |
| Opening *Daubert*/Case-Dispositive Motions | April 7, 2023 | June 16, 2023 |
| Responsive *Daubert*/Case-Dispositive Motions | May 19, 2023 | July 21, 2023 |
| Reply *Daubert*/Case-Dispositive Motions | June 16, 2023 | August 11, 2023 |
| Pre-Trial Order | June 30, 2023 | August 25, 2023 |
| Voir Dire, Jury Instructions, and Verdict Forms | July 7, 2023 | September 1, 2023 |
| Final Pretrial Conference | July 14, 2023 | [Court's availability] |
| Trial | July 24, 2023 | [Court's availability] |

SO ORDERED this _____ day of _____ 2023.

_____
United States District Judge