## CERTIFICATE OF SERVICE

I, Ronald P. Golden, hereby certify that, on January 13, 2023, a copy of the foregoing

document was served via email to all counsel of record.

/s/ Ronald P. Golden III
Ronald P. Golden III (#6254)