# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANNORA PHARMA PRIVATE LIMITED, and CAMBER PHARMACEUTICALS, Inc., <br><br> Defendant. | C.A. No. 21-196 (MSG) |

**DEFENDANTS' THIRD SET OF REQUESTS FOR PRODUCTION (NOS. 48-78)**

Pursuant to Federal Rules of Civil Procedure 26 and 34 and the applicable Local Rules, Defendants, Annora Pharma Private Limited ("Annora") and Camber Pharmaceuticals, Inc. ("Camber"), request that Plaintiff, Azurity Pharmaceuticals, Inc. ("Azurity") produce the documents and things requested herein at the offices of Avantech Law, LLP, 80 South Eighth Street, Suite 900, Minneapolis, MN 55402, or at an alternative place upon which counsel may agree, within thirty (30) days of service of these requests.

These requests are intended to include all documents and things in the possession, custody, or control of the Parties and any parents, divisions, subsidiaries, and affiliates, or any representatives thereof, wherever located.

**Definitions and Instructions**

Defendants incorporate by reference the definitions set forth in Annora's First Set of Requests for Production and First Set of Interrogatories, and the instructions set forth in its Annora's Second Set of Requests for Production.

1

1. "Authorized General Enalapril" means any and all ready-to-use oral solutions of enalapril that are authorized for sale by Azurity (under an agreement or otherwise), including but not limited to the ready-to-use enalapril oral solution marketed by or on behalf of Amneal Pharmaceuticals, Inc.

2. "Bionpharma'a ANDA Product" means the ready-to-use oral solution of enalapril offered by sale by and/or on behalf of Bionpharma Inc.

3. "Generic Enalapril" means any ready-to-use oral solution of enalapril that is not marketed under the name Epaned®.

4. "Epaned" refers to the ready-to-use oral solution of enalapril marketed by or on behalf of Azurity (including any predecessors) under NDA No. 208686 or any related supplemental NDA.

## Requests

**Request for Production No. 48**

All market-share analysis and projections for any ready-to-use oral solution of enalapril, including but not limited to Epaned, Authorized Generic Enalapril, and/or Generic Enalapril from 2016 to the present.

**Request for Production No. 49**

All financial analyses and projections relating to Epaned, Authorized Generic Enalapril, and/or Generic Enalapril from 2016 to the present.

**Request for Production No. 50**

All documents relating to the impact of any ready-to-use oral solution of enalapril (other than Epaned) on the sales, price, or market share of Epaned.

**Request for Production No. 51**

All documents relating to any discussion, analysis, or expectation of the impact of any ready-to-use oral solution of enalapril on the marketing and/or sale of any of Azurity's products other than Epaned.

**Request for Production No. 52**

All documents constituting or relating to any plans for the commercialization or sale of any enalapril ready-to-use oral solution, including but not limited to Epaned.

**Request for Production No. 53**

All documents relating to the promotion, marketing, detailing, or advertisement of Epaned from 2016 to the present.

**Request for Production No. 54**

All documents relating to pricing strategies for any Enalapril ready-to-use oral solution, including but not limited to Epaned.

**Request for Production No. 55**

Documents sufficient to show sales of Epaned, including the number of units and unit sales price (in U.S. dollars), and unit cost (in U.S. dollars), on a quarterly and annual basis from 2015 to the present.

**Request for Production No. 56**

Documents sufficient to show all actual and projected revenues, costs, and profits relating to Epaned, on a quarterly and annual basis from 2015 to the present.

**Request for Production No. 57**

All offers to sell, offers to purchase, purchase orders, and sales agreements for Epaned from 2016 to present.

**Request for Production No. 58**

All communications with actual or prospective purchasers (including both direct and indirect purchasers) of Epaned from 2016 to present.

**Request for Production No. 59**

Documents sufficient to show the distribution channels through which Epaned is sold and distributed.

**Request for Production No. 60**

Documents sufficient to show all actual and projected costs relating to the development, manufacture, marketing, advertisement, promotion, and/or sale of Epaned, on a quarterly and

annual basis, from 2015 to present, including any fixed costs related to or attributable to such activities.

**Request for Production No. 61**

Documents sufficient to show the category and amount of each incremental cost associated with the production and sale of Epaned from 2016 to the present.

**Request for Production No. 62**

All supply, settlement, and license agreements related to any enalapril product, Patent-in-Suit, or Related Patent from 2016 to the present.

**Request for Production No. 63**

All agreements or arrangements reflecting a royalty rate for any patents or trade secrets directed to an enalapril product.

