# EXHIBIT 3

| | |
|---|---|
| **From:** | Todd Werner |
| **To:** | Karol, Jody; Nicholas Talarowski; Steve Brauerman; William Woodford; Ronald Golden |
| **Cc:** | Morgan, Natalie (Member); Kaufman, Granville; JBlumenfeld@morrisnichols.com; Hanson, Tina; Dellinger, Megan E.; WSGR - Silvergate - Annora RTU Epaned; Devine, Wendy |
| **Subject:** | Azurity v Annora et al: Azurity Discovery Responses |
| **Date:** | Monday, August 1, 2022 12:57:00 PM |

Counsel:

We await Azurity's responses to our July 19 and July 21 letters.

**Todd Werner**



werner@avantechlaw.com
LinkedIn | Bio