# EXHIBIT 4

| | |
|---|---|
| **From:** | Todd Werner |
| **To:** | Kaufman, Granville; Karol, Jody; Nicholas Talarowski; Steve Brauerman; William Woodford; Ronald Golden |
| **Cc:** | Morgan, Natalie (Member); JBlumenfeld@morrisnichols.com; Hanson, Tina; Dellinger, Megan E.; WSGR - Silvergate - Annora RTU Epaned; Devine, Wendy |
| **Subject:** | RE: Azurity v Annora et al: Azurity Discovery Responses |
| **Date:** | Wednesday, August 17, 2022 4:45:00 PM |

Granville:

With respect to our July 19, 2022 letter our concerns with Azurity's discovery positions are not coextensive with those Azurity has raised with Defendants positions. Please be prepared to address the additional issues raised in our letter.

With respect to our July 21, 2022 letter, Defendants' concerns are not limited to the alleged third-party confidentiality concerns. Moreover, Defendants' concerns were raised many months ago. Please be prepared to provide the information requested in our letter, as well as Azurity's final position on those issues.

Subject to the above, I am available to meet and confer as follows (all times are Central):

- Thursday 10:00-12:00 and 2:00-4:00
- Friday 2:00-3:00
- Monday 9:00-3:45

Best regards,

**Todd Werner**



werner@avantechlaw.com
LinkedIn | Bio

---

**From:** Kaufman, Granville <gkaufman@wsgr.com>
**Sent:** Friday, August 5, 2022 8:01 PM
**To:** Todd Werner <werner@avantechlaw.com>; Karol, Jody <jkarol@wsgr.com>; Nicholas Talarowski <NTalarowski@bayardlaw.com>; Steve Brauerman <SBrauerman@bayardlaw.com>; William Woodford <woodford@avantechlaw.com>; Ronald Golden <rgolden@bayardlaw.com>
**Cc:** Morgan, Natalie (Member) <NMorgan@wsgr.com>; JBlumenfeld@morrisnichols.com; Hanson, Tina <thanson@wsgr.com>; Dellinger, Megan E. <mdellinger@morrisnichols.com>; WSGR - Silvergate - Annora RTU Epaned <silvergate-annora@wsgr.com>; Devine, Wendy <wdevine@wsgr.com>
**Subject:** RE: Azurity v Annora et al: Azurity Discovery Responses

Counsel,

Azurity writes in response to Annora's July 19 and July 21 letters relating to perceived deficiencies in Azurity's discovery responses.

- **Response to July 19, 2022 letter:** This letter discusses damages discovery issues that overlap with issues Azurity raised vis-à-vis Annora's discovery responses and which the parties discussed on their July 21, 2022 meet and confer. At that meet and confer, the parties discussed a reciprocal production arrangement. Azurity believes that the issues raised in Annora's July 19, 2022 letter are amenable to a similar resolution. To that end, Azurity proposes a meet and confer next week to discuss further and see if such an arrangement can be reached.  Please provide availability to meet and confer on this next week.

- **Response to July 21, 2022 letter:** Azurity is again investigating the issues relating to third-party confidentiality obligations and is discussing the matter with its client. Azurity has no further updates at this time.

Regards,

**Granville Clay Kaufman| Associate | Wilson Sonsini Goodrich & Rosati, Professional Corporation**
12235 El Camino Real | San Diego, CA 92130 | T: 213-369-3593 | gkaufman@wsgr.com |
www.wsgr.com

---

**From:** Todd Werner <werner@avantechlaw.com>
**Sent:** Monday, August 1, 2022 10:58 AM
**To:** Karol, Jody <jkarol@wsgr.com>; Nicholas Talarowski <NTalarowski@bayardlaw.com>; Steve Brauerman <SBrauerman@bayardlaw.com>; William Woodford <woodford@avantechlaw.com>; Ronald Golden <rgolden@bayardlaw.com>
**Cc:** Morgan, Natalie (Member) <NMorgan@wsgr.com>; Kaufman, Granville <gkaufman@wsgr.com>; JBlumenfeld@morrisnichols.com; Hanson, Tina <thanson@wsgr.com>; Dellinger, Megan E. <mdellinger@morrisnichols.com>; WSGR - Silvergate - Annora RTU Epaned <silvergate-annora@wsgr.com>; Devine, Wendy <wdevine@wsgr.com>
**Subject:** Azurity v Annora et al: Azurity Discovery Responses

EXT - werner@avantechlaw.com

---

Counsel:

We await Azurity's responses to our July 19 and July 21 letters.

**Todd Werner**


werner@avantechlaw.com
LinkedIn | Bio

*This message may contain proprietary, confidential, and privileged information. If you are not the intended recipient, please contact the sender and permanently delete all copies of this message.*

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.