# EXHIBIT 8

| | |
|---|---|
| **From:** | Todd Werner |
| **To:** | Kaufman, Granville; Nicholas Talarowski; Steve Brauerman; William Woodford; Ronald Golden |
| **Cc:** | Dellinger, Megan E.; WSGR - Silvergate - Annora RTU Epaned |
| **Subject:** | Azurity v Annora et al: Missing Damages Production |
| **Date:** | Tuesday, October 18, 2022 2:09:00 PM |

Counsel:

As you know the deadline for the production of damages documents was yesterday. First, it appears Azurity produced only 188 pages of documents. In addition, we have been waiting for the production of various categories of liability-related documents for many months.  Please promptly explain the status of Azurity's document production, including (1) whether Azurity considers its production of damages documents to be complete, and if not, when it expects to complete its production, (2) when Azurity will complete its production of unredacted documents from each of the Bionpharma and Amneal matters concerning both invalidity and infringement, and (3) when Azurity will complete its production of documents responsive to Req. Nos. 51.

Best regards,

**Todd Werner**

AVANTECH LAW
werner@avantechlaw.com
LinkedIn | Bio