# EXHIBIT 16

*Azurity Pharmaceuticals, Inc. v. AnnoraPharma Private Limited.*

Exhibit 3.0
**Documents Reviewed and/or Relied Upon (*)**

### Bates Documents

| Beginning Bates | Ending Bates | Beginning Bates | Ending Bates | Beginning Bates | Ending Bates | Beginning Bates | Ending Bates |
|---|---|---|---|---|---|---|---|
| SLVGT-RTU-EPA_00006253 | SLVGT-RTU-EPA_00006253 | SLVGT-RTU-EPA_00103684 | SLVGT-RTU-EPA_00103684 | SLVGT-RTU-EPA_00103896 | SLVGT-RTU-EPA_00103898 | SLVGT-RTU-EPA_00105406 | SLVGT-RTU-EPA_00105413 |
| SLVGT-RTU-EPA_00006554 | SLVGT-RTU-EPA_00006573 | SLVGT-RTU-EPA_00103685 | SLVGT-RTU-EPA_00103700 | SLVGT-RTU-EPA_00103899 | SLVGT-RTU-EPA_00103913 | SLVGT-RTU-EPA_00105658 | SLVGT-RTU-EPA_00105658 |
| SLVGT-RTU-EPA_00012352 | SLVGT-RTU-EPA_00012361 | SLVGT-RTU-EPA_00103701 | SLVGT-RTU-EPA_00103701 | SLVGT-RTU-EPA_00103914 | SLVGT-RTU-EPA_00103914 | SLVGT-RTU-EPA_00105659 | SLVGT-RTU-EPA_00105659 |
| SLVGT-RTU-EPA_00055431 | SLVGT-RTU-EPA_00055495 | SLVGT-RTU-EPA_00103702 | SLVGT-RTU-EPA_00103732 | SLVGT-RTU-EPA_00103915 | SLVGT-RTU-EPA_00103940 | SLVGT-RTU-EPA_00105660 | SLVGT-RTU-EPA_00105660 |
| SLVGT-RTU-EPA_00056324 | SLVGT-RTU-EPA_00056325 | SLVGT-RTU-EPA_00103733 | SLVGT-RTU-EPA_00103734 | SLVGT-RTU-EPA_00103942 | SLVGT-RTU-EPA_00103942 | SLVGT-RTU-EPA_00105661 | SLVGT-RTU-EPA_00105661 |
| SLVGT-RTU-EPA_00056326 | SLVGT-RTU-EPA_00056326 | SLVGT-RTU-EPA_00103735 | SLVGT-RTU-EPA_00103786 | SLVGT-RTU-EPA_00103944 | SLVGT-RTU-EPA_00103969 | SLVGT-RTU-EPA_00105662 | SLVGT-RTU-EPA_00105662 |
| SLVGT-RTU-EPA_00076305 | SLVGT-RTU-EPA_00076305 | SLVGT-RTU-EPA_00103787 | SLVGT-RTU-EPA_00103792 | SLVGT-RTU-EPA_00103970 | SLVGT-RTU-EPA_00103971 | SLVGT-RTU-EPA_00105663 | SLVGT-RTU-EPA_00105663 |
| SLVGT-RTU-EPA_00086118 | SLVGT-RTU-EPA_00086143 | SLVGT-RTU-EPA_00103793 | SLVGT-RTU-EPA_00103800 | SLVGT-RTU-EPA_00103972 | SLVGT-RTU-EPA_00103997 | SLVGT-RTU-EPA_00105665 | SLVGT-RTU-EPA_00105665 |
| SLVGT-RTU-EPA_00096143 | SLVGT-RTU-EPA_00096186 | SLVGT-RTU-EPA_00103801 | SLVGT-RTU-EPA_00103802 | SLVGT-RTU-EPA_00103998 | SLVGT-RTU-EPA_00103998 | SLVGT-RTU-EPA_00105666 | SLVGT-RTU-EPA_00105666 |
| SLVGT-RTU-EPA_00097956 | SLVGT-RTU-EPA_00097957 | SLVGT-RTU-EPA_00103803 | SLVGT-RTU-EPA_00103810 | SLVGT-RTU-EPA_00103999 | SLVGT-RTU-EPA_00104022 | SLVGT-RTU-EPA_00105667 | SLVGT-RTU-EPA_00105667 |
| SLVGT-RTU-EPA_00100576 | SLVGT-RTU-EPA_00100578 | SLVGT-RTU-EPA_00103811 | SLVGT-RTU-EPA_00103812 | SLVGT-RTU-EPA_00104023 | SLVGT-RTU-EPA_00104027 | SLVGT-RTU-EPA_00105668 | SLVGT-RTU-EPA_00105668 |
| SLVGT-RTU-EPA_00100785 | SLVGT-RTU-EPA_00100787 | SLVGT-RTU-EPA_00103813 | SLVGT-RTU-EPA_00103845 | SLVGT-RTU-EPA_00104028 | SLVGT-RTU-EPA_00104033 | SLVGT-RTU-EPA_00105669 | SLVGT-RTU-EPA_00105669 |
| SLVGT-RTU-EPA_00102431 | SLVGT-RTU-EPA_00102456 | SLVGT-RTU-EPA_00103846 | SLVGT-RTU-EPA_00103846 | SLVGT-RTU-EPA_00104034 | SLVGT-RTU-EPA_00104059 | SLVGT-RTU-EPA_00105689 | SLVGT-RTU-EPA_00105689 |
| SLVGT-RTU-EPA_00103085 | SLVGT-RTU-EPA_00103128 | SLVGT-RTU-EPA_00103847 | SLVGT-RTU-EPA_00103882 | SLVGT-RTU-EPA_00104061 | SLVGT-RTU-EPA_00104061 | SLVGT-RTU-EPA_00105690 | SLVGT-RTU-EPA_00105690 |
| SLVGT-RTU-EPA_00103646 | SLVGT-RTU-EPA_00103646 | SLVGT-RTU-EPA_00103883 | SLVGT-RTU-EPA_00103883 | SLVGT-RTU-EPA_00104062 | SLVGT-RTU-EPA_00104087 | SLVGT-RTU-EPA_00105691 | SLVGT-RTU-EPA_00105691 |
| SLVGT-RTU-EPA_00103647 | SLVGT-RTU-EPA_00103682 | SLVGT-RTU-EPA_00103884 | SLVGT-RTU-EPA_00103895 | SLVGT-RTU-EPA_00104088 | SLVGT-RTU-EPA_00104093 | SLVGT-RTU-EPA_00108992 | SLVGT-RTU-EPA_00108995 |

