# EXHIBIT 32

| | |
|---|---|
| **From:** | Todd Werner |
| **To:** | Kaufman, Granville; Nicholas Talarowski; Steve Brauerman; William Woodford; Ronald Golden |
| **Cc:** | Dellinger, Megan E.; WSGR - Silvergate - Annora RTU Epaned |
| **Subject:** | RE: Azurity/Annora - Schedule |
| **Date:** | Wednesday, January 11, 2023 1:06:00 PM |

Counsel:

Based on your email from last night it appears Azurity needs to move back the deadline for production of its damages documents. At this point, we do not believe it is feasible to maintain the current trial date. Accordingly, in preparation for our call, please see the proposed amended case schedule we intend to request.

| Event | Current Date | Defendants' Proposal |
|---|---|---|
| Document Production Cutoff | October 17, 2022 | January 27, 2023 |
| Close of Fact Discovery | January 13, 2023 | March 24, 2023 |
| Opening Expert Reports | February 3, 2023 | April 14, 2023 |
| Rebuttal Expert Reports | February 23, 2023 | May 5, 2023 |
| Close of Expert Discovery | March 17, 2023 | May 26, 2023 |
| Opening Dauberts/Case-Dispositive Motions | April 7, 2023 | June 16, 2023 |
| Responsive Dauberts/Case-Dispositive Motions | May 19, 2023 | July 21, 2023 |
| Reply Dauberts/Case-Dispositive Motions | June 16, 2023 | August 11, 2023 |
| Pre-trial Order Due | June 30, 2023 | August 25, 2023 |
| Voir Dire, Jury Instructions, and Verdict Forms Due | July 7, 2023 | September 1, 2023 |
| Final Pretrial Conference | July 14, 2023 | *Court's availability* |
| Trial | July 24, 2023 | *Court's availability* |

Best regards,

**Todd Werner**


**AVANTECH LAW**
werner@avantechlaw.com
LinkedIn | Bio

**From:** Kaufman, Granville <gkaufman@wsgr.com>
**Sent:** Tuesday, January 10, 2023 11:04 PM
**To:** Todd Werner <werner@avantechlaw.com>; Nicholas Talarowski <NTalarowski@bayardlaw.com>; Steve Brauerman <SBrauerman@bayardlaw.com>; William Woodford <woodford@avantechlaw.com>; Ronald Golden <rgolden@bayardlaw.com>
**Cc:** Dellinger, Megan E. <mdellinger@morrisnichols.com>; WSGR - Silvergate - Annora RTU Epaned <silvergate-annora@wsgr.com>
**Subject:** Azurity/Annora - Schedule

Counsel,

It is apparent that fact discovery will not be completed by this Friday. Azurity proposes that the

parties get an agreement in place on the schedule immediately.

Additionally, as explained in my last email, Azurity has had a number of problems with getting the production Defendants have demanded together over the holidays, getting loaded and reviewed. We are producing on a rolling basis. As previously noted, we are also expecting further documents from Defendants related to that late-produced stability data. To that end, Azurity proposes the following schedule to give Defendants adequate time to locate and review the additional materials:

| Event | Current Date | Defendants' Proposed Date | Azurity's Proposed Date |
|---|---|---|---|
| Document Production Cutoff | October 17, 2022 | January 6, 2023 | January 27, 2023 |
| Close of Fact Discovery | January 13, 2023 | February 17, 2023 | March 3, 2023 |
| Opening Expert Reports | February 3, 2023 | March 10, 2023 | March 24, 2023 |
| Rebuttal Expert Reports | February 23, 2023 | March 31, 2023 | April 14, 2023 |
| Close of Expert Discovery | March 17, 2023 | April 21, 2023 | April 28, 2023 |
| Opening Dauberts/Case-Dispositive Motions | April 7, 2023 | May 12, 2023 | May 12, 2023 |
| Responsive Dauberts/Case-Dispositive Motions | May 19, 2023 | June 2, 2023 | June 16, 2023 |
| Reply Dauberts/Case-Dispositive Motions | June 16, 2023 | June 16, 2023 | June 30, 2023 |
| Pre-trial Order Due | June 30, 2023 | July 7, 2023 | July 7, 2023 |
| Voir Dire, Jury Instructions, and Verdict Forms Due | July 7, 2023 | No change | No change |
| Final Pretrial Conference | July 14, 2023 | No change | No change |
| Trial | July 24, 2023 | No change | No change |

This schedule will give the parties more than a month to review each other's documents, notice, prepare for, and take depositions, and resolve any lingering disputes. Please confirm that this schedule is workable for defendants or provide defendants' proposed dates as soon as possible so that the parties may put a stipulation on file.

Regards,

**Granville Clay Kaufman| Associate | Wilson Sonsini Goodrich & Rosati, Professional Corporation**
12235 El Camino Real | San Diego, CA 92130 | T: 213-369-3593 | gkaufman@wsgr.com |
www.wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for

the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.