# EXHIBIT 33

**Comparison of Parties Proposed Schedules**

(time frame between deadlines provided in parenthesis)

| Event | Existing Schedule | Azurity's Proposal | Defendants' Proposal |
|---|---|---|---|
| Document Production Cutoff | October 17, 2022 | January 27, 2023 | January 27, 2023 |
| Close of Fact Discovery | January 13, 2023 (~13 weeks) | March 3, 2023 (5 weeks) | March 24, 2023 (8 weeks) |
| Opening Expert Reports | February 3, 2023 (3 weeks) | March 24, 2023 (3 weeks) | April 14, 2023 (3 weeks) |
| Rebuttal Expert Reports | February 23, 2023 (3 weeks) | April 14, 2023 (3 weeks) | May 5, 2023 (3 weeks) |
| Close of Expert Discovery | March 17, 2023 (3 weeks) | April 28, 2023 (2 weeks) | May 26, 2023 (3 weeks) |
| Opening Dauberts/Case-Dispositive Motions | April 7, 2023 (3 weeks) | May 12, 2023 (2 weeks) | June 16, 2023 (3 weeks) |
| Responsive Dauberts/Case-Dispositive Motions | May 19, 2023 (6 weeks) | June 16, 2023 (5 weeks) | July 21, 2023 (5 weeks) |
| Reply Dauberts/Case-Dispositive Motions | June 16, 2023 (4 weeks) | June 30, 2023 (2 weeks) | August 11, 2023 (3 weeks) |
| Pre-trial Order Due | June 30, 2023 (2 weeks) | July 7, 2023 (1 week) | August 25, 2023 (2 weeks) |
| Voir Dire, Jury Instructions, and Verdict Forms Due | July 7, 2023 (1 weeks) | July 7, 2023 (0 weeks) | September 1, 2023 |
| Final Pretrial Conference | July 14, 2023 (1 week) | July 14, 2023 (1 week) | *Court's availability* |
| Trial | July 24, 2023 | July 24, 2023 | *Court's availability* |