**Request for Production No. 64**

All agreements or arrangements reflecting a royalty rate for any patent(s) or trade secret(s) that is reasonably comparable to an invention covered by a claim in a Patent-in-Suit or any Related Patent.

**Request for Production No. 65**

All agreements or arrangements reflecting a royalty rate for any patent(s) or trade secret(s) directed to a new formulation or reformulation of a commercially available drug product.

**Request for Production No. 66**

All communications between any employees, directors, advisors, agents, or consultants of Azurity with any employees, directors, advisors, agents, or consultants of CoreRx related to enalapril or Bionpharma.

**Request for Production No. 67**

All documents related to the impact of Generic Enalapril on the market for enalapril products, Epaned, and/or Authorized Generic Enalapril, including but not limited to documents related to the impact of the launch of Bionpharma's ANDA Product, Authorized Generic Enalapril, and/or Annora's ANDA product on the market for any other enalapril product(s), such as ready-to-use enalapril oral solution products.

4

**Request for Production No. 68**

All documents related to any agreement that authorizes or otherwise permits the sale of an Authorized Generic Enalapril, including but not limited to Amneal's Authorized Generic Enalapril.

**Request for Production No. 69**

All documents related to strategies, plans, or decisions to launch (or permit the launch of) an Authorized Generic Enalapril, including but not limited to strategies, plans, or decisions whether and when to begin marketing Amneal's Authorized Generic Enalapril.

**Request for Production No. 70**

All documents related to any analysis of the launch of an Authorized Generic Enalapril on the market for ready-to-use oral solutions of enalapril and/or Epaned, including but not limited to any consideration of the impact of the launch of Amneal's Authorized Generic Enalapril on the market for Epaned.

**Request for Production No. 71**

All communications with Amneal related to the launch of Bionpharma's ANDA Product.

**Request for Production No. 72**

All communications with Amneal related to the prospective or actual launch of Amneal's Authorized Generic Enalapril, including but not limited to the decision to launch Amneal's Authorized Generic Enalapril after the commercial launch of Bionpharma's ANDA Product.

**Request for Production No. 73**

All documents supporting any contention that you are entitled to lost profits, including documents related to the demand for any allegedly patented product, the absence of acceptable non-infringing substitutes, the manufacturing and marketing capacity to exploit any alleged demand, and the amount of profit you allegedly would have made.

**Request for Production No. 74**

All Documents concerning your licensing and/or sublicensing of the Patents-in-Suit and/or any Related Patents and efforts relating thereto (whether or not successful), including without limitation documents sufficient to show all personnel involved with licensing, licensing policies and practices, license agreements, settlement agreements, covenants not to sue, negotiations, discussions, royalty payments, or other communications concerning licensing of patents.

**Request for Production No. 75**

All documents concerning any valuations of the Patents-in-Suit and/or any Related Patents.

**Request for Production No. 76**

All documents related to any valuations of CoreRx, Inc. or the impact of the acquisition of CoreRx, Inc. on the market for ready-to-use enalapril oral solution products.

**Request for Production No. 77**

All documents relating to the reasons why a physician has or may prescribe Epaned or generic versions thereof relative to any other pharmaceutical product.

**Request for Production No. 78**

All documents relating to the reasons why a physician has or may prescribe Epaned relative to any product that is AB-rated to Epaned.

Date: May 11, 2022　　　　　　　　　　　　*/s/ Ronald P. Golden III*
　　　　　　　　　　　　　　　　　　　　　Stephen B. Brauerman (No. 4952)
　　　　　　　　　　　　　　　　　　　　　Ronald P. Golden III (No. 6254)
　　　　　　　　　　　　　　　　　　　　　BAYARD, P.A.
　　　　　　　　　　　　　　　　　　　　　600 N. King Street, Suite 400
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　Phone: (302) 655-5000
　　　　　　　　　　　　　　　　　　　　　sbauerman@bayardlaw.com
　　　　　　　　　　　　　　　　　　　　　rgolden@bayardlaw.com

　　　　　　　　　　　　　　　　　　　　　Of Counsel:

　　　　　　　　　　　　　　　　　　　　　Todd S. Werner
　　　　　　　　　　　　　　　　　　　　　William Woodford
　　　　　　　　　　　　　　　　　　　　　AVANTECH LAW, LLP
　　　　　　　　　　　　　　　　　　　　　80 South Eighth Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　Phone: 855-750-9951
　　　　　　　　　　　　　　　　　　　　　werner@avantechlaw.com
　　　　　　　　　　　　　　　　　　　　　woodford@avantechlaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*