### Deposition Testimony

Deposition of Michael Beckloff Appearing Remotely, dated June 23, 2020 and Deposition Exhibits 1-32 in Silvergate Pharmaceuticals, Inc. v. Bionpharma Inc. C.A. No. 18-1962.
Errata to the Deposition of Michael Beckloff Appearing Remotely, dated June 23, 2020.

### Trial Testimony

Silvergate Pharmaceuticals, Inc. v. Bionpharma Inc. C.A. No. 18-1962, D.I. 193, Public Trial Testimony of Michael Beckloff dated February 1, 2021).

### Legal Filings

Complaint for Patent Infringement in Civil Action Case 1:21-cv-00196-UNA filed February 11, 2021.
Defendant Annora Pharma Private Limited's Rule 7.1 Corporate Disclosure Statement Case 1:21-cv-00196-LPS filed May 24, 2021.
Annora Pharma Private Limited's Answer, Defenses, and Counterclaims to Silvergate Pharmaceutical Inc.'s Complaint Case 1:21-cv-00196-LPS filed May 24, 2021.
Complaint in Civil Action Case 1:21-cv-10656 filed December 13, 2021 and associated exhibits.
Order to Show Cause with Temporary Restraints in Civil Action Case 1:21-cv-10656 filed December 13, 2021.
Plaintiff Bionpharma's Brief in Support of Motion for Preliminary Injunction in Civil Action Case 1:21-cv-10656 filed December 13, 2021 and associated exhibits.
Civil Docket for Case #: 1:21-cv-10656-JGK.

*Azurity Pharmaceuticals, Inc. v. AnnoraPharma Private Limited.*

Exhibit 3.0

**Documents Reviewed and/or Relied Upon (\*)**

### Declaration

Declaration of Amit Patel dated December 16, 2021 and associated exhibits.

### Cases

Altana Pharma AG v. Teva Pharms. USA, Inc., 566 F.3d 999, 1010 (Fed. Cir. 2009).
Douglas Dynamics, LLC v. Buyers Prods. Co., 717 F.3d 1336, 1344 (Fed. Cir. 2013).
eBay v. Mercexchange, 547 U.S. 388 (2006).
Glaxo Grp. Ltd. v. Apotex, Inc., 64 F. App'x 751, 756 (Fed. Cir. 2003).
Hybritech Inc. v. Abbott Labs., 849 F.2d 1446, 1458 (Fed. Cir. 1988) (citations omitted).
i4i Ltd. P'ship v. Microsoft Corp., 598 F.3d 831, 863 (Fed. Cir. 2010).
Pfizer, Inc. v. Teva Pharm. USA, Inc., 429 F.3d 1364, 1382 (Fed. Cir. 2005).
Research Found. of State Univ. of N.Y. v. Mylan Pharms., Inc., 723 F. Supp. 2d 638, 662 (D. Del. 2010).
Sanofi-Aventis Deutschland Gmbh v. Glenmark Pharms. Inc., USA, 821 F. Supp. 2d 681, 696 (D. N.J. 2011).
Sanofi-Synthelabo v. Apotex Inc., 488 F.Supp.2d 317, 345 (S.D.N.Y. 2006).
Sanofi-Synthelabo v. Apotex, Inc. 470 F.3d 1368, 1383-1384 (Fed. Cir. 2006).
Trebro Mfg., Inc. v. Firefly Equip., LLC, et al., 748 F.3d 1159, 1170 (Fed. Cir. 2014).

### Patents

U.S. Patent No. 10,772,868.
U.S. Patent No. 10,799,476.

### Public Documents

Berndt, E.R. & M.L. Aitken, "Brand Loyalty, Generic Entry and Price Competition in Pharmaceuticals in the Quarter Century after the Waxman-Hatch Legislation." National Bureau of Economic Research Working Paper 16431 (2010) (https://www.nber.org/system/files/working_papers/w16431/w16431.pdf).

IMS Institute for Healthcare Informatics. "Price Declines after Branded Medicines Lose Exclusivity in the U.S." January 2016. (https://www.iqvia.com/-/media/iqvia/pdfs/institute-reports/price-declines-after-branded-medicines-lose-exclusivity-in-the-us.pdf).

Grabowski, et al., "Brief Report Recent Trends in Brand-Name and Generic Drug Competition," J. Med. Econ., 1-8 (2013), p. 1. (http://fds.duke.edu/db/attachment/2575)

### Internet Sources

http://www.annorapharma.com/.
https://azurity.com/about-us/.
https://azurity.com/compounding-kits/.
https://azurity.com/fda-approved-products/.
https://azurity.com/medicalinformation/.
https://epaned.com/.
https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/204308s000lbl.pdf.
https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/208686s002lbl.pdf.
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/208686Orig1s000TOC.cfm.
https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=001&Appl_No=208686&Appl_type=N.
https://www.accessdata.fda.gov/scripts/cder/ob/results_product.cfm?Appl_Type=N&Appl_No=204308#16169.
https://www.bizjournals.com/kansascity/news/2019/06/24/cutispharma-slivergate-pharmaceuticals-azurity.html#:~:text=Silvergate%2C%20which%20develops%20pediatric%20medications,development%20facility%20in%20Overland%20Park.
https://www.mayoclinic.org/diseases-conditions/high-blood-pressure/diagnosis-treatment/drc-20373417.
https://www.mayoclinic.org/diseases-conditions/high-blood-pressure/symptoms-causes/syc-20373410.
https://www.mayoclinic.org/drugs-supplements/enalapril-oral-route/side-effects/drg-20069221?p=1.
https://epaned.com/patients/.

\* I have also reviewed and/or relied upon the documents appended as exhibits to my declaration.